IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDPOINTE HEALTHCARE INC., )<br>)<br>Plaintiff, )<br>)<br>)<br>vs. )<br>)<br>APOTEX INC. and APOTEX CORP., )<br>)<br>Defendants. )<br>)<br>) | Civil Action No. 06-164-SLR |

**MOTION AND ORDER FOR *PRO HAC VICE* APPEARANCE**

Pursuant to Local Rule 83.5 and the attached certifications counsel moves the admission *pro hac vice* of Richard M. Koehl and Anne S. Toker of Kirkland & Ellis LLP to represent Plaintiff MedPointe Healthcare Inc. in this matter.

*Of Counsel:*

John M. Desmarais
Peter J. Armenio
Maxine Y. Graham
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022
(212) 446-4800

Dated: April 13, 2006

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

*Attorneys for Plaintiff
MedPointe Healthcare Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsels' motion for admission *pro hac vice* is granted.

Dated:_____

_____
U.S.D.J.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

_____
Richard M. Koehl
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022

DATE: April 5, 2006

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

_____
Anne S. Toker
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022

DATE: March 28, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 13, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and hand delivered to the following:

> Richard L. Horwitz
> Potter Anderson & Corroon LLP
> Hercules Plaza, 6th Floor
> 1313 N. Market Street
> Wilmington, DE 19801

I hereby certify that on April 13, 2006, I sent the foregoing document by Federal Express, next business day delivery, to the following non-registered participants:

> Robert B. Breisblatt
> Welsh & Katz, Ltd.
> 120 South Riverside Plaza, 22nd Floor
> Chicago, IL 60606

*/s/ Matthew W. King*
Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

RLF1-2993173-1