IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDPOINTE HEALTHCARE INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-164 (SLR) |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| APOTEX INC. and APOTEX CORP., | ) |
| | ) |
| Defendants. | ) |

### RULE 7.1. DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendants disclose that Aposherm, Inc. is the parent of Apotex Corp. No publicly held corporation owns 10% or more of the stock of Aposherm, Inc. or Apotex Corp. Apotex Pharmaceutical Holdings Inc. is the parent of Apotex Inc. No publicly held corporation owns 10% or more of the stock of Apotex Pharmaceutical Holdings Inc. or Apotex Inc.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Sidney Katz
Robert B. Breisblatt
Steven E. Feldman
Michael A. Krol
Brian J. Sodikoff
WELSH & KATZ, LTD.
120 S. Riverside Plaza, 22nd Floor
Chicago, IL 60606
Tel:  (312) 655-1500
Fax:  (312) 655-0008
askatz@welshkatz.com
rbbreisblatt@welshkatz.com
sefeldman@welshkatz.com
makrol@welshkatz.com
bjsodikoff@welshkatz.com

By: /s/ Kenneth L. Dorsney
   Richard L. Horwitz (No. 2246)
   Kenneth L. Dorsney (No. 3726)
   Hercules Plaza, 6th Floor
   1313 N. Market Street
   P.O. Box 951
   Wilmington, DE 19801
   (302) 984-6000
   rhorwitz@potteranderson.com
   kdorsney@potteranderson.com

*Counsel for Defendants Apotex Inc. and Apotex Corp.*

Dated: April 17, 2006
728257 / 30136

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Kenneth L. Dorsney, hereby certify that on April 21, 2006, the attached document was hand delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Frederick L. Cottrell, III
Alyssa M. Schwartz
Matthew W. King
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

I hereby certify that on April 21, 2006, I have Electronically Mailed the foregoing document(s) to the following non-registered participants:

John M. Desmarais
Peter J. Armenio
Maxine Y. Graham
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022
jdesmarais@kirkland.com
parmenio@kirkland.com
mgraham@kirkland.com

/s/ Kenneth L. Dorsney
Richard L. Horwitz
Kenneth L. Dorsney
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19801
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

700765