IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDPOINTE HEALTHCARE INC., <br> Plaintiff, <br><br> vs. <br><br> APOTEX INC. and APOTEX CORP., <br> Defendants. | Civil Action No. 06-164-SLR |

**PLAINTIFF'S MOTION TO STRIKE APOTEX'S JURY DEMAND,
STRIKE APOTEX'S AFFIRMATIVE DEFENSE OF UNENFORCEABILITY,
DISMISS APOTEX'S COUNTERCLAIM OF UNENFORCEABILITY, AND
STRIKE APOTEX'S AFFIRMATIVE DEFENSE OF MISUSE**

Plaintiff MedPointe Healthcare Inc. ("Plaintiff") hereby moves this Court for entry of an Order, pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(6) and 12(f), striking defendants Apotex Inc.'s and Apotex Corp.'s (collectively, "Defendants" or "Apotex") jury demand, striking Defendants' affirmative defense of unenforceability, dismissing Defendants' counterclaim of unenforceability, and striking Defendants' affirmative defense of misuse. The grounds upon which Plaintiff makes this motion are set forth in Plaintiff's Opening Brief in support of this motion, filed of even date herewith.

A proposed form of Order is attached hereto.

RLF1-3010666-1

*Of Counsel:*

John M. Desmarais
Peter J. Armenio
Maxine Y. Graham
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York  10022
(212) 446-4800

Dated:  May 4, 2006

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
Alyssa M. Schwartz (#4351)
Matthew W. King (#4566)
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
cottrell@rlf.com
schwartz@rlf.com
king@rlf.com

*Attorneys for Plaintiff*
*MedPointe Healthcare Inc.*

- 2 -

## CERTIFICATION PURSUANT TO
## DISTRICT OF DELAWARE LOCAL RULE 7.1.1

The undersigned hereby certifies that attorneys for the Plaintiff have made reasonable efforts to reach agreement with the opposing attorneys on the matters set forth in this Motion, but agreement could not be reached.

_____
Matthew W. King (#4566)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 4, 2006, I electronically filed the foregoing motion, proposed order, and brief in support thereof with the Clerk of Court using CM/ECF which will send notification of such filing, and hand delivered to the following:

>Richard L. Horwitz
>POTTER ANDERSON & CORROON LLP
>Hercules Plaza, 6th Floor
>1313 N. Market Street
>Wilmington, DE 19801

I hereby certify that on May 4, 2006, I sent the foregoing motion, proposed order, and brief in support thereof by Federal Express, next business day delivery, to the following non-registered participant:

>Robert B. Breisblatt
>WELSH & KATZ, LTD.
>120 South Riverside Plaza, 22nd Floor
>Chicago, IL 60606

_____
Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDPOINTE HEALTHCARE INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> vs. ) <br> ) <br> APOTEX INC. and APOTEX CORP., ) <br> ) <br> Defendants. ) <br> ) <br> ) | Civil Action No. 06-164-SLR |

## ORDER

WHEREAS, plaintiff MedPointe Healthcare Inc. ("Plaintiff") has moved this Court for entry of an pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(6) and 12(f), striking defendants Apotex Inc.'s. and Apotex Corp.'s (collectively, "Defendants") jury demand, striking Defendants' affirmative defense of unenforceability, dismissing Defendants' counterclaim of unenforceability, and striking Defendants' affirmative defense of misuse; and

WHEREAS, the Court has considered the parties' positions and arguments with respect to the motion, and finds that Plaintiff is entitled to the relief it seeks;

RLF1-3010666-1

NOW, THEREFORE, IT IS HEREBY ORDERED, this ____ day of _____, 2006, that Plaintiff's motion is GRANTED.

- Defendants' jury demand is hereby STRICKEN.

- Defendants' affirmative defense of unenforceability (D.I. 11, Answer and Counterclaims ¶¶ 31-33) and all other references to unenforceability (namely, the words "and/or unenforceable" in D.I. 11, Answer and Counterclaims ¶¶ 28 and 49 and the word "unenforceable" in Demand for Judgment and Prayer for Relief ¶ a) are hereby STRICKEN.

- Defendants' counterclaim of unenforceability is hereby DISMISSED (D.I. 11, Answer and Counterclaims ¶¶ 58-64).

- Defendants' affirmative defense of misuse (D.I. 11, Answer and Counterclaims ¶ 34) is hereby STRICKEN.

_____
THE HONORABLE SUE L. ROBINSON
United States District Judge
District of Delaware