## EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDPOINTE HEALTHCARE INC., )<br>           Plaintiff, )<br> )<br> )<br>vs. )<br> )<br>APOTEX INC. and APOTEX CORP., )<br>           Defendants. )<br> ) | Civil Action No. 06-164-SLR |

### AGREEMENT TO BE BOUND BY STIPULATED PROTECTIVE ORDER

I, _____, state that:

    a.    My home address is _____
_____.

    b.    My present employer is _____ and my present work address is _____.

    c.    My present title, occupation or job description is _____
_____.

    d.    A copy of my curriculum vitae is attached hereto (if an expert or consultant).

      e.  I have read and understand the provisions of the Stipulated Protective Order entered in this action and I will comply with the provisions of that Stipulated Protective Order. I consent to be subject to the jurisdiction of this Court for enforcement of this Stipulated Protective Order.

      f.  I will hold in confidence and not disclose to anyone not qualified under the Stipulated Protective Order any CONFIDENTIAL INFORMATION, or any summaries, abstracts or indices of any CONFIDENTIAL INFORMATION, that is disclosed to me or that I prepare.

      g.  Upon conclusion of the above-captioned litigation, including appeal, I will return all CONFIDENTIAL INFORMATION – and any summaries, abstracts and indices thereof, and documents or materials that I received or prepared relating thereto – in my possession to outside counsel for the party for whom I was employed, retained or acted as witness.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _____      _____

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which will send notification of such filing, and hand delivered to the following:

> Richard L. Horwitz
> Potter Anderson & Corroon LLP
> Hercules Plaza, 6th Floor
> 1313 N. Market Street
> Wilmington, DE 19801

I hereby certify that on May 19, 2006, I sent the foregoing document by Federal Express, next business day delivery, to the following non-registered participant:

> Robert B. Breisblatt
> Welsh & Katz, Ltd.
> 120 South Riverside Plaza, 22nd Floor
> Chicago, IL 60606

_____
Matthew W. King (#4566)
king@rlf.com