IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDPOINTE HEALTHCARE INC., <br><br> Plaintiff, <br><br> vs. <br><br> APOTEX INC. and APOTEX CORP., <br><br> Defendants. | Civil Action No. 06-164-SLR |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties hereto, subject to the approval of the Court, that the time by which Plaintiff MedPointe Healthcare Inc. ("MedPointe") has to file a reply in connection with Plaintiffs' Motion To Strike Apotex's Jury Demand, Strike Apotex's Affirmative Defense Of Unenforceability, Dismiss Apotex's Counterclaim Of Unenforceability, And Strike Apotex's Affirmative Defense Of Misuse (D.I. 16) is extended by one week, through and including June 1, 2006 (from May 25, 2006).

| | |
|---|---|
| RICHARDS, LAYTON & FINGER P.A. | POTTER ANDERSON & CORROON LLP |
| */s/ Frederick L. Cottrell, III (#2555)* <br> Frederick L. Cottrell, III (#2555) <br> One Rodney Square <br> P.O. Box 551 <br> Wilmington, Delaware 19899 <br> (302) 651-7700 <br> cottrell@rlf.com | */s/ Richard L. Horwitz (#2246)* <br> Richard L. Horwitz (#2246) <br> Hercules Plaza 6th Floor <br> 1313 N. Market Street, P.O. Box 951 <br> Wilmington, DE 19899 <br> (302) 984-6000 <br> rhorwitz@potteranderson.com |
| *Attorneys For Plaintiff* | *Attorneys For Defendants* |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which will send notification of such filing, and hand delivered to the following:

>Richard L. Horwitz
>Potter Anderson & Corroon LLP
>Hercules Plaza, 6[th] Floor
>1313 N. Market Street
>Wilmington, DE 19801

I hereby certify that on May 23, 2006, I sent the foregoing document by Federal Express, next business day delivery, to the following non-registered participant:

>Robert B. Breisblatt
>Welsh & Katz, Ltd.
>120 South Riverside Plaza, 22[nd] Floor
>Chicago, IL 60606

_____
Matthew W. King (#4566)
king@rlf.com