## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MEDPOINTE HEALTHCARE INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| vs. | ) | Civil Action No. 06-164-SLR |
| | ) | |
| APOTEX INC. and APOTEX CORP., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## NOTICE OF SERVICE

The undersigned counsel for plaintiff MedPointe Healthcare Inc. ("MedPointe")

hereby certifies that copies of Plaintiff's First Set of Requests For The Production Of Documents

And Things were caused to be served on June 20, 2006 upon the following attorneys of record as

follows:

**BY HAND**

Richard L. Horowitz
POTTER ANDERSON & CORROON LLP
Hercules Plaza 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899

**BY ELECTRONIC MAIL**

A. Sidney Katz
Robert B. Breisblatt
Steven E. Feldman
WELSH & KATZ, LTD.
120 S. Riverside Plaza, 22nd Floor
Chicago, IL 60606
askatz@welshkatz.com
rbbreisblatt@welshkatz.com
sefeldman@welshkatz.com

Frederick L. Cottrell, III (#2555)
Matthew W. King (#4566)

*Of Counsel:*

John M. Desmarais
Peter J. Armenio
Maxine Y. Graham
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022
(212) 446-4800

RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
cottrell@rlf.com
king@rlf.com

Dated: June 21, 2006

*Attorneys for Plaintiff*
*MedPointe Healthcare Inc.*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2006, the foregoing document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

> Richard L. Horowitz
> POTTER ANDERSON & CORROON LLP
> Hercules Plaza 6th Floor
> 1313 N. Market Street
> P.O. Box 951
> Wilmington, DE 19899

I hereby certify that on June 21, 2006, the foregoing document was sent to the following non-registered participants by Electronic Mail:

> A. Sidney Katz
> Robert B. Breisblatt
> Steven E. Feldman
> WELSH & KATZ, LTD.
> 120 S. Riverside Plaza, 22nd Floor
> Chicago, IL  60606
> askatz@welshkatz.com
> rbbreisblatt@welshkatz.com
> sefeldman@welshkatz.com

Matthew W. King (#4566)
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
king@rlf.com