IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDPOINTE HEALTHCARE INC., ) | |
| ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | C.A. No. 06-164 (SLR) |
| ) | |
| v. ) | |
| ) | |
| APOTEX INC. and APOTEX CORP., ) | |
| ) | |
| Defendants/Counter-Plaintiffs. ) | |

### NOTICE OF SERVICE

The undersigned, counsel for defendants, Apotex Inc. and Apotex Corp., hereby certifies that copies of Apotex Corp.'s Responses to Plaintiffs' First Request for the Production of Documents and Things from Defendants were caused to be served on August 4, 2006 upon the following attorneys of record at the following address as indicated:

### VIA HAND DELIVERY

Frederick L. Cottrell, III
Alyssa M. Schwartz
Matthew W. King
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

**VIA ELECTRONIC MAIL**

John M. Desmarais
Peter J. Armenio
Maxine Y. Graham
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
jdesmarais@kirkland.com
parmenio@kirkland.com
mgraham@kirkland.com

                              POTTER ANDERSON & CORROON LLP

OF COUNSEL:

                              By: */s/ Kenneth L. Dorsney*

Sidney Katz                           Richard L. Horwitz (No. 2246)
Robert B. Breisblatt               Kenneth L. Dorsney (No. 3726)
Steven E. Feldman               Hercules Plaza, 6th Floor
Michael A. Krol                   1313 N. Market Street
Brian J. Sodikoff                  P.O. Box 951
WELSH & KATZ, LTD.            Wilmington, DE 19801
120 S. Riverside Plaza, 22nd Floor   (302) 984-6000
Chicago, IL 60606              rhorwitz@potteranderson.com
Tel: (312) 655-1500             kdorsney@potteranderson.com
Fax: (312) 655-1501

Dated: August 4, 2006            *Counsel for Defendants/Counter-Plaintiffs,*
                                          *Apotex Inc. and Apotex Corp.*

744222v1 / 30136

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Kenneth L. Dorsney, hereby certify that on August 4, 2006, the attached document was hand delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Frederick L. Cottrell, III
Alyssa M. Schwartz
Matthew W. King
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

I hereby certify that on August 4, 2006, I have Electronically Mailed the foregoing document(s) to the following non-registered participants:

John M. Desmarais
Peter J. Armenio
Maxine Y. Graham
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
jdesmarais@kirkland.com
parmenio@kirkland.com
mgraham@kirkland.com

/s/ *Kenneth L. Dorsney*
Richard L. Horwitz
Kenneth L. Dorsney
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

700765