IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDPOINTE HEALTHCARE INC., )<br>)<br>)<br>Plaintiff/Counter-Defendant, )<br>)<br>v. )<br>)<br>APOTEX INC. and APOTEX CORP., )<br>)<br>Defendants/Counter-Plaintiffs. ) | C.A. No. 06-164 (SLR) |

## NOTICE OF SERVICE

The undersigned, counsel for defendants, Apotex Inc. and Apotex Corp., hereby certify that that copies of Apotex's Second Set of Interrogatories to MedPointe (Nos. 10-16); and Apotex's Second Request for the Production of Documents and Things to MedPointe (Nos. 28-63) were caused to be served on December 15, 2006 upon the following attorneys of record at the following address as indicated:

### VIA HAND DELIVERY

Frederick L. Cottrell, III
Alyssa M. Schwartz
Matthew W. King
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

**VIA ELECTRONIC MAIL**

John M. Desmarais
Peter J. Armenio
Anne S. Toker
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
jdesmarais@kirkland.com
parmenio@kirkland.com
atoker@kirkland.com

OF COUNSEL:

Sidney Katz
Robert B. Breisblatt
Steven E. Feldman
Michael A. Krol
Brian J. Sodikoff
WELSH & KATZ, LTD.
120 S. Riverside Plaza, 22nd Floor
Chicago, IL 60606
Tel:  (312) 655-1500
Fax:  (312) 655-1501

Dated: December 15, 2006
767911/ 30136

POTTER ANDERSON & CORROON LLP

By: /s/ Richard L. Horwitz
　　Richard L. Horwitz (No. 2246)
　　Kenneth L. Dorsney (No. 3726)
　　Hercules Plaza, 6th Floor
　　1313 N. Market Street
　　P.O. Box 951
　　Wilmington, DE 19801
　　(302) 984-6000
　　rhorwitz@potteranderson.com
　　kdorsney@potteranderson.com

*Counsel for Defendants/Counter-Plaintiffs,
Apotex Inc. and Apotex Corp.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on December 15, 2006, the attached document was hand delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Frederick L. Cottrell, III
Alyssa M. Schwartz
Matthew W. King
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

I hereby certify that on December 15, 2006, I have Electronically Mailed the foregoing document(s) to the following non-registered participants:

John M. Desmarais
Peter J. Armenio
Anne S. Toker
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
jdesmarais@kirkland.com
parmenio@kirkland.com
atoker@kirkland.com

/s/ Richard L. Horwitz
Richard L. Horwitz
Kenneth L. Dorsney
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

700765