IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDPOINTE HEALTHCARE INC., <br> Plaintiff, <br><br> vs. <br><br> APOTEX INC. and APOTEX CORP., <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 06-164-SLR <br> ) <br> ) <br> ) <br> ) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by the parties hereto, subject to the approval of the Court, that the time by which Plaintiff MedPointe Healthcare, Inc. ("MedPointe") has to respond to defendants Apotex Inc. and Apotex Corp. ("Apotex")'s Second Set of Interrogatories to MedPointe (Nos. 10-16) and Apotex's Second Request for the Production of Documents and Things to MedPointe (Nos. 28-63) is extended until January 26, 2007.

| RICHARDS, LAYTON & FINGER P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| | /s/Kenneth L. Dornsney |
| Frederick L. Cottrell, III (#2555) <br> One Rodney Square <br> P.O. Box 551 <br> Wilmington, DE 19899 <br> (302) 651-7700 <br> cottrell@rlf.com <br> *Attorneys for Plaintiff* | Richard L. Horowitz (#2246) <br> Kenneth L. Dorsney (#3726) <br> Hercules Plaza 6th Floor <br> 1313 N. Market Street, P.O. Box 951 <br> Wilmington, DE 19899 <br> (302) 984-6000 <br> rhorwitz@potteranderson.com <br> kdorsney@potteranderson.com <br> *Attorneys for Defendants* |

SO ORDERED this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

RLF1-3104798-1