IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDPOINTE HEALTHCARE INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> APOTEX INC. and APOTEX CORP., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 06-164-SLR |

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Jameson A. L. Tweedie of Richards, Layton & Finger is substituted for Matthew W. King of Richards, Layton & Finger, as counsel for Medpointe Healthcare, Inc. Frederick L. Cottrell, III and Richards, Layton & Finger continue to represent Medpointe Healthcare, Inc. in this matter.

Of Counsel:
John M. Desmarais
Peter J. Armenio
Maxine Y. Graham
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
(212) 446-4800

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Jameson A. L. Tweedie (#4927)
tweedie@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE 19899
302-651-7700
cottrell@rlf.com
tweedie@rlf.com

*Attorneys for Plaintiff*
Medpointe Healthcare, Inc.

Dated: January 19, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which will send notification of such filing, and hand delivered to the following:

>Richard L. Horwitz
>Potter Anderson & Corroon LLP
>Hercules Plaza, 6th Floor
>1313 N. Market Street
>Wilmington, DE 19801

I hereby certify that on January 19, 2007, I sent the foregoing document by Federal Express, next business day delivery, to the following non-registered participant:

>Robert B. Breisblatt
>Welsh & Katz, Ltd.
>120 South Riverside Plaza, 22nd Floor
>Chicago, IL 60606

Jameson A. L. Tweedie (#4927)
tweedie@rlf.com