IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDPOINTE HEALTHCARE INC., <br><br> Plaintiff, <br><br> vs. <br><br> APOTEX INC. and APOTEX CORP., <br><br> Defendants. | Civil Action No. 06-164-SLR |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the 26th day of January, 2007, true and correct copies of Plaintiff's Objections and Responses to Apotex's Second Request for the Production of Documents and Things to Medpointe were served, in the manner indicated, on counsel as follows:

**VIA HAND DELIVERY**
Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 1980

**VIA ELECTRONIC MAIL**
A. Sidney Katz
Robert B. Breisblatt
Steven E. Feldman
Stephen P. Benson
Welsh & Katz, Ltd.
120 South Riverside Plaza, 22nd Floor
Chicago, IL 60606

RLF1-3109298-1

*Of Counsel:*

John M. Desmarais
Peter J. Armenio
Anne S. Toker
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022
(212) 446-4800

Dated: January 26, 2007

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Jameson A.L. Tweedie (#4927)
tweedie@rlf.com
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

Attorneys for Plaintiff
*MedPointe Healthcare Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2007, the foregoing document was served by hand delivery on the following person:

> Richard L. Horowitz, Esq.
> POTTER ANDERSON & CORROON LLP
> Hercules Plaza 6th Floor
> 1313 N. Market Street
> P.O. Box 951
> Wilmington, DE 19899

I hereby certify that on January 26, 2007, the foregoing document was also sent to the following counsel by Electronic Mail:

> A. Sidney Katz, Esq.
> Robert B. Breisblatt, Esq.
> Steven E. Feldman, Esq.
> Stephen P. Benson, Esq.
> WELSH & KATZ, LTD.
> 120 S. Riverside Plaza, 22nd Floor
> Chicago, IL 60606
> askatz@welshkatz.com
> rbbreisblatt@welshkatz.com
> sefeldman@welshkatz.com
> sbenson@welshkatz.com

　　　　　　　　　　　　　　　　　　　　/s/ Jameson A.L. Tweedie
　　　　　　　　　　　　　　　　　　　　Jameson A.L. Tweedie (#4927)