IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDPOINTE HEALTHCARE INC., <br><br> Plaintiff, <br><br> vs. <br><br> APOTEX INC. and APOTEX CORP., <br><br> Defendants. | Civil Action No. 06-164-SLR |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the 26th day of January, 2007, true and correct copies of Plaintiff's Objections and Responses to Apotex's Second Set of Interrogatories to Medpointe (Nos. 10-16) were served, in the manner indicated, on counsel as follows:

**VIA HAND DELIVERY**
Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 1980

**VIA ELECTRONIC MAIL**
A. Sidney Katz
Robert B. Breisblatt
Steven E. Feldman
Stephen P. Benson
Welsh & Katz, Ltd.
120 South Riverside Plaza, 22nd Floor
Chicago, IL 60606

|  |  |
|---|---|
| *Of Counsel:* | /s/ Frederick L. Cottrell, III |
|  | Frederick L. Cottrell, III (#2555) |
|  | cottrell@rlf.com |
| John M. Desmarais | Jameson A.L. Tweedie (#4927) |
| Peter J. Armenio | tweedie@rlf.com |
| Anne S. Toker | RICHARDS, LAYTON & FINGER P.A. |
| KIRKLAND & ELLIS LLP | One Rodney Square |
| Citigroup Center | P.O. Box 551 |
| 153 East 53rd Street | Wilmington, Delaware 19899 |
| New York, New York 10022 | (302) 651-7700 |
| (212) 446-4800 |  |
|  | Attorneys for Plaintiff |
|  | *MedPointe Healthcare Inc.* |
| Dated: January 26, 2007 |  |

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2007, the foregoing document was served by hand delivery on the following person:

>Richard L. Horowitz, Esq.
>POTTER ANDERSON & CORROON LLP
>Hercules Plaza 6th Floor
>1313 N. Market Street
>P.O. Box 951
>Wilmington, DE 19899

I hereby certify that on January 26, 2007, the foregoing document was also sent to the following counsel by Electronic Mail:

>A. Sidney Katz, Esq.
>Robert B. Breisblatt, Esq.
>Steven E. Feldman, Esq.
>Stephen P. Benson, Esq.
>WELSH & KATZ, LTD.
>120 S. Riverside Plaza, 22nd Floor
>Chicago, IL 60606
>askatz@welshkatz.com
>rbbreisblatt@welshkatz.com
>sefeldman@welshkatz.com
>sbenson@welshkatz.com

                                          Jameson A.L. Tweedie (#4927)