IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDPOINTE HEALTHCARE INC.,<br><br>Plaintiff,<br><br>vs.<br><br>APOTEX INC. and APOTEX CORP.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No. 06-164-SLR<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF COUNSEL

TO: Clerk of the Court
United States District Court
District of Delaware
844 King Street
Wilmington, DE  19801

**PLEASE TAKE NOTICE** that pursuant to Local Rule 83.7 Richard M. Koehl of Kirkland & Ellis LLP, previously admitted pro hac vice (D.I. 10) hereby withdraws his appearance in this action on behalf of Plaintiff Medpointe Healthcare, Inc. Counsel from Kirkland & Ellis LLP and Richards, Layton & Finger, P.A. continue to represent plaintiff MedPointe Healthcare, Inc.

*Of Counsel:*

John M. Desmarais
Peter J. Armenio
Anne S. Toker
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York  10022
(212) 446-4800

Dated: February 13, 2007

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Jameson A.L. Tweedie (#4927)
tweedie@rlf.com
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

*Attorneys for Plaintiff*
*MedPointe Healthcare Inc.*

RLF1-3107630-1

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which will send notification of such filing, and hand delivered to the following:

> Richard L. Horwitz
> Potter Anderson & Corroon LLP
> Hercules Plaza, 6th Floor
> 1313 N. Market Street
> Wilmington, DE 19801

I hereby certify that on February 13, 2007, I sent the foregoing document by Federal Express, next business day delivery, to the following non-registered participant:

> Robert B. Breisblatt
> Stephen P. Benson
> Welsh & Katz, Ltd.
> 120 South Riverside Plaza, 22nd Floor
> Chicago, IL 60606

Jameson A. L. Tweedie (#4927)
tweedie@rlf.com