IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDPOINTE HEALTHCARE INC., <br><br> Plaintiff, <br><br> vs. <br><br> APOTEX INC. and APOTEX CORP., <br><br> Defendants. | Civil Action No. 06-164-SLR |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the 16th day of February, 2007, true and correct copies of Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Obstein's Objections to Apotex's Subpoena for Documents were served, in the manner indicated, on counsel as follows:

**VIA HAND DELIVERY**
Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  1980

**VIA ELECTRONIC MAIL**
A. Sidney Katz
Robert B. Breisblatt
Steven E. Feldman
Stephen P. Benson
Welsh & Katz, Ltd.
120 South Riverside Plaza, 22nd Floor
Chicago, IL  60606

|  |  |
|---|---|
| *Of Counsel:* | /s/ *[signature]* |
|  | Frederick L. Cottrell, III (#2555) |
| John M. Desmarais | cottrell@rlf.com |
| Peter J. Armenio | Jameson A.L. Tweedie (#4927) |
| Anne S. Toker | tweedie@rlf.com |
| KIRKLAND & ELLIS LLP | RICHARDS, LAYTON & FINGER P.A. |
| Citigroup Center | One Rodney Square |
| 153 East 53rd Street | P.O. Box 551 |
| New York, New York 10022 | Wilmington, Delaware 19899 |
| (212) 446-4800 | (302) 651-7700 |
|  |  |
|  | Attorneys for Plaintiff |
|  | *MedPointe Healthcare Inc.* |

Dated: February 16, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which will send notification of such filing, and hand delivered to the following:

> Richard L. Horwitz
> Potter Anderson & Corroon LLP
> Hercules Plaza, 6th Floor
> 1313 N. Market Street
> Wilmington, DE 19801

I hereby certify that on February 16, 2007, I sent the foregoing document by Federal Express, next business day delivery, to the following non-registered participant:

> Robert B. Breisblatt
> Stephen P. Benson
> Welsh & Katz, Ltd.
> 120 South Riverside Plaza, 22nd Floor
> Chicago, IL 60606

Jameson A. L. Tweedie (#4927)
tweedie@rlf.com