IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDPOINTE HEALTHCARE INC., <br><br> Plaintiff, <br><br> vs. <br><br> APOTEX INC. and APOTEX CORP., <br><br> Defendants. | Civil Action No. 06-164-SLR |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the 9th day of March, 2007, true and correct copies of Plaintiffs' First Amended Rule 26(a)(1) Initial Disclosures were served, in the manner indicated, on counsel as follows:

**VIA HAND DELIVERY**
Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 1980

**VIA ELECTRONIC MAIL**
A. Sidney Katz
Robert B. Breisblatt
Steven E. Feldman
Stephen P. Benson
Welsh & Katz, Ltd.
120 South Riverside Plaza, 22nd Floor
Chicago, IL 60606

RLF1-3124925-1

|  |  |
|---|---|
| *Of Counsel:* | /s/ <br> Frederick L. Cottrell, III (#2555) <br> cottrell@rlf.com <br> Jameson A.L. Tweedie (#4927) <br> tweedie@rlf.com |
| John M. Desmarais <br> Peter J. Armenio <br> Anne S. Toker <br> KIRKLAND & ELLIS LLP <br> Citigroup Center <br> 153 East 53rd Street <br> New York, New York  10022 <br> (212) 446-4800 | RICHARDS, LAYTON & FINGER P.A. <br> One Rodney Square <br> P.O. Box 551 <br> Wilmington, Delaware 19899 <br> (302) 651-7700 <br><br> Attorneys for Plaintiff <br> *MedPointe Healthcare Inc.* |

Dated:  March 9, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which will send notification of such filing, and hand delivered to the following:

> Richard L. Horwitz
> Potter Anderson & Corroon LLP
> Hercules Plaza, 6th Floor
> 1313 N. Market Street
> Wilmington, DE  19801

I hereby certify that on February 13, 2007, I sent the foregoing document by Federal Express, next business day delivery, to the following non-registered participant:

> A. Sidney Katz
> Robert B. Breisblatt
> Steven E. Feldman
> Stephen P. Benson
> WELSH & KATZ, LTD.
> 120 South Riverside Plaza, 22nd Floor
> Chicago, IL  60606
> askatz@welshkatz.com
> rbbreisblatt@welshkatz.com
> sefeldman@welshkatz.com
> sbenson@welshkatz.com

/s/ Jameson A. L. Tweedie
Jameson A. L. Tweedie (#4927)
tweedie@rlf.com