IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDPOINTE HEALTHCARE INC., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 06-164 (SLR) |
| ) | |
| v. ) | |
| ) | |
| APOTEX INC. and APOTEX CORP., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT APOTEX INC.'S AND APOTEX CORP.'S
NOTICE OF DEPOSITION OF MR. COREY N. FISHMAN**

PLEASE TAKE NOTICE that on March 27, 2007 at 9:00 a.m. (EST) at the offices of Potter Anderson & Corroon LLP, Hercules Plaza, 6th Floor, 1313 N. Market Street, P.O. Box 951, Wilmington, Delaware 19801, Defendants Apotex Inc. and Apotex Corp. ("Apotex") will, pursuant to Rule 30 of the Federal Rules of Civil Procedure, take the deposition of Mr. Corey N. Fishman before a notary public or other officer authorized by law to administer an oath. The deposition shall be taken by stenographic means and shall continue from day-to-day, legal holidays excepted, until adjourned by counsel for Apotex or completed.

You are invited to attend and cross-examine.

| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|---|---|
| Sidney Katz | By: /s/ Kenneth L. Dorsney |
| Robert B. Breisblatt | Richard L. Horwitz (No. 2246) |
| James P. White | Kenneth L. Dorsney (No. 3726) |
| Hartwell P. Morse, III | Hercules Plaza, 6th Floor |
| Steven E. Feldman | 1313 N. Market Street |
| Craig M. Kuchii | P.O. Box 951 |
| Stephen P. Benson | Wilmington, DE 19801 |
| WELSH & KATZ, LTD. | (302) 984-6000 |
| 120 S. Riverside Plaza, 22nd Floor | rhorwitz@potteranderson.com |
| Chicago, IL 60606 | kdorsney@potteranderson.com |
| Tel: (312) 655-1500 | |
| Fax: (312) 655-0008 | *Counsel for Defendants Apotex Inc. and Apotex Corp.* |
| Dated: March 16, 2007 | |
| 783959 / 30136 | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Kenneth L. Dorsney, hereby certify that on March 16, 2007, the attached document was hand delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Frederick L. Cottrell, III
Jameson A. L. Tweedie
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

I hereby certify that on March 16, 2007, I have Electronically Mailed the foregoing document(s) to the following non-registered participants:

John M. Desmarais
Peter J. Armenio
Anne S. Toker
Gerald J. Flattmann, Jr.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022
jdesmarais@kirkland.com
parmenio@kirkland.com
atoker@kirkland.com
gflattmann@kirkland.com

/s/ Kenneth L. Dornsey
Richard L. Horwitz
Kenneth L. Dorsney
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19801
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

700765