IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| MEDPOINTE HEALTHCARE INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>APOTEX INC. and APOTEX CORP., )<br>)<br>Defendants. )<br>) | C. A. No. 06-164-SLR |

<u>**NOTICE OF DEPOSITION**</u>

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff MedPointe Healthcare Inc. ("MedPointe"), by and through its counsel, will take the depositions upon oral examination of the following employee(s) of Defendants Apotex Inc. and/or Apotex Corp. or individual(s) that are being represented by Welsh & Katz, Ltd. in the above-referenced civil action on the dates and at the times indicated below at the offices of Kirkland & Ellis LLP, 153 East 53rd Street, New York, New York 10022.

| | | |
|---|---|---|
| Suganya Ramachandra | April 26, 2007 | 9:00 a.m. |
| Jeff Michaud | April 27, 2007 | 9:00 a.m. |
| Muhammad Hassan | May 3, 2007 | 9:00 a.m. |
| Scott Deng | May 4, 2007 | 9:00 a.m. |

Each deposition upon oral examination will be conducted before an officer authorized to administer oaths and will be recorded by stenographic and videographic means. Each deposition will continue from day to day until completed with such adjournments as to time and place as may be necessary.

You are invited to attend and cross-examine the witness.

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
Jameson A.L. Tweedie (#4927)
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
cottrell@rlf.com
tweedie@rlf.com

*Attorneys for Plaintiff*
*MedPointe Healthcare Inc.*

*Of Counsel:*

John M. Desmarais
Peter J. Armenio
Anne S. Toker
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022
(212) 446-4800

Dated: March 26, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which will send notification of such filing, and hand delivered to the following:

>Richard L. Horowitz, Esq.
>POTTER ANDERSON & CORROON LLP
>Hercules Plaza 6th Floor
>1313 N. Market Street
>P.O. Box 951
>Wilmington, DE 19899

I hereby certify that on March 26, 2007, the foregoing document was also sent to the following counsel by Electronic Mail:

>A. Sidney Katz, Esq.
>Robert B. Breisblatt, Esq.
>Hartwell P. Morse, III, Esq.
>Steven E. Feldman, Esq.
>Stephen P. Benson, Esq.
>WELSH & KATZ, LTD.
>120 S. Riverside Plaza, 22nd Floor
>Chicago, IL 60606
>askatz@welshkatz.com
>rbbreisblatt@welshkatz.com
>hpmorse@welshkatz.com
>sefeldman@welshkatz.com
>sbenson@welshkatz.com

>Jameson A.L. Tweedie (#4927)
>tweedie@rlf.com