IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDPOINTE HEALTHCARE INC., | )<br>)<br>) |
| Plaintiff, | )<br>) C.A. No. 06-164 (SLR) |
| v. | )<br>)<br>) |
| APOTEX INC. and APOTEX CORP., | )<br>) |
| Defendants. | )<br>) |

**DEFENDANT APOTEX INC.'S AND APOTEX CORP.'S
AMENDED NOTICE OF DEPOSITION OF MR. COREY N. FISHMAN**

PLEASE TAKE NOTICE that on April 13, 2007 at 9:00 a.m. (EST) at the offices of Kirkland & Ellis LLP, Citigroup Center, 153 East 53rd Street, New York, New York 10022, Defendants Apotex Inc. and Apotex Corp. ("Apotex") will, pursuant to Rule 30 of the Federal Rules of Civil Procedure, take the deposition of Mr. Corey N. Fishman before a notary public or other officer authorized by law to administer an oath. The deposition shall be taken by stenographic and sound-and-visual means and shall continue from day-to-day, legal holidays excepted, until adjourned by counsel for Apotex or completed.

You are invited to attend and cross-examine.

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| | |
| Sidney Katz | By: /s/ Kenneth L. Dorsney |
| Robert B. Breisblatt |     Richard L. Horwitz (No. 2246) |
| James P. White |     Kenneth L. Dorsney (No. 3726) |

OF COUNSEL:

Sidney Katz
Robert B. Breisblatt
James P. White
Hartwell P. Morse, III
Steven E. Feldman
Craig M. Kuchii
Stephen P. Benson
WELSH & KATZ, LTD.
120 S. Riverside Plaza, 22nd Floor
Chicago, IL 60606
Tel:   (312) 655-1500
Fax:   (312) 655-0008

Dated: April 5, 2007
787556 / 30136

POTTER ANDERSON & CORROON LLP

By: /s/ Kenneth L. Dorsney
    Richard L. Horwitz (No. 2246)
    Kenneth L. Dorsney (No. 3726)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19801
    (302) 984-6000
    rhorwitz@potteranderson.com
    kdorsney@potteranderson.com

*Counsel for Defendants Apotex Inc. and Apotex Corp.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

      I, Kenneth L. Dorsney, hereby certify that on April 5, 2007, the attached document was hand delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Frederick L. Cottrell, III
Jameson A. L. Tweedie
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

      I hereby certify that on April 5, 2007, I have Electronically Mailed the foregoing document(s) to the following non-registered participants:

John M. Desmarais
Peter J. Armenio
Anne S. Toker
Gerald J. Flattmann, Jr.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
jdesmarais@kirkland.com
parmenio@kirkland.com
atoker@kirkland.com
gflattmann@kirkland.com

                                                              /s/ *Kenneth L. Dornsey*
                                                              Richard L. Horwitz
                                                             Kenneth L. Dorsney
                                                             Potter Anderson & Corroon LLP
                                                             Hercules Plaza – Sixth Floor
                                                             1313 North Market Street
                                                             Wilmington, DE 19801
                                                             (302) 984-6000
                                                             rhorwitz@potteranderson.com
                                                             kdorsney@potteranderson.com

700765