IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDPOINTE HEALTHCARE INC.,<br><br>Plaintiff,<br><br>vs.<br><br>APOTEX INC. and APOTEX CORP.,<br><br>Defendants. | Civil Action No. 06-164-SLR |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the 1st day of May, 2007, true and correct copies of R. Duane Sofia's Objections and Responses to Apotex's Subpoena for Documents and His Deposition were served, in the manner indicated, on counsel as follows:

| **VIA HAND DELIVERY** | **VIA FEDERAL EXPRESS** |
|---|---|
| Richard L. Horwitz | A. Sidney Katz |
| Potter Anderson & Corroon LLP | Robert B. Breisblatt |
| Hercules Plaza, 6th Floor | Steven E. Feldman |
| 1313 N. Market Street | Stephen P. Benson |
| Wilmington, DE 1980 | Welsh & Katz, Ltd. |
| | 120 South Riverside Plaza, 22nd Floor |
| | Chicago, IL 60606 |

| | |
|---|---|
| *Of Counsel:* | /s/ Frederick L. Cottrell, III<br>Frederick L. Cottrell, III (#2555)<br>cottrell@rlf.com |
| John M. Desmarais<br>Peter J. Armenio<br>Anne S. Toker<br>KIRKLAND & ELLIS LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, New York 10022<br>(212) 446-4800 | Jameson A.L. Tweedie (#4927)<br>tweedie@rlf.com<br>RICHARDS, LAYTON & FINGER P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, Delaware 19899<br>(302) 651-7700<br><br>Attorneys for Plaintiff<br>*MedPointe Healthcare Inc.* |

Dated: May 1, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 1, 2007, I electronically filed the Notice of Service of R. Duane Sofia's Responses and Objections to Apotex's Subpoena for Documents and His Deposition with the Clerk of Court using CM/ECF which will send notification of such filing, and hand delivered to the following:

> Richard L. Horwitz
> Potter Anderson & Corroon LLP
> Hercules Plaza, 6th Floor
> 1313 N. Market Street
> Wilmington, DE 19801

I hereby certify that on May 1, 2007, I sent the Notice of Service of R. Duane Sofia's Responses and Objections to Apotex's Subpoena for Documents and His Deposition by Federal Express, next business day delivery, to the following non-registered participants:

> A. Sidney Katz
> Robert B. Breisblatt
> Steven E. Feldman
> Stephen P. Benson
> Welsh & Katz, Ltd.
> 120 South Riverside Plaza, 22nd Floor
> Chicago, IL 60606

Jameson A.L. Tweedie (#4927)
tweedie@rlf.com