IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDPOINTE HEALTHCARE INC., )<br>　　　　　　　　　　　　　　　　　)<br>　　　　　Plaintiff, 　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　vs.　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>APOTEX INC. and APOTEX CORP., )<br>　　　　　　　　　　　　　　　　　)<br>　　　　　Defendants. 　　　　　　　)<br>　　　　　　　　　　　　　　　　　) | Civil Action No. 06-164-SLR |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the 7th day of May, 2007, true and correct copies of MedPointe's Objections and Responses to Apotex's Notice of Rule 30(b)(6) Deposition were served, in the manner indicated, on counsel as follows:

| **VIA HAND DELIVERY** | **VIA ELECTRONIC MAIL** |
|---|---|
| Richard L. Horwitz | A. Sidney Katz |
| Potter Anderson & Corroon LLP | Robert B. Breisblatt |
| Hercules Plaza, 6th Floor | Steven E. Feldman |
| 1313 N. Market Street | Welsh & Katz, Ltd. |
| Wilmington, DE 1980 | 120 South Riverside Plaza, 22nd Floor |
| | Chicago, IL 60606 |

_/s/ Frederick L. Cottrell_

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

_Of Counsel:_

John M. Desmarais
Peter J. Armenio
Anne S. Toker
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022
(212) 446-4800

Dated: May 7, 2007

Attorneys for Plaintiff
_MedPointe Healthcare Inc._

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 7, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and hand delivered to the following:

> Richard L. Horwitz
> Potter Anderson & Corroon LLP
> Hercules Plaza, 6th Floor
> 1313 N. Market Street
> Wilmington, DE 19801

I hereby certify that on May 7, 2007, I sent the foregoing document by Federal Express, next business day delivery, to the following non-registered participants:

> Robert B. Breisblatt
> Welsh & Katz, Ltd.
> 120 South Riverside Plaza, 22nd Floor
> Chicago, IL 60606

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com

RLF1-3147799-1