IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDPOINTE HEALTHCARE INC., <br> Plaintiff, <br><br> vs. <br><br> APOTEX INC. and APOTEX CORP., <br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 06-164-SLR |

## STIPULATION AND PROTECTIVE ORDER REGARDING EXPERT DISCOVERY

The parties hereto, through their respective counsel of record and subject to Court order, hereby stipulate to the following regarding the scope of expert discovery and testimony relating to experts in this matter.

The parties agree the following category of information is protected, outside the permissible scope of discovery and not a proper subject or basis of questions during deposition: preliminary, intermediate or draft opinions prepared by, for or at the direction of an expert witness.

| RICHARDS, LAYTON & FINGER P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ Frederick L. Cottrell, III | /s/ Richard L. Horwitz |
| Frederick L. Cottrell, III (#2555) | Richard L. Horwitz (#2246) |
| Jameson A.L. Tweedie (#4927) | Kenneth L. Dorsney (#3726) |
| One Rodney Square | Hercules Plaza 6th Floor |
| P.O. Box 551 | 1313 N. Market Street, P.O. Box 951 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 651-7700 | (302) 984-6000 |
| cottrell@rlf.com | rhorwitz@potteranderson.com |
| tweedie@rlf.com | kdorsney@potteranderson.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

**SO ORDERED:**

This _____ day of _____, 2007

_____
HONORABLE SUE L. ROBINSON
UNITED STATES DISTRICT JUDGE