IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDPOINTE HEALTHCARE INC., <br><br> Plaintiff, <br><br> vs. <br><br> APOTEX INC. and APOTEX CORP., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 06-164-SLR <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the 29th day of June, 2007, true and correct copies of Plaintiff's Objections and Supplemental Response to Apotex's Interrogatory No. 14 were served, in the manner indicated, on counsel as follows:

**VIA HAND DELIVERY**
**AND ELECTRONIC MAIL**
Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

**VIA ELECTRONIC MAIL**
A. Sidney Katz
Robert B. Breisblatt
Steven E. Feldman
Stephen P. Benson
Welsh & Katz, Ltd.
120 South Riverside Plaza, 22nd Floor
Chicago, IL 60606

*Of Counsel:*

John M. Desmarais
Peter J. Armenio
Anne S. Toker
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York  10022
(212) 446-4800

Dated:  June 29, 2007

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Jameson A.L. Tweedie (#4927)
 tweedie@rlf.com
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

Attorneys for Plaintiff
*MedPointe Healthcare Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which will send notification of such filing, and hand delivered to the following:

>Richard L. Horwitz
>Potter Anderson & Corroon LLP
>Hercules Plaza, 6th Floor
>1313 N. Market Street
>Wilmington, DE 19801

I hereby certify that on June 29, 2007, I sent the foregoing document by electronic mail to the following non-registered participant:

>A. Sidney Katz
>Robert B. Breisblatt
>Steven E. Feldman
>Stephen P. Benson
>WELSH & KATZ, LTD.
>120 South Riverside Plaza, 22nd Floor
>Chicago, IL 60606
>askatz@Welshkatz.com
>rbbreisblatt@welshkatz.com
>sefeldman@welshkatz.com
>sbenson@welshkatz.com

/s/ Jameson A. L. Tweedie
Jameson A. L. Tweedie (#4927)
tweedie@rlf.com

RLF1-3101825-1