## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

MEDPOINTE HEALTHCARE INC.,  )
                         Plaintiff,  )
                                        )
                vs.  )               C.A. No. 06-164-SLR
                                        )
APOTEX INC. and APOTEX CORP.,  )
               Defendants.  )

### NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the 6th day of August, 2007, true and correct copies

of (1) The Expert Report of Dr. Stephen R. Byrn; (2) The Expert Report of Dr. Richard N.

Dalby; and (3) The Expert Report of Dr. Eli O. Meltzer were served, in the manner indicated, on

counsel as follows:

**VIA OVERNIGHT COURIER**
Hartwell P. Morse, III
Welsh & Katz, Ltd.
120 South Riverside Plaza, 22nd Floor
Chicago, IL  60606

**PLEASE TAKE NOTICE** that on the 7th day of August, 2007, true and correct copies

of (1) The Expert Report of Dr. Stephen R. Byrn; (2) The Expert Report of Dr. Richard N.

Dalby; and (3) The Expert Report of Dr. Eli O. Meltzer were served, in the manner indicated, on

counsel as follows:

**VIA FIRST CLASS MAIL**
Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801

*Of Counsel:*

John M. Desmarais
Peter J. Armenio
Anne S. Toker
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York  10022
(212) 446-4800

Dated:  August 7, 2007

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Jameson A.L. Tweedie (#4927)
 tweedie@rlf.com
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

Attorneys for Plaintiff
*MedPointe Healthcare Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2007, I served the foregoing on counsel as follows:

**BY HAND DELIVERY AND ELECTRONIC MAIL**

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801


**VIA FEDERAL EXPRESS AND ELECTRONIC MAIL**

A. Sidney Katz
Robert B. Breisblatt
Steven E. Feldman
Stephen P. Benson
Welsh & Katz, Ltd.
120 South Riverside Plaza, 22nd Floor
Chicago, IL  60606

_____
Jameson A.L. Tweedie(#4927)
tweedie@rlf.com