IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDPOINTE HEALTHCARE INC., )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>APOTEX INC. and APOTEX CORP., )<br>)<br>Defendants. ) | C.A. No. 06-164 (SLR) |

**STIPULATION REGARDING EXPERT REPORT OF RONALD H. SMITH AND
SUBMISSION OF PROSECUTION HISTORY INTO EVIDENCE AT TRIAL**

WHEREAS, on August 6, 2007, defendants served an Expert Report of Ronald H. Smith. That Expert Report discussed, inter alia, the prosecution history of the patent-in-suit, patent office procedures and patent unenforceability due to inequitable conduct;

WHEREAS, on August 24, 2007, plaintiff objected to the Expert Report, and sought to meet and confer about the use of that Expert Report before filing a motion to strike it;

WHEREAS, defendants sought to use the expert Ron Smith at trial in order to provide a testimonial basis to move into evidence at trial the prosecution history file materials for the patent-in-suit and other relevant patents and prosecution history files including the following U.S. patent and related prosecution history files: (1) U.S. Patent No. 3,813,384 (Vogelsang, et al.); (2) U.S. Patent No. 4,704,387 (Engel, et al.); and (3) U.S. Patent No. 4,841,047 (Engel, et al.);

WHEREAS, counsel are aware that in the past the Court has permitted prosecution history file materials into evidence at a bench trial without a witness, where there are no objections;

WHEREAS, the parties have agreed, subject to the approval of the Court, that defendants will withdraw the Expert Report of Ronald H. Smith and not call Mr. Smith as a witness at trial as long as the prosecution history file materials for the patent-in-suit and the other patents identified above can be admitted into evidence at trial, without the need for a sponsoring witness.

NOW THEREFORE, it is hereby ordered, this __ day of ___, 2007, that upon defendants' withdrawal of the Expert Report of Ronald H. Smith, the prosecution history file materials of the patents-in-suit and the other patents identified above shall be admitted as evidence without the need for a sponsoring witness.

| RICHARDS, LAYTON & FINGER, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Jameson A. L. Tweedie<br>Frederick L. Cottrell, III (#2555)<br>Jameson A. L. Tweedie (#4927)<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>(302) 651-7509<br>cottrell@rlf.com<br>tweedie@rlf.com<br><br>*Attorneys for Plaintiff*<br>*MedPointe Healthcare Inc.* | By: /s/ Richard L. Horwitz<br>Richard L. Horwitz (No. 2246)<br>Kenneth L. Dorsney (No. 3726)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19801<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>kdorsney@potteranderson.com<br><br>*Attorneys for Defendants*<br>*Apotex Inc. and Apotex Corp.* |

IT IS SO ORDERED this _____ day of _____, 2007

                                                    _____
                                                            J.

815623 / 30136