## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MEDPOINTE HEALTHCARE INC., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 06-164 (SLR) |
| | ) | |
| v. | ) | |
| | ) | |
| APOTEX INC. and APOTEX CORP., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF SERVICE

The undersigned, counsel for defendants, Apotex Inc. and Apotex Corp. ("Apotex"),

hereby certify that copies of the Rebuttal and Supplemental Expert Report of Dr. Howard

Schwartz, M.D. were caused to be served on September 10, 2007 upon the following attorneys of

record at the following address as indicated:

### VIA FIRST CLASS MAIL

Frederick L. Cottrell, III
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

### VIA OVERNIGHT COURIER

Anne S. Toker
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Sidney Katz
Robert B. Breisblatt
James P. White
Hartwell P. Morse, III
Steven E. Feldman
Craig M. Kuchii
Stephen P. Benson
WELSH & KATZ, LTD.
120 S. Riverside Plaza, 22nd Floor
Chicago, IL 60606
Tel:    (312) 655-1500

Dated:  September 11, 2007
818037 / 30136

By: */s/ Kenneth L. Dorsney*
    Richard L. Horwitz (No. 2246)
    Kenneth L. Dorsney (No. 3726)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19801
    (302) 984-6000
    rhorwitz@potteranderson.com
    kdorsney@potteranderson.com

*Counsel for Defendants*
*Apotex Inc. and Apotex Corp.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### <u>CERTIFICATE OF SERVICE</u>

I, Kenneth L. Dorsney, hereby certify that on September 11, 2007, the

attached document was electronically filed with the Clerk of the Court using CM/ECF

which will send notification to the registered attorney(s) of record that the document has

been filed and is available for viewing and downloading.

I hereby certify that on September 11, 2007, I have Electronically Mailed

the document to the following person(s)

| | |
|---|---|
| Frederick L. Cottrell, III | John M. Desmarais |
| Jameson A. L. Tweedie | Peter J. Armenio |
| Richards, Layton & Finger | Anne S. Toker |
| One Rodney Square | Gerald J. Flattmann, Jr. |
| P.O. Box 551 | Kirkland & Ellis LLP |
| Wilmington, DE  19899 | Citigroup Center |
| | 153 East 53rd Street |
| | New York, NY  10022 |
| | jdesmarais@kirkland.com |
| | parmenio@kirkland.com |
| | atoker@kirkland.com |
| | gflattmann@kirkland.com |

<u>/s/ Kenneth L. Dornsey</u>
Richard L. Horwitz
Kenneth L. Dorsney
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19801
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

700765