IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDPOINTE HEALTHCARE INC., <br><br> Plaintiff, <br><br> vs. <br><br> APOTEX INC. and APOTEX CORP., <br><br> Defendants. | C.A. No. 06-164-SLR |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the 10th day of September, 2007, true and correct copies of (1) The Opposition Expert Report of Dr. Stephen R. Byrn; (2) The Opposition Expert Report of Dr. Richard N. Dalby; and (3) The Opposition Expert Report of Dr. Eli O. Meltzer were served, in the manner indicated, on counsel as follows:

**VIA OVERNIGHT COURIER**
Hartwell P. Morse, III
Welsh & Katz, Ltd.
120 South Riverside Plaza, 22nd Floor
Chicago, IL 60606

**PLEASE TAKE NOTICE** that on the 12th day of September, 2007, true and correct copies of (1) The Opposition Expert Report of Dr. Stephen R. Byrn; (2) The Opposition Expert Report of Dr. Richard N. Dalby; and (3) The Opposition Expert Report of Dr. Eli O. Meltzer were served, in the manner indicated, on counsel as follows:

**VIA FIRST CLASS MAIL**
Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

RLF1-3199824-1

| | |
|---|---|
| *Of Counsel:* | /s/ (signature)<br>Frederick L. Cottrell, III (#2555)<br>cottrell@rlf.com |
| John M. Desmarais<br>Peter J. Armenio<br>Anne S. Toker<br>KIRKLAND & ELLIS LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, New York 10022<br>(212) 446-4800 | Jameson A.L. Tweedie (#4927)<br>tweedie@rlf.com<br>RICHARDS, LAYTON & FINGER P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, Delaware 19899<br>(302) 651-7700 |
| Dated: September 12, 2007 | Attorneys for Plaintiff<br>*MedPointe Healthcare Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2007, I served the foregoing on counsel as follows:

**BY HAND DELIVERY**

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

**VIA FEDERAL EXPRESS**

A. Sidney Katz
Robert B. Breisblatt
Steven E. Feldman
Stephen P. Benson
Welsh & Katz, Ltd.
120 South Riverside Plaza, 22nd Floor
Chicago, IL 60606

_____
Jameson A.L. Tweedie (#4927)
tweedie@rlf.com

RLF1-3161342-1