IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MEDPOINTE HEALTHCARE INC., | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Civil Action No. 06-164-SLR |
| APOTEX INC. and APOTEX CORP., | ) ) ) | |
| Defendants. | ) ) ) | |

**STIPULATION REGARDING JOINT CLAIM CONSTRUCTION STATEMENT**

IT IS HEREBY STIPULATED by the parties hereto, subject to the approval of the Court, that the time by which the parties are to submit the Joint Claim Construction Statement is extended from November 26, 2007 to November 28, 2007.

| RICHARDS, LAYTON & FINGER P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ [signature] | /s/ Kenneth L. Dorsney |
| Frederick L. Cottrell, III (#2555) | Richard L. Horwitz (#2246) |
| Jameson A.L. Tweedie (#4927) | Kenneth L. Dorsney (#3726) |
| One Rodney Square | Hercules Plaza 6th Floor |
| P.O. Box 551 | 1313 N. Market Street, P.O. Box 951 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 651-7700 | (302) 984-6000 |
| cottrell@rlf.com | rhorwitz@potteranderson.com |
| tweedie@rlf.com | kdorsney@potteranderson.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

**SO ORDERED** this _____ day of _____, 2007

_____
HONORABLE SUE L. ROBINSON
UNITED STATES DISTRICT JUDGE

RLF1-3225885-1