IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDPOINTE HEALTHCARE INC., <br><br> Plaintiff, <br><br> vs. <br><br> APOTEX INC. and APOTEX CORP., <br><br> Defendants. | ) ) ) ) ) ) ) Civil Action No. 06-164-SLR ) ) ) ) ) ) |

**STIPULATION REGARDING FACT WITNESSES TO BE CALLED AT TRIAL**

IT IS HEREBY STIPULATED by the parties hereto, subject to the approval of the Court, that the time by which the parties are to serve their respective lists of fact witnesses (including any expert witness who is also expected to give fact testimony), who have previously been disclosed during discovery and that the parties intend to call at trial, is extended from November 23, 2007 to November 28, 2007.

| RICHARDS, LAYTON & FINGER P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| _____ <br> Frederick L. Cottrell, III (#2555) <br> Jameson A.L. Tweedie (#4927) <br> One Rodney Square <br> P.O. Box 551 <br> Wilmington, DE 19899 <br> (302) 651-7700 <br> cottrell@rlf.com <br> tweedie@rlf.com <br> *Attorneys for Plaintiff* | /s/ Kenneth L. Dorsney <br> Richard L. Horwitz (#2246) <br> Kenneth L. Dorsney (#3726) <br> Hercules Plaza 6th Floor <br> 1313 N. Market Street, P.O. Box 951 <br> Wilmington, DE 19899 <br> (302) 984-6000 <br> rhorwitz@potteranderson.com <br> kdorsney@potteranderson.com <br> *Attorneys for Defendants* |

**SO ORDERED** this _____ day of _____, 2007

_____
HONORABLE SUE L. ROBINSON
UNITED STATES DISTRICT JUDGE