## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDPOINTE HEALTHCARE INC., | ) |
| | ) |
| | ) |
| Plaintiff, | ) C.A. No. 06-164 (SLR) |
| | ) |
| v. | ) |
| | ) |
| APOTEX INC. and APOTEX CORP., | ) |
| | ) |
| Defendants. | ) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Philip D. Segrest and Louise T. Walsh of Welsh & Katz, Ltd., Suite 2200, 120 S. Riverside Plaza, Chicago, Illinois 60606, to represent defendants Apotex Inc. and Apotex Corp., in this matter.

POTTER ANDERSON & CORROON LLP

By: */s/ Kenneth L. Dorsney*
    Richard L. Horwitz (#2246)
    Kenneth L. Dorsney (#3726)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    kdorsney@potteranderson.com

Dated: December 18, 2007
838417 / 30136

*Attorneys for Defendants*
*Apotex Inc. and Apotex Corp.*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                    _____

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of Alabama and Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐     has been paid to the Clerk of the Court

☒     will be submitted to the Clerk's Office upon the filing of this motion

Date: December 18, 2007    Signed:    */s/ Philip D. Segrest*
                                Philip D. Segrest
                                Welsh & Katz, Ltd.
                                Suite 2200
                                120 S. Riverside Plaza
                                Chicago, Illinois 60606
                                Telephone: (312) 655-1500
                                pdsegrest@welshkatz.com

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE</u>

   Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

   In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

    ☐  has been paid to the Clerk of the Court

    ☒  will be submitted to the Clerk's Office upon the filing of this motion


Date:  December 18, 2007   Signed:   */s/ Louise T. Walsh*
                 Louise T. Walsh
                 Welsh & Katz, Ltd.
                 Suite 2200
                 120 S. Riverside Plaza
                 Chicago, Illinois 60606
                 Telephone: (312) 655-1500
                 ltwalsh@welshkatz.com

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

### <u>CERTIFICATE OF SERVICE</u>

I, Kenneth L. Dorsney, hereby certify that on December 18, 2007, the attached

document was electronically filed with the Clerk of the Court using CM/ECF which will send

notification to the registered attorney(s) of record that the document has been filed and is

available for viewing and downloading.

I hereby certify that on December 18, 2007, I have Electronically Mailed the

document to the following person(s)

Frederick L. Cottrell, III
Jameson A. L. Tweedie
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
cottrell@rlf.com
tweedie@rlf.com

John M. Desmarais
Peter J. Armenio
Anne S. Toker
Gerald J. Flattmann, Jr.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022
jdesmarais@kirkland.com
parmenio@kirkland.com
atoker@kirkland.com
gflattmann@kirkland.com

*/s/ Kenneth L. Dorsney*
Richard L. Horwitz
Kenneth L. Dorsney
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19801
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

700765