# EXHIBIT D

# THE RANDOM HOUSE DICTIONARY OF THE ENGLISH LANGUAGE

Second Edition

Unabridged

LIBRARY
KIRKLAND & ELLIS
MAY 25 1990
55 EAST 52ND STREET
16TH FLOOR
NEW YORK, N. Y. 10022

*Dedicated to the memory of*
*Jess Stein*

REF
PE
1625
.R3
1987

COPYRIGHT © 1987, BY RANDOM HOUSE, INC.

First Edition: Copyright © 1983, 1981, 1979, 1973, 1971, 1970, 1969, 1967, 1966, by Random House, Inc.

All rights reserved under International and Pan-American Copyright Conventions. No part of this book may be reproduced in any form or by any means, electronic or mechanical, including photocopying, without permission in writing from the publisher. All inquiries should be addressed to Reference Department, Random House, Inc., 201 E. 50th Street, New York, N.Y. 10022. Published in the United States by Random House, Inc., and simultaneously in Canada by Random House of Canada Limited, Toronto

The Random House Dictionary of the English Language and its abbreviations, RHD, RHDEL, RHD-I, and RHD-II, are trademarks of Random House, Inc.

Library of Congress Cataloging-in-Publication Data
The Random House dictionary of the English language.
(Random House dictionaries)
1. English language—Dictionaries. I. Flexner,
Stuart Berg. II. Series.
PE1625.R3  1987     423     87-4500
ISBN 0-394-50050-4; 0-394-56500-2 deluxe ed.

A number of entered words which we have reason to believe constitute trademarks have been designated as such. However, no attempt has been made to designate as trademarks or service marks all words or terms in which proprietary rights may exist. The inclusion, exclusion, or definition of a word or term is not intended to affect, or to express a judgment on, the validity or legal status of the word or term as a trademark, service mark, or other proprietary term.

*The Concise French Dictionary,* edited by Francesca L. V. Langbaum, Copyright © 1983, 1954, by Random House, Inc.

*The Concise German Dictionary,* edited by Jenni Karding Moulton, Copyright © 1983, 1959, by Random House, Inc.

*The Concise Italian Dictionary,* edited by Robert A. Hall, Jr., Copyright © 1983, 1957, by Random House, Inc.

*The Concise Spanish Dictionary,* edited by Donald F. Solá, Copyright © 1983, 1954, by Random House, Inc.

Entire contents of the *Atlas,* Copyright © 1987, by C. S. Hammond & Company.

*International Phonetic Alphabet,* courtesy International Phonetic Association.

Manufactured in the United States of America
r.s/uh

**Ap·pia** (Fr. A pyA′), n. **A·dolphe** (Fr. A dôlf′), 1862–1928, Swiss stage designer and theatrical producer.

**Ap′pi·an Way′** (ap′ē ən), an ancient Roman highway extending from Rome to Brundisium (now Brindisi); begun 312 B.C. by Appius Claudius Caecus. ab. 350 mi. (565 km) long.



**appl.,** 1. appeal. 2. applicable. 3. applied.

**ap·pla·nate** (ap′lə nāt′, a plā′nāt), adj. Biol. having a horizontally flattened form. [< NL applānātus flattened; see AP-[1], PLANATE]

**ap·plaud** (ə plôd′), v.i. 1. to clap the hands as an expression of approval, appreciation, acclamation, etc.: They applauded wildly at the end of the opera. 2. to express approval; give praise; acclaim. —v.t. 3. to clap the hands so as to show approval, appreciation, etc., of: to applaud an actor; to applaud a speech. 4. to praise or express approval of: to applaud a person's ambition. [1530–40; < L applaudere, equiv. to ap- AP-[1] + plaudere to clap the hands] —ap·plaud′er, n. —ap·plaud′ing·ly, adv.

**ap·plaud·a·ble** (ə plô′də bəl), adj. worthy of praise or applause; estimable; admirable: applaudable efforts to save the environment. [APPLAUD + -ABLE] —ap·plaud′a·bly, adv.

**ap·plause** (ə plôz′), n. 1. hand clapping as a demonstration of approval, appreciation, acclamation, or the like. 2. any positive expression of appreciation or approval; acclamation. [1590–1600; < L applausus struck upon, applauded (ptp. of applaudere), equiv. to ap- AP-[1] + plaud- clap + -tus ptp. suffix] —ap·plau·sive (ə plô′siv, -ziv), adj.
—Syn. 1. acclaim, plaudit, praise.

**ap·ple** (ap′əl), n. 1. the usually round, red or yellow, edible fruit of a small tree, Malus sylvestris, of the rose family. 2. the tree, cultivated in most temperate regions. 3. the fruit of any of certain other species of tree of the same genus. 4. any of these trees. 5. any of various other similar fruits, or fruitlike products or plants, as the custard apple, love apple, May apple, or oak apple. 6. anything resembling an apple in size and shape, as a ball, esp. a baseball. 7. Bowling. an ineffectively bowled ball. 8. Slang. a red capsule containing a barbiturate, esp. secobarbital. [bef. 900; ME appel, OE æppel; c. OFris, D appel, OS apl, appul, OHG apful (G Apfel), Crimean Goth apel < Gmc *aplu (akin to ON epli < *apl-ja*); OIr ubull (neut.), Welsh afal, Breton aval < pre-Celtic *oblu; Lith óbuolas, -ỹs, Latvian ābuol(i)s (with reshaped suffix), OPruss woble, perh. Thracian (din)upla, (sin)upyla wild pumpkin, OCS (j)ablŭko (repr. *ablŭ-ko, neut.) < Balto-Slavic *ăblu-. Cf. AVALON]

**ap′ple bee′,** Chiefly New Eng. a social gathering at which apples are prepared for drying. [1820–30, Amer.]

**ap′ple blos′som,** the flower of the apple tree: the state flower of Arkansas and Michigan. [1815–25]

**ap′ple bran′dy,** applejack (def. 1). [1770–80, Amer.]

**ap′ple but′ter,** apples stewed to a paste, spiced, sometimes sweetened, and served as a spread or condiment. [1765–75, Amer.]

**ap·ple·cart** (ap′əl kärt′), n. 1. a pushcart used by a vendor of apples. 2. **upset the** or **someone's apple·cart,** to ruin plans or arrangements; spoil something: He was making a fantastic profit until a competitor upset the applecart by cutting prices. [1780–90; APPLE + CART]

**ap′ple dow′dy.** See apple pandowdy.

**ap′ple green′,** a clear, light green. [1805–15]

**ap′ple grunt′,** Chiefly Eastern Massachusetts. See apple pandowdy. Cf. grunt (def. 6).

**Ap′ple Isle′,** Australian. Informal. Tasmania.

**ap·ple·jack** (ap′əl jak′), n. 1. a brandy distilled from fermented cider; apple brandy. 2. fermented cider. 3. an alcoholic beverage consisting of the unfrozen liquid that remains after freezing fermented cider. 4. Chiefly North Carolina and Brit. Dial. an apple turnover. [1810–20, Amer.; APPLE + JACK[1]]

**ap·ple·knock·er** (ap′əl nok′ər), n. Slang. 1. Northern U.S. a rustic. 2. a farm laborer, esp. a fruit picker. [1910–15; APPLE + KNOCKER; from the practice of picking apples by knocking them from trees]

**ap′ple mag′got.** See railroad worm. [1865–70, Amer.]

**ap′ple of dis′cord,** Class. Myth. a golden apple inscribed "For the fairest," thrown by Eris, goddess of discord, among the gods. Its award by Paris to Aphrodite caused events that led to the Trojan War. Cf. Helen, Paris. [1640–50]

**ap′ple of one's eye′,** something or someone very precious or dear: His new baby girl was the apple of his eye. [orig. in reference to the pupil of one's eye (in OE simply æppel; cf. OHG apful with similar sense); later misunderstood]

CONCISE ETYMOLOGY KEY: <, descended or borrowed from; >, whence; b., blend of; blended; c., cognate with; cf., compare; deriv., derivative; equiv., equivalent; imit., imitative; obl., oblique; r., replacing; s., stem; sp., spelling, spelled; resp., respelling, respelled; trans., translation; ?, origin unknown; *, unattested; ‡, probably earlier than. See the full key inside the front cover.

**ap′ple of Peru′,** a plant, Nicandra physalodes, of the nightshade family, having large blue flowers. [1775–85, Amer.]

**ap′ple pandow′dy,** Chiefly New Eng. a deep-dish apple pie or cobbler, usually sweetened with molasses. Also called **pandowdy, apple dowdy.** [1820–30, Amer.]

**ap·ple-pie** (ap′əl pī′), adj. pertaining to or embodying traditional American values: apple-pie virtues; an apple-pie issue that no politician could vote against.

**ap′ple-pie′ bed′,** a bed that has been short-sheeted as a joke. Also called **pie bed.** [1770–80]

**ap′ple-pie or′der,** excellent or perfect order: Her desk is always in apple-pie order. [1770–80]

**ap·ple-pol·ish** (ap′əl pol′ish), Informal. —v.i. 1. to curry favor with someone, esp. in an obsequious or flattering manner. —v.t. 2. to curry favor with (someone). [1930–35] —**ap′ple pol′isher.** —**ap′ple-pol′ish·er,** n.

**ap·ples** (ap′əlz), adj. Australian Slang. well or fine; under control.

**ap′ple·sauce** (ap′əl sôs′), n. 1. apples stewed to a soft pulp and sometimes sweetened or spiced with cinnamon. 2. Slang. nonsense; bunk. [1730–40; APPLE + SAUCE]

**Ap·ple·seed** (ap′əl sēd′), n. **Johnny** (John Chapman), 1774–1845, American pioneer and orchardist: prototype for character in American folklore.

**Ap′ples of the Hesper′ides,** Class. Myth. the golden apples given to Hera as a wedding gift. They were in the safekeeping of the Hesperides and of the dragon Ladon.

**ap′ple suck′er,** a small homopterous insect, Psyllia mali, originally of Europe, that is a serious pest of apple crops.

**Ap·ple·ton** (ap′əl tən), n. 1. **Sir Edward Victor,** 1892–1965, British physicist: Nobel prize 1947. 2. a city in E Wisconsin. 59,032.

**Ap′pleton lay′er,** Geophysics. See under **F layer.** [1930–35; named after Sir E. V. APPLETON]

**ap′ple tree′ bor′er,** 1. Also called **flatheaded apple tree borer.** the larva of a metallic wood-boring beetle, Chrysobothris femorata, that bores into the wood of apple and other fruit trees. 2. Also called **roundheaded apple tree borer.** the larva of a long-horned beetle, Saperda candida, that bores into the wood of apple and other fruit trees. [1830–40, Amer.]

**Ap′ple Val′ley,** a town in SE Minnesota. 21,818.

**ap·pli·ance** (ə plī′əns), n., v., -anced, -anc·ing. —n. 1. an instrument, apparatus, or device for a particular purpose or use. 2. a piece of equipment, usually operated electrically, esp. for use in the home or for performance of domestic chores, as a refrigerator, washing machine, or toaster. 3. the act of applying; application. 4. Archaic. a measure; stratagem. 5. Obs. compliance. —v.t. 6. to equip with appliances: a fully applianced kitchen. [1555–65; APPLY + -ANCE]

**ap·pli·ca·ble** (ap′li kə bəl, ə plik′ə-), adj. applying or capable of being applied; relevant; suitable; appropriate: an applicable rule; a solution that is applicable to the problem. [1400–50; < L applic(āre) to APPLY + -ABLE, or < MF applicable, ML applicābilis; r. late ME appliable] —**ap′pli·ca·bil′i·ty, ap′pli·ca·ble·ness,** n. —**ap′pli·ca·bly,** adv.
—Syn. fitting, proper, germane, pertinent.

**ap·pli·cant** (ap′li kənt), n. a person who applies for or requests something; a candidate: an applicant for a position. [1475–85; < L applicant- (s. of applicāns applying, prp. of applicāre). See APPLY, -ANT]

**ap·pli·ca·tion** (ap′li kā′shən), n. 1. the act of putting to a special use or purpose: the application of common sense to a problem. 2. the special use or purpose to which something is put: a technology having numerous applications never thought of by its inventors. 3. the quality of being usable for a particular purpose or in a special way; relevance: This has no application to the case. 4. the act of requesting. 5. a written or spoken request or appeal for employment, admission, help, funds, etc.: to file an application for admission to a university. 6. a form to be filled out by an applicant, as for a job or a driver's license. 7. close attention; persistent effort: Application to one's studies is necessary. 8. an act or instance of spreading on, rubbing in, or bringing into contact: the application of a compress to a wound; a second application of varnish. 9. a salve, ointment, or the like, applied as a soothing or healing agent. 10. Computers. a type of job or problem that lends itself to processing or solution by computer: Inventory control is a common business application. [1375–1425; late ME ap(p)licacio(u)n (< MF) < L applicātiōn- (s. of applicātiō), equiv. to applicāt(us) applied (ptp. of applicāre to APPLY) + -iōn- -ION]
—Syn. 1. utilization. 3. aptitude, suitability, pertinence. 4. solicitation, petition. 7. assiduity, industry, persistence, perseverance. See effort.

**applica′tion pro′gram,** Computers. a program used for a particular application (opposed to system program). Also, **applica′tions pro′gram.** Also called **applica′tion soft′ware, applica′tions soft′ware.** —**applica′tion pro′grammer.** —**applica′tion pro′gramming.**

**ap·pli·ca·tive** (ap′li kā′tiv, -ə plik′ə-), adj. usable or capable of being used; practical; applicatory. [1630–40; applicate (now obs.) to apply (see APPLICATION) + -IVE] —**ap′pli·ca′tive·ly,** adv.

**ap·pli·ca·tor** (ap′li kā′tər), n. a simple device, as a rod, spatula, or the like, for applying medication, cosmetics, glue, or any other substance not usually touched with the fingers. [1650–60; applicāte (see APPLICATIVE) + -OR[2]]

**ap·pli·ca·to·ry** (ap′li kə tôr′ē, -tōr′ē, ə plik′ə-), adj. fitted for application or use; practical. [1530–40; applicate (see APPLICATIVE) + -ORY[1]] —**ap′pli·ca·to′ri·ly,** adv.

**ap·plied** (ə plīd′), adj. 1. having a practical purpose or use; derived from or involved with actual phenomena (distinguished from theoretical, opposed to pure): applied mathematics; applied science. 2. of or pertaining to those arts or crafts that have a primarily utilitarian function, or to the designs and decorations used in these arts. [1490–1500; APPLY + -ED[2]]

**applied′ kinemat′ics,** Mech. kinematics (def. 2). [‡1960–65]

**applied′ linguis′tics,** 1. linguistic theory as applied to such fields as lexicography, psychology, the teaching of reading, the creation of orthographies, and esp. language teaching. 2. the study of practical applications of linguistics, as to telephone engineering, data processing, and data retrieval. [1955–60]

**ap·pli·qué** (ap′li kā′), n., v., -quéd, -qué·ing. —n. 1. ornamentation, as a cutout design, that is sewn on to or otherwise applied to a piece of material. 2. work so formed. 3. a decorative feature, as a sconce, applied to a surface. —v.t. 4. to apply as appliqué to. [1835–45; < F: applied, fastened to, ptp. of appliquer to APPLY]

**ap·ply** (ə plī′), v., -plied, -ply·ing. —v.t. 1. to make use of as relevant, suitable, or pertinent: to apply a theory to a problem. 2. to put to use, esp. for a particular purpose: to apply pressure to open a door. 3. to bring into action; use; employ: He applied the brakes and skidded to a stop. 4. to use a label or other designation: Don't apply any such term to me. 5. to use for or assign to a specific purpose: He applied a portion of his salary each week to savings. 6. to put into effect: They applied the rules to new members only. 7. to devote or employ diligently or with close attention: to apply one's mind to a problem; to apply oneself to a task. 8. to place in contact; lay or spread on: to apply paint to a wall; to apply a bandage to a wound. 9. to bring into physical contact with or close proximity to: to apply a match to gunpowder. 10. to credit to, as an account: to apply $10 to his account at the store. —v.i. 11. to be pertinent, suitable, or relevant: The argument applies to the case. The theory doesn't apply. 12. to make an application or request; ask: to apply for a job; to apply for a raise. 13. to lay or spread on: The plastic coating is easy to apply on any surface. 14. to be placed or remain in contact: This paint doesn't apply very easily. [1350–1400; ME ap(p)lien < AF, OF ap(p)lier < L applicāre, equiv. to ap- AP-[1] + plicāre to fold; see PLY[2]] —**ap·pli′a·ble,** adj. —**ap·pli′a·ble·ness,** n. —**ap·pli′a·bly,** adv. —**ap·pli′er,** n.
—Syn. 3. utilize. 5. appropriate, allot, assign, dedicate. 12. petition, sue, entreat.

**appmt.,** appointment.

**ap·pog·gia·tu·ra** (ə pojə tŏor′ə, -tyŏor′ə; It. äp pôd′jä tōō′rä), n. Music. a note of embellishment preceding another note and taking a portion of its time. [1745–55; < It: a propping, equiv. to appoggiat(o), ptp. of appoggiare to support (see AP-[1], PODI(UM), -ATE[1]) + -ura -URE]



**ap·point** (ə point′), v.t. 1. to name or assign to a position, an office, or the like; designate: to appoint a new treasurer; to appoint a judge to the bench. 2. to determine by authority or agreement; fix; set: to appoint a time for the meeting. 3. Law. to designate (a person) to take the benefit of an estate created by a deed or will. 4. to provide with what is necessary; equip; furnish: They appointed the house with all the latest devices. 5. Archaic. to order or establish by decree or command; ordain; constitute: laws appointed by God. 6. Obs. to point at by way of censure. —v.i. 7. Obs. to ordain; resolve; determine. [1325–75; ME apointen < MF apointer, equiv. to a- A-[5] + pointer to POINT] —**ap·point′a·ble,** adj. —**ap·point′er,** n.
—Syn. 1. choose, select. 2. prescribe, establish.
—Ant. 1. dismiss, discharge.

**ap·point·ed** (ə poin′tid), adj. 1. by, through, or as a result of an appointment (often in contrast with elected): an appointed official. 2. predetermined; arranged; set: They met at the appointed time in the appointed place. 3. provided with what is necessary; equipped; furnished: a beautifully appointed office. [1525–35; APPOINT + -ED[2]]

**ap·point·ee** (ə poin tē′, ap′oin tē′), n. 1. a person who is appointed. 2. a beneficiary under a legal appointment. [1720–30; APPOINT + -EE, as trans. of F appointé]

**ap·poin·tive** (ə poin′tiv), adj. 1. pertaining to or filled by appointment: an appointive office. 2. having the ability or authority to appoint: appointive powers. [1880–85, Amer.; APPOINT + -IVE]

**ap·point·ment** (ə point′mənt), n. 1. a fixed mutual agreement for a meeting; engagement: We made an appointment to meet again. 2. a meeting set for a specific time or place: I'm late for my appointment. 3. the act of appointing, designating, or placing in office: to fill a vacancy by appointment. 4. an office, position, or the like, to which a person is appointed: He received his appointment as ambassador to Italy. 5. Usually, **appointments.** equipment, furnishings, or accouterments. 6. **appointments,** accouterments for a soldier or a horse. 7. Manège. a horse-show class in which the contestant need not be a member of a hunt but must wear regula-

design or through mutilation caused by too close trimming. **10.** *Slang.* to pay out money, as when overcharged or threatened with extortion. **11.** *Metall.* (of a cooling ingot or casting) to have molten metal force its way through the solidified exterior because of internal gas pressure. —*v.t.* **12.** to cause to lose blood, esp. surgically: *Doctors no longer bleed their patients to reduce fever.* **13.** to lose or emit (blood or sap). **14.** to drain or draw sap, water, electricity, etc., from (something): *to bleed a pipeline of excess air.* **15.** to remove trapped air from (as an automotive brake system) by opening a bleeder valve. **16.** to obtain an excessive amount from; extort money from. **17.** *Print.* **a.** to permit (printed illustrations or ornamentation) to run off the page or sheet. **b.** to trim the margin of (a book or sheet) so closely as to mutilate the text or illustration. **18. bleed off,** to draw or extract: *to bleed off sap from a maple tree; to bleed off static electricity.* **19. bleed white.** See **white** (def. 19). —*n.* **20.** *Print.* **a.** a sheet or page margin trimmed so as to mutilate the text or illustration. **b.** a part thus trimmed off. **21.** *Med.* an instance of bleeding; hemorrhage: *an intracranial bleed.* —*adj.* **22.** *Print.* characterized by bleeding: *a bleed page.* [bef. 1000; ME *bleden,* OE *blēdan,* deriv. of *blōd* BLOOD]

**bleed·er** (blē′dər), *n.* **1.** a person who bleeds abnormally because of low clotting rate; hemophiliac. **2.** a person or animal that bleeds easily, esp. an athlete or racehorse. **3.** a person who draws blood from a sick person; phlebotomist. **4.** *Slang.* a person who drains another of money, resources, etc.; parasite or usurer. **5.** *Metall.* an ingot or casting from which some metal has escaped. **6.** Also called **bleed′er res′is/tor.** *Elect.* a resistor that is connected across a power supply for voltage regulation and to dissipate the charge remaining in capacitors when the power is discontinued. **7.** Also called **bleed′er valve′.** a valve or opening for draining a tank, tubing, etc. **8.** *Brit. Slang.* **a.** a despicable person. **b.** a person, esp. a man; fellow. [1780–90; BLEED + -ER¹]

**bleed′er tile′,** a terra-cotta pipe for conveying water from a drainage tile to a sewer or drain. Also called **bleed′er pipe′.**

**bleed·ing** (blē′ding), *n.* **1.** the act, fact, or process of losing blood or having blood flow. **2.** the act or process of drawing blood from a person, esp. surgically; bloodletting. **3.** the extension of color beyond an edge or border, esp. so as to combine with a contiguous color or to affect an adjacent area. —*adj.* **4.** sending forth blood: *a bleeding sore.* **5.** feeling, expressing, or characterized by extreme or excessive anguish and compassion. **6.** *Brit. Slang.* (used as an intensifier): *bleeding fool.* —*adv.* **7.** *Brit. Slang.* (used as an intensifier): *a bleeding silly idea.* [1175–1225; ME (n. and adj.); see BLEED, -ING¹, -ING²]

**bleed′ing heart′, 1.** any of various plants belonging to the genus *Dicentra,* of the fumitory family, esp. *D. spectabilis,* a common garden plant having long, one-sided clusters of rose or red heart-shaped flowers. **2.** a person who makes an ostentatious or excessive display of pity or concern for others. [1685–95] —**bleed′·ing-heart′,** *adj.*

**bleep** (blēp), *n.* **1.** a brief, constant beeping sound, usually of a high pitch and generated by an electronic device. **2.** such an electronic sound used to replace a censored word or phrase, as on a television broadcast. **3.** Also, **blip.** (used as a euphemism to indicate the omission or deletion of an obscenity or other objectionable word). —*v.i.* **4.** (of an electronic device) to emit a series of bleeps as an audible signal, summons, or warning. —*v.t.* **5.** Also, **blip.** to censor (an obscene, vulgar, or other objectionable word or phrase) from a radio or television broadcast by deleting from the audio signal, leaving a gap or an electronic tone: *The word was bleeped out of the comedian's routine.* [1950–55; perh. imit.]

