# EXHIBIT E

5164194

*5164194*

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 07/551,644 | 07/12/90 | 424 | 489 | 152 | Page |

PATENT DATE  NOV 17 1992     PATENT NUMBER

HELMUT HETTCHE, DIETZENBACH, FED. REP GERMANY.

**CONTINUING DATA************************
VERIFIED      THIS APPLN/          OF 07/268,772 11/09/88 ABN
N.L

**FOREIGN/PCT APPLICATIONS***************
VERIFIED      FED REP GERMANY   P3738681-6        11/13/87
N.L      PEX

| Foreign priority claimed | ☑yes ☐no | AS FILED | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|---|
| 35 USC 119 conditions met | ☑yes ☐no | | | | | | | |
| Verified and Acknowledged  Examiner's initials | | | DEX | 0 | 18 | 1 | $ 514.00 | 62748/87217P |

Cushman, Darby & Cushman
Ninth Floor
1100 New York Avenue, N.W.
Washington, D.C. 20005-3918

AZELASTINE CONTAINING MEDICAMENTS

U.S. DEPT. of COMM.-Pat. & TM Office—PTO-436L (rev. 10-78)

PARTS OF APPLICATION
FILED SEPARATELY

MP0001

| NOTICE OF ALLOWANCE MAILED | PREPARED FOR ISSUE | CLAIMS ALLOWED | |
|---|---|---|---|
| June 30, 1992 | Neil S. Levy  Assistant Examiner | Total Claims  12 | Print Claim  1 |

8-7-9-92 PREPARED FOR ISSUE

THURMAN K. PAGE
SUPERVISORY PATENT EXAMINER
ART UNIT 152
Primary Examiner

| ISSUE FEE | | DRAWING | | |
|---|---|---|---|---|
| Amt. Due | Date Paid | Sheets Drwg. | Figs. Drwg. | Print Fig. |
| 300.00 | 8 31 92 | | | |

| ISSUE CLASSIFICATION | | ISSUE BATCH NUMBER |
|---|---|---|
| Class  424 | Subclass  489 | E21 |

Label Area

WARNING: The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 74268,772 | 11/09/88 | 428 | 473 | 158 | PFEITER |

ELMUT HOTTCHE, DIETZENBACH, FED REP GERMANY

**CONTINUING DATA**

**FOREIGN/PCT APPLICATIONS**
FED REP GERMANY

| | | COUNTRY | STATES OR SHEETS DRWGS | TOTAL CLAIMS | INDEP CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|

CUSHMAN, DARBY & CUSHMAN
ELEVENTH FLOOR
1615 L STREET, N.W.
WASHINGTON, D.C. 20036

FLASH FIRE CONTAINING MEDICAMENT

U.S. DEPT. of COMM.-Pat. & TM Office—PTO-436L (rev. 10-78)

**TS OF APPLICATION**
**D SEPARATELY**

| ICE OF ALLOWANCE MAILED | PREPARED FOR ISSUE | | CLAIMS ALLOWED | |
|---|---|---|---|---|
| | Assistant Examiner | Docket Clerk | Total Claims | Print Claim |

| ISSUE FEE | | | DRAWING | | |
|---|---|---|---|---|---|
| nt Due | Date Paid | | Sheets Drwg. | Figs. Drwg. | Print Fig. |
| | | Primary Examiner | | | |

| ISSUE CLASSIFICATION | | ISSUE BATCH NUMBER |
|---|---|---|
| Class | Subclass | **MP0002** |

**WARNING:** The Information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Label Area



MP0003

5,061,644

APPROVED FOR LICENSE ☐

INITIALS _____

RECEIVED  AUG 21 1990  GROUP 150

| Entered or Counted | CONTENTS | Received or Mailed |
|---|---|---|
| | 1. Application ③ Arts papers. | |
| | 1 ⑩. Prel Amdt A | 07/12/90 |
| 12/21 | 1 ⑪. Rej 3 mos. | 11/15/91 |
| | 1 ⑫. Ext ⑧ | 6/17/91 |
| | 1 ⑬. Amdt B | 6/17/91 |
| T9-3 | 1 ⑭. Final Rej | 9/11/91 |
| | 1 ⑮. Ext ⑧ + Amdt Cx⑨ | 1-15-92 |
| 1/29 M | ⑯. | |
| | ⑰. Notice of Appeal | 2/18/92 |
| | ⑱. Prior Art | April 27, 1992 |
| 6/29 | ⑲. Ext Of Blue  Exp's Ans 4-28-92 | |
| | ⑳. Exr Amdt D | June 30, 1992 |
| | ㉑. PTO GRANT NOV 17 1992 | 8-21-92 |
| | ㉒. Address Change | 8/31/92 |
| | ㉓. PTE Appln. 156 | 12-18-96 |
| | ㉔. PTO Eligibility Ltr | 12-30-96 |
| | ㉕. FDA Eligibility Ltr. | 2-18-97 |
| | ㉖. PTO Transmittal to FDA | 2-30-97 |
| | ㉗. FDA Determination | 3-27-97 |
| | ㉘. Fed Reg Notice | 4-4-97 |
| | ㉙. FDA Due Diligence Ltr | 12-29-97 |
| | ㉚. PTO Final Determination | 1-28-98 |
| | ㉛. PTE Certificate | 2-27-98 |
| | ㉜. | |
| | ㉝. | |
| | ㉞. | |
| | ㉟. | |
| | ㊱. | |
| | ㊲. | |
| | ㊳. | |
| | ㊴. | |

MP0004



Staple Issue Slip Here

| POSITION | INIT. | DATE |
|---|---|---|
| CLASSIFIER | | |
| EXAMINER | | |
| VERIFIER | | |
| TYPIST | | |
| CORPS CORR. | | |
| SPEC. HAND. | | |
| FILE MAINT. | | |

## INDEX OF CLAIMS

MP0005



MP0006

PATENT APPLICATION SERIAL NO. __268772__

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

040  11/10/88  268772                    1 101      476.00 CK

PTO-1556
(5/87)

MP0007

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

REQUEST FOR FILING NATIONAL PATENT APPLICATION WITH SIGNED DECLARATION
(Not for PCT cases)

The Commissioner of Patents and Trademarks
Washington, D.C. 20231

**PATENT APPLICATION**

268772

Sir:
(Our Deposit Account No. 03-3975

| | C# / M# |

Herewith is the PATENT APPLICATION of
Inventor(s): HELTSCHE, Helmut

Atty. Dkt. ___ 69931 ___ / 87 217 PH

Title: AZELASTINE CONTAINING MEDICAMENTS

M# / Client Ref.

including:

Date: November 9, 1988

1. Specification: 16 pages (only spec. and claims)  2.[ ] Specification in non-English language
3. [x] Declaration       [x] Abstract    1    page(s),       18    numbered claims
4. [ ] Drawings: ___ sheet(s) per set :  [ ] 1 set informal; [ ] formal of size [ ] A4 [ ] 14"
5. This is a signed [ ] Reissue of USP _____ [ ] CIP [ ] DIV [ ] CONT
   [ ] SUBSTITUTE Application (MPEP 201.09) of Serial No. 0 / _____ Filed _____
6. [ ] Attached is an assignment to _____
7. [x] Priority is claimed under 35 USC 119 based on filing in (country)   GERMANY
8.      Application No.      Filing Date         Application No.      Filing Date
   (1) P37 38 681.6    Nov. 13, 1987       (4) _____
   (2) _____                            (5) _____
   (3) _____                            (6) _____
9. [ ] (No.) Certified copy (copies) [X] attached; [ ] previously filed (date) _____
   in U.S. Application, Serial No. _____
10. [ ] Attached: ___ (No.) Verified Statement(s) establishing "small entity" status under Rules 9 & 27.
11. [ ] Attached: _____

12. [ ] Preliminary Amendment:

THE FOLLOWING FILING FEE IS BASED ON CLAIMS AS FILED LESS ANY ABOVE CANCELLED

13. Basic Filing Fee ($340.00)                                           $ 340.00
14. Total Effective Claims     18    minus 20 = * ___
15. Independent Claims          7    minus 3 = *  4    x $12.00  =  +
                                                     x $34.00  =  + 136.00
                                    *If answer is zero or less, enter "0"
16. If any proper multiple dependent claim (ignore improper) is present, add $110.00  +
17.
18.                                                      Subtotal =    476.00
19. If "small entity" box 10 is X'd, enter half (1/2) of subtotal & subtract
20. If "non-English" box 2 is X'd, add Rule 17(k) processing fee ($26.00)   TOTAL FILING FEE ENCLOSED  $ 476.00
21. If "assignment" box 6 is X'd, add recording fee ($7.00)                +
22. [ ] Attached is a Rule 47 Petition and Petition Fee ($140.00 per Rule 17(h))  +
23.                                         TOTAL FEE ENCLOSED  =  $ 476.00
The Commissioner is hereby authorized to charge any fee specifically authorized hereafter, or any missing or insufficient fee(s) filed, or asserted to be filed, or which should have been filed herewith or concerning any paper filed hereafter, and which may be required relative to this application and the resulting Official document under Rule 20, or credit any overpayment, to our Account/Order Nos. shown in the heading hereof for which purpose a duplicate copy of this sheet is attached. This statement does not authorize charge of the issue fee until/unless an issue fee transmittal form is filed.

