⑤ 

Int. Cl.:     C 07 d, 51/06
C 07 d, 41/08



**BUNDESREPUBLIK DEUTSCHLAND**

**DEUTSCHES PATENTAMT**

⑫ 

Deutsche Kl.:    12 p, 10/01
12 p, 5

⑩
⑪

# Offenlegungsschrift   2 164 058

⑳    Aktenzeichen:    P 21 64 058.4

㉒    Anmeldetag:    23. Dezember 1971

㊽    Offenlegungstag:    **27. Juli 1972**

Ausstellungspriorität:    —

㉚    Unionspriorität

㉜    Datum:    22. Januar 1971

㉝    Land:    Schweiz

㉛    Aktenzeichen:    001012-71

㊾    Bezeichnung:    Neue basisch substituierte Benzylphthalazon-Derivate, ihre Salze, Verfahren zu ihrer Herstellung und diese Produkte enthaltende pharmazeutische Präparate

㊿    Zusatz zu:    —

㊽    Ausscheidung aus:    —

⑦    Anmelder:    Asta-Werke AG, Chemische Fabrik, 4812 Brackwede

Vertreter gem. § 16 PatG:    —

⑫    Als Erfinder benannt:    Vogelsang, Dietrich, Dr., 4913 Helpup;
Scheffler, Gerhard, Dr., 4814 Senne I;
Brock, Norbert, Prof. Dr., 4801 Uerentrup;
Lenke, Dieter, Prof. Dr., 4800 Bielefeld

DT 2 164 058

**MP0209**

⊕ 7.72   209 831/1147     19/100

2164058

Asta-Werke AG, Chemische Fabrik, 4812 Brackwede,
Bielefelder Str. 79-91

Neue basisch substituierte Benzylphthalazon-Derivate, ihre
Salze, Verfahren zu ihrer Herstellung und diese Produkte
enthaltende pharmazeutische Präparate.

Die vorliegende Erfindung betrifft neue, basisch substitu-
ierte Benzylphthalazon-Derivate mit starker Antihistamin-
Wirkung und deren physiologisch unbedenkliche Säureadditi-
onssalze, Verfahren zu ihrer Herstellung und diese als Wirk-
stoff enthaltende pharmazeutische Präparate.

Die neuen erfindungsgemäßen Benzylphthalazon-Derivate sind
durch einen ringförmigen basischen Rest ausgezeichnet, der
mit einem Kohlenstoffatom seines Ringes mit dem in 2-Stel-
lung befindlichen Säureamidstickstoff des Phthalazon-Kerns
unmittelbar oder über eine Alkylenkette verbunden ist.
Basisch substituierte Phthalazone sind z.B. aus der deut-
schen Patentschrift 1 046 625 bekannt. Hierbei handelt es
sich um Verbindungen, die den basischen Rest an einer

– 2 –

MP0210

- 2 -                                    2164058

aliphatischen Alkylenkette tragen, wobei der basische
Rest ein Amin ist, das durch Substitution mit zwei Alkyl-
gruppen oder durch eine ringschließende Alkylenkette
tertiär ist. Diese ringförmigen basischen Reste sind aber
mit dem Stickstoffatom des cyclischen Amins über die Alky-
lenkette mit dem Amid-Stickstoff des Phthalazon-Kerns ver-
bunden.

Die erfindungsgemäßen, basisch substituierten Benzyl-
phthalazon-Derivate entsprechen der allgemeinen Formel I



worin $R_1$ und $R_2$, die gleich oder verschieden sein können,
Wasserstoffatome, Halogen-, Niederalkyl-, Niederalkoxy-,
Hydroxy-, Trifluormethyl-, Nitro- oder substituierte oder
unsubstituierte Aminogruppen bedeuten, X eine Alkylengrup-
pe der Formel

$$-CH_2-, \quad -CH_2CH_2-, \quad \overset{CH_3}{\underset{}{-CH-}}, \quad \overset{CH_3}{\underset{}{-CHCH_2-}} \quad oder \quad \overset{CH_3}{\underset{}{-CH_2CH-}}$$

- 3 -

2164058

- 3 -

ist, m und n, die gleich oder verschieden sein können, ganze
Zahlen von 1 bis 3 sind, p für 0 oder 1 steht und der Rest
-CH Y ein unsubstituierter oder durch Niederalkylgruppen
substituierter, ein oder zwei Stickstoffatome enthaltender
mono-, bi- oder tricyclischer Rest mit insgesamt 3 bis 8
Kohlenstoffatome ist, wobei die Stickstoffatome durch Was-
serstoff oder eine Niederalkylgruppe mit 1 bis 4 Kohlen-
stoffatomen substituiert sind, die mit einem anderen Atom
des cyclischen Restes unter Bildung eines Bi- oder Tri-
cyclus verbunden sein kann.

Wegen ihrer besonders guten Eigenschaften sind diejenigen
Verbindungen der Formel I und ihre physiologisch unbedenk-
lichen Säureadditionssalze bevorzugt, bei denen $R_1$ und $R_2$
Wasserstoff- oder Halogenatome, Hydroxy-, Niederalkyl-,
Niederalkoxy- oder Trifluormethyl-Gruppen sind, und m und
n 1 oder 2 bedeuten, insbesondere diejenigen, in denen $R_1$
die genannten Gruppen und $R_2$ ein Wasserstoffatom ist.

Besonders bevorzugt sind hierbei von diesen Verbindungen
diejenigen, in denen X eine der Gruppen

$$-CH_2- \text{ oder } -CH-\overset{\displaystyle CH_3}{|}$$

ist.

- 4 -

- 4 -                              2164058

Ganz besonders bevorzugt sind dabei diejenigen Verbindungen, in

denen der Rest $-\overset{\frown}{\text{CH}}$ Y insgesamt 4 bis 7 Kohlenstoffatome im

Ring besitzt. Solche mono-, bi- und tricyclischen Reste sind ins-

besondere N-substituierte, ganz besonders die N-Methyl-substitu-

ierten Pyrrolidin-, Piperidin- oder Perhydroazepin-Reste oder

der Chinuclidin-Rest sowie der Tropanyl- und Scopyl-Rest. Der

Tropanyl- und Scopyl-Rest ist dabei unmittelbar mit dem Ring-C-

Atom an den Amidstickstoff des Phthalazons gebunden, während der

Pyrrolidin-, Piperidin-, Perhydroazepin- und Chinuclidin-Rest

unmittelbar oder über eine der oben genannten bevorzugten Alkylen-

ketten X an den Amidstickstoff des Phthalazons gebunden ist.


Ganz besonders bevorzugt unter den Verbindungen der Formel I und

ihren physiologisch unbedenklichen Säureadditionssalzen sind die-

jenigen Verbindungen, in denen $R_1$ ein Wasserstoff-, Fluor-, Chlor-

oder Bromatom oder eine Methoxy-, Äthoxy-, Methyl-, Hydroxy-

oder Trifluormethylgruppe, $R_2$ ein Wasserstoffatom, m die Zahl 1

oder 2 ist, p 0 ist und der Rest $-\overset{\frown}{\text{CH}}$ Y der N-Methyl-perhydro-

azepinyl-, Tropanyl- oder Chinuclidin-Rest, insbesondere der N-

Methyl-perhydroazepinyl-(4)-, Tropanyl-(3)- oder Chinuclidyl-(3)-

Rest ist. In diesen Verbindungen ist somit der anellierte Benzol-

ring des Benzylphthalazons unsubstituiert und ist der Perhydro-

azepinyl-, Tropanyl- oder Chinuclidin-Rest direkt mit dem Amid-

stickstoff des Phthalazon-Kerns verbunden.

Das erfindungsgemäße Verfahren zur Herstellung der neuen, basisch

substituierten Benzyl-phthalazon-Derivate der allgemeinen

Formel I und ihrer physiologisch unbedenklichen

-5-

209831/1147

MP0213

2164058

- 5 -

Säureadditionssalze ist dadurch gekennzeichnet, daß man

A) eine Verbindung der allgemeinen Formel II



II

oder ein reaktionsfähiges Derivat derselben, worin $R_1$,
$R_2$, m und n die gleiche Bedeutung wie in Formel I haben,
mit einem Hydrazin der allgemeinen Formel III

$$H_2N\text{-}NH\text{-}R_3 \qquad\qquad III$$

worin $R_3$ Wasserstoff oder der Rest $-(X)_p-CH \underset{}{\qquad} Y$ ist,
worin X, p und Y die gleiche Bedeutung wie in Formel I
haben, umsetzt

oder

B) eine Verbindung der allgemeinen Formel IV



IV

**MP0214**

209831/1147

2164058

- 6 -

worin $R_1$, $R_2$, m und n die gleiche Bedeutung wie in Formel
I haben, mit einer Verbindung der allgemeinen Formel V



V

worin $R_3$ die gleiche Bedeutung wie in Formel III hat und
$R_4$ einen Niederalkylrest bedeutet, umsetzt

oder

C) eine Verbindung der allgemeinen Formel VI



VI

worin $R_2$ und n die gleiche Bedeutung wie in Formel I
und $R_3$ die gleiche Bedeutung wie in Formel III haben, mit
einer Verbindung der allgemeinen Formel VII

(R_1)_m — ... CH_2 / Z-CO

VII

worin $R_1$ und m die gleiche Bedeutung wie in Formel I
haben und Z ein Halogenatom oder eine Hydroxy- oder
Alkoxygruppe ist, umsetzt

- 7 -

**MP0215**

- 7 -                2164058

oder

D) eine Verbindung der allgemeinen Formel I, worin das Stick-
stoffatom des basischen Restes -CH⌒Y mit Wasserstoff
substituiert ist, mit einem Alkylierungsmittel umsetzt

oder

E) eine Verbindung der allgemeinen Formel IX



IX

worin $R_1$, $R_2$, m, n, X und p die gleiche Bedeutung wie in For-
mel I haben -CH⊕$Y_1$ der Rest -CH⌒Y ist, der mindestens
eine ungesättigte Doppelbindung und ein Stickstoff-Kation im
Ring aufweist, und $W^⊖$ ein Anion darstellt, hydriert
und

erhaltene Benzyl-phthalazon-Derivate, in denen $R_3$ Wasserstoff
ist, mit einer Verbindung der Formel VIII

$$Q-R_3$$                    VIII

worin Q ein Atom oder eine Atomgruppe ist, das bzw. die unter
Mitnahme ihres Elektronenpaares bei der Substitution des Amid-
Stickstoffatomes austritt, wie beispielsweise und insbesondere
ein Halogenatom oder eine Sulfosäureestergruppe, und $R_3$ der Rest
$-(X)_p$-CH⌒Y ist, worin X, p und Y die gleiche Bedeutung wie in
Formel I haben, umsetzt und die erhaltenen Benzyl-phthalazon-
Derivate gegebenenfalls mit Säuren in die physiologisch un-
bedenklichen Säureadditionssalze oder erhaltene Salze dieser
Benzylphthalazon-Derivate in die freien Basen überführt.

-8-

209831/1147

MP0216

2164058

- 8 -

Als reaktionsfähige Derivate der Carbonsäure der allge-
meinen Formel II kommen insbesondere die Säurehalogenide,
-ester und -anhydride in Frage. Andere reaktionsfähige
Derivate der Verbindungen der allgemeinen Formel II, die
anstelle dieser Benzol-o-ketocarbonsäure bzw. ihrer Säure-
halogenide, -ester und -anhydride eingesetzt werden können,
sind die ungesättigten oder gesättigten Phthalide oder
Phthalimidine der allgemeinen Formel X



X

und XI



XI

wobei $R_1$, $R_2$, m und n die gleiche Bedeutung wie in Formel
I haben und A ein Sauerstoffatom oder die Iminogruppe/und ist
$R_5$ Halogen, $NH_2$, ArNH, OH, eine Alkoxygruppe oder dergl.
bedeuten. Andere Verbindungen dieses Typs sind diejenigen
der allgemeinen Formel XII

- 9 -

MP0217

2164058

- 9 -



$$(R_2)_n - \underset{O}{\overset{O}{\text{[indandione core]}}} - (R_1)_m \qquad \text{XII}$$

in denen $R_1$, $R_2$, m und n die gleiche Bedeutung wie in
Formel I haben. Diese Verbindungen bilden bei der Umsetzung
mit Verbindungen der allgemeinen Formel III intermediär
Abkömmlinge der Benzol-o-ketocarbonsäuren der allgemeinen
Formel II.

