# EXHIBIT J

# McGraw-Hill Dictionary of CHEMICAL TERMS

Sybil P. Parker
EDITOR IN CHIEF

McGraw-Hill Book Company

New York St. Louis San Francisco

Auckland Bogotá Guatemala Hamburg Lisbon London Madrid Mexico Montreal New Delhi Panama Paris San Juan São Paulo Singapore Sydney Tokyo Toronto

*On the cover:* Photomicrograph of potassium nitrate under high pressure, a specimen contained in a diamond-anvil high-pressure cell. (National Bureau of Standards)

McGRAW-HILL DICTIONARY OF CHEMICAL TERMS
The material in this Dictionary has been published previously in the McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS, Third Edition, copyright © 1984 by McGraw-Hill, Inc. All rights reserved. Philippines copyright 1984 by McGraw-Hill, Inc. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permission of the publisher.

6 7 8 9 0 FGFG 9 9 8 7 6 5 4

ISBN 0-07-045417-5

**Library of Congress Cataloging in Publication Data**

McGraw-Hill dictionary of chemical terms.

1. Chemistry—Dictionaries. I. Parker, Sybil P.
II. McGraw-Hill Book Company.
QD5.M356 1985 540′.3′21 85-11696
ISBN 0-07-045417-5

Consu

ıetic.

ellow, oily liquid; hygroscopic, it solidifies ses in excess water; soluble in hydrochloric esting for cesium and alkaloids, for dyeing, o known as antimony perchloride.

ygroscopic, moderately viscous fluid; reacts ıtion with glacial acetic acid; used in the

ellow powder; soluble in alkali, soluble in rogen sulfide as a by-product, and insoluble own as antimony persulfide; antimony red;

hloride.

fide.

ulfate, a white, deliquescent powder; sol-

lorless, crystalline mass; fumes slightly in forms antimony oxychloride in water; used ıd in fireproofing textiles. Also known as caustic antimony.

e-red rhombic crystals; soluble in concen- utions, insoluble in water; melting point es and pyrotechnics. Also known as anti- / needles; antimony orange; antimony sul-

ons and antiprotons in the same way that ns and protons.

ıcid, effective in preventing oxidation by

ordinary nucleus with an orbiting antipro-

es which are higher than the frequency of

or relationship to another chemical com-



**apoatropine** $C_{17}H_{21}NO_2$ An alkaloid melting at 61°C with decomposition of the compound; highly toxic; obtained by dehydrating atropine.

**apple essence** *See* isoamyl valerate.

**apple oil** *See* isoamyl valerate.

**aprotic solvent** A solvent that does not yield or accept a proton.

**aqua** Latin for water.

**aqua ammonia** *See* ammonium hydroxide.

**aquafortis** *See* nitric acid.

**aquametry** Analytical processes to measure the water present in materials; methods include Karl Fischer titration, reactions with acid chlorides and anhydrides, oven drying, distillation, and chromatography.

**aqua regia** A fuming, highly corrosive, volatile liquid with a suffocating odor made by mixing 1 part concentrated nitric acid and 3 parts concentrated hydrochloric acid; reacts with all metals, including silver and gold. Also known as chloroazotic acid; chloronitrous acid; nitrohydrochloric acid; nitromuriatic acid.

**aquation** Formation of a complex that contains water by replacement of other coordinated groups in the complex.

**aqueous electron** *See* hydrated electron.

**aqueous solution** A solution with the solvent as water.

**aquo ion** Any ion containing one or more water molecules.

**Ar** *See* argon.

**arabite** *See* arabitol.

**arabitol** $CH_2OH(CHOH)_3CH_2OH$ An alcohol that is derived from arabinose; a sweet, colorless crystalline material present in D and L forms; soluble in water; melts at 103°C. Also known as arabite.

**arachic acid** *See* eicosanoic acid.

**arachidic acid** *See* eicosanoic acid.

**aralkyl** A radical in which an aryl group is substituted for an alkyl H atom. Derived from arylated alkyl.

**arbutin** $C_{12}H_{16}O_7$ A bitter glycoside from the bearberry and certain other plants; sometimes used as a urinary antiseptic.

**arc excitation** Use of electric-arc energy to move electrons into higher energy orbits.

**archen** *See* emodin.

**arc spectrum** The spectrum of a neutral atom, as opposed to that of a molecule or an ion; it is usually produced by vaporizing the substance in an electric arc; designated by the roman numeral I following the symbol for the element, for example, HeI.

**arecaidine methyl ester** *See* arecoline.

**arecoline** $C_8H_{13}O_2N$ An alkaloid from the betel nut; an oily, colorless liquid with a boiling point of 209°C; soluble in water, ethanol, and ether; combustible; used as a medicine. Also known as arecaidine methyl ester; methyl-1,2,5,6-tetrahydro-1-methylnicotinate.

**arene** *See* aromatic hydrocarbon.

**argentic** Relating to or containing silver.

**argentic oxide** *See* silver suboxide.

**solidus** In a constitution or equilibrium diagram, the locus of points representing the temperature below which the various compositions finish freezing on cooling, or begin to melt on heating.

**solidus curve** A curve on the phase diagram of a system with two components which represents the equilibrium between the liquid phase and the solid phase.

**soliquid** A system in which solid particles are dispersed in a liquid.

**solubility** The ability of a substance to form a solution with another substance.

**solubility coefficient** The volume of a gas that can be dissolved by a unit volume of solvent at a specified pressure and temperature.

**solubility curve** A graph showing the concentration of a substance in its saturated solution in a solvent as a function of temperature.

**solubility product constant** A type of simplified equilibrium constant, $K_{sp}$, defined for and useful for equilibria between solids and their respective ions in solution; for example, the equilibrium

$$AgCl(s) \rightleftarrows Ag^+ + Cl^-, \; [Ag^+][Cl^-] \cong K_{sp}$$

where $[Ag^+]$ and $[Cl^-]$ are molar concentrations of silver ions and chloride ions.

**solubility test** 1. A test for the degree of solubility of asphalts and other bituminous materials in solvents, such as carbon tetrachloride, carbon disulfide, or petroleum ether. 2. Any test made to show the solubility of one material in another (such as liquid-liquid, solid-liquid, gas-liquid, or solid-solid).

**soluble** Capable of being dissolved.

**soluble barbital** *See* sodium barbital.

**soluble glass** *See* sodium silicate.

**soluble gluside** *See* sodium saccharine.

**soluble guncotton** *See* pyroxylin.

**soluble indigo blue** *See* indigo carmine.

**soluble nitrocellulose** *See* pyroxylin.

**soluble saccharin** *See* sodium saccharin.

**solute** The substance dissolved in a solvent.

**solution** A single, homogeneous liquid, solid, or gas phase that is a mixture in which the components (liquid, gas, solid, or combinations thereof) are uniformly distributed throughout the mixture.

**solution pressure** 1. A measure of the tendency of molecules or atoms to cross a bounding surface between phases and to enter into a solution. 2. A measure of the tendency of hydrogen, metals, and certain nonmetals to pass into solution as ions.

**solutrope** A ternary mixture with two liquid phases and a third component distributed between the phases, or selectively dissolved in one or the other of the phases; analogous to an azeotrope.

**solvation** The process of swelling, gelling, or dissolving of a material by a solvent; for resins, the solvent can be a plasticizer.

**solvent** That part of a solution that is present in the largest amount, or the compound that is normally liquid in the pure state (as for solutions of solids or gases in liquids).

**solvolysis** A reaction in which a solvent reacts with the solute to form a new substance.