# EXHIBIT P

# REDACTED

EXHIBIT P