# EXHIBIT Q

# REDACTED