# EXHIBIT R

# ALLERGIC DISEASES
## Diagnosis and Management
### Third Edition

edited by

**ROY PATTERSON, M.D.**

Ernest S. Bazley Professor
Chief, Section of Allergy–Immunology
Department of Medicine
Northwestern University Medical School, Chicago

*31 Contributors*



**J.B. LIPPINCOTT COMPANY**
*Philadelphia*
London  Mexico City  New York  St. Louis  São Paulo  Sydney

In Memory of Ernest S. Bazley

RC
584
P27
1985

SHT 87/09/23

Acquisitions Editor: Micaela Palumbo
Developmental Editor: Sanford J. Robinson
Manuscript Editor: Virginia M. Basishek
Indexer: Kathleen Garcia
Design Director: Tracy Baldwin
Designer: Earl Gerhart
Cover Design: Anthony Frizano
Production Supervisor: Kathleen Dunn
Production Coordinator: George V. Gordon
Compositor: TAPSCO, Inc.
Printer/Binder: R. R. Donnelley & Sons Company

Third Edition
Copyright © 1985, by J. B. Lippincott Company.
Copyright © 1980, 1972, by J. B. Lippincott Company. All rights reserved. No part of this book may be used or reproduced in any manner whatsoever without written permission except for brief quotations embodied in critical articles and reviews. Printed in the United States of America. For information write J. B. Lippincott Company, East Washington Square, Philadelphia, Pennsylvania 19105.

6 5 4 3 2 1

Library of Congress Cataloging in Publication Data
Main entry under title:

Allergic diseases.

Includes bibliographies and index.
1. Allergy. I. Patterson, Roy, 1926–  2. Hypersensitivity—diagnosis. [DNLM: 1. Hypersensitivity—diagnosis.  2. Hypersensitivity—therapy.  WD 300 A43107]
RC584.A34  1985    616.97           85-177
ISBN 0-397-50658-9

The authors and publisher have exerted every effort to ensure that drug selection and dosage set forth in this text are in accord with current recommendations and practice at the time of publication. However, in view of ongoing research, changes in government regulations, and the constant flow of information relating to drug therapy and drug reactions, the reader is urged to check the package insert for each drug for any change in indications and dosage and for added warnings and precautions. This is particularly important when the recommended agent is a new or infrequently employed drug.

