IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDPOINTE HEALTHCARE INC., ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | C. A. No. 06-164-SLR |
| ) | |
| APOTEX INC. and APOTEX CORP., ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the December 21, 2007, true and correct copies of Plaintiff's Preliminary Identification of Rebuttal Fact Witnesses was served, in the manner indicated, on counsel as follows:

**VIA HAND DELIVERY and E-MAIL**

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

**VIA FEDERAL EXPRESS and E-MAIL**

A. Sidney Katz
Robert B. Breisblatt
Steven E. Feldman
Stephen P. Benson
Welsh & Katz, Ltd.
120 South Riverside Plaza, 22nd Floor
Chicago, IL 60606

_/s/ Kelly E. Farnan_
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Kelly E. Farnan (#4395)
farnan@rlf.com
Richards, Layton & Finger P.A.
920 N. King Street
Wilmington, Delaware 19801
(302) 651-7700
Attorneys for Plaintiff
MedPointe Healthcare Inc.

OF COUNSEL:

John M. Desmarais
Peter J. Armenio
Anne S. Toker
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022
(212) 446-4800

Dated: December 27, 2007

RLF1-3238867-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 27, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and caused the same to be served on the plaintiff at the address and in the manner indicated below:

BY HAND DELIVERY

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801

I hereby certify that on December 27, 2007, the foregoing document was sent to the following non-registered participants in the manner indicated:

BY FEDERAL EXPRESS

A. Sidney Katz
Robert B. Breisblatt
Steven E. Feldman
Stephen P. Benson
Welsh & Katz, Ltd.
120 South Riverside Plaza, 22nd Floor
Chicago, IL  60606

*Kelly E. Farnan*
Kelly E. Farnan (#4395)