IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDPOINTE HEALTHCARE INC., | ) |
| | ) |
| Plaintiff, | ) C.A. No. 06-164 (SLR) |
| v. | ) |
| APOTEX INC. and APOTEX CORP., | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned, counsel for Defendants, hereby certifies that copies of the following documents were caused to be served on December 28, 2007, upon the following attorneys of record at the following addresses as indicated:

DEFENDANTS APOTEX INC. AND APOTEX CORP.'S IDENTIFICATION OF REBUTTAL FACT WITNESSES

**VIA HAND DELIVERY**

Frederick L. Cottrell, III
Jameson A. L. Tweedie
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
cottrell@rlf.com
tweedie@rlf.com

**VIA ELECTRONIC MAIL**

John M. Desmarais
Peter J. Armenio
Anne S. Toker
Gerald J. Flattmann, Jr.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022
jdesmarais@kirkland.com
parmenio@kirkland.com
atoker@kirkland.com
gflattmann@kirkland.com

OF COUNSEL:

Sidney Katz
Robert B. Breisblatt
James P. White
Hartwell P. Morse, III
Steven E. Feldman
Craig M. Kuchii
Stephen P. Benson
WELSH & KATZ, LTD.
120 S. Riverside Plaza, 22nd Floor
Chicago, IL  60606
Tel:    (312) 655-1500

Dated:  December 28, 2007
840065 / 30136

POTTER ANDERSON & CORROON LLP

By: */s/ Richard L. Horwitz*
    Richard L. Horwitz (No. 2246)
    Kenneth L. Dorsney (No. 3726)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19801
    (302) 984-6000
    rhorwitz@potteranderson.com
    kdorsney@potteranderson.com

*Counsel for Defendants
Apotex Inc. and Apotex Corp.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on December 28, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on December 28, 2007, I have Electronically Mailed the document to the following person(s)

| | |
|---|---|
| Frederick L. Cottrell, III<br>Jameson A. L. Tweedie<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>cottrell@rlf.com<br>tweedie@rlf.com | John M. Desmarais<br>Peter J. Armenio<br>Anne S. Toker<br>Gerald J. Flattmann, Jr.<br>Kirkland & Ellis LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY 10022<br>jdesmarais@kirkland.com<br>parmenio@kirkland.com<br>atoker@kirkland.com<br>gflattmann@kirkland.com |

                                                   */s/ Richard L. Horwitz*
                                                   Richard L. Horwitz
                                                   Kenneth L. Dorsney
                                                   Potter Anderson & Corroon LLP
                                                   Hercules Plaza – Sixth Floor
                                                   1313 North Market Street
                                                   Wilmington, DE 19801
                                                   (302) 984-6000
                                                   rhorwitz@potteranderson.com
                                                   kdorsney@potteranderson.com

700765 / 30136