IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDPOINTE HEALTHCARE INC., )<br>            Plaintiff, )<br> )<br>vs. )<br> )<br>APOTEX INC. and APOTEX CORP., )<br>            Defendants. ) | Civil Action No. 06-164-SLR |

## STIPULATION REGARDING PRE-TRIAL ORDER

IT IS HEREBY STIPULATED and agreed by the parties hereto, subject to the approval of the Court, that Defendants shall provide their comments to Plaintiff on the proposed Pre-Trial Order on or before January 7, 2008 and that the time by which the parties shall file the Joint Pre-Trial Order pursuant to Local Rule 16.3 shall be extended from January 10, 2008 to January 14, 2008 at noon.

 /s/ Kelly E. Farnan    
Frederick L. Cottrell, III (#2555)  
Cottrell@rlf.com  
Kelly E. Farnan (#4395)  
Farnan@rlf.com  
Richards, Layton & Finger, P.A.  
One Rodney Square  
P.O. Box 551  
Wilmington, DE  19899  
(302) 651-7700  
*Attorneys for Plaintiff*

 /s/ Kenneth L. Dorsney    
Richard L. Horwitz (#2246)  
rhorwitz@potteranderson.com  
Kenneth L. Dorsney (#3726)  
kdorsney@potteranderson.com  
Potter Anderson & Corroon LLP  
Hercules Plaza 6th Floor  
1313 N. Market Street, P.O. Box 951  
Wilmington, DE  19899  
(302) 984-6000  
*Attorneys for Defendants*

**SO ORDERED** this _____ day of January, 2008.

_____  
HONORABLE SUE L. ROBINSON  
UNITED STATES DISTRICT JUDGE

RLF1-3240245-1