IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDPOINTE HEALTHCARE INC., )<br>          Plaintiff, )<br>                                )<br>  v.                            )   C. A. No. 06-164-SLR<br>                                )<br>APOTEX INC. and APOTEX CORP., )<br>          Defendants. ) | |

ORDER

The Court having held a status conference with the parties concerning pretrial and trial,

IT IS HEREBY ORDERED that the previous dates set by the Court for submission of the pretrial order, the pretrial conference, and the trial are vacated and are now set as follows:

(1)   The pretrial order will be filed on or before April 21, 2008 in conformance with the Local Rules;

(2)   The pretrial conference will be held on April 24, 2008 at 4:30 p.m. in Courtroom 6B;

(3)   The examination of Dr. Dalby will be held on April 25, 2008 at 9:30 a.m. in Courtroom 6B;

(4)   A five (5) day bench trial will commence on May 5, 2008 beginning at a time to be set by the Court during the pretrial conference.

Dated: 1/30/08

_____
The Honorable Sue L. Robinson

RLF1-3242902-1