IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDPOINTE HEALTHCARE INC., | ) |
| | ) |
| Plaintiff, | ) C.A. No. 06-164 (SLR) |
| v. | ) |
| APOTEX INC. and APOTEX CORP., | ) |
| Defendants. | ) |

**APOTEX'S MOTION TO SUPPLEMENT APOTEX'S
RESPONSE BRIEF ON CLAIM CONSTRUCTION**

On January 11, 2007, the parties filed their respective response briefs on claim construction issues. In Apotex's brief, it requested leave to supplement the record with official Hague Convention testimony that was unavailable at the time of filing its brief. Apotex now moves the Court for leave to supplement the record with official testimony that has recently been made available to the parties. This testimony establishes compositions within the narrowest claimed ranges of azelastine containing medicaments are not "safe, efficacious and tolerable", and that "safe, efficacious and tolerable" are not limitations of the '194 patent claims.

In addition, Apotex respectfully moves the Court to allow it to supplement the record in response to MedPointe's assertion, raised for the first time in MedPointe's response brief, that the spraying application of claim 9 must be limited to nose spray applications because eye spray applications are entirely unknown in history. Apotex requests the Court allow it to introduce evidence that eye sprays are not only known in the art, but were known in the art long before November 1987, the priority date of the '194 patent.

Official Hague Convention testimony, evidence demonstrating the well-established practice of applying medicaments directly to the eye via spraying and support for Apotex's

motion can be found in Apotex's Memorandum In Support Of Its Motion to Supplement Apotex's Response Brief On Claim Construction. As explained more fully therein, MedPointe has refused to consent to the filing of Apotex's motion. Apotex has informed MedPointe that it would not object to MedPointe's filing a response to Apotex's motion, if it deems such a response necessary.

OF COUNSEL:

Sidney Katz
Robert B. Breisblatt
James P. White
Hartwell P. Morse, III
Steven E. Feldman
Craig M. Kuchii
Stephen P. Benson
Louise T. Walsh
Welsh & Katz, Ltd.
WELSH & KATZ, LTD.
120 S. Riverside Plaza, 22nd Floor
Chicago, IL  60606
Tel:   (312) 655-1500

Dated:  February 26, 2008
851047 / 30136

POTTER ANDERSON & CORROON LLP

By: /s/ Kenneth L. Dorsney
    Richard L. Horwitz (#2246)
    Kenneth L. Dorsney (#3726)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19801
    (302) 984-6000
    rhorwitz@potteranderson.com
    kdorsney@potteranderson.com

*Counsel for Defendants*
*Apotex Inc. and Apotex Corp.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Kenneth L. Dorsney, hereby certify that on February 26, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on February 26, 2008, the document was Electronically Mailed to the following person(s)

Frederick L. Cottrell, III
Kelly E. Farnan
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
cottrell@rlf.com
farnan@rlf.com

John M. Desmarais
Peter J. Armenio
Anne S. Toker
Gerald J. Flattmann, Jr.
Jeanne M. Heffernan
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
jdesmarais@kirkland.com
parmenio@kirkland.com
atoker@kirkland.com
gflattmann@kirkland.com
jheffernan@kirkland.com

/s/ Kenneth L. Dorsney
Richard L. Horwitz
Kenneth L. Dorsney
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

700765 / 30136

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDPOINTE HEALTHCARE INC., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 06-164 (SLR) |
| ) | |
| v. ) | |
| ) | |
| APOTEX INC. and APOTEX CORP., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Having considered Defendant's Motion To Supplement;

IT IS HEREBY ORDERED, this _____ day of _____, 2008 that the Motion is GRANTED.

_____
United States District Judge

851047/30136