**bleep·ing** (blē′ping), *adj.* (used as a substitute word for one regarded as objectionable): *Get that bleeping cat out of here!* Also, **blipping.** [1975–80; BLEEP + -ING²]

**blel·lum** (blel′əm), *n. Scot. Obs.* an idle, indiscreet talker. [1780–90; orig. uncert.]

**blem·ish** (blem′ish), *v.t.* **1.** to destroy or diminish the perfection of: *The book is blemished by those long, ineffective descriptions.* —*n.* **2.** a mark that detracts from appearance, as a pimple or a scar. **3.** a defect or flaw; stain; blight: *a blemish on his record.* [1275–1325; ME (v.) < AF, MF *blemiss-,* long s. of *ble(s)mir* to make livid, perh. < Old Low Franconian \**blesmjan;* see BLAZE²] —**blem′ish·er,** *n.*
—**Syn. 1.** stain, sully, spot, tarnish, taint; injure, mar, damage, impair, deface. **3.** blot, spot, speck, taint. See **defect.** —**Ant. 1.** purify, repair.

**blench**¹ (blench), *v.i.* to shrink; flinch; quail: *an unsteady eye that blenched under another's gaze.* [bef. 1000; ME *blenchen,* OE *blencan;* c. ON *blekkja,* MHG *blenken*] —**blench′er,** *n.* —**blench′ing·ly,** *adv.*
—**Syn.** See **wince.**

**blench**² (blench), *v.t., v.i.* to make or become pale or white; blanch. [1805–15; var. of BLANCH¹]

**blend** (blend), *v.,* **blend·ed** or **blent, blend·ing,** *n.* —*v.t.* **1.** to mix smoothly and inseparably together: *to blend the ingredients in a recipe.* **2.** to mix (various sorts or grades) in order to obtain a particular kind or quality: *Blend a little red paint with the blue paint.* **3.** to prepare by such mixture: *This tea is blended by mixing chamomile with pekoe.* **4.** to pronounce (an utterance) as a combined sequence of sounds. —*v.i.* **5.** to mix or intermingle smoothly and inseparably: *I can't get the eggs and cream to blend.* **6.** to fit or relate harmoniously; accord; go: *The brown sofa did not blend with the purple wool.* **7.** to have no perceptible separation: *Sea and sky seemed to blend.* —*n.* **8.** an act or manner of

blending: *tea of our own blend.* **9.** a mixture or kind produced by blending: *a special blend of rye and wheat flours.* **10.** *Ling.* a word made by putting together parts of other words, as *motel,* made from *motor* and *hotel, brunch,* from *breakfast* and *lunch,* or *guesstimate,* from *guess* and *estimate.* **11.** a sequence of two or more consonant sounds within a syllable, as the *bl* in *blend;* consonant cluster. [1250–1300; ME *blenden,* OE *blendan* to mix, for *blandan;* c. ON *blanda,* OHG *blantan* to mix]
—**Syn. 1.** compound. See **mix. 1, 5.** mingle, commingle, combine, amalgamate, unite. **5.** coalesce. **8, 9.** combination, amalgamation. —**Ant. 1, 5.** separate.

**blende** (blend), *n. Mineral.* **1.** sphalerite; zinc sulfide. **2.** any of certain other sulfides. [1675–85; < G; cf. MHG *blenden* to make blind, deceive; so called because it often looks deceptively like galena]

**blend′ed fam′ily,** a family composed of a couple and their children from previous marriages. [1980–85]

**blend′ed whis′key,** whiskey that is a blend of two or more whiskeys, or of whiskey and neutral spirits, and that contains at least 20 percent of 100-proof straight whiskey by volume after blending. [1935–40]

**blend·er** (blen′dər), *n.* **1.** a person or thing that blends. **2.** an electric culinary grinding and mixing appliance, consisting of a container with propellerlike blades at the bottom that are whirled by a high-speed motor to purée, chop, or mix foods. **3.** See **pastry blender.** [1870–75; BLEND + -ER¹]

**blend′ing inher′itance,** *Genetics.* inheritance in which contrasting parental characters appear as a blend in the offspring. Cf. **particulate inheritance.** [1920–25]

**Blen·heim** (blen′əm), *n.* village in S West Germany, on the Danube: famous victory of the Duke of Marlborough over the French, 1704. German, **Blindheim.**

**Blen′heim span′iel,** one of a breed of toy spaniels having a short head and long ears. [1830–40; named after Blenheim, country house of Duke of Marlborough in Oxfordshire, England]

**blen·ni·oid** (blen′ē oid′), *adj.* **1.** resembling a blenny. **2.** of or pertaining to the blennies. [1860–65; BLENNY + -OID]

**blen·ny** (blen′ē), *n., pl.* **-nies.** any of several fishes of the family Blenniidae and related families, esp. of the genus *Blennius,* having a long, tapering body and small pelvic fins inserted before the pectoral fins. [1745–55; < L *blennius* a kind of fish < Gk *blénnos* slime, mucus; so called from its slimy coating]

**blent** (blent), *v.* a pt. and pp. of **blend.**

**ble·o·my·cin** (blē′ə mī′sin), *n. Pharm.* a cytotoxic antibiotic, $C_{55}H_{84}N_{17}O_{21}S_2$, derived from the fermentation product of the bacterium *Streptomyces certicillus,* used in the management of certain epithelial cell and testicular carcinomas and malignant lymphomas. [1965–70; appar. alter. of *phleomycin,* an antibiotic derived earlier from the same source; initial elements *phleo-, bleo-* unexplained by originators; see -MYCIN]

**blephar-,** a combining form meaning "eyelid," used in the formation of compound words: *blepharitis.* Also, esp. before a consonant, **blepharo-.** [ < Gk *blephar-,* comb. form of *blépharon*]

**bleph·a·ri·tis** (blef′ə rī′tis), *n. Pathol.* inflammation of the eyelids. [BLEPHAR- + -ITIS] —**bleph·a·rit·ic** (blef′ə rit′ik), *adj.*

**bleph·a·ro·plas·ty** (blef′ər ə plas′tē), *n., pl.* **-ties.** plastic surgery of the eyelid, used to remove epicanthic folds, sagging tissue, or wrinkles around the eyes or to repair injury to the eyelid. [1960–65; BLEPHARO- + -PLASTY]

**bleph·a·ro·spasm** (blef′ər ə spaz′əm), *n. Pathol.* spasmodic winking. [1870–75; BLEPHARO- + SPASM]

**Blé·riot** (blā RYŌ′; *Eng.* blâr′ē ō′), *n.* **Louis** (lwē), 1872–1936, French aviator, pioneer aeronautical engineer, and inventor.

**bles·bok** (bles′bok′), *n., pl.* **-boks** (*esp. collectively*) **-bok.** a large antelope, *Damaliscus albifrons,* of southern Africa, having a blaze on the face. Also, **blesbuck.** [1815–25; < Afrik, equiv. to D *bles* BLAZE² + *bok* BUCK¹]

**bles·buck** (bles′buk′), *n., pl.* **-bucks,** (*esp. collectively*) **-buck.** blesbok.

**bless** (bles), *v.t.,* **blessed** or **blest, bless·ing. 1.** to consecrate or sanctify by a religious rite; make or pronounce holy. **2.** to request of God the bestowal of divine favor on: *Bless this house.* **3.** to bestow good of any kind upon: *a nation blessed with peace.* **4.** to extol as holy; glorify: *Bless the name of the Lord.* **5.** to protect or guard from evil (usually used interjectionally): *Bless you! Bless your innocent little heart!* **6.** to condemn or curse: *I'll be blessed if I can see your reasoning. Bless me if it isn't my old friend!* **7.** to make the sign of the cross over or upon: *The Pope blessed the multitude.* [bef. 950; ME *blessen,* OE *blētsian, blēdsian* to consecrate, orig. with blood, earlier \**blōdisōian* (*blōd* BLOOD + *-isō-* derivational suffix + *-ian* v. suffix)] —**bless′er,** *n.* —**bless′ing·ly,** *adv.*
—**Syn. 1.** exalt, hallow, glorify, magnify, beatify.

**bless·ed** (bles′id; *esp. for* 3, 7 blest), *adj.* **1.** consecrated; sacred; holy; sanctified: *the Blessed Sacrament.* **2.** worthy of adoration, reverence, or worship: *the Blessed Trinity.* **3.** divinely or supremely favored; fortunate: *to be blessed with a strong, healthy body; blessed with an ability to find friends.* **4.** blissfully happy or contented. **5.** *Rom. Cath. Ch.* beatified. **6.** bringing happiness and thankfulness: *the blessed assurance of a steady income.* **7.** *Informal.* damned: *I'm blessed if I know.* **8.** *Informal.* (used as an intensifier): *every blessed cent.* Also, **blest.** [1125–75; ME; see BLESS, -ED²] —**bless′ed·ly,** *adv.* —**bless′ed·ness,** *n.*

**bless′ed event′,** the birth of a child.

**Bless′ed Sac′rament,** *Eccles.* the consecrated Host. [1550–60]

**Bless′ed Trin′ity,** Trinity (def. 1).

**Bless′ed Vir′gin,** the Virgin Mary.

**bless·ing** (bles′ing), *n.* **1.** the act or words of a person who blesses. **2.** a special favor, mercy, or benefit: *the blessings of liberty.* **3.** a favor or gift bestowed by God, thereby bringing happiness. **4.** the invoking of God's favor upon a person: *The son was denied his father's blessing.* **5.** praise; devotion; worship, esp. grace said before a meal: *The children took turns reciting the blessing.* **6.** approval or good wishes: *The proposed law had the blessing of the governor.* [bef. 900; ME *blessinge, -unge,* OE *bletsung, bledsung.* See BLESS, -ING¹]
—**Syn. 2.** advantage, boon, gain, profit, bounty.

**blest** (blest), *v.* **1.** a pt. and pp. of **bless.** —*adj.* **2.** blessed.

**bleth·er** (bleth′ər), *n., v.i., v.t.* blather.

**ble·til·la** (bli til′ə), *n.* any of several terrestrial orchids of the genus *Bletilla,* of eastern Asia, as *B. striata,* having terminal clusters of showy purple or white flowers. [< NL, equiv. to *Blet(ia)* a similar genus (named in honor of Louis Blet, botanist and apothecary at the Spanish court in 1794; see -IA) + L *-illa* -ILLA]

**blet·ting** (blet′ing), *n.* the ripening of fruit, esp. of fruit stored until the desired degree of softness is attained. [< F *blet* (fem. *blette*) overripe (var. of OF *blece,* adj. deriv. of *blecier* to bruise < Old Low Franconian \**blettian*) + -ING¹]

**bleu′ cheese′.** See **blue cheese.** [1955–60; F *bleu* for BLUE because certain highly prized blue cheeses come from France]

**bleu-de-roi** (*Fr.* blœd° RWA′), *n.* the bright enamel blue color characteristic of Sèvres china. Also called **bleu roy·al** (*Fr.* blœ RWA yal′; *Eng.* blōō′ roi′əl, roi al′). [1840–50; < F: lit., king's blue]

**Bleu·ler** (bloi′lər), *n.* **Eu·gen** (oi gān′), 1857–1939, Swiss psychiatrist and neurologist.

**blew** (blōō), *v.* **1.** pt. of **blow².** **2.** pt. of **blow³.**

**blew·it** (blōō′it), *n.* an edible pale-bluish mushroom, *Tricholoma personatum.* Also, **bluette, blew/its, blew/itt.** Also called **blue-leg.** [1820–30; prob. BLUE + -ET]

**Bli·da** (blē′dä), *n.* a city in N Algeria. 99,238.

**Bligh** (blī), *n.* **William,** 1754–1817, British naval officer; captain of H.M.S. *Bounty,* the crew of which mutinied 1789.

**blight** (blīt), *n.* **1.** *Plant Pathol.* **a.** the rapid and extensive discoloration, wilting, and death of plant tissues. **b.** a disease so characterized. **2.** any cause of impairment, destruction, ruin, or frustration: *Extravagance was the blight of the family.* **3.** the state or result of being impaired or deteriorated; dilapidation; decay: *urban blight.* —*v.t.* **4.** to cause to wither or decay; blast: *Frost blighted the crops.* **5.** to destroy; ruin; frustrate: *Illness blighted his hopes.* —*v.i.* **6.** to suffer blight. [1605–15; of uncert. orig.] —**blight′ing·ly,** *adv.*
—**Syn. 2.** curse, plague, scourge, bane.

**blight·er** (blī′tər), *n. Brit. Slang.* **1.** a contemptible, worthless person, esp. a man; scoundrel or rascal. **2.** a chap; bloke. [1815–25; BLIGHT + -ER¹]

**blight·y** (blī′tē), *n., pl.* **blight·ies.** *Brit. Slang.* **1.** (*often cap.*) England as one's native land; England as home: *We're sailing for old Blighty tomorrow.* **2.** a wound or furlough permitting a soldier to be sent back to England from the front. **3.** military leave. [1885–90; < Hindi *bilāyatī* the country (i.e., Great Britain), var. of *wilāyatī* VILAYET]

**bli·mey** (blī′mē), *interj. Brit. Informal.* (used to express surprise or excitement.) Also, **bli′my.** [1885–90; orig. reduced form of *blind me,* as ellipsis from *God blind me;* cf. GORBLIMEY]

**blimp** (blimp), *n.* **1.** a small, nonrigid airship or dirigible, esp. one used chiefly for observation. **2.** *Slang.* a fat person. [1915–20; of uncert. orig.]

**Blimp** (blimp), (*sometimes l.c.*) See **Colonel Blimp.** [1930–35]

**blimp·ish** (blim′pish), *adj.* (*sometimes cap.*) pompously reactionary: *the blimpish attitudes of the old colonialists.* [1935–40; COLONEL BLIMP + -ISH¹] —**blimp′ish·ly,** *adv.* —**blimp′ish·ness,** *n.*

**blin** (blin), *n. Russian Cookery.* sing. of **blini.** [1885–90; < Russ; ORuss *blinŭ,* by dissimilation from *mlinŭ,* n. deriv. from base of Russ *molótʹ* to grind, *mélʹnitsa* mill; cf. MILL¹]

**blind** (blīnd), *adj.,* **-er, -est,** *v., n., adv.* —*adj.* **1.** unable to see; lacking the sense of sight; sightless: *a blind man.* **2.** unwilling or unable to perceive or understand: *They were blind to their children's faults. He was blind to all arguments.* **3.** not characterized or determined by reason or control: *blind tenacity; blind chance.* **4.** not having or based on reason or intelligence; absolute and unquestioning: *She had blind faith in his fidelity.* **5.** lacking all consciousness or awareness: *a blind stupor.* **6.** drunk. **7.** hard to see or understand: *blind reasoning.* **8.** hidden from immediate view, esp. from oncoming motorists: *a blind corner.* **9.** of concealed or undisclosed identity; sponsored anonymously: *a blind ad signed only with a box number.* **10.** having no outlets; closed at one end: *a blind passage; a blind mountain pass.* **11.** *Archit.* (of an archway, arcade, etc.) having no windows, passageways, or the like. **12.** dense enough to form a screen: *a blind hedge of privet.* **13.** done without seeing; by instruments alone: *blind flying.* **14.** made without some prior knowledge: *a blind purchase; a blind lead in a card game.* **15.** of or pertaining to an experimental design that prevents investigators or subjects from knowing the hypotheses or conditions being tested. **16.** of, pertaining to, or for blind persons. **17.** *Bookbinding.* (of a design, title, or the like) impressed into the cover or spine of a book by a die without ink or foil. **18.** *Cookery.* (of pastry shells) baked or fried without the filling. **19.** (of a rivet or other fastener) made so that the end inserted, though inaccessible, can be headed or spread. —*v.t.* **20.** to make sightless permanently, temporarily, or momentarily, as by injuring, dazzling, bandaging the eyes, etc.: *The explosion blinded him. We were blinded*

CONCISE ETYMOLOGY KEY: <, descended or borrowed from; >, whence; b., blend of, blended; c., cognate with; cf., compare; deriv., derivative; equiv., equivalent; imit., imitative; obl., oblique; r., replacing; s., stem; sp., spelling, spelled; resp., respelling, respelled; trans., translation; ?, origin unknown; \*, unattested; ‡, probably earlier than. See the full key inside the front cover.