1615 L Street N.W.              CUSHMAN, DARBY & CUSHMAN
Eleventh Floor                  By Atty: Lawrence A. Hymo
Washington, D.C. 20036-5601                                Reg. No. 19057
Tel: 861-3000
Atty/Sec: IAH:mhn              Sig: _____
CDC-102 (UTILITY APPLN.) 8/88(1)                           Tel.: 861- 3015

**MP0008**



46. 00/101  A268772

APPLICATION FOR UNITED STATES PATENT

Inventor(s): Helmut Hettche

Invention: AZELASTINE CONTAINING MEDICAMENTS

Cushman, Darby & Cushman
1615 L. Street N.W.
Washington, D.C. 20036
Attorneys
Telephone: (202) 861-3000

SPECIFICATION

MP0009

268772

ABSTRACT OF THE DISCLOSURE

A medicament for nasal use or for use in the eye which contains as active ingredient azelastine or a physiologically acceptable salt.

MP0010

# AZELASTINE-CONTAINING MEDICAMENTS

The present invention relates to the treatment of nasal and eye tissues with azelastine.

## BACKGROUND OF THE INVENTION

Azelastine is a phthalazinone derivative having the following structural formula:



The chemical designation is: 4-(4-chlorobenzyl)-2-(perhydro-1-methyl-azepine-4-yl)-1-(2H)phthalazinone. Azelastine is used in particular for prophylactic treatment of asthma. Azelastine also has anti-allergic and antihistamine properties, see German Patent No. 21 64 058.

## SUMMARY OF THE INVENTION

It has now been found that azelastine and its physiologically acceptable salts display particularly ad-vantageous and surprising effects when the corresponding formulations are applied directly in the nose and/or to the conjunctival sac of the eye.

Elimination or marked relief has thus been achieved not only in allergy-related rhinitis, but also in the normal common cold (caused, for example, by rhino viruses) as well as in the vasomotor cold and the symptoms of illness trig-gered thereby.

It is surprising in this context that local nasal ap-plication also has a favorable effect on the mucous membrane of the eye (elimination or relief of reddening of the eye

-1-

MP0011

and of eye irritation) so that the additional use of eye drops is frequently superfluous.

Other indications for the application/use of the invention are, for example: non-specific conjunctivitis, allergy-related conjunctivitis, allergic blepharoedema, catarrhal conditions in the eye or nose, coryza.

Surprisingly, in addition, none of the tiredness that arises with other applications was observed with use according to the invention.

Furthermore the invention provides a way to overcome problems which arise because of azelastine's exceptionally penetrating, bitter taste. The degree of the bitter taste is so intense that it is even found to be unpleasant in a dilution of 1 : $10^6$. This problem has hitherto prevented oral application of azelastine solutions, since patients refuse to take such azelastine solutions or suspensions. It was surprisingly found in trial subjects that this bitter taste was no longer in evidence when the azelastine formulations of the invention were sprayed into the nose. As a result, it is possible in this manner to apply solutions or suspensions of azelastine and its salts nasally without taste impairment. Moreover the bitter taste is barely perceptible when the sprayed azelastine solution or suspension runs down into the pharynx.

Therefore, the object of the present invention is to provide a well tolerated and improved remedy based on azelastine or its salts for the treatment both of the allergy-related and vasomotor-related conditions as well as rhino virus-related cold and its accompanying symptoms.

A further object of the present invention is to provide medical formulations which are adapted to direct application to nasal and eye tissues.

-2-

MP0012

The preferred embodiment of the invention is a sterile and stable aqueous solution of azelastine or one or more of its salts which can be used in the form of drops, ointments, creams, gels, insufflatable powders or, in a particularly preferred embodiment, in the form of a spray (preferably a nasal spray).  The spray can be formed by the use of a conventional spray-squeeze bottle or a pump vaporizer.  In addition, it is also possible to use compressed gas aerosols. For example 0.03 to 3 mg of azelastine base should be released per individual actuation.

Through the use of nasal drops or a nasal spray, the dosage of azelastine required for the treatment of the cold is lowered approximately tenfold and hence the incidence of the appearance of side effects is considerably lower than in the case of the application of azelastine in orally taken dosage forms such as tablets or ~~juices~~ *syrups* which distribute the active substance throughout the entire body.  In the treatment of a banal illness such as a cold, a low incidence of side effects is particularly important and thus represents a considerable medical advance.

Solvents which may preferably be used for the formulations of the invention are: water, saturated aliphatic mono and polyvalent alcohols which contain 2-3 carbon atoms (for example ethanol, isopropanol, 1,2-propylene glycol, glycerine), liquid polyglycols (molecular weight 200 to 600).

The solvent used is preferably water or mixtures of water with other physiologically acceptable solvents (for example those mentioned above).  Preferably, the amount of the latter solvent in the aqueous mixture should not exceed 15% by weight.

MP0013

-3-

The solutions or formulations preferably contain pre-
servatives and stabilizers.  These include, for example:
ethylene diamine tetra-acetic acid (edetic acid) and their
alkali salts (for example dialkali salts such as disodium
salt, calcium salt, calcium-sodium salt), lower alkyl p-
hydroxybenzoates, chlorohexidine (for example in the form of
the acetate or gluconate), phenyl mercury borate.  Further-
more, it is possible, for example, to use sodium-(2-
ethylmercurithio)-benzoate generally known as "thiomersal"
which may be present in an amount of 0.001 to 0.05,
preferably from 0.005 to 0.02, for example 0.01%
(weight/volume in liquid formulations, otherwise
weight/weight).  Other suitable preservatives are:
pharmaceutically useful quaternary ammonium compounds, for
example cetylpyridinium chloride, tetradecyltrimethyl am-
monium bromide, generally known as "cetrimide",
benzyldimethyl-[2-[2-[p-(1,1,3,3-tetramethyl- butyl)]-
phenoxy] ethoxy]-ammonium chloride, generally known as "ben-
zethonium chloride" and myristyl-r-picolinium chloride.
Each of these compounds may be used in a concentration of
0.002 to 0.05, for example 0.02% (weight/volume in liquid
formulations, otherwise weight/weight).  Preferred preserva-
tives among the quaternary ammonium compounds are, however,
alkylbenzyl dimethyl ammonium chloride and mixtures thereof,
for example the compounds generally known as "benzalkonium
chloride".  These latter consist of a mixture of the com-
pounds of formula,

MP0014

-4-

$$\left[ \begin{array}{c} \text{\Large benzene ring} -CH_2-\overset{\displaystyle CH_3}{\underset{\displaystyle CH_3}{N}}-R \end{array} \right]^+ \qquad Cl^-$$

in which R represents an alkyl group having the formula $C_nH_{2n+1}$, wherein n represents a whole number from 8 to 18. The use of a mixture of compounds in which n represents 10 to 14 is particularly preferred and in particular the special compound in which $R = C_{12}H_{25}$. "Benzalkonium chloride" and the compounds of the above formula can be used in concentrations of 0.005 to 0.10, preferably of 0.005 to 0.05, for example of 0.01% (weight/volume for liquid formulations, otherwise weight/weight) and they may optionally be used in combination with 0.2 to 2.0, for example 0.4% (weight/volume) of 2-phenylethanol.

The formulations of the invention (solutions, suspensions as well as oily solutions or suspensions, ointments, emulsions, creams, gels, dosage aerosols) contain 0.0005 to 2, preferably 0.001 to 1, in particular 0.003 to 0.5% (weight/weight) of azelastine (related to the free azelastine base). Should the azelastine be present as a salt, the amounts should be recalculated as necessary to give the amounts of azelastine itself mentioned above. In the case of the eye drops, the same azelastine concentrations apply as in the case of the nasal forms.

In the case of powders, the concentration of azelastine base is 0.0005 to 2 percent by weight related to the solid carrier substances.