Die vorstehenden Umsetzungen A, B,und C werden in An- oder
Abwesenheit der üblichen Lösungs- und Hilfsmittel bei er-
höhter Temperatur bis etwa 180°C und in weitem pH-Bereich
von Saurem bis zum Alkalischen durchgeführt.

.Als Lösungsmittel eignen sich z.B. Wasser, Alkohole, Di-
methylformamid, Dioxan, Pyridin, Triäthylamin, Kohlenwasser-
stoffe. Als Hilfsmittel können in Frage kommen Basen, Säuren
und für diese Reaktionen übliche Kondensationsmittel.

Für die Umsetzung D können die herkömmlichen Alkylierungs-
mittel, so z.B. Formaldehyd mit einem Reduktionsmittel wie
Ameisensäure, $NaBH_4$ oder atomarer Wasserstoff, ferner Di-
methylsulfat und $K_2CO_3$, Alkylhalogenide oder auch Diazo-

2164058

methan zur Anwendung kommen. Die Umsetzung E erfolgt bevor-
zugt auf katalytischem Wege. Hierbei haben sich vor allem
die Edelmetall- und Nickel-Katalysatoren bewährt.

Bei Umsetzung mit den Alkylierungsmitteln der Formel VIII
kann es zu den üblichen Cyclammonium-Umlagerungen unter Än-
derung der Ringgröße kommen.

Die Verbindungen der allgemeinen Formel I und ihre Salze
sind zum überwiegenden Teil an dem Ring-C-Atom des cyc-
lischen basischen Restes, das mit dem Säureamid-Stickstoff-
atom des Phthalazons direkt oder über eine Alkylenkette
verbunden ist, optisch aktiv und können mittels bekannter
Methoden aus den Racematen in die optischen Antipoden
gespalten werden.

Die erfindungsgemäßen Produkte sind histaminolytisch
wirksam. Sie zeichnen sich durch eine außerordentlich hohe
Aktivität bei parenteraler und vor allem bei oraler
Applikation sowie durch eine lange Wirkungsdauer aus
(z.B. im Histamin-Aerosol-Versuch am Meerschweinchen oder
im Histamin- bzw. Histamin-Liberator-Quaddeltest am Men-
schen).

Am Meerschweinchen wurde die histaminolytische Wirkung im
Histamin-Aerosol-Versuch getestet (Stamm: Pirbright;
Gewicht: 300 - 700 g). Die Tiere atmeten ein Aerosol einer

209831/1147

MP0219

2164058

- 11 -

wässrigen Lösung von Histaminidihydrochlorid (Konzentration
4 mg/ml). Die Inhalation führte bei unbehandelten Tieren
innerhalb von 2 Min. zu schwerster Dyspnoe (Erstickungs-
krämpfe, Seitenlage).

Zur Feststellung der histaminolytischen Wirkung wurden die
Substanzen Gruppen von 8 - 10 Tieren subcutan oder oral appli-
ziert. Anschließend wurden die Tiere zu verschiedenen Zeiten
der Einwirkung des Histamin-Aerosols ausgesetzt. Sie galten
als geschützt, wenn sie ohne schwere Dyspnoe (Seitenlage)
10 Min. lang die Inhalation des Aerosols tolerierten.

Zur Auswertung wurden mit Hilfe der Probit-Analyse aus der
Beziehung zwischen den Dosen-Logarithmen und den Schutz-
häufigkeiten die mittleren wirksamen Dosen (DE 50 [mg/kg])
bestimmt. Als Vergleichssubstanz, welche den erfindungsge-
mäßen Produkten in der chemischen Konstitution ähnelte,
diente die in der deutschen Patentschrift Nr. 1 046 625
beschriebene handelsübliche Verbindung 4-Benzyl-2-(2-di-
methylaminoäthyl)-1-(2H)-phthalazinon (Ahanon [R] )
(Verbindung A, Tab. 1 und 2).

Ferner wurde das als hochaktives Histaminolyticum bekannte
Chlorphenoxamin = ß-Dimethylaminoäthyl-(4-chlor-α-methyl-
benzhydryl)-äther (ARNOLD,H., N.BROCK, E.KUHAS, D.LORENZ,
Arzneim.-Forsch. 4, 189 (1954), BROCK,N., D.LORENZ.,
H.VEIGEL, Arzneim.-Forsch. 4, 262 (1954) ( Verbindung B,
Tab. 1 und 2 ) vergleichend getestet.

- 12 -

MP0220

- 12 -                              2164058

Der Unterschied der erfindungsgemäßen Produkte im Vergleich
zu den Vergleichsprodukten A und B ist besonders eindrucks-
voll, wenn man 8 Stunden nach der oralen Gabe der Präparate
Tiere dem Histamin-Aerosol aussetzt.

Nach Applikation von 0,0215 mg/kg der Verbindung 4-(p-Fluor-
benzyl)-2-[N-methyl-perhydroazepinyl-(4)]-1-(2H)-phthalazi-
non bzw. 0,215 mg/kg der Verbindungen 4-(p-Chlorbenzyl)-2-
[N-methyl-perhydroazepinyl-(4)]-1-(2H)-phthalazinon und 4-
(p-Chlorbenzyl)-2-[chinuclidyl-(3)]-1-(2H)-phthalazinon trat
bei keinem der 8 - 10 Tiere einer Gruppe unter der Einwirkung
des Histaminaerosols Dyspnoe mit Seitenlage auf. Dagegen
nahmen nach Applikation der 10 - 100-fachen Dosis der beiden
Vergleichspräparate (2,15 mg/kg) bei Vergleichssubstanz A
9 von 10 Tieren, bei Vergleichssubstanz B  10 von 10 Tieren
unter schwerster Dyspnoe Seitenlage ein.

- 13 -

- 13 -

2164058

Tabelle 1: Histaminolytische Wirkung im Histamin-Aerosol-
Versuch am Meerschweinchen, Applikation subcutan
1 Stunde (1 h) vor dem Aerosol

| Beispiel Nr. | DE 50 [mg/kg] | Relative Wirksamkeit Beispiel A = 1,00 |
|---|---|---|
| 3 | 0,0062 | 17,7 |
| 6 | 0,011 | 10,0 |
| 7 | 0,0071 | 15,5 |
| 9 | 0,045 | 2,44 |
| 10 | 0,031 | 3,55 |
| 11 | 0,035 | 3,14 |
| 12 | 0,022 | 5,00 |
| 19 | 0,016 | 6,88 |
| 24 | 0,027 | 4,07 |
| 28 | 0,059 | 1,86 |
| 30 | 0,026 | 4,23 |
| 33 | 0,016 | 6,88 |
| 34 | 0,019 | 5,79 |
| A | 0,11 | 1,00 |
| B | 0,11 | 1,00 |

- 14 -

BAD ORIGINAL

MP0222

2164058

– 14 –

Tabelle 2: Histaminolytische Wirkung im Histamin-Aerosol-
Versuch am Meerschweinchen, Applikation per os
2 Stunden (2 h) und 8 Stunden (8 h) vor dem
Aerosol

| Beispiel Nr. | DE 50 [mg/kg] | | Relative Wirksamkeit Beispiel A = 1,00 | |
|---|---|---|---|---|
| | 2 h-Wert | 8 h-Wert | 2 h-Wert | 8 h-Wert |
| 9 | 0,16 | 0,49 | 19,4 | 13,1 |
| 10 | 0,037 | 0,029 | 83,8 | 221 |
| 19 | 0,010 | 0,011 | 310 | 582 |
| 24 | 0,087 | 0,052 | 35,6 | 123 |
| 28 | 0,20 | 0,28 | 15,5 | 22,9 |
| 30 | 0,038 | 0,35 | 81,6 | 18,3 |
| A | 3,1 | 6,4 | 1,00 | 1,00 |
| B | 0,52 | 6,2 | 5,96 | 1,03 |

– 15 –

BAD ORIGINAL

MP0223

- 15 -                                    ·2164058

Die beobachtete histaminolytische Wirksamkeit der erfindungs-
gemäßen Produkte übertrifft die der Vergleichssubstanzen A
und B. Bei subcutaner Applikation ergaben sich relative Wirk-
samkeiten bis zum 17,7fachen (Beispiel Nr. 3) der Vergleichs-
substanzen. Besonders auffallend ist die Effizienz bei oraler
Applikation (Tab. 2). Hierbei wird die Wirksamkeit der Ver-
gleichssubstanz A im 2 h-Versuch um das 16 - 310fache, im
8 h-Versuch um das 13 - 582fache übertroffen.

Der 8 h-Versuch demonstriert in eindrucksvoller Weise die
hohe orale Wirksamkeit und die lange Wirkungsdauer der Ver-
bindungen.

Die erfindungsgemäßen Produkte werden als Wirkstoffe in phar-
mazeutischen Präparaten eingesetzt und lassen sich in den üb-
lichen Zubereitungsformen anwenden, wie Tabletten, Dragees,
Kapseln, Suppositorien, Tropfen, Pasten, Salben sowie als In-
jektionslösung. Sie finden vornehmlich ihren Einsatz zur Be-
handlung der verschiedenen Formen von Allergien. So werden sie
mit Erfolg zur Behandlung von Asthma bronchiale, bei Verände-
rungen der Haut und Schleimhaut wie Urtikaria, Quincke'schem
Oedem, Pruritus, Ekzemen, Heufieber und Rhinitis vasomotorica
eingesetzt. Im allgemeinen reicht hierbei eine Dosierung von
0,4 bis 4 mg pro Tag und Mensch aus. Bei einmaliger Gabe
lassen sich die Symptome der aufgeführten Allergosen bis zu

- 16 -

MP0224

- 16 -                    2164058

24 Stunden wirksam reduzieren. Ihre im Vergleich zu anderen An-
tihistaminika schnell eintretende und langanhaltende Wirkung
beim Menschen läßt sich besonders gut bei der Verkleinerung
einer künstlich mit Histaminliberator gesetzten Quaddel nach
KERP, L., KASEMIR, H., TIE, P.N., Med. Welt 17 NF, 2794 (1966)
charakterisieren. Außer als Monopräparate sind sie in den bei
Antihistaminika üblichen Kombinationen mit Vorteil einzusetzen,
insbesondere in Mischpräparaten, in denen ein Antihistaminikum
zugesetzt ist. Hier macht sich vor allen Dingen ihre kleine
Wirkdosis besonders vorteilhaft bemerkbar.

Die vorliegende Erfindung wird durch die nachfolgenden Beispiele
erläutert. Die Konstitution der erhaltenen Produkte ist durch
Elementaranalysen, IR- und NMR-Spektren gesichert.


## Beispiel 1

### 4-Benzyl-2-/N-methylpyrrolidinyl-(3)-methyl7-1-(2H)-phthalazinon

10,3 Phenylacetophenon-o-carbonsäure und 6,1 g Hydrazinsulfat
werden in einer Lösung von 3,6 g NaOH in 100 ml Wasser gelöst
und 2 Std. zum Sieden erhitzt. Die ausgefallene Festsubstanz
wird abgesaugt, mit Wasser gewaschen und getrocknet. Die erhal-
tenen 9,2 g 4-Benzyl-1-(2H)-phthalazinon werden in eine Lösung
von 1,4 g Kalium in 250 ml absolutem Alkohol gegeben und 30 Min.
gekocht. Nach dem Abdestillieren des Alkohols bleiben 10,6 g
Kalium-Salz zurück.