206  POLLEN SURVEY OF THE UNITED STATES

6. CLARK L: Ragweed pollen distribution in the United States with graphic maps. Ann Allergy 49:1, 1982
7. HOLLISTER-STIER LABORATORIES: Pollen Guide.
8. LARSON JR, CLECH GP: Changes in antigenic composition of the short ragweed plant during maturation. J Allergy 56:112, 1975
9. LEWIS WH, IMBER WE: Allergy epidemiology in the St. Louis, Missouri area. II. Grasses. Ann Allergy 35:42, 1975
10. LEWIS WH, IMBER WE: Allergy epidemiology in the St. Louis, Missouri area. III. Trees. Ann Allergy 35:113, 1975
11. LEWIS WH, IMBER WE: Allergy epidemiology in the St. Louis, Missouri area. IV. Weeds. Ann Allergy 35:180, 1975
12. LEWIS WH, VINAY P: North American pollinosis due to insect pollinated plants. Ann Allergy 42:309, 1979
13. LEWIS WH, VINAY P: The unique role of pollen in relation to allergy. In Johnson F, Spencer JT, Jr (eds): Allergy: Immunology and Treatment, p 101. Miami, Symposia Specialist, Inc., 1980
14. NEWMARK FM: The hayfever plants of Colorado. Ann Allergy 40:18, 1978
15. NOVEY HS, ROTH M, WELLS ID: Mesquite pollen—an aero allergen in asthma and allergic rhinitis. Ann Allergy 59:359, 1977
16. PENCE HL, MITCHELL DQ, GREELY RL et al: Immunotherapy for mountain cedar pollinosis. Ann Allergy 62:39, 1976
17. PRENCE HS, MEYER GH: Hayfever from southern wax myrtle (myrica cerifera): A case report. Ann Allergy 38:252, 1977
18. RAYNOR GS, HAYES JV: Experimental prediction of daily ragweed concentration. Ann Allergy 25:510, 1970
19. RAYNOR GS, OGDEN EC, HAYES JV: Variation in ragweed pollen concentration to a height of 108 meters. J Allergy 51:199, 1973
20. RAYNOR GS, OGDEN EC, HAYES JV: Spatial variability in airbourne pollen concentration. J Allergy 55:195, 1975
21. RAYNOR GS, OGDEN EC, HAYES JV: Temporal variability in airbourne pollen concentrations. Ann Allergy 36:388, 1976
22. REISS N, KOSTIC SI: Pollen season severity and meteorologic parameters in New Jersey. J Allergy 57:609, 1976
23. ROTH A, SHIRA I: Allergy in Hawaii. Ann Allergy 24:73, 1966
24. SAMTER M, DURHAM OC: Regional Allergy of the United States, Canada, Mexico and Cuba. Springfield, IL, Charles C Thomas, 1955
25. SHELDON JA, LOVELL RG, MATTHEWS KP: A Manual of Clinic Allergy. Philadelphia, WB Saunders, 1967
26. SHERMAN WB: Hypersensitivity Mechanics and Management. Philadelphia, WB Saunders, 1968
27. SOLOMON WR: Volumetric studies of aero allergen prevalence I. Pollens of weedy forbs at a Midwestern station. J Allergy 57:318, 1976
28. Statistical Report of the Pollen and Mold Committee of the American Academy of Allergy. 1977
29. STREIT DN, HAMBURGER RN: Atmospheric pollen and spore sampling in San Diego, California. I. Meteorological correlations and potential clinical relevance. Ann Allergy 37:32, 1976
30. VAUGHAN WT, BLACK JH: Practice of Allergy. St Louis, CV Mosby, 1954
31. VU DR: Respiratory Allergic Diseases and Their Association with Aero Pollens in a Hawaiian Community, PhD. dissertation, Honolulu, University of Hawaii, 1977
32. WEBER R: Cross reactivity among pollens. Ann Allergy 46:208, 1981
33. WODEHOUSE RP: Pollen Grains. New York, McGraw-Hill, 1935
34. WODEHOUSE RV: Hayfever Plants. Waltham, MA, Chronica Botanica, 1945
35. YOO T, SPITZ R, MCGERITY JL: Conifer pollen allergy: Studies of immunogenicity and cross antigenicity of conifer pollens in rabbit and man. Ann Allergy 34:67, 1975

# 8

# ALLERGIC RHINITIS

## Anthony J. Ricketti

The term *rhinitis* is used to describe diseases that involve inflammation of the nasal membrane and are characterized by periods of nasal discharge, sneezing, and congestion that persist for a period of at least one-half hour to one hour per day. It is also considered pathologic when a subject occasionally has symptoms of such intensity to require therapy or when an individual's nasal reaction to certain stimuli differs fundamentally from that of other persons. Rhinitis may be classified into two types, infectious and noninfectious (Table 8-1). Infectious rhinitis is characterized by predominantly cloudy (white, yellow, or green) nasal secretions, with many neutrophils, and less commonly, bacteria.[51] Noninfectious rhinitis is characterized by clear (watery or mucoid) discharge that often contains eosinophils. The noninfectious group can be subdivided into seasonal allergic rhinitis, perennial allergic rhinitis, and perennial nonallergic rhinitis. There is some evidence that perennial nonallergic rhinitis is a heterogeneous disorder consisting of at least two subgroups.[38] One subgroup is characterized by nasal eosinophilia, frequent occurrence of polyps, abnormal sinus radiographs, concurrent asthma, and good response to therapy, whereas these characteristics usually are lacking in the other subgroup. This subdivision of patients with nonallergic rhinitis may not always be possible in a particular case, and therefore may not be an entirely suitable system for clinical routine.

## SEASONAL ALLERGIC RHINITIS

### DEFINITION

Seasonal allergic rhinitis is a specific allergic reaction of the nasal mucosa to allergens, and is characterized mainly by watery rhinorrhea, nasal congestion, sneezing, and pruritus of the eyes, nose, ears, and throat. These symptoms are periodic in nature and occur during the pollinating season of the plants to which the patient is sensitive.

207