**Ca·ta·nia** (kä tä′nyä), *n.* a seaport in E Sicily. 400,242.
**Ca·ta·ño** (kə tän′yō; *Sp.* kä tä′nyô), *n.* a city in NE Puerto Rico, SW of San Juan. 26,243.
**Ca·tan·za·ro** (kä′tän dzä′Rō), *n.* a city in S Italy. 92,277.
**cat·a·pha·sia** (kat′ə fā′zhə, -zhē ə, -zē ə), *n. Pathol.* a speech disorder in which a person constantly repeats a word or phrase. [CATA- + -PHASIA]
**ca·taph·o·ra** (kə taf′ər ə), *n. Gram.* the use of a word or phrase to refer to a following word or group of words, as the use of the phrase *as follows*. Cf. **anaphora**. [CATA- + (ANA)PHORA] —**cat′a·phor·ic** (kat′ə fôr′ik, -for′-), *adj.* —**cat′a·phor′i·cal·ly,** *adv.*
**cat·a·pho·re·sis** (kat′ə fə rē′sis), *n.* 1. *Med.* the causing of medicinal substances to pass through or into living tissues in the direction of flow of a positive electric current. 2. *Physical Chem.* electrophoresis. [1885–90; < NL, equiv. to *cata-* CATA- + NGk *phórēsis* a being borne, equiv. to *phoré-* (var. s. of *phérein* to BEAR[1], carry) + *-sis* -SIS] —**cat·a·pho·ret·ic** (kat′ə fə ret′ik), *adj.* —**cat′a·pho·ret′i·cal·ly,** *adv.*
**cat·a·phract** (kat′ə frakt′), *n.* 1. a heavily armed war galley of ancient Greece. 2. a suit of ancient Roman scale armor for a man or horse. 3. *Zool.* the bony plates or scales covering the body of certain fishes or reptiles. [1575–85; < L *cataphractus* fully armored < Gk *katáphraktos* (akin to *kataphrássein* to clothe fully in armor), equiv. to *kata-* CATA- + *phraktós* fenced, protectively clothed (*phrag-* fence + *-tos* verbal adj. suffix)] —**cat′a·phrac′tic,** *adj.*
**cat·a·phract·ed** (kat′ə frak′tid), *adj. Zool.* covered with an armor of horny or bony plates or scales. [1880–85; CATAPHRACT + -ED[3]]
**cat·a·phyll** (kat′ə fil), *n. Bot.* a simplified leaf form, as a bud scale or a scale on a cotyledon or rhizome. [CATA- + -PHYLL] —**cat′a·phyl′la·ry,** *adj.*
**cat·a·plane** (kat′ə plān′), *n.* an aircraft designed to be launched by a catapult. [CATA(PULT) + (AIR)PLANE]
**cat·a·pla·sia** (kat′ə plā′zhə, -zhē ə, -zē ə), *n. Biol.* degeneration of a cell or tissue. [CATA- + -PLASIA] —**cat·a·plas·tic** (kat′ə plas′tik), *adj.*
**cat·a·plasm** (kat′ə plaz′əm), *n. Med.* poultice. [1555–65; < L *cataplasma* < Gk *katáplasma*. See CATA-, -PLASM]
**cat·a·plex·y** (kat′ə plek′sē), *n. Pathol.* a condition characterized by sudden, brief attacks of muscle weakness sometimes causing the body to fall helplessly, that is usually triggered by strong emotion; often associated with narcolepsy. [1880–85; < G *Kataplexie* < Gk *katáplēxis* (with suffix prob. by analogy with *Apoplexie* APOPLEXY) fixation (of the eyes), equiv. to *kataplēk-* (var. s. of *kataplḗssein* to strike down) + *-sis* -SIS] —**cat·a·plec·tic,** (kat′ə plek′tik), *adj.*



catapult

**cat·a·pult** (kat′ə pult′, -poŏlt′), *n.* 1. an ancient military engine for hurling stones, arrows, etc. 2. a device for launching an airplane from the deck of a ship. 3. *Brit.* a slingshot. —*v.t.* 4. to hurl from a catapult. 5. to thrust or move quickly or suddenly: *His brilliant performance in the play catapulted him to stardom.* 6. *Brit.* **a.** to hurl (a missile) from a slingshot. **b.** to hit (an object) with a missile from a slingshot. 7. to be catapulted. 8. to move or spring up suddenly, quickly, or forcibly, as if by means of a catapult: *The car catapulted down the highway. When he heard the alarm he catapulted out of bed.* [1570–80; < L *catapulta* < Gk *katapéltēs,* equiv. to *kata-* CATA- + *péltēs* hurler, akin to *pállein* to hurl] —**cat′a·pul′tic,** *adj.*
—**Syn.** 5. throw, fling, propel, pitch, shoot.
**cat·a·ract** (kat′ə rakt′), *n.* 1. a descent of water over a steep surface; a waterfall, esp. one of considerable size. 2. any furious rush or downpour of water; deluge. 3. *Ophthalm.* **a.** an abnormality of the eye, characterized by opacity of the lens. **b.** the opaque area. [1350–1400; ME *cataracte* < L *catar(r)acta* < Gk *katarráktēs* waterfall, floodgate, portcullis (n.), downrushing (adj.), akin to *katarássein* to dash down, equiv. to *kat-* CATA- + *arás·sein* to smite] —**cat′a·rac′tal, cat′a·rac′tous,** *adj.* —**cat′a·ract′ed,** *adj.*
**ca·tarrh** (kə tär′), *n. Pathol.* inflammation of a mucous membrane, esp. of the respiratory tract, accompanied by excessive secretions. [1350–1400; ME < LL *catarrhus* < Gk *katárrous* lit., down-flowing, equiv. to *katarr(eîn)* to flow down (*kata-* CATA- + *rheîn* to flow) + *-ous,* var. of *-eos* (theme vowel + adj. suffix)] —**ca·tarrh′al, ca·tarrh′ous,** *adj.* —**ca·tarrh′al·ly,** *adv.*
**catarrh′al fe′ver,** *Vet. Pathol.* bluetongue. [1780–90]
**cat·ar·rhine** (kat′ə rīn′), *adj.* 1. belonging or pertaining to the group Catarrhini, comprising humans, anthropoid apes, and Old World monkeys, having the nos-

trils close together and opening downward and a nonprehensile, often greatly reduced or vestigial tail. —*n.* 2. a catarrhine animal. Also, **cat·ar·rhin·i·an** (kat′ə rīn′ē ən). [1860–65; < NL *Catarrhini,* pl. of *catarrhinus* < Gk *katarrhín* hook-nosed, equiv. to *kata-* CATA- + *-rhin-* -nosed, adj. deriv. of *rhís* nose, snout]
**ca·tas·ta·sis** (kə tas′tə sis), *n., pl.* **-ses** (-sēz′). the part of a drama, preceding the catastrophe, in which the action is at its height; the climax of a play. Cf. **catastrophe** (def. 4), **epitasis, protasis.** [1650–60; < Gk *katástasis* stability, akin to *kathistánai* to make stand, settle. See CATA-, STASIS]
**ca·tas·tro·phe** (kə tas′trə fē), *n.* 1. a sudden and widespread disaster: *the catastrophe of war.* 2. any misfortune, mishap, or failure; fiasco: *The play was so poor our whole evening was a catastrophe.* 3. a final event or conclusion, usually an unfortunate one; a disastrous end: *the great catastrophe of the Old South at Appomattox.* 4. (in a drama) the point at which the circumstances overcome the central motive, introducing the close or conclusion; dénouement. Cf. **catastasis, epitasis, protasis.** 5. *Geol.* a sudden, violent disturbance, esp. of a part of the surface of the earth; cataclysm. 6. Also called **catas′trophe func′tion.** *Math.* any of the mathematical functions that describe the discontinuities that are treated in catastrophe theory. [1570–80; < Gk *katastrophḗ* an overturning, akin to *katastréphein* to overturn. See CATA-, STROPHE] —**cat·a·stroph·ic** (kat′ə strof′ik), **cat·a·stroph′i·cal, ca·tas′tro·phal,** *adj.* —**cat′a·stroph′i·cal·ly,** *adv.*
—**Syn.** 1. misfortune, calamity. 1, 3. See **disaster.**
—**Ant.** 1, 3. triumph.
**catas′trophe the′ory,** *Math.* a theory, based on topology, for studying discontinuous processes and the mathematical models that describe them. [1970–75]
**ca·tas·tro·phism** (kə tas′trə fiz′əm), *n. Geol.* the doctrine that certain vast geological changes in the earth's history were caused by catastrophes rather than gradual evolutionary processes. [1865–70; CATASTROPHE + -ISM] —**ca·tas′tro·phist,** *n.*
**cat·a·to·ni·a** (kat′ə tō′nē ə, -tōn′yə), *n. Psychiatry.* a syndrome seen most frequently in schizophrenia, characterized by muscular rigidity and mental stupor, sometimes alternating with great excitement and confusion. [1915–20; CATA- + -TONIA] —**cat′a·to′ni·ac′,** *n.* —**cat·a·ton·ic** (kat′ə ton′ik), *adj., n.*
**cat·a·wam·pus** (kat′ə wom′pəs), *Chiefly Midland and Southern U.S.* —*adj.* 1. askew; awry. 2. positioned diagonally; cater-cornered. —*adv.* 3. diagonally; obliquely: *We took a shortcut and walked catawampus across the field.* Also, **cattywampus.** [1830–40 for earlier sense "utterly"; *cata-* diagonally (see CATER- CORNERED) + *-wampus,* perh. akin to WAMPISH]
**Ca·taw·ba** (kə tô′bə), *n.* 1. a Siouan language of North and South Carolina. 2. a river flowing from W North Carolina into South Carolina, where it becomes the Wateree River. 3. *Hort.* **a.** a reddish variety of grape. **b.** the vine bearing this fruit, grown in the eastern U.S. 4. **a.** a light, dry, white wine made from this grape. [1710–20, *Amer.*; appar. ult. < Catawba (*yĭ*) *kátapu* a village name, lit., (people of) the fork; perh. via Shawnee *kata·pa*]
**cat·bird** (kat′bûrd′), *n.* any of several American or Australian birds having catlike cries, esp. *Dumetella carolinensis* **(gray catbird),** of North America. [1700–10, *Amer.*; CAT[1] + BIRD]
**cat′bird seat′,** *Informal.* an advantageous situation or condition: *His appointment as acting dean put him in the catbird seat.* [1940–45, *Amer.*]
**cat·boat** (kat′bōt′), *n.* a boat having one mast set well forward with a single large sail. [1875–80; CAT[1] + BOAT]



catboat

**cat·bri·er** (kat′brī′ər), *n.* any prickly vine of the genus *Smilax,* esp. *S. rotundifolia,* of eastern North America, growing in tangled masses. Also called **greenbrier, bullbrier, horsebrier.** [1830–40, *Amer.*; CAT[1] + BRIER[1]]
**cat·built** (kat′bilt′), *adj.* (of a sailing vessel) having a bluff bow and straight stern without a figurehead.
**cat′ bur′glar,** a burglar who breaks into buildings by climbing through upstairs windows, across roofs, etc., esp. with great stealth and agility. [1905–10]
**cat·call** (kat′kôl′), *n.* 1. a shrill, whistlelike sound or loud raucous shout made to express disapproval at a theater, meeting, etc. 2. an instrument for producing such a sound. —*v.i.* 3. to sound catcalls. —*v.t.* 4. to express disapproval of by catcalls. [1650–60; CAT[1] + CALL] —**cat′call′er,** *n.*
—**Syn.** 1. boo, hiss, jeer.
**catch** (kach), *v.,* **caught, catch·ing,** *n.* —*v.t.* 1. to seize or capture, esp. after pursuit: *to catch a criminal; to catch a runaway horse.* 2. to trap or ensnare: *to catch a fish.* 3. to intercept and seize; take and hold (something thrown, falling, etc.): *to catch a ball; a barrel to catch rain.* 4. to come upon suddenly; surprise or detect, as in some action: *I caught him stealing the pumpkin.* 5. to receive, incur, or contract: *to catch a cold.* 6. to be in time to get aboard (a train, boat, etc.). 7. to lay hold of; grasp; clasp: *He caught her arm.* 8. to grip, hook, or entangle: *The closing door caught his arm.* 9. to allow (something) to become gripped, hooked, snagged, or entangled: *He caught his coat on a nail.* 10. to attract or arrest: *The painting caught his fancy. His speech caught our attention.* 11. to check or restrain suddenly (often used reflexively): *She caught her breath in surprise. He caught himself before he said the wrong thing.* 12. to see or attend: *to catch a show.* 13. to strike; hit: *The blow caught him on the head.* 14. to become inspired by or aware of: *I caught the spirit of the occasion.* 15. to fasten with or as if with a catch: *to catch the clasp on a necklace.* 16. to deceive: *No one was caught by his sugary words.* 17. to attract the attention of; captivate; charm: *She was caught by his smile and good nature.* 18. to grasp with the intellect; comprehend: *She failed to catch his meaning.* 19. to hear clearly: *We caught snatches of their conversation.* 20. to apprehend and record; capture: *The painting caught her expression perfectly.* 21. *South Midland and Southern U.S.* to assist at the birth of: *The town doctor caught more than four hundred children before he retired.*
—*v.i.* 22. to become gripped, hooked, or entangled: *Her foot caught in the net.* 23. to overtake someone or something moving (usually fol. by *up, up with,* or *up to*). 24. to take hold: *The door lock doesn't catch.* 25. *Baseball.* to play the position of catcher: *He catches for the Yankees.* 26. to become lighted; take fire; ignite: *The kindling caught instantly.* 27. to become established, as a crop or plant, after germination and sprouting. 28. **catch a crab,** (in rowing) to bungle a stroke by failing to get the oar into the water at the beginning or by failing to withdraw it properly at the end. 29. **catch at, a.** to grasp at eagerly; accept readily: *He caught at the chance to get free tickets.* 30. **catch a turn,** *Naut.* to wind a rope around a bitt, capstan, etc., for one full turn. 31. **catch it,** *Informal.* to receive a reprimand or punishment: *He'll catch it from his mother for tearing his good trousers again.* 32. **catch on, a.** to become popular: *That new song is beginning to catch on.* **b.** to grasp mentally; understand: *You'd think he'd catch on that he's boring us.* **c.** *New England.* (in cooking) to scorch or burn slightly; sear: *A pot roast is better if allowed to catch on.* 33. **catch out,** *Chiefly Brit.* to catch or discover (a person) in deceit or an error. 34. **catch up, a.** to lift or snatch suddenly: *Leaves were caught up in the wind.* **b.** to bring or get up to date (often fol. by *on* or *with*): *to catch up on one's reading.* **c.** to come up to or overtake (something or someone) (usually fol. by *with*): *to catch up with the leader in a race.* **d.** to become involved or entangled with: *caught up in the excitement of the crowd.* **e.** to point out to (a person) minor errors, untruths, etc. (usually fol. by *on*): *We caught the teacher up on a number of factual details.* **f.** *Falconry.* to capture for further training (a hawk that has been flown at hack). **g.** *South Midland and Southern U.S.* to harness (a horse or mule).
—*n.* 35. the act of catching. 36. anything that catches, esp. a device for checking motion, as a latch on a door. 37. any tricky or concealed drawback: *It seems so easy that there must be a catch somewhere.* 38. a slight, momentary break or crack in the voice. 39. that which is caught, as a quantity of fish: *The fisherman brought home a large catch.* 40. a person or thing worth getting, esp. a person regarded as a desirable matrimonial prospect: *My mother thinks Pat would be quite a catch.* 41. a game in which a ball is thrown from one person to another: *to play catch; to have a catch.* 42. a fragment: *catches of a song.* 43. *Music.* a round, esp. one in which the words are so arranged as to produce ludicrous effects. 44. *Sports.* the catching and holding of a batted or thrown ball before it touches the ground. 45. *Rowing.* the first part of the stroke, consisting of the placing of the oar into the water. 46. *Agric.* the establishment of a crop from seed: *a catch of clover.*
—*adj.* 47. catchy (def. 3). [1175–1225; ME *cacchen* to chase, capture < ONF *cachier* < VL *captiāre,* for L *captāre* to grasp at, seek out, try to catch, freq. of *capere* to take] —**catch′a·ble,** *adj.*
—**Syn.** 1. apprehend, arrest. 7. CATCH, CLUTCH, GRASP, SEIZE imply taking hold suddenly of something. To CATCH may be to reach after and get: *He caught my hand.* To CLUTCH is to take firm hold of (often out of fear or nervousness), and retain: *The child clutched her mother's hand.* To GRASP also suggests both getting and keeping hold of, with a connotation of eagerness and alertness, rather than fear (literally or figuratively): *to grasp someone's hand in welcome; to grasp an idea.* To SEIZE implies the use of force or energy in taking hold of suddenly (literally or figuratively): *to seize a criminal; to seize an opportunity.* 17. enchant, fascinate, win. 35. capture, apprehension, arrest. 36. ratchet, bolt.
—**Ant.** 1, 7, 35. release.
**catch·all** (kach′ôl′), *n.* 1. a bag, basket, or other receptacle for odds and ends. 2. something that covers a wide variety of items or situations: *The list is just a catchall of things I want to see or do on vacation.* —*adj.* 3. covering a wide variety of items or situations: *The anthology is a catchall collection.* [1830–40, *Amer.*; n. use of v. phrase *catch all*]
**catch-as-catch-can** (kach′əz kach′kan′), *adj.* 1. Also, **catch′-can′.** taking advantage of any opportunity; using any method that can be applied: *a catch-as-catch-can life, as an itinerant handyman.* —*adv.* 2. without specific plan or order: *They lived catch-as-catch-can.* —*n.* 3. a style of wrestling in which the contestants are permitted to trip, tackle, and use holds below the waist. Cf. **Greco-Roman** (def. 3). [1885–90]
**catch′ ba′sin,** a receptacle, located where a street gutter opens into a sewer, designed to retain matter that would not readily pass through the sewer. [1870–75]
**catch-colt** (kach′kōlt′), *n. Chiefly Inland North and Western U.S.* 1. the offspring of a mare bred accidentally. 2. a child born out of wedlock.
**catch-cord** (kach′kôrd′), *n. Textiles.* a cord or wire located near a selvage, used to form a loop or deflect the filling yarn not intended to be woven permanently in with the regular selvage.
**catch′ crop′,** a crop that reaches maturity in a rela-

CONCISE ETYMOLOGY KEY: <, descended or borrowed from; >, whence; b., blend of; blended; c., cognate with; cf., compare; deriv., derivative; equiv., equivalent; imit., imitative; obl., oblique; r., re- placing; s., stem; sp., spelling, spelled; resp., respelling, respelled; trans., translation; ?, origin unknown; *, unattested; ‡, probably earlier than. See the full key inside the front cover.



**con′jugal rights′,** the sexual rights and privileges conferred on husband and wife by the marriage bond. [1890–95]

**con·ju·gant** (kon′jə gənt), *n. Biol.* either of two organisms participating in the process of conjugation. [1905–10; CONJUG(ATE) + -ANT]

**con·ju·gate** (*v.* kon′jə gāt′; *adj., n.* kon′jə git, -gāt′), *v.,* -gat·ed, -gat·ing, *adj., n.* —*v.t.* **1.** *Gram.* **a.** to inflect (a verb). **b.** to recite or display all or some subsets of the inflected forms of (a verb), in a fixed order: *One conjugates the present tense of the verb "be" as "I am, you are, he is, we are, you are, they are."* **2.** to join together, esp. in marriage. —*v.i.* **3.** *Biol.* to unite; to undergo conjugation. **4.** *Gram.* to be characterized by conjugation: *The Latin verb* esse *does not conjugate in the passive voice.* —*adj.* **5.** joined together, esp. in a pair or pairs; coupled. **6.** *Bot.* (of a pinnate leaf) having only one pair of leaflets. **7.** *Gram.* (of words) having a common derivation. **8.** *Bibliog.* (of two leaves in a book) forming one sheet. **9.** *Math.* **a.** (of two points, lines, etc.) so related as to be interchangeable in the enunciation of certain properties. **b.** (of an element) so related to a second element of a group that there exists a third element of the group that, multiplying one element on the right and the other element on the left, results in equal elements. **c.** (of two complex numbers) differing only in the sign of the imaginary part. **10.** *Chem.* **a.** of or noting two or more liquids in equilibrium with one another. **b.** (of an acid and a base) related by the loss or gain of a proton: $NH_3$ *is a base conjugate to* $NH_4^+$. $NH_4^+$ *is an acid conjugate to* $NH_3$. **c.** Also, **con′ju·gat′ed.** (of an organic compound) containing two or more double bonds each separated from the other by a single bond. —*n.* **11.** one of a group of conjugate words. **12.** *Math.* **a.** either of two conjugate points, lines, etc. **b.** Also called **con′jugate com′plex num′ber.** either of a pair of complex numbers of the type *a + bi* and *a − bi,* where *a* and *b* are real numbers and *i* is imaginary. [1425–75; late ME (*adj.*) < L *conjugātus* (ptp. of *conjugāre* to yoke together), equiv. to *con-* CON- + *jug*(*um*) YOKE + -*ātus* -ATE[1]] —**con′ju·ga·ble,** *adj.* —**con′ju·ga·bly,** *adv.* —**con′ju·ga·tive,** *adj.* —**con′ju·ga′tor,** *n.*

**con′jugate ax′is,** *Geom.* **1.** the axis of a hyperbola perpendicular to the transverse axis at a point equidistant from the foci. **2.** the segment of this axis equal to one side of a rectangle that has its other side equal to the transverse axis and diagonals that are along the asymptotes of the hyperbola. [1875–80]

**con′jugated pro′tein,** *Biochem.* a complex protein, as a lipoprotein or metalloprotein, combining amino acids with other substances (contrasted with *simple protein*). [1920–25]

**con′jugate num′bers,** *Math.* the set of roots of an algebraic equation that cannot be factored. [1905–10]

**con′jugate solu′tion,** *Chem.* a system of liquids, each partially miscible in the other, existing with a common interface, consisting of a saturated solution of one in the other. [1905–10]

**con·ju·ga·tion** (kon′jə gā′shən), *n.* **1.** *Gram.* **a.** the inflection of verbs. **b.** the whole set of inflected forms of a verb or the recital or display thereof in a fixed order: *The conjugation of the Latin verb* amō *begins* amō, amas, amat. **c.** a class of verbs having similar sets of inflected forms: *the Latin second conjugation.* **2.** an act of joining: *a conjugation of related ideas.* **3.** the state of being joined together; union; conjunction. **4.** *Biol.* **a.** the reproductive process in ciliate protozoans in which two organisms of different mating types exchange nuclear material through a temporary area of fusion. **b.** temporary union or permanent fusion as a form of sexual reproduction in certain algae and fungi, the male gametes of one organism uniting with female gametes of the other. **c.** a temporary union of two bacteria, in *Escherichia* and related groups, in which genetic material is transferred by migration of a plasmid, either solitary or as part of a chromosome, from one bacterium, the donor, to the other, the recipient; sometimes also including the transfer of resistance to antibiotics. [1400–50; late ME *conjugacion* (< AF) < LL *conjugātiōn-* (s. of *conjugātiō*), equiv. to *conjugāt*(*us*) (see CONJUGATE) + -*iōn-* -ION] —**con′ju·ga′tion·al,** *adj.* —**con′ju·ga′tion·al·ly,** *adv.*

**con·junct** (*adj.* kən jungkt′, kon′jungkt; *n.* kon′-jungkt), *adj.* **1.** bound in close association; conjoined; combined; united: *conjunct ideas; conjunct influences.* **2.** formed by conjunction. **3.** *Gram.* occurring only in combination with an immediately preceding or following form of a particular class, and constituting with this form a single phonetic unit, as *'ll* in English *he'll,* and *n't* in *isn't.* **b.** (of a pronoun) having enclitic or proclitic form and occurring with a verb, as French *me, le, se.* **c.** pertaining to a word so characterized. **4.** *Music.* progressing melodically by intervals of a second: *conjunct motion of an ascending scale.* —*n.* **5.** *Logic.* either of the propositions in a conjunction. **6.** *Gram.* a conjunctive adverb. [1425–75; late ME (ptp.) < L *conjunctus* joined, connected (ptp. of *conjungere* to join together), equiv. to *con-* CON- + *junc-* (var. s. of *jungere* to join) + *-tus* ptp. suffix] —**con·junct′ly,** *adv.*

**con·junc·tion** (kən jungk′shən), *n.* **1.** *Gram.* **a.** any member of a small class of words distinguished in many languages by their function as connectors between words, phrases, clauses, or sentences, as *and, because, but, however.* **b.** any other word or expression of similar function, as *in any case.* **2.** the act of conjoining; combination. **3.** the state of being conjoined; union; association: *The police, in conjunction with the army, established order.* **4.** a combination of events or circumstances. **5.** *Logic.* **a.** a compound proposition that is true if and only if all of its component propositions are true. **b.** the relation among the components of such a proposition, usually expressed by AND and & or ·. **6.** *Astron.* **a.** the coincidence of two or more heavenly bodies at the same celestial longitude. **b.** the state of two or more such coinciding heavenly bodies. **7.** *Astrol.* the coincidence of two or more heavenly bodies at the same celestial longitude, characterized by a unification of the

ME *conjuncciō*(*u*)*n* (< AF) < L *conjunction-* (s. of *conjunctiō*). See CONJUNCT, -ION —**con·junc′tion·al,** *adj.* —**con·junc′tion·al·ly,** *adv.* —**Syn. 2.** joining, meeting, associating.