-5-

MP0015

In the case of solutions, the dosage per nostril is, for example, 0.01 to 0.2 ml, in particular 0.05 to 0.15 ml. Such a dosage should be applied once to several times, preferably 1 to 5 times daily (optionally also hourly).

In the case of use at the eye (eye drops) the dosage is for example 1 drop (about 0.05 ml) of the solution or corresponding amounts of the semi-solid formulation forms.

Possible acid components for azelastine salts are, for example: hydrohalic acids (HCl, HBr), sulphuric acid, phosphoric acids ($H_3PO_4$, metaphosphoric acid, polyphosphoric acids), nitric acid, organic mono-, di- or tricarboxylic acids of aliphatic, alicyclic, aromatic or heterocyclic organic acids (embonic acid, citric acid, tartaric acid), aliphatic and aromatic sulfonic acids (for example camphor-sulfonic acid).

The total amounts of preservatives in the formulations (solutions, ointments, etc.) is between 0.001 to 0.10, preferably 0.01 g per 100 ml of solution/suspension or 100 g of formulation.

In the case of preservatives, the following amounts of individual substances can, for example, be used:

thiomersal 0.002 - 0.02%;

benzalkonium chloride 0.002 to 0.02% (in combination with thiomersal the amount of thiomersal is, for example = 0.002 to 0.005%;);

chlorhexidine acetate or gluconate 0.01 to 0.02%;

phenyl mercury silver nitrate, borate, acetate 0.002 - 0.004%;

p-hydroxybenzoic acid ester (for example a mixture of the methyl ester and propyl ester 7 : 3): 0.05 - 0.15, preferably 0.1%.

MP0016

-6-

The preservative used is preferably a combination of edetic acid (for example as the disodium salt) and benzalkonium chloride. In this combination, the edetic acid is used in a concentration of 0.05 to 0.1%, benzalkonium chloride being used in a concentration of 0.005 to 0.05%, preferably 0.01%.

In the case of solutions/suspensions reference is always made to percent by weight/volume, in the case of solid or semi-solid formulations to percent by weight/weight of the formulation.

Further auxiliary substances which may, for example, be used for the formulations of the invention are: polyvinyl pyrrolidone, sorbitan fatty acid esters such as sorbitan trioleate, polyethoxylated sorbitan fatty acid esters (for example polyethoxylated sorbitan trioleate), sorbimacrogol oleate, synthetic amphotensides (tritons), ethylene oxide ethers of octylphenolformaldehyde condensation products, phosphatides such as lecithin, polyethoxylated fats, polyethoxylated oleotriglycerides, polyethoxylated fatty alcohols. In this context, polyethoxylated means that the relevant substances contain polyoxyethylene chains, the degree of polymerization of which is generally between 2 to 40, in particular between 10 to 20. These substances are preferably used to improve the solubility of the azelastine components.

In the case of dosage forms containing water, it is optionally possible to use additional isotonization agents. Isotonization agents which may, for example, be used are: saccharose, glucose, glycerine, sorbitol, 1,2-propylene glycol, NaCl.

The isotonization agents adjust the osmotic pressure of the formulations to the same osmotic pressure as nasal

MP0017

secretion.  For this purpose these substances are in each case to be used in such amount that, for example, in the case of a solution, a reduction in the freezing point of 0.50 to 0.56°C is attained in comparison to pure water.  In Example 1, for instance, such substances would be used in such an amount which is iso-osmotic with 68 g of sodium chloride (0.68%).

In Example 1, it is possible to use instead of NaCl per 100 ml of solution, for example:

Glucose $1H_2O$ 3.81 g ; saccharose 6.35 g ; glycerine 2.2 g; 1,2-propylene glycol 1.617 g ; sorbitol 3.84 g (in the case of mixtures of these substances correspondingly less may optionally be used).

Moreover, it is possible to add thickening agents to the solutions to prevent the solution from flowing out of the nose too quickly and to give the solution a viscosity of about 1.5 to 3, preferably 2 mPa.s.  Such thickening agents may, for example, be: cellulose derivatives (for example cellulose ether) in which the cellulose-hydroxy groups are partially etherified with lower unsaturated aliphatic alcohols and/or lower unsaturated aliphatic oxyalcohols (for example methyl cellulose, carboxymethyl cellulose, hydroxypropylmethylcellulose), gelatin, polyvinylpyrrolidone, tragacanth, ethoxose (water soluble binding and thickening agents on the basis of ethyl cellulose), alginic acid, polyvinyl alcohol, polyacrylic acid, pectin and equivalent agents.  Should these substances contain acid groups, the corresponding physiologically acceptable salts may also be used.

In the event of the use of hydroxypropyl cellulose, 0.1% by weight are, for example, used for this purpose.

MP0018

-8-

It is also possible to add to the formulations buffer substances such as citric acid / sodium hydrogensulphate borate buffer, phosphates (sodium hydrogenorthophosphate, disodium hydrogenphosphate), tromethamol or equivalent conventional buffers in order, for example, to adjust the formulation to a pH value of 6 to 7.5, preferably 6.5 to 7.1.

The amount of citric acid is, for example, 0.01 to 0.14, preferably 0.04 to 0.05 g, the amount of disodium hydrogenphosphate 0.1 to 0.5, preferably 0.2 to 0.3 g per 100 ml of solution. The weights given relate in each case to the anhydrous substances.

In the case of solutions and suspensions, the maximum total concentration of active agent and buffer should be less than 5%, in particular less than 2% (weight/volume).

For the nasal application a solution or suspension is preferably used which is applied as an aerosol, i.e. in the form of a fine dispersion in air or in another conventional carrier gas, for example by means of a conventional pump vaporizer.

Application as a dosage aerosol is, however, also possible. Dosage aerosols are defined as being pressure packings which contain the azelastine or its salts in the form of a solution or suspension in a so-called propellant. Propellants are pressurized liquid chlorinated, fluorinated hydrocarbons or mixtures of various chlorinated, fluorinated hydrocarbons as well as propane, butane, isobutane or mixtures of these among themselves or with chlorinated, fluorinated hydrocarbons which are gaseous at atmospheric pressure and room temperature. The pressure packing has a dosage valve which, on actuation, releases a defined amount of the solution or suspension of the medicament. The sub-

MP0019

-9-

sequent very sudden vaporization of the propellant tears the solution or suspension of azelastine into the finest droplets or minute particles which can be sprayed into the nose or which are available for inspiration into the nose. Certain plastic applicators are used to actuate the valve and to convey the sprayed suspension into the nose. Propellants that may, however, also be used are: $CO_2$, nitrous oxide and compressed air.

In the case of application as an aerosol, it is also possible to use a conventional adapter.

When suspensions are used, the maximum particle size of the solid substances (azelastine + auxiliary substances) should not exceed 30 μm.

In the case of use in the form of an insufflatable powder, the maximum particle size of the substances should not be greater than 20 μm.

What occurs is, for example, a vaporizing of solid azelastine or its salts. In this case the azelastine or its salt is, for example, mixed with inert carrier substances or drawn up onto inert carrier substances. Carrier substances which may, for example, be used are: sugars such as glucose, saccharose, lactose and fructose. Also starches or starch derivatives, oligosaccharides such as dextrins, cyclodextrins and their derivatives, polyvinylpyrrolidone, alginic acid, tylose, silicic acid, cellulose, cellulose derivatives (for example cellulose ether), sugar alcohols such as mannitol or sorbitol, calcium carbonate, calcium phosphate. The concentration of azelastine is 1 part by weight of azelastine to 50 to 200,000 parts by weight of carrier substance (0.0005 to 2% of azelastine).

MP0020

-10-

## DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS

The invention is illustrated by the following examples.

Example 1

Nasal spray or nasal drops or eye drops with 0.1% azelastine hydrochloride as active ingredient:

The following are dissolved, in the following order, into 9.00 kg of water:

10 g of azelastine hydrochloride, 5 g of edetic acid disodium salt. 2 $H_2O$, 68 g of sodium chloride, 1.25 g of alkyl-benzyldimethylammonium chloride (benzalkonium chloride), 4.38 g of citric acid, 64.8 g of sodium monohydrogen-phosphate.12 $H_2O$ as well as 10 g of hydroxypropylmethyl cellulose.)[1]

The solution obtained is diluted to 10.05 kg = 10 liters with water. The solution is filtered through a membrane filter of pore size 0.2 $\mu$m after careful mixing, the first 500 ml of filtrate being discarded. The filtrate has a pH value of 6.8 ±0.3. This is filled into plastic bottles which are closed with a conventional spray insert or into plastic or glass bottles which are closed with a conventional pump sprayer. In the latter case, pumps with nasal spray inserts are, for example used, which spray about 0.14 ml of solution per actuation. In this manner, 0.14 mg of azelastine hydrochloride are sprayed into the nose per actuation in the form of the solution.