-17-

MP0225

BAD ORIGINAL

2164058

- 17 -

12,4 g Tosylester des 3-Hydroxymethyl-N-methylpyrrolidins
und 10,6 g des Kaliumsalzes des 4-Benzyl-1-(2H)-phthalazi-
nons werden in 100 ml Dimethylformamid eine Stunde auf
100°C erhitzt. Das Lösungsmittel wird am Rotationsverdampfer
abgezogen und der Rückstand mit Wasser angerieben. Die unge-
löste Substanz wird in Äther aufgenommen und die ätherische
Lösung mit verdünnter HCl extrahiert. Der saure Extrakt wird
mit Kalilauge alkalisiert, das ausgefallene Öl wieder in
Äther aufgenommen und über $Na_2SO_4$ getrocknet. Nach dem Ab-
dampfen des Äthers werden 11 g Base erhalten. Das Fumarat
kristallisiert als Monohydrat; Fp.: 129 - 132° C.

Beispiel 2

4-Benzyl-2-{2-/ N-methylpiperidyl-(2) /äthyl}-1-(2H)-

phthalazinon

13,3 g Phenylacetophenon-o-carbonsäure und 7,9 g Hydrazin-
sulfat werden mit 4,7 g NaOH in 150 ml Wasser erhitzt. Die
wie im Beispiel 1 beschrieben erhaltenen 11,9 g 4-Benzyl-1-
(2H)-phthalazinon werden in eine Lösung von 1,9 g Kalium in
300 ml abs. Alkohol wie in Beispiel 1 beschrieben umgesetzt
und ergeben 13,7 g des K-Salzes.

In eine Lösung der 13,7 g des Kaliumsalzes des 4-Benzyl-1-
(2H)-phthalazinons in 150 ml Dimethylformamid wird bei 100°C
eine Lösung von 8,9 g 2-(2-Chloräthyl)-N-methylpiperidin in
25 ml Dimethylformamid getropft und noch 2 Stunden nachge-

- 18 -

2164058

- 18 -

rührt. Das Lösungsmittel wird abdestilliert und der Rück-
stand mit Wasser behandelt. Das ungelöste Produkt wird in
Äther aufgenommen, mit verdünnter HCl extrahiert, der saure
Extrakt unter Kühlung mit Kalilauge alkalisiert und das
sich ausscheidende Öl wieder in Äther gelöst. Aus der über
$Na_2SO_4$ getrockneten Lösung werden durch tropfenweise Zugabe
von ätherischer HCl 14 g Hydrochlorid ausgefällt. Nach dem
Umkristallisieren schmilzt es bei 201 - 203° C.

Gemäß Beispiel 1 und 2 wurden die folgenden Verbindungen
hergestellt:

3. 4-(p-Chlorbenzyl)-2-[N-methylpyrrolidinyl-(2)-methyl]
   -1-(2H)-phthalazinon-hydrochlorid
   Fp.: 206 - 207° C

4. 4-(p-Chlorbenzyl)-2-[N-methylpiperidyl-(2)-methyl]
   -1-(2H)-phthalazinon-sulfat-hydrat
   Fp.: ab 90° C (Z.)

5. 4-Benzyl-2-[N-methylpiperidyl-(3)-methyl] -1-(2H)-
   phthalazinon-hydrochlorid-hydrat
   Fp.: ab 77° C (Z.)

6. 4-(p-Methylbenzyl)-2-[N-methylpyrrolidinyl-(2)-methyl]
   -1-(2H)-phthalazinon-hydrochlorid-hydrat
   Fp.: 126 - 128° C

- 19 -

2164058

– 19 –

7. 4-(p-Methoxybenzyl)-2-[N-methylpyrrolidinyl-(2)-methyl]
-1-(2H)-phthalazinon
Fp.: 111 – 114° C

8. 4-(p-Chlorbenzyl)-2-{-1-[N-methylpiperidyl-(2)]-äthyl}
-1-(2H)-phthalazinon-citrat
Fp.: 103 – 105° C

Beispiel 9

4-Benzyl-2-[N-methyl-perhydroazepinyl-(4)]-1-(2H)phthalazinon

Zu einer kräftig gerührten Suspension von 13,7 g des wie im
Beispiel 2 beschrieben erhaltenen Kaliumsalzes des 4-Benzyl-
1-(2H)phthalazinons in 250 ml trockenem Toluol wird bei
40° C eine Lösung von 8 g 4-Chlor-N-methyl-perhydroazepin
in 20 ml Toluol getropft und nach dem langsamen Aufheizen
bis zur Siedetemperatur noch 5 Stunden am Rückfluss gekocht.
Das Lösungsmittel wird am Rotationsverdampfer abgezogen und
der Rückstand mit Wasser ausgewaschen. Die ungelöste,
schmierige Substanz nimmt man in Aether auf und extrahiert
mit verdünnter HCl. Nach dem Alkalisieren des sauren Extrak-
tes mit Kalilauge wird das ausfallende Oel wieder in Aether
gelöst und über $Na_2SO_4$ getrocknet. Es bleiben nach dem Ein-
engen der Lösung 32 g Rohprodukt zurück. Durch Überführen
in das Fumarat und nach dem Umkristallisieren wird das
4-Benzyl-2-[N-methyl-perhydroazepinyl-(4)]-1-(2H)-phthala-
zinon als Fumarat-hydrat isoliert. Fp.: 156 – 160° C.
Aus der Mutterlauge läßt sich noch 4-Benzyl-2-{2-[N-methyl-

– 20 –

- 20 -

2164058

pyrrolidinyl-(2)]-äthyl}-1-(2H)-phthalazinon gewinnen.

Beispiel 10

4-(p-Chlorbenzyl)-2-[N-methyl-perhydroazepinyl-(4)]-1-(2H)-
phthalazinon

30,6 g p-Chlorbenzylacetophenon-o-carbonsäure und 16 g
Hydrazinsulfat werden mit 9,4 g NaOH in 250 ml Wasser er-
hitzt. Nach Waschen und Trocknen werden 27 g 4-(p-Chlor-
benzyl)-1-(2H)-phthalazinon erhalten.

20 g 2-(2-Chloräthyl)-N-methylpyrrolidin-hydrochlorid werden
in eine Lösung von 4,4 g NaOH in 20 ml Wasser gegeben und
auf 70° C erwärmt. Diese Lösung tropft man in ein auf 70° C
erwärmtes Gemisch aus den 27 g des 4-(p-Chlorbenzyl)-1-(2H)-
phthalazinons und 40 ml 50 %iger Natronlauge und rührt eine
Stunde bei gleicher Temperatur nach. Nach dem Abkühlen und
Verdünnen mit Wasser wird die ungelöste Substanz in Methy-
lenchlorid aufgenommen und mit verdünnter HCl extrahiert.
Der saure Extrakt wird mit Kalilauge alkalisiert, das aus-
fallende Oel wieder in Methylenchlorid gelöst, getrocknet
und eingeengt. Das zu über 90 % d.Th. erhaltene Rohprodukt
wird in ein Salz überführt und durch Umkristallisieren ge-
reinigt. Das Hydrochlorid des 4-(p-Chlorbenzyl)-2-[N-methyl-
perhydroazepinyl-(4)]-1-(2H)-phthalazinons schmilzt bei
225 - 229° C.

- 21 -

2164058

– 21 –

Aus dem Filtrat vom Umkristallisieren läßt sich 4-(p-Chlor-
benzyl)-2-{2-[N-methylpyrrolidinyl-(2)]-äthyl}-1-(2H)-
phthalazinon isolieren.

Gemäß Beispiel 9 und 10 wurden die folgenden Verbindungen
hergestellt:

11. 4-(p-Methylbenzyl)-2-[N-methyl-perhydroazepinyl-(4)]
    -1-(2H)-phthalazinon-sulfat
    Fp.: 199 – 203° C

12. 4-(p-Methoxybenzyl)-2-[N-methyl-perhydroazepinyl-(4)]
    -1-(2H)-phthalazinon-sulfat
    Fp.: 203 – 205° C

13. 4-(3,4-Dimethoxybenzyl)-2-[N-methyl-perhydroazepinyl-
    (4)]-1-(2H)-phthalazinon-sulfat
    Fp.: 118 – 120° C (Z.)

14. 4-(2-Chlorbenzyl)-2-[N-methyl-perhydroazepinyl-(4)]
    -1-(2H)-phthalazinon-hydrochlorid
    Fp.: 198 – 200° C

15. 4-(3-Chlorbenzyl)-2-[N-methyl-perhydroazepinyl-(4)]
    -1-(2H)-phthalazinon
    Fp.: 77 – 78° C

16. 4-(p-Chlorbenzyl)-6,7-dimethoxy-2-[N-methyl-perhydro-
    azepinyl-(4)]-1-(2H)-phthalazinon-sulfat
    Fp.: 286 – 290° C

– 22 –

2164058

- 22 -

17. 4-(2,4-Dichlorbenzyl)-2-[N-methyl-perhydroazepinyl-(4)]-1-(2H)-phthalazinon-fumarat
Fp.: 207 - 211° C

18. 4-(p-Dimethylaminobenzyl)-2-[N-methyl-perhydroazepinyl-(4)]-1-(2H)-phthalazinon-fumarat
Fp.: 177 - 182° C (Z.)

19. 4-(p-Fluorbenzyl)-2-(N-methyl-perhydroazepinyl-(4)]-1-(2H)-phthalazinon-sulfat
Fp. 211- 220° C

20. 4-(p-Brombenzyl)-2-[N-methyl-perhydroazepinyl-(4)]-1-(2H)-phthalazinon-sulfat
Fp.: 215 - 220° C

21. 4-(p-Acetaminobenzyl)-2-[N-methyl-perhydroazepinyl-(4)]-1-(2H)-phthalazinon-hydrochlorid-hydrat
Fp.: 275 - 278° C

22. 4-(p-Aminobenzyl)-2-[N-methyl-perhydroazepinyl-(4)]-1-(2H)-phthalazinon-dihydrochlorid-hydrat
Fp.: 270 - 277° C

23. 4-(p-Hydroxybenzyl)-2[N-methyl-perhydroazepinyl-(4)]-1-(2H)-phthalazinon-hydrochlorid-hydrat
Fp.: 260 - 266° C


Beispiel 24

4-(p-Chlorbenzyl)-2-[chinuclidyl-(3)]-1-(2H)-phthalazinon

5,5 g p-Chlorphenylacetophenon-O-carbonsäure werden in
30 ml 2n-Natronlauge und 30 ml Wasser gelöst, mit 4,3 g

- 23 -

2164058

– 23 –

3-Chinuclidyl-hydrazin-dihydrochlorid versetzt und 3 Stunden unter Stickstoff zum Sieden erhitzt. Nach dem Erkalten setzt sich ein zähes, rotes Oel ab, das beim Anreiben kristallisiert. Die Festsubstanz wird abgesaugt, mit Wasser gewaschen und umkristallisiert. Die erhaltenen 4,4 g schmelzen bei 181 – 182° C.

Beispiel 25

4-(p-Chlorbenzyl-2-[N-methylpiperidyl-(4)]-1-(2H)-phthalazinon

11 g p-Chlorphenylacetophenon-O-carbonsäure werden in 120 ml Alkohol gelöst, mit einer Lösung von 8 g N-Methyl-piperidyl-(4)-hydrazin-dihydrochlorid versetzt und 8 Stunden unter Stickstoff am Rückfluß gekocht. Der Alkohol wird ab-destilliert und der Rückstand mit verdünnter Natronlauge angerieben. Die unlösliche, schmierige Substanz wird in Chloroform aufgenommen, gewaschen und getrocknet. Nach dem Einengen bleiben 8,4 g Base zurück. Das Fumarat hat einen Schmelzpunkt von 191 – 193° C.