**con·junc·ti·va** (kon′jungk tī′və), *n., pl.* -vas, -vae (-vē). *Anat.* the mucous membrane that lines the exposed portion of the eyeball and inner surface of the eyelids. See diag. under EYE. [1350–1400; ME; short for ML *membrāna conjunctīva* conjunctive membrane; see CONJUNCTIVE] —**con′junc·ti′val,** *adj.*

**con·junc·tive** (kən jungk′tiv), *adj.* **1.** serving to connect; connective: *conjunctive tissue.* **2.** conjoined; joint: *a conjunctive action.* **3.** *Gram.* **a.** (of a mode) subjunctive. **b.** (of a pronoun) conjunct. **c.** of the nature of a conjunction. **d.** (of an adverb) serving to connect two clauses or sentences, as *however* or *furthermore.* **4.** *Logic.* characterizing propositions that are conjunctions. —*n.* **5.** *Gram.* a conjunctive word; a conjunction. [1400–50; late ME *conjunctif* < LL *conjunctīvus.* See CONJUNCT, -IVE] —**con·junc′tive·ly,** *adv.*

**con·junc·ti·vi·tis** (kən jungk′tə vī′tis), *n. Ophthalm.* inflammation of the conjunctiva. [1825–35; CONJUNCTIV(A) + -ITIS]

**con·junc·ture** (kən jungk′chər), *n.* **1.** a combination of circumstances; a particular state of affairs. **2.** a critical state of affairs; crisis. **3.** conjunction; joining. [1595–1605; CONJUNCT + -URE] —**con·junc′tur·al,** *adj.*

**con·ju·ra·tion** (kon′jə rā′shən), *n.* **1.** the act of calling on or invoking a sacred name. **2.** an incantation; magical charm. **3.** supernatural accomplishment by invocation or spell. **4.** the practice of legerdemain. **5.** supplication; solemn entreaty. [1350–1400; ME *juracio*(*u*)*n* (< AF) < L *conjūrātiōn-* (s. of *conjūrātiō*), equiv. to *conjūrāt*(*us*), ptp. of *conjūrāre* to swear together (*con-* CON- + *jūr-* (s. of *jūs*) right, justice, duty + -*ātus* -ATE[1]) + -*iōn-* -ION]

**con·ju·ra·tor** (kon′jə rā′tər), *n.* **1.** a person who practices conjuration. **2.** *Law.* a conspirator. [1400–50; late ME (< AF) < ML, equiv. to L *conjūrā*(*re*) to CONJURE + -*tor* -TOR]

**con·jure** (kon′jər, kun′- for 1–5, 8–10, 12; kən jŏŏr′ for 6, 7, 11), *v.,* -jured, -jur·ing, *n.* —*v.t.* **1.** to affect or influence by or as if by invocation or spell. **2.** to effect, produce, bring, etc., by or as by magic: *to conjure a miracle.* **3.** to call upon or command (a devil or spirit) by invocation or spell. **4.** to call or bring into existence by or as if by magic (usually fol. by *up*): *She seemed to have conjured up the person she was talking about.* **5.** to bring to mind; recall (usually fol. by *up*): *to conjure up the past.* **6.** to appeal to solemnly or earnestly: *I conjure you to hear my plea.* **7.** *Obs.* to charge solemnly. —*v.i.* **8.** to call upon or command a devil or spirit by invocation or spell. **9.** to practice magic. **10.** to practice legerdemain. **11.** *Obs.* to conspire. —*n.* **12.** *Chiefly Southern U.S.* an act or instance of witchcraft or conjuration, esp. a spell. [1250–1300; ME *conjuren* < AF, OF *conjurer* < L *conjūrāre,* equiv. to *con-* CON- + *jūrāre* to swear, deriv. of *jūs* law; cf. JURY[1], JUSTICE] —**Syn. 3.** summon, raise, invoke.

**con′jure man′** (kon′jər, kun′-), (in the southern U.S. and the West Indies) a conjurer; witch doctor. [1905–10, *Amer.*]

**con·jur·er** (kon′jər ər, kun′- for 1, 2; kən jŏŏr′ər for 3), *n.* **1.** a person who conjures spirits or practices magic; magician. **2.** a person who practices legerdemain; juggler. **3.** a person who solemnly charges or entreats. Also, **con′ju·ror.** [1300–1350; ME; see CONJURE, -ER[1]]

**conk**[1] (kongk, kôngk), *Slang.* —*n.* **1.** the head. **2.** a blow on the head. **3.** *Brit.* the nose. —*v.t.* **4.** to hit or strike on the head. [1805–15; of obscure orig.]

**conk**[2] (kongk, kôngk), *v.i. Slang.* **1.** to break or fail, as a machine or engine (often fol. by *out*): *The engine conked out halfway there.* **2.** to slow down or stop; lose energy (often fol. by *out*). **3.** to go to sleep (usually fol. by *off* or *out*). **4.** to lose consciousness; faint (usually fol. by *out*). **5.** to die (usually fol. by *out*). [1915–20; perh. of imit. orig.]

**conk**[3] (kongk, kôngk), *n. Mycol.* the shelflike fruiting body of certain wood-decaying fungi; bracket. [1850–55, *Amer.*; of obscure orig.] —**conk′y,** *adj.*

**conk**[4] (kongk, kôngk), *Slang.* —*n.* **1.** a method of chemically straightening the hair. **2.** a hairstyle in which the hair has been chemically straightened and sometimes set into waves. —*v.t.* **3.** to straighten (kinky hair) by the use of chemicals: *to have one's hair conked.* Also, **process.** [prob. shortening and alter. of *congolene,* alleged to be the name of a hair straightener made from Congo copal]

**conk·er** (kong′kər, kông′-), *n. Brit. Informal.* **1.** a horse chestnut. **2.** the hollowed-out shell of a horse chestnut. **3. conkers,** a game in which a child swings a horse chestnut on a string in an attempt to break that of another player. [1840–50; prob. orig. CONQUER; cf. *conquering* a game played with snail shells (the name of the game presumably later transferred to the playing pieces)]

**Conk·ling** (kong′kling), *n. Roscoe,* 1829–88, U.S. lawyer and politician: senator 1867–81.

**con mae·stà** (kon mī stä′, kōn; *It.* kôn mä es tä′), majestically (used as a musical direction). [< It. lit., with majesty]

**con′ man′,** *Slang.* See **confidence man.**

**con mo·to** (kon mō′tō, kōn; *It.* kôn mô′tō), with spirited drive; animatedly (used as a musical direction). [1890–95; < It. with animation]

**conn** (kon), *v.t.* **1.** con[3] (def. 1). —*n.* **2.** responsibility for the steering of a ship. **3.** con[3] (defs. 2, 3). [1800–10]

**Conn.,** Connecticut (def. 1).

**Con·nacht** (*Irish.* kôn′əkнt, -ət), *n.* Irish name of **Connaught.**

**con·nate** (kon′āt), *adj.* **1.** existing in a person or thing from birth or origin; inborn: *a connate sense of right and wrong.* **2.** associated in birth or origin. **3.** allied or agreeing in nature; cognate. **4.** *Anat.* firmly united; fused. **5.** *Bot.* congenitally joined, as leaves. **6.** *Geol.* trapped in sediment at the time the sediment was deposited: *connate water.* [1635–45; < LL *connātus* (ptp. of *connāscī* to be born at the same time with), equiv. to L *con-* CON- + *nā-* (short s. of *nāscī*) + *-tus* ptp. suffix (see NASCENT)] —**con′nate·ly,** *adv.* —**con′nate·ness,** *n.* —**con·na′tion** (kə nā′shən), *n.*

**con·nat·u·ral** (kə nach′ər əl, -nach′rəl), *adj.* **1.** belonging to a person or thing by nature or from birth or origin; inborn. **2.** of the same or a similar nature. [1585–95; < ML *connātūrālis,* equiv. to L *con-* CON- + *nātūrālis* NATURAL] —**con·nat′u·ral·ly,** *adv.* —**con·nat′u·ral′i·ty, con·nat′u·ral·ness,** *n.*

**Con·naught** (kon′ôt), *n.* a province in the NW Republic of Ireland. 423,915; 6610 sq. mi. (17,120 sq. km). Irish, **Connacht.**

**Con·ne·aut** (kon′ē ot′), *n.* a city in NE Ohio. 13,835.

**con·nect** (kə nekt′), *v.t.* **1.** to join, link, or fasten together; unite or bind: *to connect the two cities by a bridge; Communication satellites connect the local stations into a network.* **2.** to establish communication between; put in communication: *Operator, will you please connect me with Mr. Jones?* **3.** to have as an accompanying or associated feature: *pleasures connected with music.* **4.** to cause to be associated, as in a personal or business relationship: *to connect oneself with a group of like-minded persons; Our bank is connected with major foreign banks.* **5.** to associate mentally or emotionally: *She connects all telegrams with bad news.* **6.** to link to an electrical or communications system; hook up: *to connect a telephone.* —*v.i.* **7.** to become connected; join or unite: *These two parts connect at the sides.* **8.** (of trains, buses, etc.) to run so as to make connections (often fol. by *with*): *This bus connects with a northbound bus.* **9.** *Informal.* to have or establish successful communication; make contact: *I connected with two new clients today.* **10.** *Informal.* to relate to or be in harmony with another person, one's work, etc.: *We knew each other well but never connected.* **11.** *Slang.* (of an addict or drug dealer) to make direct contact for the illegal sale or purchase of narcotics. **12.** *Sports.* to hit successfully or solidly: *The batter connected for a home run. The boxer connected with a right.* —*adj.* **13.** of or pertaining to a connection or connections: *connect charges for a new cable television channel.* [1400–50; late ME < L *connectere,* equiv. to *con-* CON- + *nectere* to tie; see NEXUS] —**con·nect′i·ble, con·nect′a·ble,** *adj.* —**con·nect′i·bil′i·ty, con·nect′a·bil′i·ty,** *n.* —**Syn. 1.** See **join.** —**Ant. 1.** divide. **4.** dissociate.

**con·nect·ed** (kə nek′tid), *adj.* **1.** united, joined, or linked. **2.** having a connection. **3.** joined together in sequence; linked coherently: *connected ideas.* **4.** related by family ties. **5.** having social or professional relationships, esp. with influential or powerful persons. **6.** *Math.* pertaining to a set for which no cover exists, consisting of two open sets whose intersections with the given set are disjoint and nonempty. [1705–25; CONNECT + -ED[2]] —**con·nect′ed·ly,** *adv.* —**con·nect′ed·ness,** *n.*

**con·nect·er** (kə nek′tər), *n.* connector. [CONNECT + -ER[1]]

**Con·nect·i·cut** (kə net′i kət), *n.* **1.** a state in the NE United States. 3,107,576; 5009 sq. mi. (12,975 sq. km). *Cap.:* Hartford. *Abbr.:* Conn., Ct., CT (for use with zip code). **2.** a river flowing S from N New Hampshire along the boundary between New Hampshire and Vermont and then through Massachusetts and Connecticut into Long Island Sound. 407 mi. (655 km) long.



**Connect′icut chest′,** *Furniture.* a chest made in Connecticut in the late 17th and early 18th centuries, having three front panels of which the center panel has a conventional sunflower design in low relief and the end panels have tulip designs. Also called **sunflower chest.**

**Connect′icut Com′promise,** *Amer. Hist.* a compromise adopted at the Constitutional Convention, providing the states with equal representation in the Senate and proportional representation in the House of Representatives. Cf. **New Jersey plan, Virginia plan.**

**Connect′icut war′bler,** a North American wood warbler, *Oporornis agilis,* olive-green above with a gray head and throat and yellow below. [1805–15, *Amer.*]

**Connect′icut Yan′kee in King′ Ar′thur's Court′, A,** a novel (1889) by Mark Twain.

**connect′ing rod′,** *Mach.* a rod or link for transmitting motion and force between a rotating and a reciprocating part, as between a piston and a crankshaft. See diag. under **piston.** [1830–40]

**con·nec·tion** (kə nek′shən), *n.* **1.** the act or state of connecting. **2.** the state of being connected: *the connec-*

CONCISE PRONUNCIATION KEY: act, cāpe, dâre, pärt; set, ēqual; if, īce; ox, ōver, ôrder, oil, bŏŏk, bōōt, out; up, ûrge; child; sing; shoe; thin, that; zh as in treasure. ə = a as in alone, e as in system, i as in easily, o as in gallop, u as in circus; ə as in fire (fī′ər), hour (ou′ər); l and n can serve as syllabic consonants, as in cradle (krād′l), and button (but′n). See the full key inside the front cover.

**cor·rupt·i·ble** (kə rup′tə bəl), adj. that can or might be corrupted. [1300–50; ME (< AF) < LL corruptibilis < L corrupt(us) (see CORRUPT) + -ibilis -IBLE] —cor·rupt′i·bil′i·ty, cor·rupt′i·ble·ness, n. —cor·rupt′i·bly, adv.

**cor·rup·tion** (kə rup′shən), n. 1. the act of corrupting or state of being corrupt. 2. moral perversion; depravity. 3. perversion of integrity. 4. corrupt or dishonest proceedings. 5. bribery. 6. debasement or alteration, as of language or a text. 7. a debased form of a word. 8. putrefactive decay; rottenness. 9. any corrupting influence or agency. [1300–50; ME corrupcio(u)n (< AF) < L corruptiōn-, s. of corruptiō. See CORRUPT, -ION]
—**Syn.** 2. dissoluteness, immorality. 8. rot, putrefaction, putrescence, foulness, pollution, contamination. —**Ant.** 1–3. purity. 3, 4. honesty.

**cor·rup·tion·ist** (kə rup′shə nist), n. a person who practices or endorses corruption, esp. in politics. [1800–10; CORRUPTION + -IST]

**corrup′tion of blood′**, Eng. Law. the impurity before law that results from attainder and disqualifies the attainted person from inheriting, retaining, or bequeathing lands or interests in lands: abolished in 1870. [1555–65]

**corrupt′ prac′tices act′**, any of several U.S. statutes for ensuring the purity of elections by forbidding the purchase of votes, restricting the amount and source of political contributions, limiting campaign expenditures, and requiring the submission of an itemized statement of such expenditures. [1880–85]

**cor·sage** (kôr säzh′), n. 1. a small bouquet worn at the waist, on the shoulder, on the wrist, etc., by a woman. 2. the body or waist of a dress; bodice. [1475–85; < MF: bodily shape (later: bust, bodice, corsage), equiv. to cors body (< L corpus) + -age -AGE]

**cor·sair** (kôr′sâr), n. 1. a fast ship used for piracy. 2. a pirate, esp. formerly of the Barbary Coast. 3. (cap.) Mil. a gull-winged, propeller-driven fighter plane built for the U.S. Navy in World War II and kept in service into the early 1950's. [1540–50; < MF corsaire < Pr corsar(i) < Upper It corsaro < ML cursārius, equiv. to L curs(us) COURSE + -ārius -ARY]

**corse** (kôrs), n. Archaic. corpse. [1225–75; ME cors < OF < L corpus body; see CORPSE]

**Corse** (kôrs), n. French name of Corsica.

**cor·se·let** (kôr′sə let′ for 1; kôrs′lit for 2), n. 1. Also, **cor·se·lette′**. a woman's lightweight foundation garment combining a brassiere and girdle in one piece. 2. Also, **corslet**. Armor. a. a suit of light half armor or three-quarter armor of the 16th century or later. b. cuirass (def. 1). [1490–1500; < MF, equiv. to cors bodice, body + -elet -LET]


Corselet (def. 2) of English pikeman (17th century) M. morion

**cor·set** (kôr′sit), n. 1. Sometimes, **corsets**. a close-fitting undergarment, stiffened with whalebone or similar material and often capable of being tightened by lacing, enclosing the trunk: worn, esp. by women, to shape and support the body; stays. —v.t. 2. to dress or furnish with or as if with a corset. 3. to regulate strictly; constrict. [1225–75; ME < AF, OF, equiv. to cors bodice, body + -et -ET] —**cor′set·less**, adj.

**cor′set cov′er**, an undergarment, as a camisole, worn over the upper part of a corset.

**cor·se·tiere** (kôr′si tēr′), n. a person who specializes in making, fitting, or selling corsets, brassieres, or other foundation garments. [1840–50; < F corsetière, fem. of corsetier; see CORSET, -IER²]



**Cor·si·ca** (kôr′si kə), n. an island in the Mediterranean, SE of and forming a department of France. 220,000; 3367 sq. mi. (8720 sq. km). Cap.: Ajaccio. French, **Corse**. —**Cor′si·can**, adj., n.

**Cor·si·can·a** (kôr′si kan′ə), n. a city in E Texas. 21,712.

---

CONCISE ETYMOLOGY KEY: <, descended or borrowed from; >, whence; b., blend of, blended; c., cognate with; cf., compare; deriv., derivative; equiv., equivalent; imit., imitative; obl., oblique; r., root; placing; s., stem; sp., spelling, spelled; resp., respelling, respelled; trans., translation; ?, origin unknown; *, unattested; ‡, probably earlier than. See the full key inside the front cover.

---

**cors·let** (kôrs′lit), n. corselet (def. 2).
**cort.**, (in prescriptions) the bark. [< L cortex]
**Cor·tá·zar** (kôn tä′sär), n. Ju·lio (hōō′lyō), 1914–84, Argentine novelist and short-story writer; French citizen after 1981.

**cor·tege** (kôr tezh′, -tāzh′), n. 1. a procession, esp. a ceremonial one: a funeral cortege. 2. a line or train of attendants; retinue. Also, **cor·tège**. [1670–80; < F < It corteggio courtly retinue, deriv. of corteggiare to court, itself deriv. of corte COURT]

**Cor·tel·you** (kôr′tl yōō′), n. George Bruce, 1862–1940, U.S. cabinet officer and public utility director.

**Cor·tes** (kôr′tiz; Sp. kôr′tes), n. (in Spain or Portugal) the two houses constituting the national legislative body. [1660–70; < Sp, pl. of corte COURT]

**Cor·tés** (kôr tez′; Sp. kôr tes′), n. **Her·nan·do** (er nän′dō) or **Her·nán** (er nän′), 1485–1547, Spanish conqueror of Mexico. Also, **Cor·tez′**.

**cor·tex** (kôr′teks), n., pl. **-ti·ces** (-tə sēz′). 1. Anat., Zool. a. the outer region of an organ or structure, as the outer portion of the kidney. b. the cerebral cortex. 2. Bot. a. the portion of a stem between the epidermis and the vascular tissue; bark. b. any outer layer, as rind. 3. Mycol. the surface tissue layer of a fungus or lichen, composed of massed hyphal cells. [1650–60; < L: bark, rind, shell, husk]

**Cor·ti** (kôr′tē), n. **Al·fon·so** (al fon′sō; It. äl fôn′sô), 1822–76, Italian anatomist.

**cor·ti·cal** (kôr′ti kəl), adj. 1. Anat. of, pertaining to, resembling, or consisting of cortex. 2. Physiol. resulting from the function or condition of the cerebral cortex. 3. Bot. of or pertaining to the cortex. [1665–75; < NL corticālis, equiv. to L cortic- (s. of cortex) CORTEX + -ālis -AL¹] —**cor′ti·cal·ly**, adv.

**cor·ti·cate** (kôr′ti kit, -kāt′), adj. having a cortex. Also, **cor′ti·cat′ed**. [1840–50; < L corticātus, equiv. to cortic- (s. of cortex) CORTEX + -ātus -ATE¹] —**cor·ti·ca′tion**, n.