If the above obtained filtrate is filled into the bottles with dropper pipettes conventionally used for nasal drops or eye drops, the solution can be dripped into the nose or eye using a dropper pipette.

1  Commercially available product, for example methocel E4M premium.

MP0021

-11-

Example 2

Nasal ointment with 0.1% of azelastine hydrochloride :

5 kg of polyoxyethylene stearate[2], 8 kg of cetylstearyl al-
cohol (Lanette 0), 20 kg of white Vaseline, 15 kg of liquid
paraffin and 0.5 kg of silicon oil are melted together in a
heatable vessel.  126 g of p-hydroxybenzoic acid methyl
ester and 53 g of p-hydroxybenzoic acid propyl ester are
dissolved in the melt (temperature of the melt 80°C).  Sub-
sequently, a solution heated to 70°C of 0.1 kg of azelastine
hydrochloride, 140 g of p-hydroxybenzoic acid methyl ester
and 60 g of p-hydroxybenzoic acid propyl ester are emul-
sified into 51.021 kg of purified water with the aid of a
high speed stirrer and the emulsion obtained is stirred un-
til cold and repeatedly homogenized at regular time inter-
vals.

The ointment is filled into tubes which have a tubular
extension beyond the thread and are thus particularly
suitable for applying the ointment into the nose.

Example 3:

Dosage aerosol giving off 0.5 mg of azelastine hydrochloride
per stroke :

About 8.0 kg of a mixture of 70 parts by weight of
difluorodichloromethane and 30 parts by weight of 1,2-
dichlorotetrafluoroethane are cooled to about -55°C in an
appropriate cooling vessel.  A mixture of 0.086 kg of
precooled sorbitantrioleate and 0.8600 kg of precooled
trichlorofluoromethane are dissolved with stirring into this
mixture at -55°C.  0.0688 kg of micronized azelastine

2    Polyoxyethylene-40-stearate, solid, white to cream-
     colored mass, D.$^{25}$ ca. 1.1, F. 40-44°C.  Solidification
     point ca. 41°C.

MP0022

hydrochloride and 0.0688 kg of micronized lactose are then incorporated in portions into the solution thereby obtained with intensive stirring.  The total weight of the suspension thereby obtained is made up to 9.547 kg through addition of more of the mixture of 70 parts by weight of difluorodichloromethane and 30 parts by weight of 1,2-dichlorotetrafluoroethane cooled to about -55°C.

Following closure of the cooling vessel the suspension is again cooled to about -55°C under intensive stirring.  It is then ready to be filled.

With continued stirring the suspension is filled into the conventional suitable aluminum monobloc tins.  The monobloc tins are closed immediately after the suspension has been filled using conventional dosage valves which release 0.05 ml of suspension per valve actuation.  Actuation of the valve thus releases 0.5 mg of azelastine hydrochloride.  Presentation is effected in conjunction with a conventional applicator which permits introduction of the active substance into the nose of the patient.

Example 4:

Eye drops with 0.05% of azelastine hydrochloride.

140 g of polyvinylalcohol (trade name for example: Mowiol 26 - 88 / Hoechst AG, Frankfurt 80) are stirred into 4 liters of cold water for injection purposes, the suspension is heated to 90°C and left at this temperature for 45 minutes.  After cooling, the solution obtained is mixed with the following solutions:

5 g of azelastine hydrochloride in 1 liter of water for injection purposes, 0.2 g of phenyl mercury ~~silver~~ nitrate in 2 liters of water for injection purposes, 70 g of sodium chloride in 1 liter of water for injection purposes.

MP0023

-13-

The mixture is adjusted to a pH value of 6.8 through addition of 0.1 N sodium hydroxide solution, mixed with a solution of 15 g of sodium hydrogen phosphate.2 $H_2O$ and 21 g of disodium hydrogen phosphate.2 $H_2O$ in 1 liter of water for injection purposes and filled up to 10 liters with water for injection purposes.

Following careful mixing the solution is filtered through a membrane filter of pore size 0.2 μm with glass fiber pre-filter and filled into sterile eye drop bottles under aseptic conditions after discarding a first 500 ml of filtrate.

What is claimed is:

16

MP0024

What is claimed is:

1. A method for the treatment of irritation or disorders of the nose and eye which comprises applying directly to nasal tissues or to the conjunctival sac of the eye a medicament which contains a member of the group consisting of azelastine and its physiologically acceptable salts.

2. A method as set forth in claim 1 in which the medicament contains 0.0005 to 2% (weight/weight) of azelastine.

3. A method as set forth in claim 2 in which the medicament contains 0.001 to 1% (weight/weight) azelastine.

4. A method as set forth in claim 3 in which the medicament contains 0.003 to 0.5% (weight/weight) azelastine.

5. A method as set forth in claim 1 in which the medicament contains a pharmaceutically usable preservative in an amount of 0.001 to 0.1%.

6. A method as set forth in claim 1 in which the medicament is a solution.

7. A method as set forth in claim 1 in which the medicament is an aqueous solution.

8. A method as set forth in claim 1 in which the medicament is a solution which contains 0.001 to 0.05% (weight/volume of solution) of sodium-2-(ethylmercurithio)-benzoate or 0.001 to 0.1% (weight/volume of solution) of alkylbenzyldimethyl ammonium chloride.

9. A method as set forth in claim 1 in which the medicament is applied by spraying.

10. A method as set forth in claim 1 in which the medicament is applied as drops.

11. A method as set forth in claim 1 in which the medicament is a powder.

MP0025

12. A method of treating a patient suffering from allergy-related, or vasomotor or rhino virus-related colds or symptoms which comprises applying directly to the patient's nasal tissues or to the conjunctival sac of the patient's eye a medicament which contains a member of the group consisting of azelastine and its physiologically acceptable salts.

13. A dispensing container containing an eye dropper, said container also containing a solution of azelastine or a physiologically acceptable salt of azelastine.

14. An atomizing container having a pump sprayer, said container containing a solution of azelastine or a physiologically acceptable salt of azelastine.

15. A compressed gas atomizing container having a valve constructed and arranged to release a predetermined amount of a atomized liquid upon each actuation, said container containing a propellant and a solution *(or suspension)* of azelastine or a physiologically acceptable salt of azelastine.

16. A compressed gas atomizing container as set forth in claim 15 in which the concentration of azelastine or a physiologically acceptable salt of azelastine is such that 0.03 to 3 mg of azelastine is released upon each actuation of said valve.

17. A dispensing tube containing an ointment, said ointment containing azelastine or a physiologically acceptable salt of azelastine.

18. Powder containing 0.0005 to 2% of azelastine or a physiologically acceptable salt of azelastine as active agent together with conventional pharmaceutical carrier substances.

-16-

MP0026

He
11/3/88

RULE 63 (37 C.F.R. 1.63)
DECLARATION AND POWER OF ATTORNEY
FOR PATENT APPLICATION
IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

As a below named inventor, I hereby declare that my
residence, post office address and citizenship are as stated
below next to my name, and I believe I am the original,
first and sole inventor (if only one name is listed below)
or an original, first and joint inventor (if plural names
are listed below) of the subject matter which is claimed and
for which a patent is sought on the invention entitled:

AZELASTINE-CONTAINING MEDICAMENTS

the specification of which is attached hereto

I hereby state that I have reviewed and understood the con-
tents of the above identified specification including the
claims as amended by any amendment referred to above, to the
best of my ability. I acknowledge the duty to disclose in-
formation which is material to the examination of this ap-
plication in accordance with 37 C.F.R. 1.56(a) and
35 U.S.C. 102 both as set forth below. I hereby claim for-
eign priority benefits under 35 U.S.C. 119/365 of any for-
eign application(s) for patent or inventor's certificate
listed below and have also identified below any foreign ap-
plication for patent or inventor's certificate having a
filing date (1) before that of the application on which
priority is claimed, or (2) if no priority is claimed, be-
fore the filing date of this application:

PRIOR FOREIGN APPLICATION(s)

| Number | Country | Day/Month/Year | Priority Claimed | |
|---|---|---|---|---|
| | | | Yes | No |
| P 37 38 681.6 | Federal Republic of Germany | 13 November 1987 | X | |

I hereby declare that all statements herein of my own knowl-
edge are true and that all statements made herein on in-
formation and belief are believed to be true; and further
that these statements were made with knowledge that willful
false statements and the like so made are punishable by
fine, or imprisonment or both and that such willful false
statements may jeopardize the validity of the application or
any patent issued thereon.