Gemäß Beispiel 24 und 25 wurden die folgenden Verbindungen hergestellt:

26. 4-Benzyl-2-[N-methylpiperidyl-(4)]-1-(2H)-phthalazinon-hydrat

Fp.: 106 – 110° C

– 24 –

MP0232

2164058

– 24 –

27. <u>4-(p-Chlorbenzyl)2-[1,3-dimethyl-piperidyl-(4)]-1-(2H)-phthalazinon-fumarat</u>

Fp.: 219 – 221° C

28. <u>4-(p-Chlorbenzyl)-2-[tropanyl-(3)]-1-(2H)-phthalazinon-hydrochlorid-hydrat</u>

Fp.: 270 – 274° C

29. <u>4-Benzyl-2-{2-[N-methylpyrrolidinyl-(2)]äthyl}-1-(2H)-phthalazinon-fumarat-hydrat</u>

Fp.: 95 – 99° C

30. <u>4-Benzyl-2-[chinuclidyl-(3)]-1-(2H)-phthalazinon-fumarat-hydrat</u>

Fp.: 233 – 235° C

31. <u>4-(p-Chlorbenzyl)-2-{2-[N-methylpyrrolidinyl-(2)]-äthyl}-1-(2H)-phthalazinon-hydrochlorid</u>

Fp.: 220 – 224° C

32. <u>4-(p-Chlorbenzyl)-2-[N-methylpyrrolidinyl-(3)]-1-(2H)-phthalazinon</u>

Fp.: 117 – 120° C

33. <u>4-(p-Methoxybenzyl)-2-[chinuclidyl-(3)]-1-(2H)-phthalazinon-hydrochlorid</u>

Fp.: 236 – 237° C

34. <u>4-(p-Fluorbenzyl)-2-[N-methylpyrrolidinyl-(3)]-1-(2H)-phthalazinon</u>

Fp. 90 – 93° C

35. <u>4-(p-Methylbenzyl)-2-[N-methylpyrrolidinyl-(3)]-1-(2H)-phthalazinon</u>

Fp.: 96 – 98° C

209831/1147

MP0233

- 25 -    2164058

36. <u>4-(p-Chlorbenzyl)-2-[nortropanyl(3)]-1-(2H)-phthalazinon-
hydrochlorid</u>
Fp.: 320° C

37. <u>4-(p-Chlorbenzyl)-2-[perhydroazepinyl-(4)]- 1(2H)-
phthalazinon-fumarat</u>
Fp.: Zersetzung

<u>Beispiel 38</u>

<u>4-(p-Chlorbenzyl)-2-[N-methyl-perhydroazepinyl-(4)]-
1-(2H)-phthalazinon</u>

1,o g 4-(p-Chlorbenzyl)-2-[perhydroazepinyl-(4)]-1-(2H)-
phthalazinon werden mit 10 g 40 %iger Formalinlösung und
11,6 g Ameisensäure 5 Stunden zum Sieden erhitzt. Die Lö-
sung wird eingeengt, der Rückstand mit verdünnter Natron-
lauge angerieben und die ungelöste Substanz in Chloroform
aufgenommen. Nach dem Trocknen und Abdestillieren des
Chloroforms wird der Rückstand in Aether gelöst und mit
ätherischer HCl werden 0,8 g Hydrochlorid gefällt. Nach dem
Umkristallisieren aus Alkohol schmilzt es bei 225 - 229° C.
Diese Verbindung entspricht der aus Beispiel 10.

Gemäß Beispiel 38 wurde die folgende Verbindung hergestellt:

39. <u>2-[N-Methyl-perhydroazepinyl-(4)]-4-(p-trifluormethyl-
benzyl)-1-(2H)-phthalazinon.</u>

- 26 -

- 26 -                          2164058

<u>Beispiel 40</u>

<u>4-(p-Chlorbenzyl)-2-[N-methylpiperidyl-(3)]-1-(2H)-</u>
<u>phthalazinon</u>

4,9 g 3-[4-(p-Chlorbenzyl)-1-oxo-phthalazinyl-(2)]-1-
methyl-pyridiniumjodid werden in 300 ml Alkohol mit $PtO_2$
als Katalysator 7 Stunden bei 80° C und einem $H_2$-Druck von
100 Atmosphären hydriert. Nach dem Abfiltrieren des Kataly-
sators und dem Abdestillieren des Alkohols wird der Rück-
stand mit verdünnter Natronlauge behandelt, die unlösliche
Substanz in Methylenchlorid aufgenommen, mit Wasser gewa-
schen und über Pottasche getrocknet. Das Lösungsmittel wird
abdestilliert und der feste Rückstand aus 60 - 70%igem
Alkohol umkristallisiert. Die Ausbeute beträgt 2,5 g.
Fp.: 154 - 156° C.


Gemäß Beispiel 40 wurden die folgenden Verbindungen herge-
stellt:

41. <u>4-(p-Methylbenzyl)-2-[N-methylpiperidyl-(3)]-1-(2H)-</u>
    <u>phthalazinon</u>
    Fp.: 137 - 139° C

42. <u>4-(p-Methoxybenzyl)-2-[N-methylpiperidyl-(3)]-1(2H)-</u>
    <u>phthalazinon</u>
    Fp.: 87 - 93° C

- 27 -

MP0235

2164058

- 27 -

### Beispiel 43

Bei der Herstellung der Tabletten der erfindungsgemäßen Wirkstoffe findet folgende Rezeptur Anwendung:

| | |
|---|---|
| Erfindungsgemäßer Wirkstoff | 1,0 mg |
| Maisstärke | 51,0 mg |
| Ca.phosphat sec.wasserfr. | 20,0 mg |
| Milchzucker | 20,0 mg |
| Polyvinylpyrrolidon | 3,0 mg |
| Talkum | 4,0 mg |
| Magnesiumstearat | 1,0 mg |
| | 100,0 mg |

Hierzu wird der Wirkstoff zusammen mit dem Polyvinylpyrroli-don in der 5-fachen Menge Chloroform gelöst und mit einer homogenen Mischung aus 60 % der Maisstärke, Calciumphosphat und Milchzucker zu einem Granulat verarbeitet. Das getrocknete und auf eine maximale Korngröße von 0,75 mm gebrachte Granulat wird mit der restlichen Maisstärke, dem Talkum und Magnesiumstearat eine halbe Stunde gemischt und Tabletten von 100 mg und 6 mm Durchmesser gepreßt.

### Beispiel 44

Nach Beispiel 43 werden Dragee-Kerne mit einem Gewicht von 100 mg, 6 mm Durchmesser und einem Wölbungsradius von 5 mm gepreßt. Diese Kerne werden bis zu einem Gewicht von 170 mg mit der üblichen Dragee-Decke versehen.

- 28 -

MP0236

- 28 -                          2164058

Anstelle einer Dragee-Decke können die Kerne auch in einer
Sprühapparatur mit einer Lacklösung besprüht werden. Der
resultierende Überzug setzt sich wie folgt zusammen:

| | |
|---|---|
| Hydroxypropylmethylcellulose | 1,6 mg |
| Aethylcellulose | 0,5 mg |
| Polyglykol 4000 | 0,4 mg |
| 1.2 Propylenglykol | 0,25mg |
| Titandioxid | 0,25mg |

Anstelle von 1 mg Wirkstoff können in der vorliegenden Re-
zeptur auch geringere Mengen z.B, 0,6 und 0,3 mg eingesetzt
werden. Hierbei wird der Gewichtsunterschied durch Mais-
stärke ausgeglichen.

Beispiel 45

1 g Wirkstoffbase (als Hydrochlorid) wird auf eine Korn-
größe von <75 $\mu$ gebracht und unter Homogenisierung mit einem
Intensivrührer langsam in 999 g geschmolzenes, 40$^o$ warmes
Hartfett eingetragen. Aus der erhaltenen homogenen Mischung
werden in Suppositoriengießformen oder PVC-Hartfolienriegel
Zäpfchen von je 1,0 g hergestellt. Analog lassen sich
Zäpfchen mit einem Gehalt von 0,5 mg, 2 und 6 mg Wirkstoff
darstellen.

- 29 -

209831/1147

MP0237

2164058

– 29 –

<u>Beispiel 46</u>

300 mg Wirkstoffbase (als Hydrochlorid) werden zusammen mit
855 mg Natriumchlorid in 90 ml Ampullenwasser gelöst und auf
100 ml aufgefüllt. Die erhaltene Lösung wird schwebstoffrei
filtriert und in Ampullen zu je 1,1 ml abgefüllt. Die ver-
schlossenen Ampullen werden in einer Dampfsterilisation
im Autoklaven mit gespanntem Wasserdampf von mindestens
120° C eine halbe Stunde sterilisiert.

<u>Patentansprüche:</u>

– 30 –

- 30 -

2164058

<u>Patentansprüche:</u>

1. Basisch substituierte Benzylphthalazon-Derivate der allge-
meinen Formel I



I

worin $R_1$ und $R_2$, die gleich oder verschieden sein können,
Wasserstoffatome, Halogen-, Niederalkyl-, Niederalkoxy-,
Hydroxy-, Trifluormethyl-, Nitro- oder substituierte oder
unsubstituierte Aminogruppen bedeuten, X eine Alkylen-
gruppe der Formel

$$-CH_2-, \quad -CH_2CH_2-, \quad -\underset{\underset{CH_3}{|}}{CH}-, \quad -\underset{\underset{CH_3}{|}}{CH}CH_2- \quad \text{oder} \quad -CH_2\underset{\underset{CH_3}{|}}{CH}-$$

ist und m und n, die gleich oder verschieden sein können,
ganze Zahlen von 1 bis 3 sind und p für 0 oder 1 steht
und der Rest -CH͡  Y ein unsubstituierter oder durch
Niederalkylgruppen substituierter, ein oder zwei
Stickstoffatome enthaltender, mono-, bi- oder tricycli-
scher Rest mit insgesamt 3 bis 8 Kohlenstoffatomen ist,
wobei die Stickstoffatome durch Wasserstoff oder eine
Niederalkylgruppe mit 1 bis 4 Kohlenstoffatomen substitu-

- 31 -

MP0239

- 31 -                    2164058

iert sind, die mit einem anderen Atom des cyclischen Restes
unter Bildung eines Bi- oder Tricyclus verbunden sein kann,
sowie der physiologisch unbedenklichen Säureadditionssalze
dieser Benzylphthalazon-Derivate.

2. Basisch substituierte Benzylphthalazon-Derivate und deren
   physiologisch unbedenkliche Säureadditionssalze gemäß
   Anspruch 1, dadurch gekennzeichnet, daß $R_1$ und $R_2$ Wasser-
   stoff- oder Halogenatome, Hydroxy-, Niederalkyl-, Nieder-
   alkoxy- oder Trifluormethyl-Gruppen sind  und m und n
   1 oder 2 bedeuten.

3. Basisch substituierte Benzylphthalazon-Derivate und deren
   physiologisch unbedenkliche Säureadditionssalze gemäß
   Anspruch 2, dadurch gekennzeichnet, daß $R_2$ ein Wasserstoff-
   atom ist.

4. Basisch substituierte Benzylphthalazon-Derivate und deren
   physiologisch unbedenkliche Säureadditionssalze gemäß
   Anspruch 3, dadurch gekennzeichnet, daß X eine der Gruppen
   
   $$-CH_2- \text{ oder } -\overset{\overset{\textstyle CH_3}{|}}{CH}-$$
   
   ist.

- 32 -

- 32 -                    2164058

5. Basisch substituierte Benzylphthalazon-Derivate und deren
   physiologisch unbedenkliche Säureadditionssalze gemäß
   Anspruch 4, dadurch gekennzeichnet, daß der Rest
   -CH⟩Y insgesamt 4 bis 7 Kohlenstoffatome im Ring besitzt.

6. Basisch substituierte Benzylphthalazon-Derivate und deren
   physiologisch unbedenkliche Säureadditionssalze gemäß
   Anspruch 5, dadurch gekennzeichnet, daß der Rest
   -CH⟩Y ein N-substituierter Pyrrolidin-, Piperidin-
   oder Perhydroazepin-Rest oder der Chinuclidin-Rest oder
   der Tropanyl- oder Scopyl-Rest ist, wobei der Tropanyl-
   oder Scopyl-Rest unmittelbar mit dem Ring-C-Atom an den
   Amidstickstoff des Phthalazons gebunden ist, während der
   Pyrrolidin-, Piperidin-, Perhydroazepin- oder Chinuclidin-
   Rest unmittelbar oder über eine der Gruppen

$$-CH_2- \text{ oder } -\overset{\overset{\displaystyle CH_3}{|}}{CH}-$$

   an das Stickstoffatom des Phthalazons gebunden ist.