**cortico-**, a combining form representing **cortex** in compound words: corticosteroid. [< L cortic- (s. of cortex CORTEX) + -O-]

**cor·tic·o·lous** (kôr tik′ə ləs), adj. Bot., Zool. living or growing on or in bark. [1855–60; < L corti(c)- (s. of cortex) CORTEX + -COLOUS]

**cor·ti·co·ster·oid** (kôr′tə kō ster′oid, -stēr′-), n. Biochem. any of a class of steroids, as aldosterone, hydrocortisone, or cortisone, occurring in nature, esp. as a product of the adrenal cortex, or synthesized. Also called **cor·ti·coid** (kôr′tə koid′). [1940–45; CORTICO- + STEROID]

**cor·ti·cos·ter·one** (kôr′ti kos′tə rōn′, -kō stə rōn′), n. Biochem. a steroid hormone, secreted by the adrenal cortex, that is involved in regulation of the water and electrolyte balance of the body. [1935–40; CORTICO- + STER(OL) + -ONE]

**cor·ti·co·tro·pin** (kôr′ti kō trō′pin), n. Biochem. See **ACTH**. [1940–45; (ADRENO)CORTICOTROP(IC) + -IN²]

**corticotro′pin releas′ing fac′tor**, Biochem. a hormonelike factor, produced by the hypothalamus, that stimulates the increased release of corticotropin by the pituitary gland in response to stress. Abbr.: CRF

**cor·ti·na** (kôr tī′nə, -tē′nə), n., pl. **-ti·nae** (-tī′nē, -tē′nī). Mycol. a weblike, often evanescent veil covering the gills or hanging from the cap edge of certain mushrooms, particularly those of genus Cortinarius, and sometimes persisting as a ring or remnant of fibrils around the mushroom stalk. [1825–35; < NL; LL cortina CURTAIN]

**cor·ti·sol** (kôr′tə sôl′, -sōl′), n. 1. Biochem. one of several steroid hormones produced by the adrenal cortex and resembling cortisone in its action. 2. Pharm. hydrocortisone. [1950–55; CORTIS(ONE) + -OL¹]

**cor·ti·sone** (kôr′tə zōn′, -sōn′), n. 1. Biochem. a steroid hormone of the adrenal cortex, $C_{21}H_{28}O_5$, active in carbohydrate and protein metabolism. 2. Pharm. a commercial form of this compound, obtained by extraction from the adrenal glands of certain domesticated animals or produced synthetically, used chiefly in the treatment of arthritis, rheumatic fever, certain allergies, and other systemic conditions. [1949; shortening of corticosterone; see STEROL, -ONE]

**Cort·land** (kôrt′lənd), n. a city in central New York. 20,138.

**Cort·land** (kôrt′lənd), n. 1. a crisp, red variety of apple. 2. a tree bearing this fruit. [1940–45; Amer.]

**Cor·to·na** (kôr tô′nä), n. **Pie·tro da** (pye′trô dä), (Pietro Berrettini), 1596–1669, Italian painter and architect.

**Co·rum·bá** (kô′rōōn bä′), n. a city in W Brazil. 89,199.

**Co·ru·ña** (kə rōōn′yə; Sp kô rōō′nyä), n. See **La Coruña**. Also, **Co·run·na** (kə run′ə).

**co·run·dum** (kə run′dəm), n. a common mineral, aluminum oxide, $Al_2O_3$, notable for its hardness: transparent varieties, as sapphire and ruby, are used as gems, other varieties as abrasives; often made synthetically. [1720–30; < Tamil kuruntam; akin to Skt kuruvinda ruby]

**co·rus·cant** (kə rus′kənt, kôr′əs-, kor′-), adj. sparkling or gleaming; scintillating; coruscating. [1475–85; < L coruscant- s. of coruscāns prp. of coruscāre to quiver, flash, deriv. of coruscus quivering, flashing; see -ANT]

**cor·us·cate** (kôr′ə skāt′, kor′-), v.i., **-cat·ed, -cat·ing**. to emit vivid flashes of light; sparkle; scintillate; gleam; flash; see CORUSCANT, -ATE¹]

**cor·us·ca·tion** (kôr′ə skā′shən, kor′-), n. 1. the act of coruscating. 2. a sudden gleam or flash of light. 3. a striking display of brilliance or wit. [1480–90; < LL coruscātiōn- (s. of coruscātiō). See CORUSCATE, -ION]

---

**Cor·val·lis** (kôr val′is), n. a city in W Oregon. 40,960.

**cor·vée** (kôr vā′), n. 1. unpaid labor for one day, as on the repair of roads, exacted by a feudal lord. 2. an obligation imposed on inhabitants of a district to perform services, as repair of roads, bridges, etc., for little or no remuneration. [1300–50; ME < MF < LL corrogāta contribution, collection, n. use of fem. of L corrogātus (ptp. of corrogāre to collect by asking), equiv. to cor- COR- + rogā(re) to ask + -tus ptp. suffix]

**corves** (kôrvz), n. pl. of **corf**.

**cor·vette** (kôr vet′), n. 1. a warship of the old sailing class, having a flush deck and usually one tier of guns. 2. a lightly armed, fast ship used mostly for convoy escort and ranging in size between a destroyer and a gunboat. Also, **cor·vet** (kôr vet′, kôr′vet). [1630–40; < F, MF < MD corver pursuit boat (deriv. of corf fishing boat, lit., basket), with suffix altered to -ette -ETTE]

**cor·vi·na** (kôr vē′nə), n. corbina. [1780–90; < MexSp, Sp: kind of fish, fem. deriv. of corvino CORVINE; so called from its color]

**cor·vine** (kôr′vīn, -vin), adj. 1. pertaining to or resembling a crow. 2. belonging or pertaining to the Corvidae, a family of birds including the crows, ravens, and jays. [1650–60; < L corvīnus, equiv. to corv(us) raven + -inus -INE¹]

**cor·vo** (kôr′vō), n. a dry red or white wine of Sicily.

**Cor·vus** (kôr′vəs), n., gen. **-vi** (-vī). Astron. the Crow, a southern constellation between Virgo and Hydra.

**Cor·win** (kôr′win), n. **Norman (Lewis)**, born 1910, U.S. dramatist and novelist.

**Cor·y** (kôr′ē), n. a male or female given name.

**Cor·y·ate** (kôr′ē it), n. **Thomas**, 1577–1617, English traveler and author. Also, **Cor·y·at** (kôr′ē it, kôr′yit).

**Cor·y·bant** (kôr′ə bant′, kor′-), n., pl. **Cor·y·ban·tes** (kôr′ə ban′tēz, kor′-), **Cor·y·bants**. 1. Class. Myth. any of the spirits or secondary divinities attending Cybele with wild music and dancing. 2. an ancient Phrygian priest of Cybele. [1350–1400; ME < L Corybant- (s. of Corybās) < Gk Korybant- (s. of Korybās)]

**cor·y·ban·tic** (kôr′ə ban′tik, kor′-), adj. 1. frenzied; agitated; unrestrained. 2. (cap.) Also, **Cor·y·ban·tian** (kôr′ə ban′shən, kor′-), **Cor·y·ban·tine** (kôr′ə ban′tin, -tīn, kor′-). of or pertaining to a Corybant. [1635–45; CORYBANT + -IC]

**cor·y·da·lis** (kə rid′l is), n. any of the erect or climbing plants constituting the genus Corydalis, of the poppy family, having divided leaves, tuberous or fibrous roots, and clusters of irregular spurred flowers. [1810–20; < NL < Gk korydallis, extended var. of korydós crested lark, deriv. of koryd-, var. of koryth- (s. of korys) helmet, head, crest; akin to kára head]

**Cor·yell** (kôr yel′), n. **John Russell**, 1848–1924, U.S. author of detective and adventure stories.

**cor·ymb** (kôr′imb, -im, kor′-), n. Bot. a form of inflorescence in which the flowers form a flat-topped or convex cluster, the outermost flowers being the first to open. See illus. under **inflorescence**. [1700–10; < L corymbus < Gk kórymbos head, top, cluster of fruit or flowers] —**cor′ymbed**, adj. —**cor′ymb′like′**, adj.

**co·rym·bose** (kə rim′bōs), adj. characterized by or growing in corymbs; corymblike. [1765–75; < NL corymbōsus, equiv. to corymb(us) CORYMB + -ōsus -OSE¹] —**co·rym′bose·ly**, adv.

**cor·y·ne·bac·te·ri·um** (kôr′ə nē bak tēr′ē əm, kə rin′ə-), n., pl. **-te·ri·a** (-tēr′ē ə). any of various rod-shaped bacteria of the genus Corynebacterium, many of which are pathogenic. [< NL (1896) < Gk koryné club + bacterium BACTERIUM] —**cor′y·ne·bac·te′ri·al**, adj.

**cor·y·ne·form** (kə rin′ə fôrm′), adj. 1. having a rodlike or clublike shape. —n. 2. Bacteriol. any coryneform bacterium, esp. a corynebacterium or propionibacterium. [1950–55; CORYNE(BACTERIUM) + -FORM]

**cor·y·phae·us** (kôr′ə fē′əs, kor′-), n., pl. **-phae·i** (-fē′ī). 1. the leader of the chorus in the ancient Greek drama. 2. the leader of an operatic chorus or any group of singers. [1625–35; < L < Gk koryphaíos leading, equiv. to koryph(ē) head, top + -aios n. suffix]

**cor·y·phée** (kôr′ə fā′, kor′-; Fr. kô rā fā′), n., pl. **-phées** (-fāz′; Fr. -fā′). a member of a ballet company who dances usually as part of a small group and who ranks below the soloists. [1820–30; < F < L coryphaeus CORYPHAEUS]

**co·ryph·o·don** (kə rif′ə don′), n. Paleontol. a primitive hoofed mammal of the extinct genus Coryphodon, of the early Eocene Epoch, having a long, thickset body, short legs, and five-toed feet, each toe ending in a small hoof. [1845; < NL < Gk koryph(ē) peak, top + odón tooth]

**co·ry·za** (kə rī′zə), n. 1. Pathol. acute inflammation of the mucous membrane of the nasal cavities; cold in the head. 2. Vet. Pathol. a contagious disease of birds, esp. poultry, characterized by the secretion of a thick mucus in the mouth and throat. [1625–35; < LL < Gk kóryza catarrh] —**co·ry′zal**, adj.

**cos¹** (kos, kôs), n. romaine. [1690–1700; after Kos, where it originated]

**cos²** Trigonom., Math. cosine.

**Cos** (kos, kôs), n. Kos.

**cos.**, 1. companies. 2. consul. 3. consulship. 4. counties.

**C.O.S.**, cash on shipment. Also, **c.o.s.**

**Co·sa Nos·tra** (kō′zə nōs′trə), a secret association engaged in organized crime in the U.S., modeled after and affiliated with the Mafia. [1960–65; < It. lit., our affair]

**co·sce·nar·ist** (kō′sē när′ist, -när′-), n. one of two or more joint scenarists. [CO- + SCENARIST]

**cose** (kōs), v.i. **cosed, cos·ing**. n. coze.

**co·sec** (kō′sēk′), n. cosecant.

**direct** (continued from previous column) and rivers. **5.** erson who uses DIP, -ER¹]

*ang.* somewhat )5; orig. uncert.]

an acid) having ON) + -IC]

*j.* belonging to lants. Cf. **teasel** ame of the fam- *dipsakos* teasel EAE) + -OUS]

lipsomaniac; ha- cf. -O]

*n.* an irresisti- lic drink. [1835- - -O- + *mania*

sō-), *n.* a person ic drink. [1855- -ni•a•cal (dip/sə-

r measuring the used to measure itomotive engine. TICK¹]

; the presence of

*lang.* **1.** a quick made by ball car- n act, movement, ttention of an op- alings; chicanery.

order comprising )teron. [1810-20; -winged, equiv. to

, *Bot.* dipterous. s; see DIPTERA) +

rous (def. 1). —*n.* R(A) + -AN]

a (-tər ə). a dip- 'dipteros; see DIP-

)mol. belonging or )rising the house- rized by a single, with the posterior ires. **2.** *Bot.* hav- 3 or stems. [1765- ; DIPTERA, -OUS]

: declined in only language in which . [1605-15; < LL Gk, equiv. to *di-* all; cf. *ptōsis* acci-

two-leaved tablet with a stylus. **2.** : of wood or metal lose among the liv- ne dead, for whom sts of such persons, which these names res or carvings on . [1615-25; < LL 'es < Gk *diptycha*, equiv. to *di-* DI-¹ +

ystall. bipyramid. j.

il/, -pə rid/ə-), *n.* , C₂₄H₄₀N₄O₄, used and in combination formation. [DI-¹ + 'rh. -OLE²]

ystalline substance, stemergence herbi- nd and for aquatic (ERNARY)]

Maurice, 1902-84, 1: Nobel prize 1933. s, *Math.* See **delta tion.** [named after

. an atom or mole- Also called **biradi**- AL]

he Furies. See **fury**

blame. [1400-50; rcation, uproar, late cotGael; cf. Ir *dear-* ier]

causing or involving rible: *a dire calam-* , misfortune, or the : *market.* **3.** urgent; 1560-70; < L *dīrus* **-dire/ness,** *n.*

h a proper direction.

nage or guide by ad-

---

course of; control: *History is directed by a small number of great men and women.* **3.** to administer; manage; supervise: *She directs the affairs of the estate.* **4.** to give authoritative instructions to; command; order or ordain: *I directed him to leave the room.* **5.** to serve as a director in the production or performance of (a musical work, play, motion picture, etc.). **6.** to guide, tell, or show (a person) the way to a place: *I directed him to the post office.* **7.** to point, aim, or send toward a place or object: *to direct radio waves around the globe.* **8.** to channel or focus toward a given result, object, or end (often fol. by *to* or *toward*): *She directed all her energies toward the accomplishment of the work.* **9.** to address (words, a speech, a written report, etc.) to a person or persons: *The secretary directed his remarks to two of the committee members.* **10.** to address (a letter, package, etc.) to an intended recipient. —*v.i.* **11.** to act as a guide. **12.** to give commands or orders. **13.** to serve as the director of a play, film, orchestra, etc. —*adj.* **14.** proceeding in a straight line or by the shortest course; straight; undeviating; not oblique: *a direct route.* **15.** proceeding in an unbroken line of descent; lineal rather than collateral: *a direct descendant.* **16.** *Math.* **a.** (of a proportion) containing terms of which an increase (or decrease) in one results in an increase (or decrease) in another: a term is said to be in direct proportion to another term if one increases (or decreases) as the other increases (or decreases). **b.** (of a function) the function itself, in contrast to its inverse. **c.** (def. 2). **17.** without intervening persons, influences, factors, etc.; immediate; personal: *direct contact with the voters; direct exposure to a disease.* **18.** straightforward; frank; candid: *the direct remarks of a forthright individual.* **19.** absolute; exact: *the direct opposite.* **20.** consisting exactly of the words originally used; verbatim: *direct quotation.* **21.** *Govt.* of or by action of voters, which takes effect without any intervening agency such as representatives. **22.** inevitable; consequential: *War will be a direct result of such political action.* **23.** allocated for or arising from a particular known agency, process, job, etc.: *The new machine was listed by the accountant as a direct cost.* **24.** *Elect.* of or pertaining to direct current. **25.** *Astron.* **a.** moving in an orbit in the same direction as the earth in its revolution around the sun. **b.** appearing to move on the celestial sphere in the same direction as the natural order of the signs of the zodiac, from west to east. Cf. **retrograde** (def. 4). **26.** *Survey.* (of a telescope) in its normal position; not inverted or transited. **27.** (of dye colors) working without the use of a mordant; substantive. —*adv.* **28.** in a direct manner; directly; straight: *Answer me direct.* [1325-75; ME direct (adj, adv.), *directen* (v.) (< AF) < L *dīrectus, dērēctus* (the latter prob. the orig. form, later reanalyzed as *dī-* DI-², ptp. of *dērigere* to align, straighten, guide (*dē-* DE- + *-rigere,* comb. form of *regere* to guide, rule)] **—di•rect/a•ble,** *adj.* **—di•rect/• ness,** *n.*
—Syn. 1. See **guide. 4.** DIRECT, ORDER, COMMAND mean to issue instructions. DIRECT suggests also giving explanations or advice; the emphasis is not on the authority of the director, but on steps necessary for the accomplishing of a purpose. ORDER connotes a personal relationship in which one in a superior position imperatively instructs a subordinate to do something. COMMAND, less personal and, often, less specific in detail, suggests greater formality and sometimes, a more fixed authority on the part of the superior. **18.** open, sincere, outspoken.

**di•rect-ac•cess** (di rekt/ak/ses, -ak/-, dī-), *adj.* Computers. pertaining to the ability to obtain data from, or place data in, external storage without the need to sequentially scan other data contained there. Also, **random-access.** Cf. **sequential-access.**

**direct-access stor/age device/,** Computers. See DASD.

**di•rect-act•ing** (di rekt/ak/ting, dī-), *adj.* (of a steam pump) having the steam pistons connected directly to the pump pistons without a crankshaft or flywheel. [1855-60]

**direct/ ac/tion,** any action seeking to achieve an immediate or direct result, esp. an action against an established authority or powerful institution, as a strike or picketing. [1835-45] **—direct/ ac/tionist.**

**direct/ address/, 1.** *Gram.* the use of a term or name for the person spoken to, as in securing the attention of that person; use of a vocative form. **2.** *Computers.* See under **indirect address.**

**direct/ broad/cast sat/ellite,** *Television.* See DBS.

**direct/ cin/ema,** a rigorous form of cinéma vérité, esp. as practiced by some American cinematographers in the late 1950's, in which only indigenous sound is used.

**direct/ cost/,** a cost that can be related directly to the production of a product or to a particular function or service. Cf. **indirect cost.** [1895-1900]

**direct/ cur/rent,** *Elect.* an electric current of constant direction, having a magnitude that does not vary or varies only slightly. *Abbr.:* dc Cf. **alternating current.** [1885-90] **—direct/-cur/rent,** *adj.*

**direct/ depos/it,** a plan in which salaries or other payments are transferred by the paying agency directly to the accounts of the recipients.

**di•rect-di•al** (di rekt/dī/əl, -dīl/, dī-), *v.i., v.t.* **1.** to make a telephone call outside the local area without the assistance of an operator. —*adj.* **2.** being a telephone or telephone system enabling long-distance calls to be direct-dialed. **3.** of or pertaining to direct dialing. Also, **direct/ di/al.**

**direct/ dis/course,** quotation of a speaker in which the speaker's exact words are repeated. Cf. **indirect discourse.**

**direct/ dis/tance di/aling,** a telephone network service feature enabling customers to direct-dial their long-distance calls.

**di•rect•ed** (di rek/tid, dī-), *adj.* **1.** guided, regulated,

---

positive or negative direction or orientation assigned. [1530-40; DIRECT + -ED²] **—di•rect/ed•ness,** *n.*

**di•rect/ed-en/er•gy device/** (di rek/tid en/ər jē, dī-). See **beam weapon.**

**direct/ed ver/dict,** an order by a judge to a jury to find a verdict because the facts proved are indisputable.

**direct/ ev/idence,** evidence of a witness who testifies to the truth of the fact to be proved (contrasted with *circumstantial evidence*).

**direct/ examina/tion,** *Law.* the first interrogation of a witness by the side that has called that witness.

**di•rect-ex•am•ine** (di rekt/ig zam/in, dī-), *v.t.,* -ined, -in•ing. *Law.* to subject to direct examination. Cf. **cross-examine** (def. 2).

**direct/ free/ kick/,** *Soccer.* a free kick awarded to a team as the result of a foul by an opposing player and from which a goal can be scored directly, without the ball being touched by another player.

**di•rec•tion** (di rek/shən, dī-), *n.* **1.** the act or an instance of directing. **2.** the line along which anything lies, faces, moves, etc., with reference to the point or region toward which it is directed: *The storm moved in a northerly direction.* **3.** the point or region itself: *The direction is north.* **4.** a position on a line extending from a specific point toward a point of the compass or toward the nadir or the zenith. **5.** a line of thought or action or a tendency or inclination: *the direction of contemporary thought.* **6.** Usually, **directions.** instruction or guidance for making, using, etc.: *directions for baking a cake.* **7.** order; command. **8.** management; control; guidance; supervision: *a company under good direction.* **9.** a directorate. **10.** the name and address of the intended recipient as written on a letter, package, etc. **11.** decisions in a stage or film production as to stage business, speaking of lines, lighting, and general presentation. **12.** the technique, act, or business of making such decisions, managing and training a cast of actors, etc. **13.** the technique, act, or business of directing an orchestra, concert, or other musical presentation or group. **14.** *Music.* a symbol or phrase that indicates in a score the proper tempo, style of performance, mood, etc. **15.** a purpose or orientation toward a goal that serves to guide or motivate; focus: *He doesn't seem to have any direction in life.* [1375-1425; late ME *direccioun* (< MF) < L *dīrēctiōn-* (s. of *dīrēctiō*) arranging in line, straightening. See DIRECT, -ION] **—di•rec/tion•less,** *adj.*
—Syn. 5. See **tendency.**

**di•rec•tion•al** (di rek/shə nl, dī-), *adj.* **1.** of, pertaining to, or indicating direction in space. **2.** *Radio.* adapted for determining the direction of signals received, or for transmitting signals in a given direction: *a directional antenna.* **3.** of, pertaining to, or providing guidance or leadership. [1605-15; DIRECTION + -AL¹] **—di•rec/tion•al/i•ty,** *n.* **—di•rec/tion•al•ly,** *adv.*

**direc/tional deriv/ative,** *Math.* the limit, as a function of several variables moving along a given line from one specified point to another on the line, of the difference in the functional values at the two points divided by the distance between the points.