And I hereby appoint Cushman, Darby & Cushman, Eleventh
Floor, 1615 L Street N.W., Washington, D.C. 20036, telephone
Number (202) 861-3000 (to whom all communications are to be
directed) and the below named partners thereof (of the same
address) individually and collectively my attorneys to pros-
ecute this application and to transact all business in the
Patent and Trademark Office connected therewith and with the
resulting patent.

| | 301 | | |
|---|---|---|---|
| Paul N. Kokulis | 16773 | George M. Sirilla | 18221 |
| Allen Kirkpatrick | 16749 | William T. Bullinger | 25503 |
| George T. Mobile | 17353 | Donald J. Bird | 25323 |
| James L. Dooley | 17710 | James R. Longacre | 24421 |
| Raymond F. Lippitt | 17519 | W. Warren Taltavull | 25647 |
| G. Lloyd Knight | 17698 | Michael L. Keller | 26751 |
| Carl G. Love | 18781 | Charles R. Donohoe | 24546 |
| Lawrence A. Hymo | 19057 | Watson T. Scott | 26581 |
| Edgar H. Martin | 20534 | Peter W. Gowdey | 25872 |
| William K. West | 22057 | Dale S. Lazar | 28872 |
| Kevin E. Joyce | 20508 | Glenn J. Perry | 28458 |
| Edwin M. Prince | 22429 | Kendrew H. Colton | 30368 |
| Donald B. Deaver | 23048 | Chris Comuntzis | 31097 |
| David W. Brinkman | 20817 | | |

1. INVENTOR's SIGNATURE _Helmut Hettche_ Date _11/2/88_
   Inventor's Name _Helmut_                    _Hettche_        _German_
                    First   Middle Initial   Last   Citizenship
   Residence (City) _Dietzenbach_ (State/Country) _Germany_
   Post Office Address (Including Zip Code)
   _Martinstrasse 23, D-6057 Dietzenbach_
   _Federal Republic of Germany_

_11/3/88_

MP0028

# BUNDESREPUBLIK DEUTSCHLAND 





## Bescheinigung

Die ASTA Pharma Aktiengesellschaft in 6000 Frankfurt hat
eine Patentanmeldung unter der Bezeichnung

"Azelastin enthaltende Arzneimittel zur Anwendung
in der Nase und/oder am Auge"

am 13. November 1987 beim Deutschen Patentamt eingereicht.

Das angeheftete Stück ist eine richtige und genaue Wie-
dergabe der ursprünglichen Unterlage dieser Patentanmeldung,
von dem die Beschreibung Seiten 5 bis 18 mit Patentan-
sprüchen am 13. November 1987 sowie Seite 19 der Beschrei-
bung am 17. Dezember 1987 eingegangen sind.

Die angeheftete Zusammenfassung, die der Anmeldung beizu-
fügen, aber kein Bestandteil der Anmeldung ist, stimmt mit
dem am 13. November 1987 eingereichten Original überein.

Die Anmeldung hat im Deutschen Patentamt vorläufig das
Symbol A 61 K 31/55 der Internationalen Patentklassifikation
erhalten.

München, den 19. August 1988
Der Präsident des Deutschen Patentamts
Im Auftrag

Sieck

Aktenzeichen:    P 37 38 681.6

**MP0029**

1                    ^7 217 PH

Azelastin enthaltende Arzneimittel zur Anwendung in der
Nase und/oder am Auge


Patentansprüche:


1. Arzneimittel zur nasalen Anwendung oder zur Anwendung
   am Auge, welches 0,0005 bis 2 % (Gewicht/Gewicht)
   Azelastin enthält, wobei das Azelastin auch in
   Form eines physiologisch verträglichen Salzes
   vorliegen kann.

2. Arzneimittel, gemäß Anspruch 1
   dadurch gekennzeichnet,
   daß es zur Behandlung von allergisch bedingtem oder
   vasomotorischem oder durch Rhino-Viren verursachten
   Schnupfen beziehungsweise Krankheitssymptomen
   verwendet wird.


3. Arzneimittel nach einem oder mehreren der voran-
   gegangenen Ansprüche,
   dadurch gekennzeichnet,
   daß es ein pharmazeutisches verwendbares
   Konservierungsmittel in einer Menge von 0,002 bis 0,1
   Gewichts% pro Gewicht der Zubereitung enthält.


4. Arzneimittel nach einem oder mehreren der voran-
   gegangenen Ansprüche,
   dadurch gekennzeichnet,
   daß es eine wässrige Lösung darstellt.


MP0030

2

5. Lösung nach einem oder mehreren der vorangegenen
   Ansprüche,
   dadurch gekennzeichnet,
   daß sie 0,002 bis 0,01 Gewichts% der Lösung an
   Natrium-2-(ethylmercurithio)-benzoat oder Alkyl-
   benzyldimethylammoniumchlorid enthält.

6. Verfahren zur Herstellung eines Arzneimittels zur
   nasalen Anwendung oder zur Anwendung am Auge, welches
   0,0005 bis 2 % (Gewicht/Gewicht) Azelastin enthält,
   wobei das Azelastin auch in Form eines physiologisch
   verträglichen Salzes vorliegen kann.

7. Verfahren zur Herstellung eines Arzneimittels gemäß
   Anspruch 1,
   dadurch gekennzeichnet,
   daß es zur Behandlung von allergisch bedingtem oder
   vasomotorischem oder durch Rhino-Viren versursachten
   Schnupfen beziehungsweise Krankheitssymptomen
   verwendet wird.

8. Methode zur Behandlung von Reizzuständen oder
   Krankheitszuständen der Nase und der Augen durch
   Applikation eines Arzneimittels, welches Azelastin
   oder dessen physiologisch verträgliche Salze enthält,
   in die Nase oder in den Bindehautsack des Auges.

9. Verfahren zur Herstellung von sterilen Azelastin-
   haltigen Zubereitungen zur Anwendung in der Nase
   und/oder am Auge
   dadurch gekennzeichnet,
   daß man bei Temperaturen zwischen -55 und +80 °C

MP0031

3

a) 1 bis 1000 mg Azelastin oder ein physiologisch
   verträgliches Salz des Azelastins in 50 bis 200 ml
   Wasser, welches gegebenenfalls bis zu
   15 Gewichts% weitere mit Wasser mischbare ver-
   trägliche Lösungsmittel enthalten kann, unter
   gleichzeitigem oder nachfolgendem Zusatz von

        1 bis   400 mg Konservierungsstoffen
       50 bis 4000 mg Stabilisierungsmitteln
                     beziehungsweise löslichkeits-
                     verbessernden Stoffen
   auflöst,
   und gegebenenfalls die Lösung mittels Puffer auf
   einen pH-Wert von 6.5 bis 7.1 einstellt sowie
   gegebenenfalls Isotonisierungsmittel zusetzt; oder

b) die in a) erhaltene Lösung durch Zusatz von 0,5
   bis 10 g Verdickungsmittel in ein Gel überführt;
   oder

c) 7,5 mg bis 10 g Azelastin oder ein physiologisch
   verträgliches Salz des Azelastins in 400 bis
   900 ml Wasser unter gleichzeitigem oder nach-
   folgendem Zusatz von 10 - 200 mg Konservierungs-
   stoffen auflöst, die Lösung in 100 -600 g einer
   Schmelze aus Kohlenwasserstoffgemischen und/oder
   Silikonen und/oder anderen fettartigen Bestand-
   teilen (Fetten, Fettalkoholen) sowie Emulgatoren
   einemulgiert und die erhaltene Emulsion
   homogenisiert und dabei abkühlt bis auf Raum-
   temperatur; oder

**MP0032**

4

d) 0,05 bis 100 g Azelastin oder ein physiologisch
verträgliches Salz des Azelastins in 5 bis 10 kg
eines Gemisches aus chlorierten fluorierten
Kohlenwasserstoffen und/oder Kohlenwasserstoffen
unter Zusatz von 25 bis 150 g Sorbitantrioleat
dispergiert und die erhaltene Suspension in Dosen
abfüllt, die mit Dosierventilen verschlossen sind
beziehungsweise werden, welche pro Betätigung
0,025 bis 0,1 ml der Suspension freisetzen; oder

e) 5 mg bis 10 g Azelastin oder ein physiologisch
verträgliches Salz des Azelastins mit 500 bis
1000 g eines physiologisch inerten Trägerstoffes
mischt beziehungsweise die Lösung der genannten
Menge Azelastin oder eines physiologisch
verträglichen Salzes von Azelastin gegebenenfalls
portionsweise mit der genannten Menge inertem
Trägerstoff mischt und nachfolgend das Lösungs-
mittel wieder abdampft und die erhaltene Mischung
in einer Menge von 20 bis 1000 mg in Hartgelatine-
kapseln oder Tütchen abfüllt.