7. Basisch substituierte Benzylphthalazon-Derivate und deren
   physiologisch unbedenkliche Säureadditionssalze gemäß
   Anspruch 6, dadurch gekennzeichnet, daß $R_1$ ein Wasserstoff-,
   Fluor-, Chlor- oder Bromatom oder eine Methoxy-, Äthoxy-,
   Methyl-, Hydroxy- oder Trifluormethyl-Gruppe, $R_2$ ein Wasser-
   stoffatom, m die Zahl 1 oder 2 ist, p 0 ist und der Rest
   -CH⟩Y der N-Methyl-hydroazepinyl-, Tropanyl- oder Chinu-
   clidyl-Rest ist.

                                          - 33 -

MP0241

- 33 -                    2164058

8. Pharmazeutische Präparate gemäß Anspruch 7, dadurch gekenn-
   zeichnet, daß $R_1$ das p-Fluor- oder das p-Chloratom, m 1, n
   und p 0 und der Rest $-CH\bigcirc Y$ der N-Methyl-perhydroazepinyl-
   (4)-Rest ist.

9. Pharmazeutische Präparate, dadurch gekennzeichnet, daß sie
   als Wirkstoff eine Verbindung gemäß Ansprüchen 1 bis 8 ent-
   halten.

10. Pharmazeutische Präparate gemäß Anspruch 8, dadurch gekenn-
    zeichnet, daß sie aus einer Verbindung gemäß Ansprüchen 1 bis
    8 und üblichen Träger- und Hilfsstoffen und gegebenenfalls
    einem oder mehreren anderen, bei Antihistaminika üblichen
    Wirkstoffen bestehen.

11. Verfahren zur Herstellung der basisch substituierten Benzyl-
    phthalazon-Derivate und deren physiologisch unbedenklicher
    Säureadditionssalze gemäß Ansprüchen 1 bis 8, dadurch ge-
    kennzeichnet, daß man

    A) eine Verbindung der allgemeinen Formel II



II

    oder ein reaktionsfähiges Derivat derselben, worin $R_1$,
    $R_2$, m und n die gleiche Bedeutung wie in Formel I haben,
    mit einem Hydrazin der allgemeinen Formel III

-34-

MP0242

- 34 -                           2164058

$$H_2N-NH-R_3$$                           III

worin $R_3$ Wasserstoff oder der Rest $-(X)_p-CH\quad Y$ ist,

worin X, p und Y die gleiche Bedeutung wie in Formel I

haben,

oder

B) eine Verbindung der allgemeinen Formel IV



IV

worin $R_1$, $R_2$, m und n die gleiche Bedeutung wie in

Formel I haben, mit einer Verbindung der allgemeinen

Formel V



V

worin R 3 die gleiche Bedeutung wie in Formel III hat

und $R_4$ einen Niederalkylrest bedeutet,

oder

- 35 -

2164058

- 35 -

C) eine Verbindung der allgemeinen Formel VI



VI

worin $R_2$ und n die gleiche Bedeutung wie in Formel I
und $R_3$ die gleiche Bedeutung wie in Formel III haben,
mit einer Verbindung der allgemeinen Formel VII



VII

worin $R_1$ und m die gleiche Bedeutung wie in Formel I
haben und Z ein Halogenatom oder eine Hydroxy- oder
Alkoxygruppe ist,

oder

D) eine Verbindung der allgemeinen Formel I, worin das
Stickstoffatom des basischen Restes -CH   Y mit Wasser-
stoff substituiert ist, mit einem Alkylierungsmittel
umsetzt

oder

- 36 -

- 36 -                    2164058

E) eine Verbindung der allgemeinen Formel IX



IX

worin $R_1$, $R_2$, m, n, X und p die gleiche Bedeutung wie inn
Formel I haben, -CH $Y_1$ der Rest -CH Y ist, der mindestens
eine ungesättigte Doppelbindung und ein Stickstoff-Kation im
Ring aufweist, und $W^\ominus$ ein Anion darstellt, hydriert
und erhaltene Benzyl-phthalazon-Derivate, in denen $R_3$ Wasser-
stoff ist, mit einer Verbindung der Formel VIII

Q-$R_3$                        VIII

worin Q ein Atom oder eine Atomgruppe ist, das bzw. die unter
Mitnahme ihres Elektronenpaares bei der Substitution des Amid-
Stickstoffatomes austritt, wie beispielsweise ein Halogenatom
oder eine Sulfonsäureestergruppe, und $R_3$ der Rest -$(X)_p$-CH Y
ist, worin X, p und Y die gleiche Bedeutung wie in Formel I
haben, umsetzt, und die erhaltenen Benzyl-phthalazon-Derivate
gegebenenfalls mit Säuren in die physiologisch unbedenklichen
Säureadditionssalze oder erhaltene Salze dieser Benzyl-
phthalazon-Derivate in die freien Basen überführt.

⑲ **BUNDESREPUBLIK**

**DEUTSCHLAND**



**DEUTSCHES**

**PATENTAMT**

⑫ **Offenlegungsschrift**

⑪ **DE 3530793 A1**

⑤ Int. Cl.⁴:

**C07D 403/04**

A 61 K 31/50
A 61 K 31/55

**DE 3530793 A1**

㉑ Aktenzeichen:   P 35 30 793.5
㉒ Anmeldetag:   29. 8. 85
㊸ Offenlegungstag:   27. 3. 86



㉚ Innere Priorität: ㉜ ㉝ ㉛

14.09.84 DE 34 33 776.8

⑦ Anmelder:

ASTA-Werke AG Chemische Fabrik, 4800 Bielefeld, DE

㉒ Erfinder:

Engel, Jürgen, Dr., 8755 Alzenau, DE; Scheffler, Gerhard, Dr., 6450 Hanau, DE

**DE 3530793 A1**

�554 Substituierte Benzylphthalazinon-Derivate

Verbindungen der Formel

worin R ein Benzylrest, ein Phenylethylrest, ein Methoxyethylrest oder ein Allylrest ist mit antiallergischer Wirkung.

**MP0246**

84 180 PH
27.08.1985
3530793

1    ASTA-Werke Aktiengesellschaft, Chemische Fabrik
     Artur-Ladebeck-Straße 128-152, 4800 Bielefeld 14

5    <u>Substituierte Benzylphthalazinon-Derivate</u>

10   Patentansprüche:

     1.    Substituierte Benzylphthalazinon-Derivate der
           Formel

15



I

30    worin R ein Benzylrest, ein Phenylethylrest, ein
      Methoxyethylrest oder ein Allylrest ist und deren
      physiologisch unbedenkliche Säureadditionssalze.

35                                            . . .

MP0247

- 2 -                          3530793

2.  Verfahren zur Herstellung von subsituierten
    Benzylphthalazinon-Derivaten der Formel



I

worin R ein Benzylrest, ein Phenylethylrest, ein
Methoxyethylrest oder ein Allylrest ist und
deren physiologisch unbedenklichen Säureadditions-
salze,
dadurch gekennzeichnet,
daß man

a)   eine Verbindung der Formel



II

...

MP0248

- 3 -                                    3530793

1          mit einer Verbindung der Formel

                    RX                              III
5

           umsetzt, wobei R die Bedeutungen wie in
           Formel I hat und X eine durch eine starke
           anorganische oder organische Säure ver-
10         esterte Hydroxygruppe ist oder

      b)   eine Verbindung der Formel

$$
\begin{array}{c}
Cl \\
\text{(benzene ring)} \\
CH_2 \\
| \\
CO \\
\text{(benzene ring)} - COOH
\end{array}
$$

15                                                 IV

20

25         oder ein reaktionsfähiges Derivat derselben
           mit einem Hydrazin der allgemeinen Formel

                    $H_2N - NH - Z$                    V
30

           worin Z Wasserstoff oder der Rest

35         $\overset{}{\underset{H}{\bigwedge}} N - R$

                                        · · ·

MP0249

- 4 -

3530793

ist und R die Bedeutungen wie in Formel I
hat, umsetzt, und in den Fällen, wo Z Wasser-
stoff ist die erhaltenen Benzyl-phthalazinon-
Derivate anschließend mit einer Verbindung
der Formel

$$Y - Q \qquad VI$$

umsetzt, wobei Y ein Halogenatom oder eine
Sulfonsäureestergruppe ist und Q entweder
den Rest



oder den Rest



darstellt und R jeweils die bereits ange-
gebenen Bedeutungen hat,

und gegebenenfalls die erhaltenen Verbindungen
in ihre Säureadditionssalze überführt.

3.  Verbindungen der Formel I zur Anwendung als
    therapeutische Wirkstoffe.

4.  Arzneimittel, enthaltend eine Verbindung der all-
    gemeinen Formel I neben üblichen Träger- und/oder
    Verdünnungs- beziehungsweise Hilfsstoffen.

...

**MP0250**

- 5 -                    3530793

5. Verfahren zur Herstellung eines Arzneimittels,
   dadurch gekennzeichnet,
   daß eine Verbindung der allgemeinen Formel I
   mit gebräuchlichen pharmazeutischen Trägerstoffen
   und/oder Verdünnungsmitteln beziehungsweise
   sonstigen Hilfsstoffen zu pharmazeutischen Zu-
   bereitungen verarbeitet beziehungsweise in
   eine therapeutisch anwendbare Form gebracht
   wird.

6. Verwendung von Verbindungen der allgemeinen
   Formel I zur Herstellung von Arzneimitteln.

. . .

MP0251

- *6* -
6

3530793

1   ASTA-Werke Aktiengesellschaft, Chemische Fabrik
    Artur-Ladebeck-Straße 128-152, 4800 Bielefeld 14

5   Substituierte Benzylphthalazinon-Derivate

10  Gegenstand der deutschen Patentschrift 21 64 058 sind
    basisch substituierte 4-Benzyl-1-(2H)-phthalazinon-
    Derivate der folgenden Formel

15



20

25

    worin R ein Wasserstoff- oder Halogenatom, eine
    Trifluormethylgruppe oder eine niedere Alkyl- oder
    Alkoxygruppe und Z einen 4-Perhydroazepinyl-,
    N-Methyl-4-perhydroazepinyl-, 3-Chinuclidyl-, 3-
30  Tropanyl-, 3-Nortropanyl-, N-Methyl-3-pyrrolidinyl-
    oder N-Methyl-2-pyrrolidinyl-methyl-Rest bedeutet,
    sowie die physiologisch unbedenklichen Säureadditions-
    salze hiervon.
    Diese Verbindungen besitzen eine Antihistamin-Wirkung.
35

    • • •

**MP0252**

- 7 -

3530793

1    Die Erfindung betrifft die durch die Patentansprüche
     definierten Gegenstände.

     Die erfindungsgemäßen Verbindungen sind antiallergisch
5    und asthmaprophylaktisch wirksam, jedoch erheblich
     stärker und besser als die vorbekannten Verbindungen
     der deutschen Patentschrift 21 64 058. Darüberhinaus
     besitzen sie im Gegensatz zu dem bekannten Arzneimittel-
     wirkstoff AZELASTIN (Verbindung gemäß Beispiel 5 der
10   deutschen Patentschrift 21 64 058) keinen, beziehungs-
     weise einen erheblich geringeren bitteren Geschmack,
     so daß sie ohne weiteres beispielsweise auch als Aerosol
     appliziert werden können.

15                                        ...