**direc/tional mi/crophone,** a microphone that has a greater sensitivity to sounds coming from a particular area in front of it; used to eliminate unwanted sounds.

**direc/tional sig/nal.** See **turn signal.**

**direc/tion an/gle,** *Math.* an angle made by a given vector and a coordinate axis. Cf. **direction cosine.** [1930-35]

**direc/tion co/sine,** *Math.* the cosine of the angle made by a given vector and a coordinate axis. Cf. **direction angle.** [1890-95]

**direc/tion find/er,** *Radio.* a receiver with a loop antenna rotating on a vertical axis, used to ascertain the direction of incoming radio waves. **—direc/tion find/ing.** [1910-15]

**direc/tion num/ber,** *Math.* the component of a vector along a given line; any number proportional to the direction cosines of a given line.

**di•rec•tive** (di rek/tiv, dī-), *adj.* **1.** serving to direct; directing: *a directive board.* **2.** *Psychol.* pertaining to a type of psychotherapy in which the therapist actively offers advice and information rather than dealing only with information supplied by the patient. —*n.* **3.** an authoritative instruction or direction; specific order: *a new directive by the President on foreign aid.* [1425-75; late ME < ML *dīrēctīvus.* See DIRECT, -IVE]

**direct/ la/bor,** labor performed, as by workers on a production line, and considered in computing costs per unit of production. Cf. **indirect labor.**

**direct/ light/ing,** lighting in which most of the light is cast directly from the fixture or source to the illumined area. [1925-30]

**di•rect•ly** (di rekt/lē, dī-), *adv.* **1.** in a direct line, way, or manner; straight: *The path leads directly to the lake.* **2.** at once; without delay; immediately: *Do that directly.* **3.** shortly; soon: *They will be here directly.* **4.** exactly; precisely: *directly opposite the store.* **5.** without intervening space; next in order: *The truck was parked directly behind my car.* **6.** openly or frankly; candidly: *He didn't hesitate to speak directly about his debts.* **7.** *Math.* in direct proportion. —*conj.* **8.** as soon as: *Directly he arrived, he mentioned the subject.* [1350-1400; ME *directli.* See DIRECT, -LY]
—Syn. 2. See **immediately. 6.** straightforwardly, freely, plainly, unreservedly.

**direct/ mail/,** mail, usually consisting of advertising matter, appeals for donations, or the like, sent simultaneously to large numbers of possible individual customers or contributors. *Abbr.:* DM [1925-30] **—direct/-mail/,** *adj.*

**di•rect-mail•er** (di rekt/mā/lər, dī-), *n.* **1.** a person or firm engaged in direct-mail advertising. **2.** a letter, advertisement, or other item sent out in direct mail.

**direct/ mar/keting,** marketing direct to the con-

---

**direct/ meth/od,** a technique of foreign-language teaching in which only the target language is used, litt instruction is given concerning formal rules of gramma and language use is often elicited in situational context [1900-05]

**direct/ ob/ject,** a word or group of words represen ing the person or thing upon which the action of a ver is performed or toward which it is directed: in Englis generally coming after the verb, without a prepositio In *He saw it* the pronoun *it* is the direct object of *sa* [1900-05]

**Di•rec•toire** (dē rek twAR/), *adj.* **1.** noting or pertai ing to the style of French furnishings and decoration the mid-1790's, characterized by an increasing use Greco-Roman forms along with an introduction, towa the end, of Egyptian motifs: usually includes the Cons late period. **2.** (of costume) in the style of the period the French Directory. —*n.* **3.** Fr. Hist. directory (d 5). [< F; see DIRECTORY]

**di•rec•tor** (di rek/tər, dī-), *n.* **1.** a person or thing th directs. **2.** one of a group of persons chosen to control govern the affairs of a company or corporation: *a boa of directors.* **3.** the person responsible for the interp tive aspects of a stage, film, or television production; t person who supervises the integration of all the el ments, as acting, staging, and lighting, required to rea ize the writer's conception. Cf. **producer** (def. 3). **4.** t musical conductor of an orchestra, chorus, etc. **5.** t manager or chief executive of certain schools, institut government bureaus, etc. **6.** *Mil.* a mechanical or ele tronic device that continuously calculates firing data f use against an airplane or other moving target. [147 80; < LL; see DIRECT, -TOR] **—di•rec/tor•ship/,** *n.*
—Syn. 1, 2, 5. supervisor, head, manager, leader, a ministrator, chief, boss.

**di•rec•to•rate** (di rek/tər it, dī-), *n.* **1.** the office o director. **2.** a body of directors. [1830-40; < F *direc torat* < LL *dīrēctor* DIRECTOR + F *-at* -ATE²]

**direc/tor gen/eral,** *pl.* **directors general.** the e ecutive head of an organization or of a major subdi sion, as a branch or agency, of government. [1875-80

**di•rec•to•ri•al** (di rek tôr/ē əl, -tōr/-, dī/rek-), *a* pertaining to a director or directorate. [1760-70; < *dīrēctōri(us)* (see DIRECT, -TORY¹) + -AL¹]

**direc/tor of photog/raphy,** *Motion Pictures.* t person who is responsible for all operations concerni camera work and lighting during the production o film. Also called **cinematographer.**

**direc/tor's chair/,** a lightweight folding armch with transversely crossed legs and having a canvas s and back panel, as traditionally used by motion-pictu directors. [1950-55]

**di•rec•to•ry** (di rek/tə rē, -trē, dī-), *n., pl.* **-ries,** *a* —*n.* **1.** a book containing an *alphabetical index of* names and addresses of persons in a city, district, org ization, etc., or of a particular category of people. **2** board or tablet on a wall of a building listing the ro and floor numbers of the occupants. **3. a.** a book of dir tions. **4.** *Computers.* **a.** a list of files contained in ext nal storage. **b.** a description of characteristics of a p ticular file, as the layout of fields within each record **the Directory,** *Fr. Hist.* the body of five directors for ing the executive power of France from 1795 to 17 —*adj.* **6.** serving to direct; directing; directive. [14( 50; late ME < ML *dīrēctōrium,* n. use of LL *dīrēctōr* DIRECTORIAL), n. def. 5, trans. of F *Directoire* < ML above]

**Direc/tory Assis/tance,** a telephone company se ice that furnishes telephone directory information o the telephone. Also called **information.**

**direct/ pos/itive,** *Photog.* a positive obtained fr another positive without an intermediate step.

**direct/ pri/mary,** *U.S. Politics.* a primary in wh members of a party nominate its candidates by di vote. Cf. **indirect primary.** [1895-1900]

**direct/ prod/uct,** *Math.* a group, or other such s tem, every element of which can be written uniquel the product of elements of disjoint groups, with e group contributing one element to the product. [19 25]

**di•rec•tress** (di rek/tris, dī-), *n.* a woman who is a rector. [1570-80; DIRECT(O)R + -ESS]
—Usage. See **-ess.**

**di•rec•trix** (di rek/triks, dī-), *n., pl.* **di•rec•trix•es, rec•tri•ces** (di rek/tri sēz/, dī-, dī/rek tri/sēz). *Geom.* a fixed line used in the description of a curv surface. See diag. under **parabola. 2.** *Archaic.* a di tress. [1615-25; < NL; see DIRECT, -TRIX]
—Usage. See **-trix.**

**direct/ sum/,** *Math.* a composition of two disj sets, as vector spaces, such that every element in composition can be written uniquely as the sum of elements, one from each of the given sets. [1925-30

**direct/ tax/,** *Govt.* a tax exacted directly from persons who will bear the burden of it (without re bursement to them at the expense of others), as a tax, a general property tax, or an income tax. [1785 Amer.]

**di•rect/-vi/sion prism/** (di rekt/vizh/ən, dī-), *Op* See **Amici prism.** [‡1960-65]

**direct/-vi/sion spec/troscope,** *Optics.* a sin spectroscope consisting of a collimating lens and Amici prism. [1875-80]

**Di•re•da•wa** (dē/rā də wä/), *n.* a city in E Ethio 76,800. Also, **Di/re Da•wa/.**

**dire•ful** (dī°r/fəl), *adj.* **1.** dreadful; awful; terrible.

voraciousness; appetite. [1620–30; < L *edācitās*, equiv. to *edāci-* (s. of *edāx*) gluttonous, equiv. to ed- EAT + -āci- adj. suffix + *-tās* -TY²]

**E·dam** (ē′dəm, ē′dam; *Du.* ā däm′), *n.* a mild, hard, yellow cheese, produced in a round shape and coated with red wax. Also called **E′dam cheese′**. [1830–40; after *Edam*, town in the Netherlands, where it originated]

**e·daph·ic** (i daf′ik), *adj.* related to or caused by particular soil conditions, as of texture or drainage, rather than by physiographic or climatic factors. [< G *edaphisch* (1898); see EDAPHON, -IC] —**e·daph′i·cal·ly,** *adv.*

**edaph′ic cli′max,** *Ecol.* a localized climax community that may differ from the surrounding climax vegetation by reason of slightly differing soil type, exposure to sun and wind, drainage, etc. [1945–50]

**ed·a·phon** (ed′ə fon′), *n.* the aggregate of organisms that live in the soil. [< G *Edaphon* (1913) < Gk *édaphos* ground, floor; *-on* prob. after PLANKTON]

**EDB,** *Chem.* ethylene dibromide; a colorless liquid, $C_2H_4Br_2$, used as an organic solvent, an additive in gasoline to prevent lead buildup, and a pesticide and soil fumigant, esp. by citrus and grain farmers.

**Ed.B.,** Bachelor of Education.

**EDC,** European Defense Community.

**Ed.D.,** Doctor of Education.

**Ed·da** (ed′ə), *n.* a female given name. Also, **Eda.**

**Ed·da** (ed′ə), *n.* either of two old Icelandic literary works, one a collection of poems on mythical and religious subjects (**Elder Edda** or **Poetic Edda**) erroneously attributed to Saemund Sigfusson (c1055–1133), the other a collection of ancient Scandinavian myths and legends, rules and theories of versification, poems, etc. (**Younger Edda** or **Prose Edda**), compiled and written in part by Snorri Sturluson (1179–1241). —**Ed′dic, Ed·da·ic** (e dā′ik), *adj.*

**Ed·ding·ton** (ed′ing tən), *n.* **Sir Arthur (Stanley),** 1882–1944, English astronomer, physicist, and writer.

**ed·do** (ed′ō), *n., pl.* **-does.** the edible root of the taro or of any of several related plants. [1765–75; < one or more WAfr languages; cf. Igbo *édè,* Fante *edwó(w)* yam]

**ed·dy** (ed′ē), *n., pl.* **-dies,** *v.,* **-died, -dy·ing.** —*n.* 1. a current at variance with the main current in a stream of liquid or gas, esp. one having a rotary or whirling motion. 2. a small whirlpool. 3. any similar current, as of air, dust, or fog. 4. a current or trend, as of opinion or events, running counter to the main current. —*v.t., v.i.* 5. to move or whirl in eddies. [1425–75; late ME; OE *ed*- turning + *ēa* water; akin to ON *itha*]

**Ed·dy** (ed′ē), *n.* 1. **Mary (Morse) Baker** (*Mrs. Glover; Mrs. Patterson*), 1821–1910, U.S. founder of the Christian Science Church. 2. Also, **Ed′die.** a male given name, form of **Edgar** or **Edward.**

**ed′dy cur′rent,** an electric current in a conducting material that results from induction by a moving or varying magnetic field. [1590–1600, for an earlier sense]

**Ed′dy·stone Rocks′** (ed′ə stən), a group of rocks near the W end of the English Channel, SW of Plymouth, England: celebrated lighthouse.

**E·de** (ā dā′, ā′dā for 1; ā′də for 2), *n.* 1. a city in SW Nigeria. 182,000. 2. a city in central Netherlands. 83,738.

**Ed·el·man** (ed′l mən), *n.* **Gerald Maurice,** born 1929, U.S. biochemist: Nobel prize for medicine 1972.

**e·del·weiss** (ād′l vīs′, -wīs′), *n.* 1. a small composite plant, *Leontopodium alpinum,* having white woolly leaves and flowers, growing in the high altitudes of the Alps. 2. a liqueur made in Italy, flavored with the extracts of alpine flowers. [1860–65; < G, equiv. to *edel* noble + *weiss* WHITE]

**e·de·ma** (i dē′mə), *n., pl.* **-mas, -ma·ta** (-mə tə). *Pathol.* 1. effusion of serous fluid into the interstices of cells in tissue spaces or into body cavities. 2. *Plant Pathol.* a. a small vascular swelling of plant parts, caused by excessive moisture. b. any disease so characterized. Also, **oedema.** [1490–1500; < NL *oedēma* < Gk *oídēma* a swelling, equiv. to *oidē-* (var. s. of *oideín* to swell) + *-ma* n. suffix] —**e·dem·a·tous** (i dem′ə təs, i dē′mə-), **e·dem·a·tose** (i dem′ə tōs′, i dē′mə-), *adj.*

**E·den** (ēd′n), *n.* 1. the place where Adam and Eve lived before the Fall. Gen. 2:8–24. 2. any delightful region or abode; paradise. 3. a state of perfect happiness or bliss. Also called **Garden of Eden** (for defs. 1–3). 4. a town in N North Carolina. 15,672. [< Heb *ʿēden* delight, pleasure] —**E·den·ic** (ē den′ik), *adj.*

**E·den** (ēd′n), *n.* **(Robert) Anthony, Earl of Avon,** 1897–1977, British statesman: prime minister 1955–57.

**E′den Prai′rie,** a town in SE Minnesota. 16,263.

**e·den·tate** (ē den′tāt), *adj.* 1. belonging or pertaining to the Edentata, an order of New World mammals characterized by the absence of incisors and canines in the arrangement of teeth and comprising the armadillos, the sloths, and the South American anteaters. 2. toothless. —*n.* 3. an edentate mammal. [1820–30; < L *ēdentātus* deprived of teeth, equiv. to *ē-* E- + *dent-* (s. of *dēns*) TOOTH + *-ātus* -ATE¹]

**e·den·tu·lous** (ē den′chə ləs), *adj.* lacking teeth; toothless. [1775–85; < L *ēdentulus,* equiv. to *ē-* E- + *dent-* (s. of *dēns* TOOTH) + *-ulus* -ULOUS]

**E·der** (ā′dər), *n.* a river in central West Germany, mainly in Hesse and flowing E to Kassel. 110 mi. (177 km) long.

**E·der·le** (ā′dər lē), *n.* **Gertrude Caroline,** born 1907?, U.S. swimmer.

CONCISE ETYMOLOGY KEY: <, descended or borrowed from; >, whence; b., blend of, blended; c., cognate with; cf., compare; deriv., derivative; equiv., equivalent; imit., imitative; obl., oblique; r., replacing; s., stem; sp., spelling, spelled; resp., respelling, respelled; trans., translation; ?, origin unknown; *, unattested; ‡, probably earlier than. See the full key inside the front cover.

**EDES,** Hellenic National Democratic army, a Greek resistance coalition in World War II. [< ModGk *E(thnikós) D(ēmokratikós) E(llēnikós) S(yndésmos)*]

**E·des·sa** (i des′ə), *n.* an ancient city in NW Mesopotamia, on the modern site of Urfa: an early center of Christianity; the capital of a principality under the Crusaders. —**E·des′san, E·des·sene** (i des′ēn), *adj.*

**ed′e·tate cal′cium diso′dium** (ed′ə tāt′), *n. Pharm.* a chelating agent, $C_{10}H_{12}CaN_2Na_2O_8$, used in medicine to treat lead poisoning. [*edetate* appar. irreg. from EDTA + -ATE²]

**Ed·gar** (ed′gər), *n.* an award given annually in various categories of mystery writing. [1945–50; named after *Edgar* Allan Poe]

**Ed·gar** (ed′gər), *n.* a male given name: from Old English words meaning "rich, happy" and "spear."

**edge** (ej), *n., v.,* **edged, edg·ing.** —*n.* 1. a line or border at which a surface terminates: *Grass grew along the edges of the road. The paper had deckle edges.* 2. a brink or verge: *the edge of a cliff; the edge of disaster.* 3. any of the narrow surfaces of a thin, flat object: *a book with gilt edges.* 4. a line at which two surfaces of a solid object meet: *an edge of a box.* 5. the thin, sharp side of the blade of a cutting instrument or weapon. 6. the sharpness proper to a blade: *The knife has lost its edge.* 7. sharpness or keenness of language, argument, tone of voice, appetite, desire, etc.: *The snack took the edge off his hunger. Her voice had an edge to it.* 8. *Brit. Dial.* a hill or cliff. 9. an improved position; advantage: *He gained the edge on his opponent.* 10. *Cards.* a. advantage, esp. the advantage gained by being the age or eldest hand. b. See **eldest hand.** 11. *Ice Skating.* one of the two edges of a skate blade where the sides meet the bottom surface, made sharp by carving a groove on the bottom. 12. *Skiing.* one of the two edges on the bottom of a ski that is angled into a slope when making a turn. 13. **have an edge on,** *Informal.* to be mildly intoxicated with alcoholic liquor: *He had a pleasant edge on from the sherry.* 14. **on edge, a.** (of a person or a person's nerves) acutely sensitive; nervous; tense. **b.** impatient; eager: *The contestants were on edge to learn the results.* 15. **set one's teeth on edge.** See **tooth** (def. 18). —*v.t.* 16. to put an edge on; sharpen. 17. to provide with an edge or border: *to edge a terrace with shrubbery; to edge a skirt with lace.* 18. to make or force (one's way) gradually by moving sideways. 19. *Metalworking.* **a.** to turn (a piece to be rolled) onto its edge. **b.** to roll (a piece set on edge). **c.** to give (a piece) a desired width by passing between vertical rolls. **d.** to rough (a piece being forged) so that the bulk is properly distributed for final forging. —*v.i.* 20. to move sideways: *to edge through a crowd.* 21. to advance gradually or cautiously: *a car edging up to a curb.* 22. **edge in,** to insert or work in or into, esp. in a limited period of time: *Can you edge in your suggestion before they close the discussion?* 23. **edge out,** to defeat (rivals or opponents) by a small margin: *The home team edged out the visitors in an exciting finish.* [bef. 1000; ME *egge,* OE *ecg;* c. G *Ecke* corner; akin to L *aciēs,* Gk *akís* point] —**edge′less,** *adj.* —Syn. 1. rim, lip. EDGE, BORDER, MARGIN refer to a boundary. An EDGE is the boundary line of a surface or plane: *the edge of a table.* BORDER is the boundary of a surface or the strip adjacent to it, inside or out: *a border of lace.* MARGIN is a limited strip, generally unoccupied, at the extremity of an area: *the margin of a page.*

**edge·bone** (ej′bōn′), *n.* aitchbone. [by folk etym.]

**edged** (ejd), *adj.* 1. having an edge or edges (often used in combination): *dull-edged; a two-edged sword.* 2. sarcastic; cutting: *an edged reply.* [1585–95; EDGE + -ED³]

**edge′ ef·fect′,** *Ecol.* the tendency toward greater variety and density of plant and animal populations in an ecotone. [1930–35]

**edge′ mold′ing,** a convexly rounded molding having a fillet or concavity at or near its centerline. [1755–65]

**edg·er** (ej′ər), *n.* 1. a person who puts an edge, esp. a finishing edge, on a garment, surface, lens, etc. 2. a machine for finishing or making an edge, as for stitching, beveling, or trimming. 3. a gardening tool with a rotary blade for cutting a neat border around a lawn, flower bed, or the like. [1585–95; EDGE + -ER¹]

**edge·er·feed·er** (ej′ər fē′dər), *n.* a machine used to sort letters automatically according to envelope size.

**edge′ tool′,** a tool with a cutting edge. [1300–50; ME]

**edge′ wave′,** *Oceanog.* a wave aligned at right angles to the shoreline.

**edge·wise** (ej′wīz′), *adv.* 1. with the edge forward; in the direction of the edge. 2. sideways. 3. **get a word in edgewise,** to succeed in entering a conversation or expressing one's opinion in spite of competition or opposition: *There were so many people talking at once that I couldn't get a word in edgewise.* Also, **edge·ways** (ej′wāz′). [1560–70; EDGE + -WISE]

**Edge·wood** (ej′wŏŏd′), *n.* a city in NE Maryland, near Baltimore. 19,455.

**Edge·worth** (ej′wûrth), *n.* **Maria,** 1767–1849, English novelist.

**edg·ing** (ej′ing), *n.* 1. something that forms or is placed along an edge or border. 2. *Skiing.* the tilting of a ski to the side so that one edge cuts into the snow. [1550–60; EDGE + -ING¹] —**edg′ing·ly,** *adv.*

**edg′ing lobel′ia,** a trailing lobelia, *Lobelia erinus,* of southern Africa, having loose clusters of blue flowers.

**edg·y** (ej′ē), *adj.,* **edg·i·er, edg·i·est.** 1. nervously irritable; impatient and anxious. 2. sharp-edged; sharply defined, as outlines. [1765–75; EDGE + -Y¹] —**edg′i·ly,** *adv.* —**edg′i·ness,** *n.*

**edh** (eth), *n.* eth.

**ed·i·ble** (ed′ə bəl), *adj.* 1. fit to be eaten as food; eatable; esculent. —*n.* 2. Usually, **edibles.** edible substances; food. [1605–15; < LL *edibilis,* equiv. to *ed(ere)* to EAT + *-ibilis* -IBLE] —**ed′i·bil′i·ty, ed′i·ble·ness,** *n.* —Syn. 1. comestible, consumable.