MP0033

5

Azelastin enthaltende Arzneimittel zur Anwendung in der
Nase und/oder am Auge

Beschreibung:

Azelastin ist ein Phthalazinon-Derivat folgender
Strukturformel:



Die chemische Bezeichnung ist: 4-(4-Chlorbenzyl)-2-
(perhydro-1-methyl-azepin-4-yl)-1-(2H)phthalazinon.
Azelastin wird insbesondere zur Asthmaprophylaxe ein-
gesetzt. Azelastin hat ebenfalls antiallergische und
antihistaminische Eigenschaften, siehe deutsches Patent
Nr. 21 64 058.

Es wurde nun gefunden, daß Azelastin und dessen physio-
gisch verträgliche Salze besonders vorteilhafte und
überraschende Wirkungen aufweisen, wenn die Applikation
entsprechender Zubereitungen in die Nase und/oder den
Bindehautsack des Auges erfolgt.

MP0034

6

So wird eine Beseitigung beziehungsweise deutliche
Linderung nicht nur bei der allergisch bedingten
Rhinitis sondern auch bei dem normalen banalen Schnupfen
(beispielsweise durch Rhino-Viren verursacht) sowie dem
vasomotorischen Schnupfen und den hierdurch ausgelösten
Krankheitssymptomen erzielt.
Überraschend ist hierbei, daß bei der lokalen nasalen
Anwendung auch eine günstige Wirkung auf die Schleimhaut
des Auges eintritt (Beseitigung beziehungsweise
Linderung der Augenrötung und des Augenjuckens), sodaß
sich häufig eine zusätzliche Anwendung von Augentropfen
erübrigt.

Weitere Indikationen für die erfindungsgemäße
Applikation/Anwendung sind beispielsweise: nicht
spezifische Konjunctivitis, allergisch bedingte
Konjunctivitis, katarrhliche Zustände im Auge oder der
Nase, Coryza.

Bei der erfindungsgemäßen Anwendung wird außerdem über-
raschend die bei anderen Applikationen auftretende
Müdigkeit nicht beobachtet.

Weiterhin besitzt Azelastin einen außerordentlich durch-
dringenden bitteren Geschmack, der bis jetzt jede orale
Applikation von Azelastin-Lösungen verhindert hat, da
solche Azelastin-Lösungen beziehungsweise Suspensionen
von den Patienten abgelehnt werden.

MP0035

7

Der Grad des Bittergeschmacks ist so intensiv, daß er
sogar noch in einer Verdünnung von 1 : $10^6$ unangenehm
wahrgenommen wird. Überraschend zeigte sich im
Probandenversuch, daß beim Einsprühen der
Azelastin-Zubereitungen gemäß der Erfindung in die Nase
dieser bittere Geschmak nicht mehr in Erscheinung tritt,
sodaß es auf diese Weise möglich ist, Lösungen oder
Suspensionen von Azelastin und dessen Salzen ohne
Geschmacksbeeinträchtigung nasal zu applizieren. Auch
beim Hinunterlaufen der eingesprühten Azelastin-Lösung
beziehungsweise Suspension in den Rachenraum ist der
bittere Geschmack kaum noch wahrnehmbar.

Aufgabe der Erfindung ist also die Bereitstellung eines
gut verträglichen und verbesserten Mittels auf der Basis
von Azelastin beziehungsweise dessen Salzen zur
Behandlung sowohl des allergisch bedingten wie auch des
vasomotorischen und durch Rhino-Viren verursachten
Schnupfens und dessen Begleiterscheinungen.

Die bevorzugte Ausführungsform der Erfindung stellt eine
sterile und haltbare wässrige Lösung von Azelastin
beziehungsweise dessen Salzen dar, die in Form von
Tropfen, Salben, Cremes, Gelen oder in einer ganz
besonders bevorzugten Ausführung in Form eines Sprays
angewendet wird, wobei das Spray durch Verwendung einer
üblichen Sprühquetschflasche oder eines Pumpzerstäubers
erzeugt werden kann. Weiterhin sind Druckgasaerosole
möglich. Beispielsweise sollen pro Einzelsprühstoß 0,03
bis 3 mg Azelastin-Base freigesetzt werden.

MP0036

8

Durch Anwendung von Nasentropfen oder eines Nasensprays ist die für die Behandlung des Schnupfens erforderliche Dosierung des Azelastins um etwa eine Zehnerpotenz niedriger und damit die Häufigkeit des Auftretens von Nebenwirkungen wesentlich geringer als bei der Anwendung von Azelastin in oral einzunehmenden Darreichungsformen wie Tabletten oder Säften, durch die der gesamte Körper mit der Wirkstubstanz überschwemmt wird. Insbesondere bei der Behandlung einer banalen Krankheit wie des Schnupfens ist eine niedrige Nebenwirkungsrate absolut geboten und erforderlich und stellt daher einen erheblichen medizinischen Fortschritt dar.

Als Lösungsmittel für die erfindungsgemäßen Zuberei-
tungen kommen vorzugsweise in Frage: Wasser, gesättigte
aliphatische ein- und mehrwertige Alkohole mit 2-3
C-Atomen, (zum Beispiel Ethanol, Isopropanol, 1,2-
Propylenglykol, Glycerin), flüssige Polyglykole
(Mol-Gewicht 200 bis 600).

Vorzugsweise kommt als Lösungsmittel Wasser in Frage
beziehungsweise Gemische von Wasser mit anderem
physiologisch verträglichen Lösungsmitteln
(beispielsweise den zuvorgenannten), wobei die Menge an
letzteren in der wässrigen Mischung nicht über 15 Gew.%
betragen soll.

MP0037

9

Die Lösungen beziehungsweise Zubereitungen enthalten
vorzugsweise Konservierungsmittel und Stabilisatoren.
Als solche kommen zum Beispiel in Frage: Ethylen-
diamintetraessigsäure (Edetinsäure) und deren Alkali-
salze (zum Beispiel Dialkalisalze wie Dinatriumsalz,
Calciumsalz, Calcium-Natriumsalz), p-Hydroxybenzoe-
säure-Niederalkylester, Chlorhexidin (zum Beispiel in
Form des Acetats oder Gluconats), Phenylquecksilber-
borat. Weiterhin kommen beispielsweise in Frage Natrium-
(2-ethylmercurithio)-benzoat als "Thiomersal" allgemein
bekannt, das in den erfindungsgemäßen Zubereitungen in
einer Menge von 0,001 bis 0,05, vorzugsweise von 0,005
bis 0,02 zum Beispiel 0,01 % (Gewicht/Volumen bei
flüssigen Zubereitungen, sonst Gewicht/Gewicht) vor-
handen sein kann. Weitere geeignete Konservierungsmittel
sind: pharmazeutisch verwendbare quartäre Ammonium-
verbindungen, zum Beispiel Cetylpyridiniumchlorid,
Tetradecyltrimethylammoniumbromid, allgemein als
"Cetrimid" bekannt, Benzyldimethyl-[2-[2-[p-(1,1,3,3-
tetramethylbutyl)]-phenoxy]äthoxy]-ammoniumchlorid,
allgemein als "Benzethoniumchlorid" bekannt, und
Myristyl-γ-pikoliniumchlorid, wobei jede dieser Ver-
bindungen in einer Konzentration von 0,002 bis 0,05, zum
Beispiel 0,02% (Gewicht/Volumen bei flüssigen Zuberei-
tungen, sonst Gewicht/Gewicht) verwendet werden kann.
Die bevorzugten Konservierungsmittel unter den quartären
Ammoniumverbindungen sind jedoch die Alkylbenzyl-
dimethylammoniumchloride und Mischungen von diesen zum
Beispiel die allgemein als "Benzalkoniumchlorid" be-
kannten Verbindungen. Diese letztere besteht aus einer
Mischung der Verbindungen der Formel,



MP0038

10

in der R eine Alkylgruppe mit der Formel $C_nH_{2n+1}$, wobei
n eine ganze Zahl von 8 bis 18 bedeutet, darstellt.
Besonders bevorzugt wird die Verwendung einer Mischung
von Verbindungen, in denen n 10 bis 14 bedeutet, und
insbesondere die spezielle Verbindung, in welcher R=
$C_{12}H_{25}$ ist. "Benzalkoniumchlorid" und die Verbindungen
der obigen Formel können in Konzentrationen von 0,005
bis 0,10, vorzugsweise von 0,005 bis 0,05, zum Beispiel
von 0,01% (Gewicht/Volumen bei flüssigen Zubereitungen,
sonst Gewicht/Gewicht) verwendet werden, und sie können
gegebenenfalls in Kombination mit 0,2 bis 2,0, zum
Beispiel 0,4% (Gewicht/Volumen) von 2-Phenyläthanol
verwendet werden.