20

25

30

35

MP0253

- 8 -                          3530793

1    Zu dem Verfahren a)

Das Verfahren kann ohne zusätzliches Lösungsmittel
oder in einem geeigneten Lösungs- oder Dispergiermittel
5    durchgeführt werden. Als Lösungs- oder Dispergiermittel
kommen zum Beispiel in Betracht: Aromatische Kohlen-
wasserstoffe wie zum Beispiel Benzol, Mesitylen, Toluol,
Xylol; Pyridin; niedere aliphatische Ketone wie zum Bei-
spiel Aceton, Methyläthylketon; halogenierte Kohlenwasser-
10   stoffe wie zum Beispiel Chloroform, 1,2-Dichlorethan, Tetra-
chlorkohlenstoff, Chlorbenzol, Methylenchlorid; Ether
wie zum Beispiel Tetrahydrofuran, Dioxan, Diisopropyl-
ether; Sulfoxyde wie zum Beispiel Dimethylsulfoxid;
tertiäre Säureamide wie zum Beispiel Dimethylformamid,
15   Dimethylacetamid, Hexamethylphosphorsäuretriamid,
Tetramethylharnstoff, N-Methylpyrrolidon; niedere
Alkohole wie zum Beispiel Methanol, Äthanol, Isopropanol,
Amylalkohol, Butanol, tert.-Butanol sowie Mischungen
der genannten Mittel. Die Reaktion wird beispielsweise
20   bei Temperaturen zwischen 20° bis 200° C, vorzugsweise
40 bis 160° C oder auch 50 bis 120° C durchgeführt.
Wird ein Lösungs- beziehungsweise Dispersionsmittel ver-
wendet, arbeitet man häufig bei der Rückflußtemperatur
dieses Mittels. Die Reaktion läuft häufig bereits auch
25   schon bei Raumtemperatur ab, beziehungsweise bei einer
Temperatur zwischen 40 bis 120° C.

Die Umsetzung wird vorteilhaft in Gegenwart von säure-
bindenden Mitteln wie Alkalicarbonaten, Pottasche,
30   Soda, Alkaliacetaten, Alkalihydroxyden oder tertiären
Basen (Triethylamin, Pyridin) durchgeführt.

Falls X eine veresterte Hydroxygruppe bedeutet,
dann handelt es sich hierbei um reaktionsfähige Ester.
35   Ein reaktionsfähiger Ester ist dabei zum Beispiel der-
jenige einer starken organischen oder anorganischen

· · ·

MP0254

- 9 -                              3530793

1    Säure, wie vor allem einer Halogenwasserstoffsäure,
     zum Beispiel der Chlor-, Brom- oder Jodwasserstoff-
     säure, oder einer Sulfonsäure, wie einer Aryl- oder
     $C_1$-$C_6$-Alkylsulfonsäure, zum Beispiel von niederen
5    Alkylbenzolsulfonsäuren (p-Toluolsulfonsäure). Als
     Lösungsmittel kommen insbesondere Mittel wie Dioxan/
     Wasser, Dimethylformamid/Wasser oder niedere gesättigte
     aliphatische Alkohole in Frage.

10   Nicht bekannte Ausgangsstoffe der Formel III können
     zum Beispiel analog Houben-Weyl, Methoden der Organischen
     Chemie, Band 5/3 (1962), Seite 503 ff., Band 6/2 (1963),
     Seite 475 ff. oder Band 9 (1955), Seite 426 erhalten
     werden.

15

                                          ...

20


25


30


35

MP0255

- 10 -                           3530793

1     Zu dem Verfahren b)

      Als reaktionsfähige Derivate der Carbonsäure der
      allgemeinen Formel IV kommen insbesondere die
5     Säurehalogenide (-chloride, -bromide, -jodide), -ester
      (insbesondere mit $C_1$-$C_6$-Alkanolen) und -anhydride
      (beispielsweise p-Chlor-benzyliden-phthalid) in Frage.
      Die Umsetzung wird in An- oder Abwesenheit der üblichen
      Lösungs- und Hilfsmittel bei Temperaturen zwischen 40
10    und 200° C und in weitem pH-Bereich von Saurem bis zum
      Alkalischen durchgeführt.
      Als Lösungsmittel eignen sich zum Beispiel Wasser,
      aromatische Kohlenwasserstoffe wie zum Beispiel Benzol,
      Mesitylen, Toluol, Xylol; halogenierte Kohlenwasserstoffe
15    wie zum Beispiel Chloroform, 1,2-Dichlorethan, Tetra-
      chlorkohlenstoff, Chlorbenzol, Methylenchlorid; Ether
      wie zum Beispiel Tetrahydrofuran, Dioxan, Diisopropyl-
      ether; Sulfoxyde wie zum Beispiel Dimethylsulfoxid;
      tertiäre Säureamide wie zum Beispiel Dimethylformamid,
20    Dimethylacetamid, Hexamethylphosphorsäuretriamid,
      Tetramethylharnstoff, N-Methylpyrrolidon; niedere
      Alkohole wie zum Beispiel Methanol, Äthanol, Iso-
      propanol, Amylalkohol, Butanol, tert.-Butanol und
      Mischungen der genannten Mittel sowie auch tertiäre
25    Amine, zum Beispiel Pyridin. Als Hilfsmittel können in
      Frage kommen Basen, Säuren und für diese Reaktionen
      übliche Kondensationsmittel.

      Für die Umsetzung von solchen Benzyl-phthalazinon-
30    Derivaten, die erhalten werden, wenn Z der Formel V
      Wasserstoff ist, mit einer Verbindung Y - Q, kommen
      ebenfalls die oben angegebenen Lösungsmittel sowie der
      oben angegebene Temperaturbereich in Frage.

35                                              ...

**MP0256**

- 11 -                           3530793

1    Insbesondere kommen als Lösungsmittel tertiäre Säure-
amide (zum Beispiel Dimethylformamid), aromatische
Kohlenwasserstoffe (zum Beispiel Toluol) oder auch
Wasser in Frage, wobei häufig in Gegenwart basischer
5    Stoffe (zum Beispiel Alkalihydroxiden) gearbeitet wird.
Vorzugsweise wird bei Temperaturen zwischen 80 - 200° C,
insbesondere 80 - 150° C gearbeitet.
Falls Y der Formel VI ein Halogenatom bedeutet, handelt
es sich um Chlor, Brom oder Jod. Falls Y der Formel VI
10    eine Sulfonsäureestergruppe darstellt, handelt es sich
beispielsweise um einen $C_1$-$C_6$-Alkylsulfonsäurerest
(zum Beispiel $CH_3$-$SO_2$-O-) oder einen Arylsulfonsäure-
rest, wie zum Beispiel den Rest einer $C_1$-$C_4$-Alkylbenzol-
sulfonsäure (zum Beispiel p-Toluolsulfonyloxyrest).
15    Die Benzyl-phthalazinon-Ausgangsverbindung (Verbindung
der Formel I, wo sich an dem Säureamid-Stickstoffatom
anstelle des Siebenrings mit dem Substituenten R ein
Wasserstoffatom befindet) wird beispielsweise auch in
Form ihres Alkalisalzes (Na, K) eingesetzt. Derartige
20    Alkalisalze können beispielsweise in üblicher Weise
aus dem entsprechenden Phthalazinon und dem Alkali-
metall in alkoholischer Lösung (zum Beispiel Ethanol)
oder einem anderen hierfür üblichen Mittel zwischen
60 und 100° C erhalten werden. Die bei der Umsetzung
25    mit Verbindungen der Formel VI erhaltenen Endprodukte
stellen gegebenenfalls jeweils Gemische dar aus Ver-
bindungen der Formel I (mit dem 7-Ring) und den ent-
sprechenden Verbindungen, die anstelle des 7-Ringes
den Rest

30

$$- CH_2 - CH_2 - \underset{\underset{R}{|}}{N}\!\!\!\diagup\!\!\diagdown$$

enthalten (Cycloammonium-Umlagerung unter Änderung der
35    Ringgröße). Die Isolierung der Zielverbindung I und

. . .

**MP0257**

- 12 -

3530793

1  von der 5-Ring-Verbindung kann beispielsweise in
üblicher Weise durch fraktionierte Kristallisation
erfolgen.

5  Je nach den Verfahrensbedingungen und Ausgangsstoffen
erhält man die Endstoffe der Formel I in freier Form
oder in Form ihrer Salze. Die Salze der Endstoffe
können in an sich bekannter Weise, beispielsweise mit
Alkali oder Ionenaustauschern, wieder in die Basen über-
10  geführt werden. Von den letzteren lassen sich durch Um-
setzung mit organischen oder anorganischen Säuren, ins-
besondere solchen, die zur Bildung von therapeutisch ver-
wendbaren Salzen geeignet sind, Salze gewinnen.

15  Die erfindungsgemäßen Verbindungen der Formel I
enthalten ein asymmetrisches Kohlenstoffatom
(C-Atom des 7-Ringes, welches mit dem Säureamid-Stick-
stoffatom des Phthalazinons verbunden ist) und werden
daher in der Regel als Racemate erhalten. Solche Racemate
20  können in an sich bekannter Weise beispielsweise durch
fraktionierte Kristallisation der Salze von racemischen
Verbindungen I mit optisch aktiven Säuren oder auch
durch chromatographische Racemattrennung (siehe bei-
spielsweise Angewandte Chemie 92/1 (1980) Seite 14)
25  in die optisch aktiven Isomeren gespalten werden. Es
ist aber auch möglich, von vornherein eine optisch
aktive Ausgangssubstanz einzusetzen, wobei dann als
Endprodukte eine entsprechende optisch aktive Form
erhalten wird.

30

Die vorliegende Erfindung umfasst also die Racemate sowie
die entsprechenden optisch aktiven rechts- und links-
drehenden Formen.

35  Die erfindungsgemäßen Verbindungen sind zur Herstellung
pharmazeutischer Zusammensetzungen beziehungsweise
Zubereitungen geeignet. Die pharmazeutischen Zusammen-

...

MP0258

- 13 -

3530793

1  setzungen beziehungsweise Arzneimittel enthalten als
   Wirkstoff einen oder mehrere der erfindungsgemäßen
   Verbindungen, gegebenenfalls in Mischung mit anderen
   pharmakologisch beziehungsweise pharmazeutisch wirk-
5  samen Stoffen. Die Herstellung der Arzneimittel kann
   unter Verwendung der bekannten und üblichen pharma-
   zeutischen Trägermittel und Hilfsstoffe erfolgen.

...

10

15

20

25

30

35

**MP0259**

- 13 -
14

3530793

1    Pharmakologische beziehungsweise pharmazeutische Angaben

Die erfindungsgemäßen Verbindungen sind zur Herstellung
pharmazeutischer Zusammensetzungen und Zubereitungen ge-
5    eignet. Die pharmazeutischen Zusammensetzungen bezie-
hungsweise Arzneimittel enthalten als Wirkstoff einen
oder mehrere der erfindungsgemäßen Verbindungen, gege-
benenfalls in Mischung mit anderen pharmakologisch be-
ziehungsweise pharmazeutisch wirksamen Stoffen. Die
10   Herstellung der Arzneimittel erfolgt in bekannter Weise,
wobei die bekannten und üblichen pharmazeutischen Hilfs-
stoffe sowie sonstige übliche Träger- und Verdünnungs-
mittel verwendet werden können.
Als derartige Träger- und Hilfsstoffe kommen zum Bei-
15   spiel solche Stoffe in Frage, die in folgenden Litera-
turstellen als Hilfsstoffe für Pharmazie, Kosmetik und
angrenzende Gebiete empfohlen beziehungsweise angegeben
sind: Ullmanns Encyklopädie der technischen Chemie,
Band 4 (1953), Seite 1 bis 39; Journal of Pharmaceutical
20   Sciences, Band 52 (1963), Seite 918 u.ff.,
H.v.Czetsch-Lindenwald, Hilfsstoffe für Pharmazie und
angrenzende Gebiete; Pharm. Ind., Heft 2, 1961,
Seite 72 u.ff.; Dr. H. P. Fiedler, Lexikon der Hilfs-
stoffe für Pharmazie, Kosmetik und angrenzende Gebiete
25   Cantor KG. Aulendorf in Württemberg 1981.