**e·dict** (ē′dikt), *n.* 1. a decree issued by a sovereign or other authority. 2. any authoritative proclamation or command. [1250–1300; ME < L *ēdictum,* n. use of neut. of *ēdictus* (ptp. of *ēdīcere* to say out), equiv. to *ē-* E- + *dictus* said; see DICTUM] —**e·dic′tal,** *adj.* —**e·dic′tal·ly,** *adv.*

—Syn. 1. dictum, pronouncement.

**ed·i·cule** (ed′i kyōōl′), *n.* aedicule.

**E·die** (ē′dē), *n.* a female given name, form of **Edith.**

**ed·i·fi·ca·tion** (ed′ə fi kā′shən), *n.* 1. an act of edifying. 2. the state of being edified; uplift. 3. moral improvement or guidance. [1350–1400; ME (< AF) < L *aedificātiō-* (s. of *aedificātiō*), equiv. to *aedificāt(us)* (ptp. of *aedificāre*) built (*aedi-* s. of *aedēs* house + *-fic-,* comb. form of *facere* to make + *-ātus* -ATE¹) + *-iōn-* -ION]

**ed·i·fi·ca·to·ry** (i dif′i kə tôr′ē, -tōr′ē, ed′ə fi kā′tə rē), *adj.* intended or serving to edify. [1640–50; < LL *aedificātōrius* edifying, equiv. to *aedificā(re)* to EDIFY + *-tōrius* -TORY¹]

**ed·i·fice** (ed′ə fis), *n.* 1. a building, esp. one of large size or imposing appearance. 2. any large, complex system or organization. [1350–1400; ME < AF, MF < L *aedificium,* equiv. to *aedific(āre)* to build (see EDIFY) + *-ium* -IUM] —**ed·i·fi·cial** (ed′ə fish′əl), *adj.*

—Syn. 1. See **building.**

**ed·i·fy** (ed′ə fī), *v.t.,* **-fied, -fy·ing.** to instruct or benefit, esp. morally or spiritually; uplift: *religious paintings that edify the viewer.* [1300–50; ME *edifien* < AF, OF *edifier* < L *aedificāre* to build, equiv. to *aedi-* (s. of *aedes*) house, temple + *-ficāre* -FY] —**ed′i·fi′er,** *n.* —**ed′i·fy′ing·ly,** *adv.*

**e·dile** (ē′dīl), *n. Rom. Hist.* aedile.

**E·di·na** (i dī′nə), *n.* a city in SE Minnesota, near Minneapolis. 46,073.

**Ed·in·burg** (ed′n bûrg′), *n.* a city in S Texas. 24,075.

**Ed·in·burgh** (ed′n bûr′ə, -bur′ə or, esp. Brit., -brə), *n.* 1. **Duke of.** See **Philip** (def. 4). 2. a city in and the capital of Scotland, in the SE part: administrative center of the Lothian region. 470,085.

**E·dir·ne** (e dēr′ne), *n.* a city in NW Turkey, in the European part. 54,885. Also called **Adrianople.** Formerly, **Adrianopolis.**

**Ed·i·son** (ed′ə sən), *n.* 1. **Thomas Al·va** (al′və), 1847–1931, U.S. inventor, esp. of electrical devices. 2. a township in central New Jersey. 70,193.

**Ed′ison effect′,** *Physics.* the phenomenon of the flow of electric current when an electrode sealed inside the bulb of an incandescent lamp is connected to the positive terminal of the lamp. [named after T. A. EDISON]

**ed·it** (ed′it), *v.t.* 1. to supervise or direct the preparation of (a newspaper, magazine, book, etc.); serve as editor of; direct the editorial policies of. 2. to collect, prepare, and arrange (materials) for publication. 3. to revise or correct, as a manuscript. 4. to expunge; eliminate (often fol. by *out*): *The author has edited out all references to his own family.* 5. to add (usually fol. by *in*). 6. to prepare (motion-picture film, video or magnetic tape) by deleting, arranging, and splicing, by synchronizing the sound record with the film, etc. 7. *Genetics.* to alter the arrangement of (genes). 8. *Computers.* to modify or add to (data or text). —*n.* 9. an instance of or the work of editing: *automated machinery that allows a rapid edit of incoming news.* [1785–95; 1915–20 for def. 6; partly back formation from EDITOR, partly < F *éditer* < L *ēditus* published (ptp. of *ēdere* to give out), equiv. to *ē-* E- + *-ditus* comb. form of *datus* given; cf. DATUM]

**edit,** 1. edited. 2. edition. 3. editor.

**E·dith** (ē′dith), *n.* a female given name: from Old English words meaning "rich, happy" and "war." Also, **E′dithe.**

**e·di·tion** (i dish′ən), *n.* 1. one of a series of printings of the same book, newspaper, etc., each issued at a different time and differing from another by alterations, additions, etc. (distinguished from *impression*). 2. the format in which a literary work is published: *a one-volume edition of Shakespeare.* 3. the whole number of impressions or copies of a book, newspaper, etc., printed from one set of type at one time. 4. a version of anything, printed or not, presented to the public: *the newest edition of a popular musical revue.* [1545–55; (< MF) < L *ēditiōn-* (s. of *ēditiō*) publication, equiv. to *ēdit(us)* (ptp. of *ēdere;* see EDIT) + *-iōn-* -ION]

**edi′tion bind′ing,** a decorative binding for books, often of leather or simulated leather. Cf. **library binding.**

**e·di·ti·o prin·ceps** (e dit′i ō′ pring′keps; *Eng.* i dish′ē ō′ prin′seps), *pl.* **e·di·ti·o·nes prin·ci·pes** (e dit′i ō′nes pring′ki pes′; *Eng.* i dish′ē ō′nēz prin′sə pēz′). *Latin.* first edition.

**ed·i·tor** (ed′i tər), *n.* 1. a person having managerial and sometimes policy-making responsibility for the editorial part of a publishing firm or of a newspaper, magazine, or other publication. 2. the supervisor or conductor of a department of a newspaper, magazine, etc.: *the sports editor of a newspaper.* 3. a person who edits material for publication, films, etc. 4. a device for editing film or magnetic tape. [1640–50; < ML, LL: publisher; see EDIT, -TOR]

**ed·i·to·ri·al** (ed′i tôr′ē əl, -tōr′-), *n.* 1. an article in a newspaper or other periodical presenting the opinion of the publisher, editor, or editors. 2. a statement broadcast on radio or television that presents the opinion of the owner, manager, or the like, of the station or channel. 3. something regarded as resembling such an article or statement, as a lengthy, dogmatic utterance. —*adj.* 4. of or pertaining to an editor or to editing: *editorial policies; editorial techniques.* 5. of, pertaining to, or involved in the preparation of an editorial or editorials: *editorial page; editorial writer.* 6. of or pertaining to the literary and artistic activities or contents of a publication, broadcasting organization, or the like, as distinguished from its business activities, advertisements, etc.: *an editorial employee; an editorial decision, not an ad-*

[1835–45; < LL (grammar sense only), n. use of fem. sing. of L *medius* central, MID¹]

**Me·di·a** (mē′dē ə), *n.* an ancient country in W Asia, S of the Caspian Sea, corresponding generally to NW Iran. *Cap.:* Ecbatana.



**Me′dia Atropate′ne,** an ancient region in NW Iran, formerly a part of Media. Also called **Atropatene.**

**me′dia cen′ter,** a library, usually in school, that contains and encourages the use of audiovisual media and associated equipment as well as books, periodicals, and the like.

**me·di·a·cy** (mē′dē ə sē), *n.* the state of being mediate. [1375–1425; late ME: intercession; see MEDIATE, -ACY]

**me·di·ad** (mē′dē ad′), *adv. Anat., Zool.* toward the middle line or plane. [1875–80; MEDI- + L *ad* to, toward]

**me·di·ae·val** (mē′dē ē′vəl, med′ē-, mid′ē-, mid ē′vəl), *adj.* medieval.

**me′dia event′,** a celebration, stunt, spectacle, or other activity carefully orchestrated to attract the attention of the news media. [1970–75]

**me·di·a·gen·ic** (mē′dē ə jen′ik), *adj.* having qualities or characteristics that are especially appealing or attractive when presented in the mass media: *a mediagenic politician.* [1970–75; MEDIA¹ + -GENIC]

**me·di·al** (mē′dē əl), *adj.* 1. situated in or pertaining to the middle; median; intermediate. 2. pertaining to a mean or average; average. 3. ordinary. 4. *Phonet.* within a word or syllable; neither initial nor final, as the *t, a,* and *n* in *stand.* 5. *Entomol.* pertaining to, involving, or situated near the media. —*n.* 6. *Phonet.* a. a medial sound or letter. b. media² (def. 1). [1560–70; < LL *mediālis* middle. See MEDIUM, -AL¹] —**me′di·al·ly,** *adv.*

**me′dial moraine′,** a ridge of glacial drift formed by the junction of two converging valley glaciers.

**me·di·an** (mē′dē ən), *adj.* 1. noting or pertaining to a plane dividing something into two equal parts, esp. one dividing an animal into right and left halves. 2. situated in or pertaining to the middle; medial. —*n.* 3. *Arith., Statistics.* the middle number in a given sequence of numbers, taken as the average of the two middle numbers when the sequence has an even number of numbers: *4 is the median of 1, 3, 4, 8, 9.* 4. *Geom.* a straight line from a vertex of a triangle to the midpoint of the opposite side. 5. Also called **midpoint.** a vertical line that divides a histogram into two equal parts. Cf. **central tendency.** 6. See **median strip.** [1535–45; < L *mediānus* in the middle. See MEDIUM, -AN] —**me′di·an·ly,** *adv.*

**Me·di·an** (mē′dē ən), *adj.* 1. of or pertaining to Media, the Medes, or their language. —*n.* 2. a Mede. 3. the Iranian language of ancient Media, contemporaneous with Old Persian. [1595–1605; MEDI(A) + -AN]

**me′dian le′thal dose′,** the quantity of a lethal substance, as a poison or pathogen, or of ionizing radiation that will kill 50 percent of the organisms subjected to it in a specified time period. *Symbol:* LD₅₀ [1945–50]

**me′dian plane′,** *Anat.* a vertical plane that divides an organism into symmetrical halves.

**me′dian point′,** *Geom.* centroid (def. 2).

**me′dian strip′,** a paved, planted, or landscaped strip in the center of a highway that separates lanes of traffic going in opposite directions. Also called **me′dial strip′, median.** [1945–50]

**me·di·ant** (mē′dē ənt), *n.* the third degree of a major or minor musical scale. [1720–30; < It *mediante* < LL *mediant-* (s. of *mediāns*), prp. of *mediāre* to be in the middle. See MEDIUM, -ANT]

**me·di·as·ti·num** (mē′dē ə stī′nəm), *n., pl.* **-ti·na** (-ə stī′nə): *Anat.* 1. a median septum or partition between two parts of an organ, or paired cavities of the body. 2. the partition separating the right and left thoracic cavities, formed of the two inner pleural walls, and, in humans, comprising all the viscera of the thorax except the lungs. [1535–45; < ML *mediastinus* of middle class, appar. identical with L *mediast(r)īnus* a low-ranking slave, perh. deriv. of *medius* MID¹, though sense and formation unclear] —**me′di·as·ti′nal,** *adj.*

**me·di·ate** (*v.* mē′dē āt′; *adj.* mē′dē it), *v.*, **-at·ed, -at·ing,** *adj.* —*v.t.* 1. to settle (disputes, strikes, etc.) as an intermediary between parties; reconcile. 2. to bring about (an agreement, accord, truce, peace, etc.) as an intermediary between parties by compromise, reconciliation, removal of misunderstanding, etc. 3. to effect (a result) or convey (a message, gift, etc.) by or as if by an intermediary. —*v.i.* 4. to act between parties to effect an agreement, compromise, reconciliation, etc. 5. to occupy an intermediate place or position. —*adj.* 6. acting through, dependent on, or involving an intermediate agency; not direct or immediate. [1375–1425; late ME < LL *mediātus,* ptp. of *mediāre* to be in the middle, intercede. See MEDIUM, -ATE¹] —**me′di·ate·ly,** *adv.* —**me′di·ate·ness,** *n.*
—*Syn.* 1, 2. arbitrate. 4. intercede, interpose.

**me′diated generaliza′tion,** *Psychol.* generalization (def. 4c).

**me·di·a·tion** (mē′dē ā′shən), *n.* 1. action in mediating between parties, as to effect an agreement or reconciliation. 2. *Internat. Law.* an attempt to effect a peaceful settlement between disputing nations through the friendly good offices of another power. [1350–1400; ME < ML *mediātiōn-* (s. of *mediātiō*). See MEDIATE, -ION]
—*Syn.* 1. MEDIATION, ARBITRATION designate processes for bringing about agreement or reconciliation between opponents in a dispute. MEDIATION implies deliberation that results in solutions that may or may not be accepted by the contending parties. ARBITRATION involves a more formal deliberation, it being understood that the results will be binding on the contending parties.

**me·di·a·tive** (mē′dē ā′tiv, -ə tiv), *adj.* mediating; mediatory. [1805–15; MEDIATE + -IVE]

**me·di·a·tize** (mē′dē ə tīz′), *v.t.,* **-tized, -tiz·ing.** to annex (a principality) to another state, while allowing certain rights to its former sovereign. Also, *esp. Brit.,* **me′di·a·tise′.** [1820–30; MEDIATE + -IZE, modeled on G *mediatisieren*] —**me′di·a·ti·za′tion,** *n.*

**me·di·a·tor** (mē′dē ā′tər), *n.* a person who mediates, esp. between parties at variance. [1250–1300; < LL (see MEDIATE, -TOR); r. ME *mediatour* < AF < LL, as above] —**me′di·a′tor·ship′,** *n.*

**me·di·a·to·ri·al** (mē′dē ə tôr′ē əl, -tōr′-), *adj.* of, pertaining to, or characteristic of a mediator. [1640–50; MEDIATORY + -AL¹]

**me·di·a·to·ry** (mē′dē ə tôr′ē, -tōr′ē), *adj.* 1. pertaining to mediation. 2. having the function of mediating. [1610–20; < LL *mediātōrius.* See MEDIATE, -TORY¹]

**me·di·a·trix** (mē′dē ā′triks), *n., pl.* **-a·tri·ces** (-ə trī′-sēz, -ā′tri sēz′), **-a·trix·es.** a woman who mediates, esp. between parties at variance. Also, **me·di·a·tress, me·di·a·trice** (mē′dē ā′tris). [1425–75; late ME < LL *mediātrix,* fem. of *mediātor* MEDIATOR; see -TRIX]
—*Usage.* See **-ess, -trix.**

**Med·i·bank** (med′ə bangk′), *n.* the national health-insurance program instituted in Australia. [MEDI(CAL) + BANK²]

**med·ic¹** (med′ik), *n.* 1. a member of a military medical corps; corpsman. 2. a doctor or intern. 3. a medical student. [1650–60; < L *medicus;* see MEDICAL]

**med·ic²** (med′ik), *n.* any plant belonging to the genus *Medicago,* of the legume family, having trifoliate leaves and grown as a forage crop. Cf. **medick.** Cf. **alfalfa, bur clover.** [1400–50; late ME *medike* < L *medica* < Gk (póa) Mēdikḗ lit., Median (grass)]

**med·i·ca·ble** (med′i kə bəl), *adj.* responsive to medical treatment; curable. [1610–20; < L *medicābilis* healing, curative. See MEDICAL, -ABLE] —**med′i·ca·bly,** *adv.*

**Med·i·caid** (med′i kād′), *n.* (*sometimes* l.c.) a U.S. government program, financed by federal, state, and local funds, of hospitalization and medical insurance for persons of all ages within certain income limits. Cf. **Medicare.** [MEDIC(AL) + AID]

**med·i·cal** (med′i kəl), *adj.* 1. of or pertaining to the science or practice of medicine: *medical history; medical treatment.* 2. curative; medicinal; therapeutic: *medical properties.* 3. pertaining to or requiring treatment by other than surgical means. 4. pertaining to or giving evidence of the state of one's health: *a medical discharge from the army; a medical examination.* —*n.* 5. something done or received in regard to the state of one's health, as a medical examination. [1640–50; < ML *medicālis,* equiv. to L *medic(us)* medical (adj.), physician (n.) (deriv. of *medērī* to heal; see -IC) + -ālis -AL¹] —**med′i·cal·ly,** *adv.*

**med′ical exam′iner,** 1. a physician or other person trained in medicine who is appointed by a city, county, or the like, to perform autopsies on the bodies of persons supposed to have died from unnatural causes and to investigate the cause and circumstances of such deaths. 2. a physician retained by an insurance company, industrial firm, or the like, to give medical examinations to its clients or employees. [1840–50]

**med·i·cal·ize** (med′i kə līz′), *v.t.,* **-ized, -iz·ing.** to handle or accept as deserving of or appropriate for medical treatment. Also, *esp. Brit.,* **med′i·cal·ise′.** [MEDICAL + -IZE] —**med′i·cal·i·za′tion,** *n.*

**med′ical jurispru′dence.** See **forensic medicine.** [1780–90]

**me·dic·a·ment** (mə dik′ə mənt, med′i kə-), *n.* a healing substance; medicine; remedy. Also called **med·i·cant** (med′i kənt). [1535–45; < L *medicāmentum* remedy, physic, equiv. to *medicā(rī)* to cure + -*mentum* -MENT. See MEDICATE] —**med·i·ca·men·tal** (med′i kə men′tl), **med′i·ca·men′tous,** *adj.*

**Med·i·care** (med′i kâr′), *n.* 1. (*sometimes* l.c.) a U.S. government program of hospitalization insurance and voluntary medical insurance for persons aged 65 and over and for certain disabled persons under 65. Cf. **Medicaid.** 2. (l.c.) any of various government-funded programs to provide medical care to a population. [MEDI(CAL) + CARE]

**med·i·cate** (med′i kāt′), *v.t.,* **-cat·ed, -cat·ing.** 1. to treat with medicine or medicaments. 2. to impregnate with a medicine: *medicated cough drops; a medicated bandage.* [1615–25; < L *medicātus* medicated (ptp. of *medicāri*), equiv. to *medic(ārī*). See MEDICAL, -ATE¹]

**med·i·ca·tion** (med′i kā′shən), *n.* 1. the use or application of medicine. 2. a medicinal substance; medicament. [1375–1425; late ME < L *medicātiōn-* (s. of *medicātiō*). See MEDICATE, -ION]

**med·i·ca·tive** (med′i kā′tiv), *adj.* medicinal. [1635–

**Med·i·ci** (med′i chē; *It.* me′dē chē), *n.* 1. **Catherine de′.** See **Catherine de′ Médicis.** 2. **Cos·mo** or **Co·si·mo de′** (kōz′mō or kō′zē mō de), ("*the Elder*"), 1389–1464, Italian banker, statesman, and patron of art and literature. 3. **Cosmo** or **Cosimo de′** ("*the Great*"), 1519–74, duke of Florence and first grand duke of Tuscany. 4. **Gio·van·ni de′** (jō vän′nē de). See **Leo X.** 5. **Giu·lio de′** (jōō′lyō de). See **Clement VII.** 6. **Lo·ren·zo de′** (lō ren′tsō de), ("*Lorenzo the Magnificent*"), 1449–92, poet and patron of the arts and literature: ruler of Florence 1478–92 (father of Leo X). 7. **Ma·ri·a de′** (ma rē′ə də; *It.* mä rē′ä de). See **Marie de Médicis.** —**Med·i·ce·an** (med′i sē′ən, -chē′ən), *adj.*

**me·dic·i·na·ble** (mə dis′ə nə bəl), *adj. Archaic.* medicinal. [1350–1400; ME < MF. See MEDICINE, -ABLE]

**me·dic·i·nal** (mə dis′ə nl), *adj.* 1. of, pertaining to, or having the properties of a medicine; curative; remedial: *medicinal properties; medicinal substances.* 2. unpalatable; disagreeable: *a medicinal taste.* [1300–50; ME < L *medicīnālis.* See MEDICINE, -AL¹] —**me·dic′i·nal·ly,** *adv.*

**medic′inal leech′,** a bloodsucking leech, *Hirudo medicinalis,* of Europe, introduced into the northeastern U.S., usually green with brown stripes, up to 4 in. (10 cm) long: once used by physicians to bleed patients. [1885–90]

**med·i·cine** (med′ə sin *or, esp. Brit.,* med′sən), *n., v.,* **-cined, -cin·ing.** —*n.* 1. any substance or substances used in treating disease or illness; medicament; remedy. 2. the art or science of restoring or preserving health or due physical condition, as by means of drugs, surgical operations or appliances, or manipulations: often divided into medicine proper, surgery, and obstetrics. 3. the art or science of treating disease with drugs or curative substances, as distinguished from surgery and obstetrics. 4. the medical profession. 5. (among North American Indians) any object or practice regarded as having magical powers. 6. **give someone a dose** or **taste of his** or **her own medicine,** to repay or punish a person for an injury by use of the offender's own methods. 7. **take one's medicine,** to undergo or accept punishment, esp. deserved punishment: *He took his medicine like a man.* —*v.t.* 8. to administer medicine to. [1175–1225; ME *medicin* < L *medicīna* (ars) healing (art), fem. of *medicīnus* pertaining to a physician. See MEDICAL, -INE¹]
—*Syn.* 1. medication, drug; pharmaceutical; physic.