Die erfindungsgemäßen Zubereitungen (Lösungen,
Suspensionen, auch ölige Lösungen beziehungsweise
Suspensionen, Salben, Emulsionen, Cremes, Gele,
Dosier-Aerosole) enthalten 0,0005 -2, vorzugsweise 0,001
bis 1 insbesondere 0,003 bis 0,5 % (Gewicht/Gewicht)
Azelastin (bezogen auf die freie Azelastin Base). Liegt
das Azelastin als Salz vor, sind diese Mengen ent-
sprechend umzurechnen. Für die Augentropfen kommen
dieselben Azelastin-Konzentrationen in Frage wie für die
nasalen Formen.
Im Falle von Pulvern beträgt die Konzentration an
Azelastin-Base 0,0005 bis 2 Gewichtsprozent bezogen auf
die festen Trägerstoffe.
Bei Lösungen beträgt die Dosierung pro Nasenloch zum
Beispiel 0,01 bis 0,2 ml, insbesondere 0,05 bis 0,15 ml,
wobei eine solche Dosierung zum Beispiel 1 bis mehrmals,
vorzugsweise 1 bis 5 mal täglich zu applizieren ist
(gegebenenfalls auch stündlich).
Bei der Anwendung am Auge beträgt die Dosierung zum
Beispiel 1 Tropfen (etwa 0,05 ml) der Lösung oder
entsprechende Mengen der halbfesten Zubereitungsformen.

MP0039

11

Als Säurekomponente für Salze des Azelastins kommen zum
Beispiel in Frage: Halogenwasserstoffsäuren (HCl, HBr),
Schwefelsäure, Phosphorsäuren ($H_3PO_4$, Metaphosphorsäure,
Polyphosphorsäuren), Salpetersäure, organische Mono-,
Di- oder Tricarbonsäuren von aliphatischen,
alicyclischen, aromatischen oder heterocyclischen
organischen Säuren (Embonsäure, Zitronensäure, Wein-
säure) aliphatische und aromatische Sulfonsäuren (zum
Beispiel Camphersulfonsäure).
Die Gesamtmenge an Konservierungsmittel in den Zuberei-
tungen (Lösungen, Salben, usw.) beträgt pro 100 ml
Lösung/Suspension beziehungsweise 100 g Zubereitung
zwischen 0,001 bis 0,10, vorzugsweise 0,01 %[*].

Bei den Konservierungsmitteln kommen für Einzelstoffe
zum Beispiel folgende Mengen in Frage:
Thiomersal 0,002 - 0,02 %
Benzalkoniumchlorid 0,002 bis 0,02 % (bei Kombination
mit Thiomersal ist die Menge Thiomersal zu Beispiel =
0,002 bis 0,005 %;);
Chlorhexidinacetat beziehungsweise -gluconat  0,01 bis
0,02 %;
Phenylquecksilbernitrat, -borat, -acetat 0,002 -
0,004 %;
p-Hydroxybenzoesäureester (zum Beispiel Mischung des
Methylesters und Propylesters 7 : 3): 0,05 - 0,15
vorzugsweise 0,1%.
Vorzugsweise wird als Konservierungsmittel eine
Kombination von Edetinsäure (zum Beispiel als
Dinatriumsalz) und Benzalkoniumchlorid verwendet, wobei
Edetinsäure in einer Konzentration von 0,05 bis 0,1 %,
Benzalkoniumchlorid in einer Konzentration von 0,1 %
eingesetzt wird.

[*]Bei Lösungen/Suspensionen handelt es sich stets um
Gewichtsprozent/Volumen, bei festen beziehungseise
halbfesten Zubereitungen um Gewichtsprozent/Gewicht der
Zubereitung

MP0040

12

Als weitere Hilfsstoffe für die erfindungsgemäßen
Zubereitungen kommen beispielsweise in Frage: Polyvinyl-
pyrrolidon, Sorbitanfettsäureester wie Sorbitan-
trioleat, polyethoxylierte Sorbitanfettsäureester (zum
Beispiel polyethoxyliertes Sorbitantrioleat), Sorbi-
macrogololeat, synthetische Amphotenside (Tritone),
Ethylenoxidether von Octylphenolformaldehyd-Konden-
sationsprodukten, Phosphatide wie Lecithin, poly-
ethoxylierte Fette, polyethoxylierte Oleotriglyceride,
polyethoxylierte Fettalkohole. Polyethoxyliert bedeutet
hierbei, daß die betreffenden Stoffe Polyoxyethylen-
ketten enthalten, deren Polymerisationsgrad im all-
gemeinen zwischen 2 bis 40, insbesondere zwischen 10 bis
20 liegt. Diese Stoffe dienen vorzugsweise einer
Löslichkeitsverbesserung der Azelastinkomponente.


Bei Zubereitungsformen, die Wasser enthalten, können
gegebenenfalls zusätzlich Isotonisierungsmittel zu-
gesetzt werden. Als Isotonisierungsmittel kommen zum
Beispiel in Betracht: Saccharose, Glucose, Glycerin,
Sorbit, 1,2-Propylenglykol, NaCl.
Die Isotonisierungsmittel bewirken die Einstellung der
Zubereitungen auf den gleichen osmotischen Druck wie das
Nasensekret. Für diesen Zweck ist von diesen Stoffen
jeweils soviel zu verwenden, daß beispielsweise im Falle
einer Lösung eine Gefrierpunktserniedrigung von 0,50 bis
$0,56^{\circ}C$ im Vergleich zu reinem Wasser erreicht wird. Bei
Beispiel 1 wäre beispielsweise von solchen Stoffen eine
solche Menge zu verwenden, die 68 g Natriumchlorid
(0,68 %) isoosmotisch ist.

MP0041

13

Im Beispiel 1 können statt NaCl pro 100 ml Lösung zum
Beispiel verwendet werden:

Glucose 1H$_2$O 3,81 g ; Saccharose 6,35 g ; Glycerin
2,2 g; 1,2-Propylenglykol 1,617 g ; Sorbit 3,84 g
(Im Falle von Mischungen dieser Stoffe gegebenenfalls
entsprechend weniger).

Den Lösungen können weiterhin Verdickungsmittel, die ein
zu schnelles Abfließen der Lösung aus der Nase ver-
hindern und der Lösung eine Viskosität von etwa 1,5 bis
3 vorzugsweise 2 m Pas verleihen, zugesetzt werden.
Als solche Verdickungsmittel kommen zum Beispiel in
Frage: Cellulosederivate (zum Beispiel Celluloseether)
bei denen die Cellulose-Hydroxygruppen teilweise mit
niederen ungesättigen aliphatischen Alkoholen und/oder
niederen ungesättigten aliphatischen Oxyalkoholen
verethert sind (zum Beispiel Methylcellulose,
Carboxymethylcellulose, Hydroxypropylmethylcellulose),
Gelatine, Polyvinylpyrrolidon, Traganth, Ethoxose
(wasserlösliches Binde- und Verdickungsmittel auf Basis
von Ethylcellulose), Alginsäure, Polyvinylalkohol,
Polyacrylsäure, Pektin und äquivalente Mittel.
Im Falle der Verwendung von Hydroxy-propylcellulose
werden beispielsweise 0,1 Gewichts% für diesen Zweck
verwendet.
Den Zubereitungen können außerdem Puffersubstanzen wie
Zitronensäure / Natriumhydrogenphosphat Borat-Puffer,
Phosphate (Natriumdihydrogenorthophosphat,
Dinatriumhydrogenphosphat), Trometamol beziehungsweise
äquivalente übliche Puffer zugesetzt werden, um bei-
spielsweise einen pH-Wert der Zubereitung von 6 bis 7,5,
vorzugsweise 6,5 bis 7,1 einzustellen. Die Menge an
Zitronensäure beträgt zum Beispiel 0,01 bis 0,14, vor-
zugsweise 0,04 bis 0,05 g, die Menge an Dinatrium-
hydrogenphosphat 0,1 bis 0,5, vorzugsweise 0,2 bis 0,3 g
pro 100 ml Lösung. Die angegebenen Gewichtsmengen
beziehen sich jeweils auf die wasserfreien Substanzen.

MP0042

14

Bei den Lösungen und Suspensionen soll die maximale
Gesamtkonzentration an Arzneimittel und Puffer weniger
als 5 % insbesondere weniger als 2 % (Gewicht/Volumen)
betragen.