Beispiele hierfür sind Gelatine, natürliche Zucker wie
Rohrzucker oder Milchzucker, Lecithin, Pektin, Stärke
(zum Beispiel Maisstärke), Cyclodextrine und Cyclodextrin-
30   derivate, Polyvinylpyrrolidon, Gelatine, Gummi arabicum,
Alginsäure, Tylose, Talkum, Lycopodium, Kieselsäure
(zum Beispiel kolloidale), Cellulose, Cellulosederivate
(zum Beispiel Celluloseether, bei denen die Cellulose-
Hydroxygruppen teilweise mit niederen gesättigten ali-
35   phatischen Alkoholen und/oder niederen gesättigten
aliphatischen Oxyalkoholen verethert sind, zum Beispiel

• • •

MP0260

– 15 –

3530793

1    Methyloxypropylcellulose, Methylcellulose, Hydroxy-
propylmethylcellulose, Hydroxypropylmethylcellulosephthalat),
Stearate, Magnesium- und Calciumsalze von Fettsäuren mit
12 bis 22 C-Atomen, insbesondere der gesättigten (zum Bei-
5    spiel Stearate), Emulgatoren, Öle und Fette, insbesondere
pflanzliche (zum Beispiel Erdnussöl, Rhizinusöl, Olivenöl,
Sesamöl, Baumwollsaatöl, Maisöl, Weizenkeimöl, Sonnenblumen-
samenöl, Kabeljau-Leberöl, Mono-, Di- und Triglyceride von
gesättigten Fettsäuren $C_{12}H_{24}O_2$ bis $C_{18}H_{36}O_2$ und deren
10   Gemische), pharmazeutisch verträgliche ein- oder mehr-
wertige Alkohole und Polyglykole wie Polyethylenglykole
sowie Derivate hiervon, Ester von aliphatischen ge-
sättigten oder ungesättigten Fettsäuren (2 bis 22 C-
Atome, insbesondere 10 bis 18 C-Atome) mit einwertigen
15   aliphatischen Alkoholen (1 bis 20 C-Atome) oder mehr-
wertigen Alkoholen wie Glykolen, Glycerin, Diethyl-
englykol, Pentaerythrit, Sorbit, Mannit und so weiter,
die gegebenenfalls auch verethert sein können, Ester der
Zitronensäure mit primären Alkoholen und Essigsäure, Benzyl-
20   benzoat, Dioxolane, Glyzerinformale, Tetrahydrofurfuryl-
alkohol, Polyglykolether mit $C_1$-$C_{12}$-Alkoholen, Dimethyl-
acetamid, Lactamide, Lactate, Ethylcarbonate, Silicone
(insbesondere mittelviskose Polydimethylsiloxane),
Calciumcarbonat, Natriumcarbonat, Calciumphosphat,
25   Natriumphosphat, Magnesiumcarbonat und ähnliche.

Als weitere Hilfsstoffe kommen auch Stoffe in Frage, die
den Zerfall bewirken (sogenannte Sprengmittel) wie:
quervernetztes Polyvinylpyrrolidon, Natriumcarboxymethyl-
30   stärke, Natriumcarboxymethylcellulose oder mikrokristalline
Cellulose. Ebenfalls können bekannte Hüllstoffe verwendet
werden wie zum Beispiel: Polyacrylsäureester, Cellulose-
ether und ähnliche.

35   Zur Herstellung von Lösungen kommen beispielsweise Wasser
oder physiologisch verträgliche organische Lösungsmittel

• • •

MP0261

- 16 -

3530793

1    in Frage, wie zum Beispiel Ethanol, 1,2-Propylenglykol,
     Polyglykole und deren Derivate, Dimethylsulfoxyd, Fett-
     alkohole, Triglyceride, Partialester des Glycerins,
     Paraffine und ähnliche. Für injizierbare Lösungen oder
5    Suspensionen kommen zum Beispiel nicht-toxische
     parenteral verträgliche Verdünnungsmittel oder Lösungs-
     mittel in Frage, wie zum Beispiel: Wasser, 1,3-Butandiol,
     Ethanol, 1,2-Propylenglykol, Polyglykole in Mischung mit
     Wasser, Ringer's Lösung, isotonische Kochsalzlösung
10   oder auch gehärtete Öle einschließlich synthetischer
     Mono- oder Diglyceride oder Fettsäuren wie Oleinsäure.

     Bei der Herstellung der Zubereitungen können bekannte
     und übliche Lösungsvermittler, beziehungsweise Emul-
15   gatoren, verwendet werden. Als Lösungsvermittler und
     Emulgatoren kommen beispielsweise in Frage: Poly-
     vinylpyrrolidon, Sorbitanfettsäureester wie Sorbitan-
     trioleat, Phosphatide, wie Lecithin, Acacia, Traganth,
     polyoxyethyliertes Sorbitanmonooleat und andere ethoxy-
20   lierte Fettsäureester des Sorbitan, polyoxyethylierte
     Fette, polyoxyethylierte Oleotriglyceride, linolisierte
     Oleotriglyceride, Polyethylenoxyd-Kondensationsprodukte
     von Fettalkoholen, Alkylphenolen oder Fettsäuren oder
     auch 1-Methyl-3-(2-hydroxyethyl)-imidazolidon-(2). Poly-
25   oxyethyliert bedeutet hierbei, daß die betreffenden
     Stoffe Polyoxyethylenketten enthalten, deren Polymeri-
     sationsgrad im allgemeinen zwischen 2 bis 40 und ins-
     besondere zwischen 10 bis 20 liegt.
     Solche polyoxyethylierten Stoffe können beispielsweise
30   durch Umsetzung von hydroxylgruppenhaltigen Verbindungen
     (beispielsweise Mono- oder Diglyceride oder ungesättigte
     Verbindungen wie zum Beispiel solchen die Ölsäurereste
     enthalten) mit Ethylenoxyd erhalten werden (zum Beispiel
     40 Mol Ethylenoxyd pro Mol Glycerid).
35   Beispiele für Oleotriglyceride sind Olivenöl, Erdnussöl,
     Rhizinusöl, Sesamöl, Baumwollsaatöl, Maisöl.
     Siehe auch Dr. H.P. Fiedler "Lexikon der Hilfsstoffe für
     Pharmazie, Kosmetik und angrenzende Gebiete" 1971, S. 191-195.

     • • •

MP0262

- 17 -

3530793

1    Darüberhinaus ist der Zusatz von Konservierungsmitteln,
     Stabilisatoren, Puffersubstanzen, zum Beispiel Calcium-
     hydrogenphosphat, kolloidales Aluminiumhydroxyd, Ge-
     schmackskorrigentien, Süßmitteln, Farbstoffen, Anti-
5    oxydantien und Komplexbildnern (zum Beispiel Ethylen-
     diaminotetraessigsäure) und dergleichen möglich.
     Gegebenenfalls ist zur Stabilisierung des Wirkstoff-
     moleküls mit physiologisch verträglichen Säuren oder
     Puffern auf einen pH-Bereich von ca. 3 bis 7 einzu-
10   stellen. Im allgemeinen wird ein möglichst neutraler
     bis schwach saurer (bis pH 5) pH-Wert bevorzugt.

     Als Antioxydantien kommen beispielsweise Natriummetabi-
     sulfit, Ascorbinsäure, Gallussäure, Gallussäure-alkyl-
15   ester, Butylhydroxyanisol, Nordihydroguajaretsäure,
     Tocopherole sowie Tocopherole + Synergisten (Stoffe
     die Schwermetalle durch Komplexbildung binden, bei-
     spielsweise Lecithin, Ascorbinsäure, Phosphorsäure) zur
     Anwendung. Der Zusatz der Synergisten steigert die anti-
20   oxygene Wirkung der Tocopherole erheblich.
     Als Konservierungsmittel kommen beispielsweise Sorbin-
     säure, p-Hydroxybenzoesäureester (zum Beispiel Nieder-
     alkylester), Benzoesäure, Natriumbenzoat, Trichloriso-
     butylalkohol, Phenol, Kresol, Benzethoniumchlorid und
25   Formalinderivate in Betracht.

     Die pharmazeutische und galenische Handhabung der er-
     findungsgemäßen Verbindungen erfolgt nach den üblichen
     Standardmethoden. Beispielsweise werden Wirkstoff(e) und
     Hilfs- beziehungsweise Trägerstoffe durch Rühren oder
30   Homogenisieren (zum Beispiel mittels üblicher Mischgeräte)
     gut vermischt, wobei im allgemeinen bei Temperaturen
     zwischen 20 und 80° C, vorzugsweise 20 bis 50° C, ins-
     besondere bei Raumtemperatur gearbeitet wird. Im übrigen
35   wird auf das folgende Standardwerk verwiesen: Sucker,
     Fuchs, Speiser, Pharmazeutische Technologie, Thieme-
     Verlag Stuttgart, 1978.

. . .

MP0263

- 18 -

3530793

1  Die Applikation der Wirkstoffe beziehungsweise der
   Arzneimittel kann auf die Haut oder Schleimhaut oder in
   das Körperinnere erfolgen, beispielsweise oral, enteral,
   pulmonal, rectal, nasal, vaginal, lingual, intravenös,
5  intraarteriell, intrakardial, intramuskulär, intra-
   peritoneal, intracutan, subcutan.
   Bei den parenteralen Zubereitungsformen handelt es sich
   insbesondere um sterile beziehungsweise sterilisierte
   Erzeugnisse.

10

   Insbesondere ist auch der Zusatz anderer Arzneimittel-
   wirkstoffe möglich beziehungsweise günstig.

                                              . . .

15

20

25

30

35

MP0264

- 19 -

3530793

1    Die erfindungsgemäßen Verbindungen zeigen bei der
     allergischen und nichtallergischen Histamin-Freisetzung
     an Kaninchen-Leukozyten und Rattenperitonealmastzellen
     eine gute antiallergische und antihistaminische Wirkung.
5    Die nichtallergische Histamin-Freisetzung wird durch
     einen Stoff ausgelöst, welcher die Calcium-Kanäle in
     den Mastzellenmembranen oder Leukozytenmembranen auf-
     macht und dadurch eine Ausschüttung von Histamin be-
     wirkt (zum Beispiel Ca-Ionophor A 23187).
10   Beispielsweise wird bei obengenannter Versuchsmethode
     bei einer Dosis von 0,3 mg/kg Körpergewicht bei Meer-
     schweinchen eine 50 %ige Hemmung des Asthmaanfalls
     erhalten.
     Diese antiallergische Wirkung ist mit der Wirkung des
15   bekannten Arzneimittels "Azelastine" vergleichbar.
     Die niedrigste, bereits wirksame Dosis in dem oben-
     angegebenen Tierversuch ist beispielsweise

         0,03 mg/kg oral
20       0,01 mg/kg intravenös.

     Als allgemeiner Dosisbereich für die Wirkung (Tier-
     versuch wie oben) kommt beispielsweise in Frage:

25       0,3 - 3,0 mg/kg oral
         0,1 - 1,0 mg/kg intravenös.

     Indikationen, für die die erfindungsgemäßen Ver-
     bindungen in Betracht kommen können: allergisches
30   Asthma, allergische Rhinitis.

     Die pharmazeutischen Zubereitungen enthalten im all-
     gemeinen zwischen 0,1 bis 10, vorzugsweise bis 5 mg
     der erfindungsgemäßen aktiven Komponenten.

35

                              ...

- 20 -

3530793

1    Die Verabreichung kann beispielsweise in Form von Tablet-
ten, Kapseln, Pillen, Dragees, Zäpfchen, Salben, Gelees,
Cremes, Puder, Stäubepulver, Aerosolen oder in flüssiger
Form erfolgen, Als flüssige Anwendungsformen kommen zum
5    Beispiel in Frage: ölige oder alkoholische beziehungs-
weise wässrige Lösungen sowie Suspensionen und Emulsionen.
Bevorzugte Anwendungsformen sind Tabletten, die zwischen
0,5 und 5 mg oder Lösungen, die zwischen 0,1 bis 3 %
an aktiver Substanz enthalten.

10

Die Einzeldosis der erfindungsgemäßen aktiven Komponen-
ten kann beispielsweise liegen:

    a)    bei oralen Arzneiformen zwischen 0,5 - 5 mg,
15           vorzugsweise 2 mg,

    b)    bei parenteralen Arzneiformen (zum Beispiel intra-
venös, intramuskulär) zwischen 0,1 - 1 mg,
vorzugsweise 0,5 mg,

20

    c)    bei Arzneiformen zur Inhalation (Lösungen oder
Aerosole) zwischen 0,5 und 2 mg,

    d)    bei Arzneiformen zur lokalen Applikation auf die
25           Haut und Schleimhäute (zum Beispiel in Form von
Lösungen, Lotionen, Emulsionen, Salben und so
weiter) zwischen 1 und 5 mg, vorzugsweise 2 mg.