**med′icine ball′,** a large, solid, heavy, leather-covered ball, thrown from one person to another for exercise. [1890–95]

**Med′icine Bow′ Range′** (bō), a range of the Rocky Mountains, in Wyoming and Colorado. Highest peak, Medicine Bow Peak, 12,014 ft. (3662 m).

**med′icine dance′,** a ritual dance performed by some North American Indians to invoke supernatural assistance as for driving out disease. [1800–10]

**Med′icine Hat′,** a city in SE Alberta, in SW Canada. 32,811.

**med′icine lodge′,** 1. a structure used for various ceremonials of North American Indians. 2. (*caps.*) the most important religious society among the central Algonquian tribes of North America. [1800–10]

**med′icine man′,** 1. (among North American Indians and some other aboriginal peoples) a person believed to possess magical or supernatural powers; shaman. 2. a seller of patent medicine, esp. before 1900, presenting a medicine show to attract customers. [1795–1805]

**med′icine show′,** a traveling troupe, esp. in the late 1800's, offering entertainment in order to attract customers for the patent medicines or purported cures proffered for sale. [1935–40, *Amer.*]

**med·ick** (med′ik), *n.* medic².

**med·i·co** (med′i kō′), *n., pl.* **-cos.** *Informal.* 1. a physician or surgeon; doctor. 2. a medical student. [1680–90; < Sp *médico,* It *medico* < L *medicus* physician; see MEDICAL]

**medico-,** a combining form representing **medical** in compound words: *medicolegal.* [comb. form repr. L *medicus* of, pertaining to healing; see MEDICAL]

**med·i·co·chi·rur·gi·cal** (med′i kō ki rûr′ji kəl), *adj.* 1. pertaining to medicine and surgery. 2. *Archaic.* consisting of both physicians and surgeons. [1800–10; MEDICO- + CHIRURGICAL]

**med·i·co·le·gal** (med′i kō lē′gəl), *adj.* pertaining to medicine and law or to forensic medicine. [1825–35; MEDICO- + LEGAL]

**me·di·e·val** (mē′dē ē′vəl, med′ē-, mid′ē-, mid ē′vəl), *adj.* 1. of, pertaining to, characteristic of, or in the style of the Middle Ages: *medieval architecture.* Cf. **Middle Ages.** 2. *Informal.* extremely old-fashioned; primitive. Also, **mediaeval.** [1820–30; < NL *medi(um) aev(um)* the middle age + -AL¹. See MEDIUM, AGE] —**me·di·e′val·ly,** *adv.*

**Me′die′val Greek′,** the Greek language of the Middle Ages, usually dated A.D. 700 to 1500. *Abbr.:* MGk, MGr., MGr. Also called **Middle Greek.**

**me·di·e·val·ism** (mē′dē ē′və liz′əm, med′ē-, mid′ē-, mid ē′və-), *n.* 1. the spirit, practices, or methods of the Middle Ages. 2. devotion to or adoption of medieval ideals or practices. 3. a medieval belief, practice, or the like. Also, **mediaevalism.** [1850–55; MEDIEVAL + -ISM]

**me·di·e·val·ist** (mē′dē ē′və list, med′ē-, mid′ē-, mid ē′və-), *n.* 1. an expert in medieval history, literature, philosophy, etc. 2. a person who is greatly attracted to the art, culture, spirit, etc., of the Middle Ages. [1850–55; MEDIEVAL + -IST]

**Me′die′val Lat′in,** the Latin language of the literature of the Middle Ages, usually dated A.D. 700 to 1500, including many Latinized words from other languages. *Abbr.:* ML, M.L. Also called **Middle Latin.** [1880–85]

**med·i·gap** (med′i gap′), *n.* (*sometimes* cap.) private health insurance that supplements coverage for people already covered by government insurance. [MEDI(CAL) + GAP, on the model of MEDICARE]

longing to, or concerned with mere style or effect. **2.** marked by or tending to use bombast. **3.** *of*, concerned with, or having the nature of rhetoric. [1470–80; < L *rhētoric(us)* (< Gk *rhētorikós*) + -AL¹] —**rhe·tor'i·cal·ly**, *adv.* —**rhe·tor'i·cal·ness**, *n.*
—Syn. 1. verbal, stylistic, oratorical.

**rhetor'ical ques'tion**, a question asked solely to produce an effect or to make an assertion and not to elicit a reply, as "What is so rare as a day in June?" [1835–45]

**rhetor'ical stress'**, stress required by the meaning of a line, as distinguished from that required by the meter. [1720–30]

**rhet·o·ri·cian** (ret/ə rish'ən), *n.* **1.** an expert in the art of rhetoric. **2.** a person who teaches rhetoric. **3.** a person who writes or speaks in an elaborate or exaggerated style. [1375–1425; late ME *rethoricien* < MF *rethorique* RHETORIC + -*ien* -IAN]

**rheum** (rōōm), *n.* **1.** a thin discharge of the mucous membranes, esp. during a cold. **2.** catarrh; cold. [1350–1400; ME *reume* < LL *rheuma* < Gk *rheûma* (rheu-, var. s. of *rheîn* to flow; STREAM + -*ma* n. suffix of result)] —**rheum'ic**, *adj.*

**rheu·mat·ic** (rōō mat'ik), *Pathol.* —*adj.* **1.** pertaining to or of the nature of rheumatism. **2.** affected with or subject to rheumatism. —*n.* **3.** a rheumatic person. [1350–1400; ME *reumatik* < L *rheumaticus* < Gk *rheumatikós*, equiv. to *rheumat-* (s. of *rheûma*; see RHEUM) + -*ikos* -IC] —**rheu·mat'i·cal·ly**, *adv.*

**rheumat'ic fe'ver**, *Pathol.* a serious disease, associated with streptococcal infections, usually affecting children, characterized by fever, swelling and pain in the joints, sore throat, and cardiac involvement. [1775–85]

**rheumat'ic heart' disease'**, *Pathol.* damage to the heart, esp. to its mucous membrane, as a result of rheumatic fever, characterized by inflammation of the myocardium or scarring and malfunction of the heart valves.

**rheu·ma·tism** (rōō'mə tiz/əm), *n. Pathol.* **1.** any disorder of the extremities or back, characterized by pain and stiffness. **2.** See **rheumatic fever**. [1595–1605; < L *rheumatismus* catarrh, rheum < Gk *rheumatismós*, equiv. to *rheumat-* (s. of *rheûma*; see RHEUM) + -*ismos* -ISM]

**rheu'matism-root'** (rōō'mə tiz/əm rōōt', -rōōt'), *n.* See **spotted wintergreen**. [1835–45, *Amer.*]

**rheu·ma·toid** (rōō'mə toid'), *adj.* **1.** resembling rheumatism. **2.** rheumatic. Also, **rheu'ma·toi'dal.** [1855–60; < Gk *rheumat-* (s. of *rheûma*; see RHEUM) + -OID] —**rheu'ma·toi'dal·ly**, *adv.*

**rheu'matoid arthri'tis**, *Pathol.* a chronic autoimmune disease characterized by inflammation of the joints, frequently accompanied by marked deformities, and ordinarily associated with manifestations of a general, or systemic, affliction. [1855–60]

**rheu'matoid fac'tor**, *Biochem.* an antibody that is found in the blood of many persons afflicted with rheumatoid arthritis and that reacts against globulins in the blood. [1945–50]

**rheu'matoid spondyli'tis**, *Pathol.* See **ankylosing spondylitis.**

**rheu·ma·tol·o·gist** (rōō/mə tol'ə jist), *n.* a specialist in rheumatology, esp. a physician who specializes in the treatment of rheumatic diseases, as arthritis, lupus erythematosus, and scleroderma. [1945–50; RHEUMATOLOG(Y) + -IST]

**rheu·ma·tol·o·gy** (rōō/mə tol'ə jē), *n.* the study and treatment of rheumatic diseases. [1940–50; RHEUMAT(IC) + -O- -LOGY]

**rheum·y** (rōō'mē), *adj.* **rheum·i·er, rheum·i·est.** pertaining to, causing, full of, or affected with rheum. [1585–95; RHEUM + -Y¹] —**rheum'i·ly**, *adv.* —**rheum'i·ness**, *n.*

**rhex·is** (rek'sis), *n., pl.* **rhex·es** (rek'sēz). *Pathol.* rupture, as of a blood vessel, organ, or cell. [1375–1425; < NL < Gk *rhêxis* a breaking, cleft, deriv. of *rhēgnýnai* to break, break loose; r. late ME *rixis* (attested once) << Gk, as above]

**Rheydt** (rīt), *n.* a city in W West Germany, adjacent to München-Gladbach. 96,000 (1963).

**Rh fac·tor** (är'āch' fak'tor), *Physiol.* any of a type of specific antigen present on the surface of red blood cells, persons having inherited such antigens being designated Rh+ (**Rh positive**) and persons lacking them, a much smaller group, being designated Rh— (**Rh negative**): blood of Rh— persons is incompatible with Rh+ blood because of antibody reaction, and an Rh— woman who bears an Rh+ baby will have formed antibodies to the fetal blood that, unless removed from her bloodstream by apheresis in a subsequent pregnancy, will be carried across the placenta and destroy red blood cells of the next Rh+ fetus, resulting in erythroblastosis in the newborn. [1940–45; so called because first found in the blood of rhesus monkeys]

**Rhi·an·non** (rē'an ən), *n. Welsh Legend.* the wife of Pwyll, who, accused of having eaten her son, was forced as a penance to carry people on her back until vindicated by her son's return.

**rhig·o·lene** (rig'ə lēn/), *n. Chem.* a petroleum distillate intermediate between cymogene and gasoline, formerly used to produce local anesthesia by freezing. [1865–70; < Gk *rhîg(os)* frost, cold + -OL² + -ENE]

**rhin-**, var. of **rhino-** before a vowel: *rhinencephalon.*

**rhi·nal** (rīn'l), *adj.* of or pertaining to the nose; nasal. [1860–65; RHIN- + -AL¹]

**Rhine** (rīn), *n.* **1.** Joseph Banks, 1895–1980, U.S. psychologist; pioneer in parapsychology. **2.** German, **Rhein.** French, **Rhin** (RAN). Dutch, **Rijn.** a river flowing from SE Switzerland through West Germany and the Netherlands into the North Sea: branches off into the Waal, Lek, and IJssel in its lower course. 820 mi. (1320 km)



**Rhine·gold** (rīn'gōld/), *n.* Rheingold.

**Rhine'grave breech'es** (rīn'grāv/). See **petticoat breeches.** [1930–35; named after the *Rhinegrave* of Salm, who introduced the fashion in Paris about 1650; *Rhinegrave* < MD *rijngraaf*, G *Rheingraf* lit., Rhine count (see RHINE, GRAF)]

**Rhine·land** (rīn'land/, -lənd), *n.* **1.** that part of West Germany W of the Rhine. German, **Rheinland. 2.** See **Rhine Province.**

**Rhine·land-Pa·lat·i·nate** (rīn/lənd pə lat'n āt/, -it, -lənd-), *n.* a state in W West Germany; formerly part of Rhine Province. 3,665,800; 7655 sq. mi. (19,825 sq. km). *Cap.:* Mainz. German, **Rheinland-Pfalz.**

**rhi·nen·ceph·a·lon** (rī/nen sef'ə lon/, -lən), *n., pl.* **-lons, -la** (-lə). *Anat.* the part of the cerebrum containing the olfactory structures. [1840–50; RHIN- + ENCEPHALON] —**rhi·nen·ce·phal·ic** (rī/nen sə fal'ik), **rhi/nen·ceph'a·lous**, *adj.*

**Rhine' Palat'inate**, Palatinate (def. 1).

**Rhine' Prov'ince**, a former province in W Germany, mostly W of the Rhine: now divided between Rhineland-Palatinate and North Rhine–Westphalia. Also called **Rhineland.** German, **Rheinland.**

**rhine·stone** (rīn'stōn/), *n.* an artificial gem of paste, often cut to resemble a diamond. [1885–90; RHINE + STONE (trans. of F *caillou du Rhin*)]

**Rhine' wine'**, **1.** any of numerous varieties of wine produced in the Rhine valley. **2.** any of a class of white wines, mostly light, still, and dry. [1835–45]

**rhi·ni·tis** (rī nī'tis), *n. Pathol.* inflammation of the nose or its mucous membrane. [1880–85; RHIN- + -ITIS]

**rhi·no**¹ (rī'nō), *n., pl.* **-nos**, (*esp. collectively*) **-no.** a rhinoceros. [1880–85; by shortening]

**rhi·no**² (rī'nō), *n. Chiefly Brit. Slang.* money; cash. [1680–90; orig. uncert.]

**rhino-**, a combining form meaning "nose," used in the formation of compound words: *rhinology*. Also, *esp. before a vowel*, **rhin-.** [< Gk *rhino-*, comb. form of *rhís* (s. *rhin-*)]

**rhi·noc·er·os** (rī nos'ər əs), *n., pl.* **-os·es**, (*esp. collectively*) **-os. 1.** any of several large, thick-skinned, perissodactyl mammals of the family Rhinocerotidae, of Africa and India, having one or two upright horns on the snout: all rhinoceroses are endangered. **2.** *Douay Bible.* unicorn (def. 4). [1300–50; ME *rinoceros* < L *rhinoceros* < Gk *rhīnókerōs*, equiv. to *rhino-* RHINO- + -*kerōs* -horned, *adj.* deriv. of *kéras* HORN (of an animal)]



**rhinoc'eros bee'tle**, any of several scarabaeid beetles, esp. of the genus *Dynastes*, which comprises the largest beetles, characterized by one or more horns on the head and prothorax. Also called **dynastid.** [1675–85]

**rhi·nol·o·gy** (rī nol'ə jē), *n.* the science dealing with the nose and its diseases. [1830–40; RHINO- + -LOGY] —**rhi·no·log·ic** (rīn/l oj'ik), **rhi/no·log/i·cal**, *adj.* —**rhi·nol'o·gist**, *n.*

**rhi·no·pha·ryn·gi·tis** (rī/nō far/in jī'tis), *n. Pathol.* inflammation of the mucous membranes of the nose and pharynx. [1950–55; RHINO- + PHARYNGITIS]

**rhi·no·plas·ty** (rī'nə plas/tē), *n., pl.* **-ties.** *Surg.* plastic surgery of the nose. [1835–45; RHINO- + -PLASTY] —**rhi/no·plas'tic**, *adj.*

**rhi·nor·rhe·a** (rī/nə rē'ə), *n. Pathol.* an excessive discharge of mucus from the nose. Also, **rhi/nor·rhoe'a.** [1865–70; < NL; see RHINO-, -RRHEA]

**rhi·no·spo·rid·i·um** (rī/nō spô rid'ē əm, -spō-), *n., pl.* **-i·a** (-ē ə). *Mycol.* any fungus of the genus *Rhinosporidium*, members of which produce vascular polyps in the nasal passages. [1900–05; < NL; see RHINO-, SPORE, -IDIUM]

**rhi·no·vi·rus** (rī/nō vī'rəs, rī/nō vī'-), *n., pl.* **-rus·es.** any of a varied and widespread group of picornaviruses responsible for many respiratory diseases, including the common cold. [1960–65; RHINO- + VIRUS]

**-rhiza**, var. of **-rrhiza.**

**rhizo-**, a combining form meaning "root," used in the formation of compound words: *rhizophagous*. Also, *esp. before a vowel*, **rhiz-.** Cf. **-rhiza, -rrhiza.** [< Gk, comb. form of *rhíza* ROOT¹]

**rhi·zo·bi·um** (rī zō'bē əm), *n., pl.* **-bi·a** (-bē ə). Bacteriol. any of several rod-shaped bacteria of the genus *Rhizobium*, found as symbiotic nitrogen fixers in nodules on the roots of the bean, clover, etc. [< NL (1889), equiv. to *rhizo-* RHIZO- + Gk *bí(os)* life (see BIO-) + L -*um* n. suffix]

**rhi·zo·car·pous** (rī/zō kär'pəs), *adj. Bot.* having the root perennial but the stem annual, as perennial herbs. Also, **rhi·zo·car·pic** (rī/zō kär'pik). [1825–35; RHIZO- + -CARPOUS]

**rhi·zo·ceph·a·lous** (rī/zō sef'ə ləs), *adj. Zool.* belonging to the Rhizocephala, a group of degenerate hermaphrodite crustaceans that are parasitic chiefly on crabs. [1890–95; RHIZO- + -CEPHALOUS]

**rhi·zoc·to·ni·a** (rī/zok tō'nē ə), *n.* any of various soil-inhabiting fungi of the genus *Rhizoctonia*, some species of which are destructive to cultivated plants, causing damping off of seedlings, foliage blight, root and stem cankers, and rot of storage organs. [< NL (1815), equiv. to Gk *rhizo-* RHIZO- + *któn(os)* murder (akin to *kteínein* to kill, slay) + NL -*ia* -IA; so called from its pathogenic activity]

**rhi·zo·gen·ic** (rī/zō jen'ik), *adj. Bot.* producing roots, as certain cells. Also, **rhi·zog·e·nous** (rī zoj'ə nəs). [1880–85; RHIZO- + -GENIC]

**rhi·zoid** (rī'zoid), *adj.* **1.** rootlike. —*n.* **2.** (in mosses, ferns, etc.) one of the rootlike filaments by which the plant is attached to the substratum. [1855–60; RHIZ- + -OID] —**rhi·zoi'dal**, *adj.*

**rhi·zome** (rī'zōm), *n. Bot.* a rootlike subterranean stem, commonly horizontal in position, that usually produces roots below and sends up shoots progressively from the upper surface. [1835–45; < NL *rhizoma* < Gk *rhizōma* root, stem, n. of result from *rhizoûn* to fix firmly, take root, deriv. of *rhíza* ROOT¹] —**rhi·zom·a·tous** (rī zom'ə təs, -zō'mə-), *adj.*



**rhi·zo·morph** (rī'zə môrf'), *n. Mycol.* a cordlike fusion of hyphae that leads certain fungi across various substrates like a root through soil. [1840–50; RHIZO- + -MORPH]

**rhi·zo·mor·phous** (rī/zō môr'fəs), *adj. Bot.* rootlike in form. Also, **rhi/zo·mor'phoid.** [1855–60; RHIZO- + -MORPHOUS]

**rhi·zoph·a·gous** (rī zof'ə gəs), *adj.* feeding on roots. [1825–35; RHIZO- + -PHAGOUS]

**rhi·zo·pod** (rī'zə pod'), *n.* any of numerous protozoa of the widespread subphylum (or superclass) Rhizopoda, characterized by a pseudopod and comprising most members of the phylum Sarcodina, including the amebas and foraminifers. [1850–55; < NL *Rhizopoda*, name of the superclass. See RHIZO-, -POD] —**rhi·zop·o·dan** (rī zop'ə dn), *adj., n.*

**rhi·zot·o·my** (rī zot'ə mē), *n., pl.* **-mies.** *Surg.* the surgical section or cutting of the spinal nerve roots, usually posterior or sensory roots, to eliminate pain. [1910–15; RHIZO- + -TOMY]

**Rh neg·a·tive** (är'āch' neg'ə tiv). See under **Rh factor.** [1955–60]

**rho** (rō), *n., pl.* **rhos. 1.** the 17th letter of the Greek alphabet (P, ρ). **2.** the consonant sound represented by this letter. [1350–1400; ME < Gk *rhô*]

**Rho.**, Rhodesia. Also, **Rhod.**

**rhod-**, var. of **rhodo-** before a vowel: *rhodamine.*

**Rho·da** (rō'də), *n.* a female given name.

**rho·da·mine** (rō'də mēn/, -min), *n. Chem.* **1.** a red dye obtained by heating an alkyl aminophenol with phthalic anhydride. **2.** any of various related dyes. [1885–90; RHOD- + AMINE]

**Rhode' Is'land** (rōd), a state in the NE United States, on the Atlantic coast: a part of New England. 947,154; 1214 sq. mi. (3145 sq. km). *Cap.:* Providence. *Abbr.:* RI (for use with zip code), R.I. —**Rhode' Is'lander.**

CONCISE PRONUNCIATION KEY: act, cāpe, dâre, pärt; set, ēqual; if, īce; ox, ōver, ôrder, oil, boōk, boōt, out; up, ûrge; child; sing; shoe; thin; that; zh as in treasure. ə = a as in alone, e as in system, i as in easily, o as in gallop, u as in circus; ᵊ as in fire (fīᵊr), hour (ouᵊr). l and n can serve as syllabic consonants, as in cradle (krād'l), and button (but'n). See the full key inside the front cover.