Vorzugsweise wird für die nasale Applikation eine Lösung
oder Suspension verwendet, die als Aerosol, das heißt in
Form einer feinen Verteilung in Luft oder einem anderen
üblichen Trägergas zum Beispiel mittels eines üblichen
Pumpzerstäubers appliziert wird.

Es ist jedoch auch eine Appplikation als Dosieraerosol
möglich. Unter Dosieraerosolen sind Druckpackungen zu
verstehen, die das Azelastin beziehungsweise dessen
Salze in Form einer Lösung oder Suspension in einem
sogenannten Treibmittel enthalten. Als Treibmittel
gelten unter Druck stehende flüssige, bei Normaldruck
und Raumtemperatur gasförmige chlorierte fluorierte
Kohlenwasserstoffe oder Mischungen von verschiedenen
chlorierten fluorierten Kohlenwasserstoffen sowie
Propan, Butan, Isobutan oder Mischungen dieser unter-
einander oder mit chlorierten, fluorierten Kohlenwasser-
stoffen. Die Druckpackung weist ein Dosierventil auf,
das bei Betätigung eine definierte Menge der
Arzneistofflösung beziehungsweise -suspension freigibt.
Durch die anschließend erfolgende schlagartige
Verdampfung des Treibmittels wird die Lösung beziehungs-
weise Suspension von Azelastin in feinste Tröpfchen
beziehungsweise Partikelchen zerissen, die in die Nase
gesprüht werden oder für eine Einatmung in die Nase zur
Verfügung stehen. Man bedient sich zur Betätigung des
Ventils und zur Verbringung der versprühten Suspension
in die Nase bestimmter Applikationen aus Kunststoff. Als
Treibmittel kommen aber auch in Frage: $CO_2$
Distickstoffoxid, Preßluft.
Bei der Applikation als Aerosol kann auch ein üblicher
Adapter verwendet werden.

**MP0043**

15

Bei Verwendung von Suspensionen soll die maximale
Teilchengröße der festen Stoffe (Azelastin + Hilfstoffe)
nicht größer als 30 μm sein.

Bei der Anwendung in Form eines Einblaspulvers soll die
maximale Teilchengröße der Stoffe nicht größer als 20 μm
sein.

Es handelt sich hierbei beispielsweise um ein Verstäuben
von festem Azelastin oder dessen Salzen. In diesem Falle
wird beispielsweise Azelastin beziehungsweise sein Salz
mit inerten Trägerstoffen vermischt beziehungsweise auf
inerte Trägerstoffe aufgezogen. Als Trägerstoffe kommen
zum Beispiel infrage: Zucker wie Glucose, Saccharose,
Lactose, Fructose. Sodann Stärke oder Stärkederivate,
Oligosaccharide wie Dextrine, Cyclodextrine und deren
Derivate, Polyvinylpyrrolidon, Alginsäure, Tylose,
Kieselsäure, Cellulose, Cellulosederivate (zum Beispiel
Celluloseether), Zuckeralkohole wie Mannit oder Sorbit,
Calciumcarbonat, Calciumphosphat. Die Konzentration von
Azelastin beträgt 1 Gewichtsteil Azelastin auf 50 bis
200 000 Gewichtsteile Trägersubstanz (0,0005 bis 2 %
Azelastin).

MP0044

16

Beispiel 1

Nasenspray oder Nasentropfen mit 0,1 % Azelastin-
hydrochlorid als Wirkstoff

In 9,00 kg Wasser werden in folgender Reihenfolge
gelöst:

10 g Azelastinhydrochlorid, 5 g Edetinsäure-
Dinatriumsalz.2 H$_2$O, 88 g Natriumchlorid, 1,25 g Alkyl-
benzyldimethylammoniumchlorid (Benzalkoniumchlorid),
4,38 g Citronensäure, 64,8 g Natriummonohydrogen-
phosphat.12 H$_2$O sowie 10 g Hydroxypropyl-Methyl-
cellulose[1].) Die erhaltene Lösung wird mit Wasser auf
10,05 kg = 10 Liter aufgefüllt und nach sorgfältigem
Mischen über ein Membranfilter der Porenweite 0,2 µm
filtriert. Das Filtrat hat einen pH-Wert von 6,8 ± 0,3.
Die Abfüllung erfolgt in Kunststoff-Flaschen, die mit
einem üblichen Sprüheinsatz oder in Kunststoff- be-
ziehungsweise Glasflaschen, die mit einem üblichen
Pumpensprüher verschlossen werden. Im letzteren Fall
werden zum Beispiel Pumpen mit Nasensprühaufsatz ver-
wendet, die pro Betätigung circa 0,14 ml Lösung ver-
sprühen. Damit werden pro Betätigung 0,14 mg
Azelastinhydrochlorid in Form der Lösung in die Nase
gesprüht.

Füllt man das oben erhaltene Filtrat in für Nasentropfen
übliche Flaschen mit Tropfpipette ab, so kann die Lösung
mittels Tropfpipette in die Nase geträufelt werden.

[1].) Handelsprodukt zum Beispiel Methocel E4M premium.

MP0045

17

Beispiel 2:


Nasensalbe mit 0,1 % Azelastinhydrochlorid


In einem heizbaren Behälter werden 5 kg
Polyoxyethylenstearat*, 8 kg Cetylstearylalkohol
(Lanette 0), 20 kg weißes Vaselin, 15 kg flüssiges
Paraffin und 0,5 kg Siliconöl zusammen geschmolzen. In
die Schmelze (Temperatur der Schmelze 80 $^{o}$C) werden
126 g p-Hydroxybenzoesäuremethylester und 53 g pHydroxy-
benzoesäurepropylester gelöst. Anschließend wird eine
auf 70 $^{o}$C erwärmte Lösung von 0,1 kg Azelastinhydro-
chlorid, 140 g p-Hydroxybenzoesäuremethylester und 60 g
p-Hydroxybenzoesäurepropylester in 51,021 kg gereinigtem
Wasser mit Hilfe eines hochtourigen Rührers einemulgiert
und die erhaltene Emulsion bis zum Erkalten gerührt und
in regelmäßigen Zeitabständen wiederholt homogenisiert.


Die Abfüllung der Salbe erfolgt in Tuben, die vor dem
Gewinde eine röhrenförmige Verlängerung aufweisen und
daher zur Applikation der Salbe in die Nase besonders
geeignet sind.


* Polyoxyethylen-40-stearat, feste, weiße bis
  cremefarbene Masse, D.$^{25}$ ca 1,1, F. 40 - 44°C,
  Erstarrungspunkt ca. 41°C.

MP0046

18

Beispiel 3:

Dosieraerosol mit einer Abgabe von 0,5 mg Azelastin-
hydrochlorid pro Hub

In einem geeigneten Kühlbehälter werden circa 8,0 kg
eines Gemisches aus 70 Gewichtsteilen
Difluordichlormethan und 30 Gewichtsteilen 1,2-
Dichlortetrafluorethan auf etwa -55°C abgekühlt. In
diesem Gemisch wird bei - 55°C eine Mischung aus
0,086 kg vorgekühltem Sorbitantrioleat und 0,8600 kg
vorgekühltem Trichlorfluormethan unter Rühren gelöst. In
die so erhaltene Lösung werden dann unter intensivem
Rühren 0,0688 kg mikronisiertes Azelastinhydrochlorid
und 0,0688 kg mikronisierte Lactose portionsweise einge-
tragen. Durch Zugabe von weiterem auf etwa -55°C
gekühlten Gemisch aus 70 Gewichtsteilen Difluordichlor-
methan und 30 Gewichtsteilen 1,2-Dichlortetrafluorethan
wird das Gesamtgewicht der erhaltenen Suspension auf
9,547 kg gebracht.
Nach dem Verschließen des Kühlbehälters wird die
Suspension unter intensivem Rühren erneut auf etwa -55°C
abgekühlt. Sie ist danach abfüllfertig.

Unter fortgesetztem Rühren wird die Suspension in
übliche geeignete Aluminium-Monobloc-Dosen abgefüllt.
Die Monobloc-Dosen werden unmittelbar nach Einfüllung
der Suspension mit hierfür üblichen Dosierventilen
verschlossen, die pro Ventilbetätigung 0,05 ml Sus-
pension freisetzen. Bei der Betätigung des Ventils
werden damit 0,5 mg Azelastinhydrochlorid abgegeben. Die
Abgabe erfolgt in Verbindung mit einem üblichen
Applikator, der die Einbringung der Wirkungssubstanz in
die Nase des Patienten erlaubt.

MP0047