    - (Die Dosen sind jeweils bezogen auf die freie Base) -

30

Beispielsweise können 3 mal täglich 1 bis 2 Tabletten
mit einem Gehalt von 0,5 bis 5 mg wirksamer Substanz
oder zum Beispiel bei intravenöser Injektion 1 bis 2 mal
täglich eine Ampulle von 1 bis 2 ml Inhalt mit 0,5 bis
35    5 mg Substanz empfohlen werden. Die maximale tägliche

. . .

MP0266

– 21 –

3530793

1  Dosis bei oraler Verabreichung soll nicht über 10 mg
   liegen.

5  Für die Behandlung von Hunden und Katzen liegt die
   orale Einzeldosis im allgemeinen zwischen ungefähr 0,5
   und 5,0 mg/kg Körpergewicht; die parenterale Dosis un-
   gefähr zwischen 0,3 und 3,0 mg/kg Körpergewicht.

10 Für die Behandlung von Pferden und Vieh liegt die orale
   Einzeldosis im allgemeinen zwischen ungefähr 0,5 und 5,0
   mg/kg; die parenterale Einzeldosis ungefähr zwischen
   0,3 und 3,0 mg/kg Körpergewicht.

15 Die akute Toxizität der erfindungsgemäßen Verbindungen
   an der Maus (ausgedrückt durch die LD 50 mg/kg; Methode
   nach Miller und Tainter: Proc. Soc. Exper. Biol. a. Med.
   57 (1944) 261) liegt beispielsweise bei oraler Appli-
   kation oberhalb 200 mg/kg.

20 Die Arzneimittel können in der Humanmedizin, der Veteri-
   närmedizin sowie in der Landwirtschaft allein oder im
   Gemisch mit anderen pharmakologisch aktiven Stoffen ver-
   wendet werden.

25

30

35

**MP0267**

3530793

— 22 —

1    Beispiel 1


     4-(4-Chlorbenzyl)-2-(hexahydro-1-benzyl-azepin-4-yl)-1-
5    (2H)-phthalazinon


        (Formel I, R = Benzyl)


10

     Zu einer auf 50° C erwärmten Mischung von 6 g (0,013 mol)
     4-(4-Chlorbenzyl)-2-(hexahydro-azepin-4-yl)-1-(2H)-
     phthalazinon x HBr in 60 ml Dioxan werden 3,2 g
     (0,031 mol = 4,4 ml) Triethylamin und anschließend
15   1,7 g (0,013 mol = 1,5 ml) Benzylchlorid unter Rühren
     zugetropft. Nach beendeter Zugabe wird das Reaktions-
     gemisch 5 Stunden bei 90° C gerührt. Nach dem Abkühlen
     werden die ausgefallenen Ammoniumsalze abgesaugt. Die
     Reaktionslösung wird daraufhin im Vakuum zur Trockene
20   eingeengt. Der Rückstand wird zweimal aus Isopropanol
     umkristallisiert: Kristalle vom F. 140 - 141° C.
     Ausbeute: 3,1 g (51 %).


     Die Ausgangssubstanz wird zum Beispiel wie folgt er-
25   halten:
     60 g (0,157 mol) 4-(p-Chlorbenzyl)-2-(hexahydro-1-methyl-
     azepin-4-yl)-1-(2H)-phthalazinon werden unter Erwärmung
     auf 95° C in 600 ml trockenem Toluol gelöst. Anschließend
     werden 51,1 g (0,471 mol = 45 ml) Chlorameisensäureethyl-
30   ester in 45 ml Toluol unter Rühren zugetropft. Die Mischung
     wird 5 Stunden bei 95° C gerührt. Nach dem Abkühlen auf
     Raumtemperatur wird das Reaktionsgemisch von Unlöslichem
     abgesaugt und am Rotationsverdampfer eingeengt. Es ver-
     bleibt ein öliger Rückstand, der mit wenig Ether ver-
35   rieben als weißes kristallines Produkt anfällt und


                                            ...

MP0268

– 23 –

3530793

1    bei 103 bis 105° C schmilzt. (Ausbeute: 53,4 g (77 %).

53,4 g (0,12 mol) des so erhaltenen 1-Carboxyethyl-
Derivats (Formel I, R = $COOC_2H_5$) und 114 ml einer
5    40 %igen Lösung von Bromwasserstoff in Eisessig werden
unter intensivem Rühren 4 Stunden auf 85 – 90° C erhitzt;
bei zunehmender Erwärmung geht die Carboxyethylverbindung
in Lösung. Nach dem Abkühlen wird die Lösung im Vakuum
eingeengt. Aus dem erhaltenen zähen, öligen Rückstand
10    erhält man durch Umkristallisation aus Methanol
die Ausgangsverbindung der Formel I, worin R Wasser-
stoff ist, in Form des weißen kristallinen Hydro-
bromids. Man saugt ab, wäscht mehrfach mit Methanol und
trocknet im Vakuum. F. 138 – 140° C. Ausbeute: 51 g
15    (95 %).

Beispiel 2

20

4-(4-Chlorbenzyl)-2-(hexahydro-1-phenethyl-azepin-4-yl)-
1-(2H)-phthalazinon

25

(Formel I, R = Phenylethyl)

Es wird eine auf 50° C erwärmte Lösung von 7 g
30    (0,015 mol) 4-(4-Chlorbenzyl)-2-(hexahydro-azepin-4-yl)-
1-(2H)-phthalazinon x HBr in 60 ml Dioxan vorgelegt.
Anschließend werden 3,8 g (0,037 mol = 5,2 ml) Triethyl-
amin und 2,9 g (0,015 mol) 2-Bromethylbenzol unter
Rühren zugetropft und 9 Stunden bei 90° C gerührt. Nach
35    Abkühlung werden die ausgefallenen Salze abgesaugt und

**MP0269**

– 24 –

3530793

1   die Lösung am Rotationsverdampfer eingeengt. Der
    braune ölige Rückstand wird zur Reindarstellung über
    eine Kieselgelsäule (Elutionsmittel: Diethylether/Methanol
    = 70:30) chromatographiert. Die gewünschten Fraktionen
5   werden vereinigt und das Lösungsmittel im Vakuum ab-
    destilliert. Der Rückstand wird mit 5 ml Isopropanol/
    HCl und 30 ml Ether versetzt. Das Hydrochlorid fällt
    daraufhin als klebrige Masse aus. Die überstehende
    Lösung wird dekantiert, der verbleibende Rückstand
10  in wenig Methylethylketon gelöst und Ether bis zur
    schwachen Trübung zugegeben. Das über Nacht bei Raum-
    temperatur auskristallisierte Hydrochlorid wird abge-
    saugt, mit Methylethylketon ausgewaschen und im Vakuum
    getrocknet. F. des Hydrochlorids 173 – 176° C.
15  Ausbeute: 2,6 g (34 %).


    **Beispiel 3**
20
    4-(4-Chlorbenzyl)-2-(hexahydro-1-methoxyethyl-azepin-
    4-yl)-1-(2H)-phthalazinon

            (Formel I, R = Methoxyethyl)
25
    6 g (0,013 mol) 4-(4-Chlorbenzyl)-2-(hexahydro-azepin-
    4-yl)-1-(2H)-phthalazinon x HBr werden zusammen mit
    3,6 g (0,026 mol) $K_2CO_3$, 7,4 g (0,078 mol = 7,1 ml)
    2-Chlorethylmethylether und 30 ml Dimethylacetamid
30  2 1/2 Stunden bei einer Ölbadtemperatur von 120° C
    gerührt. Nachfolgend wird auf Raumtemperatur abgekühlt
    und von Unlöslichem abgesaugt. Die Lösung wird im
    Vakuum eingeengt und das erhaltene bräunliche Öl mittels
    einer Kieselgelsäule (Elutionsmittel: $CH_2Cl_2/CH_3OH$ =
35  90:10) chromatographiert. Die gewünschten Fraktionen
    werden vereinigt und das Solvens am Rotationsverdampfer

                                        ...

MP0270

- 25 -

3530793

1    abdestilliert. Der ölige Rückstand wird mit Isopropanol/
     HCl sauer gestellt. Durch Zugabe von Ether wird das
     Hydrochlorid als klebrige Masse ausgefällt. Nach dem
     Abdekantieren der überstehenden Lösung wird der Rück-
5    stand in der Siedehitze mit Methylethylketon verrieben,
     wobei das gewünschte Hydrochlorid als kristallines
     Produkt erhalten wird. F. 194 - 197° C. Ausbeute:
     1,8 g (28 %).

10

     **Beispiel 4**

     4-(4-Chlorbenzyl)-2-(hexahydro-1-allyl-azepin-4-yl)-1-
15   (2H)-phthalazinon

            (Formel I, R = Allyl)

     Zu einer auf 50° C erwärmten Lösung von 6 g (0,013 mol)
20   4-(4-Chlorbenzyl)-2-(hexahydro-azepin-4-yl)-1-(2H)-
     phthalazinon x HBr in 60 ml Dioxan gibt man 3,2 g
     (0,0032 mol = 4,4 ml) Triethylamin und anschließend
     unter Rühren 1,6 g (0,013 mol = 1,15 ml) Allylbromid.
     Nach erfolgter Zugabe wird noch 2 Stunden bei einer
25   Temperatur von 60° C gerührt. Anschließend wird das
     Reaktionsgemisch filtriert und das Lösungsmittel im
     Vakuum abdestilliert. Der erhaltene ölige Rückstand
     wird bei Raumtemperatur in Isopropanol/HCl gelöst und
     diese Lösung mit Ether bis zur schwachen Trübung ver-
30   setzt. Über Nacht ist das Hydrochlorid auskristallisiert.
     Dieses wird abgesaugt, mit Isopropanol nachgewaschen und
     im Trockenschrank getrocknet. F. des Hydrochlorids 123° C.
     Ausbeute: 2,7 g (45 %).

35

**MP0271**

- 26 -

3530793

1    Beispiele für galenische Zubereitungen

5    Beispiel 1 (Kapseln)

50 g Wirksubstanz gemäß Beispiel 1 werden mit 350 g
mikrokristalliner Cellulose, 590 g Milchzucker und
10 g Magnesiumstearat gemischt. Die Mischung wird in
einer Menge von jeweils 100 mg in Hartgelatine-Steck-
10   kapseln der Größe 3 gefüllt.
Eine Kapsel enthält 5 mg Wirksubstanz.

Beispiel 2 (Tabletten)
15
50 g Wirksubstanz gemäß Beispiel 1 werden mit 350 g
mikrokristalliner Cellulose, 590 g Milchzucker und
10 g Magnesiumstearat gemischt. Diese Mischung wird zu
bikonvexen Tabletten vom Gewicht 100 mg, einem Durch-
20   messer von 6 mm und einem Wölbungsradius von 5 mm ge-
preßt.
Die Tabletten können anschließend nach üblichen Verfahren
mit einem magensaftpermeablen oder -löslichen Film über-
zogen werden.

25

Beispiel 3 (Ampullen zur Injektion und Inhalation)

10 g Wirksubstanz gemäß Beispiel 1 werden in 400 ml
Ethanol gelöst und die Lösung durch Zugabe von Wasser
30   für Injektionszwecke auf 4 Liter aufgefüllt. Die Lösung
wird durch ein Membranfilter geeigneter Porenweite steril
filtriert. Das Filtrat wird unter aseptischen Bedingungen
zu 2 ml in Ampullen abgefüllt. Die Ampullen werden an-
schließend 20 Minuten lang im gespannten Wasserdampf bei
35   121° C sterilisiert.
Eine Ampulle enthält 5 mg Wirksubstanz in 2 ml Lösung.

**MP0272**