IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDPOINTE HEALTHCARE INC., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 06-164 (SLR) |
| ) | |
| v. ) | |
| ) | |
| APOTEX INC. and APOTEX CORP., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS APOTEX INC.'S AND APOTEX CORP.'S REVISED
NOTICE PURSUANT TO 35 U.S.C. §282**

Defendants Apotex Inc. and Apotex Corp. (collectively "Apotex"), pursuant to 35 U.S.C. §282, hereby identify certain patents and publications to be relied upon as showing either anticipation, the state of the art relating to U.S. Patent No. 5,164,194 (the "'194 patent") or any other use permissible under §282.

Apotex has previously provided notice and produced copies, identified in parenthesis by the Apotex document production numbers, to Plaintiff MedPointe Healthcare Inc. ("MedPointe") of the identity of certain patents and publication within the ambit of 35 U.S.C. §282, through the pleadings filed in this action to date, the production of documents responsive to MedPointe's discovery requests and the service of an earlier §282 notice in connection with the original February 2008 trial date. Apotex incorporates in this Notice, by reference, all pleadings and prior communications that identify patents and publications in connection with Apotex's assertion that the '194 patent is invalid for one or more of the reasons provided in 35 U.S.C. §101, et seq. If and to the extent any of the patents and publications identified below were not previously produced in discovery, this Notice supplements Apotex's prior discovery responses under Fed. R. Civ. P. 26(e).

The following listing of identified patents and publications is provided pursuant to the statutory provisions of 35 U.S.C. §282. The fact of the listing of the following identified patents and publications do not reflect that all, most, or any number of these patents and publications will ultimately be used by Apotex in the presentation of evidence at trial. Therefore, no implication should be taken that reliance on *all* of the identified patents and publication is necessary to support any of Apotex's patent invalidity defenses.

Apotex reserves the right to amend or supplement this Notice in the event additional discovery is provided in this action or the date for the commencement of this trial is changed from the currently scheduled date of February 4, 2008.

## United States Patents and Related File Histories

1. U.S. Patent No. 158,564 issued January 12, 1875 (Barnes)(A06668 – A06670)*[1]

2. U.S. Patent No. 2,119,643 issued June 7, 1938 (Mendl)(A06666 – A06667)*

3. U.S. Patent No. 2,136,940 issued November 15, 1938 (Ehbrecht)(A06661 – A06662)*

4. U.S. Patent No. 2,457,024 issued December 21, 1948 (Arp)(A06663 – A06665)*

5. U.S. Patent No. 2,822,314 issued February 4, 1958 (Ferlauto et al.)(A06050-A06051).

6. U.S. Patent No. 2,995,308 issued August 8, 1961 (Ashkenaz)(A06658 – A06660)*

7. U.S. Patent No. 3,017,411 issued January 16, 1962 (Engelbrecht et al.)(A05816 – A05817).

8. U.S. Patent No. 3,144,485 issued August 11, 1964 (Benn et al.)(A06031 – A06034).

9. U.S. Patent No. 3,753,988 issued August 21, 1973 (Rodway)(A05818 – A05822).

10. U.S. Patent No. 3,813,384 issued May 28, 1974 (Vogelsang et al.)(A00133 – A00138)(A06652 – A06657).*

11. U.S. Patent No. 3,845,052 issued October 29, 1974 (Stachel et al.)(A05823 – A05827).

12. U.S. Patent No. 3,878,217 issued April 15, 1975 (Carr et al.)(A00147 – A00156).

---

[1] * denotes prior art cited during the prosecution of U.S. Patent No. 5,164,194.

13. U.S. Patent No. 4,254,129 issued March 3, 1981 (Carr et al.)(A00294 – A00304).

14. U.S. Patent No. 4,313,931 issued February 2, 1982 (Walther et al.)(A00329 – A00339).

15. U.S. Patent No. 4,430,343 issued February 7, 1984 (Iemura et al.)(A00401 – A00413).

16. U.S. Patent No. 4,501,893 issued February 26, 1985 (Findlay et al.)(A08372 – A08378)

17. U.S. Patent No. 4,602,099 issued July 22, 1986 (Parker)(A08351 – A08358).

18. U.S. Patent No. 4,628,055 issued December 9, 1986 (Sherlock)(A06052-A06059).

19. U.S. Patent No. 4,704,387 issued November 3, 1987 (Engel et al.)(A00564 – A00569)(A06646 – A06651).*

20. U.S. Patent No. 4,728,509 issued March 1, 1988 (Shimizu et al.)(A06024 - A06030).

21. U.S. Patent No. 4,738,984 issued April 19, 1988 (A06042 - A06049).

22. U.S. Patent No. 4,769,369 issued September 6, 1988 (Thomas et al.). *

23. U.S. Patent No. 4,795,754 issued January 3, 1989 (Sawaki et al.)(A06035 – A06041).

24. U.S. Patent No. 4,841,047 issued June 20, 1989 (Engel et al.)(A00735 – A00753).

25. File History for U.S. Patent No. 4,704,387 (Engel, et al.)(A07506 – A07674).

26. File History for U.S. Patent No. 3,813,384 (Vogelsang, et al.)(A07377 – A07499).

27. File History for U.S. Patent No. 4,841,047 (Engel, et al.)(A06954 – A07376).

**Foreign Patents And Published Applications**

1. German Patent 1 046 625 (with English translation) published December 18, 1957 (Engelbrecht et al.)(A07784 – A07786).

2. German Patent 21 64 058 (with English translation) published July 27, 1972 (Vogelsang et al.)( (A07500 – A07505)(A07540 – A07575).*

3. German Offenlegungsschrift DE 36 34 942 A1 (with English translation) published May 14, 1987 (Engel et al.)(A07787 – A07806).

4. European Patent Application(Application No. 0 222 191 A1)(with English translation) published May 20, 1987 (Engel et al.)(A07807 – A07877).

3

5. European Patent 0 222 191 B1 (with English translation) published May 20, 1987 (Engel et al.)(A07878 – A07910).

6. German Patent Application 34 33 776.8 (priority document for '387 patent)(with English translation)(A07618 – A07636).

7. German Patent Application 35 39 873 (priority document for '047 patent)(with English translation)(A05397 – A05452)(A05457 – A05505).

8. German Patent Application 35 30 793 published March 27, 1986 (Engel et al.)(A06158 – A06184).*

9. British Patent Specification No. 1,377,231 published December 11, 1974 (A06769 – A06780).*

10. European Patent 0 174 464 B1 published March 19, 1986 (Engel et al.)(A05944 – A05956).

11. European Patent Application 0 174 464 A2 published March 19, 1986 (Engel et al.)(A05855 – A05881).

12. European Patent 0 174 464 A3 published March 19, 1986 (Engel et al.)(A05882 – A05883).

13. European Patent Application 0 164 593 A1 published December 18, 1985 (Lawson et al.)(A05884 – A05943).

14. European Patent 0 164 593 B1 published December 18, 1985 (Lawson et al.)(A05957 – A05980).

15. German Patent 21 14 884 published October 12, 1972 (Stachel et al.)(A05800 – A05815).

16. German Patent 1 178 975 published January 27, 1958 (Thiel et al.)(OPT-MEDA000121-OPT-MEDA000126).

17. German Patent 1 208 036 published November 19, 1963 (Schalk et al.)(OPT-MEDA000127-OPT-MEDA000128).

### Publications

1. R. Barkman, M. Germanis, G. Karpe and A.S. Malmborg, *"Preservatives In Eye Drops,"* Acta Ophthalmologica, Vol 47, No. 1, pp. 461-475 (1969)(A00105 – A00120).

2. A.A. Kassem, E. Nour El-Din, N.M. Mursi, A. Abd Elbary and N. Foda, *"Formulation and Stabilization of Antazoline Hydrochloride Nasal Drpos,"* Bulletin of the Faculty of Pharmacy, Vol. 15, No. 2, pp. 161-175 (1976)(A00175 – A00193).

3. H.C. Ansel, *"Chapter 11 – Ophthalmic Preparations"* and *"Chapter 12 – Ear, Nose, and Topical Preparations,"* Introduction to Pharmaceutical Dosage Forms, 2nd Ed., pp. 333-349, (Lea & Febiger – Philadelphia)(1976)(A00194 – A00212).

4. S.W. Lam, R.C. Meyer and L.T. Takahashi, *"Determination of Thimerosal in Ophthalmic Solutions by Redial Compression Separation HPLC,"* Journal of Parenteral Science and Technology, Vol. 35, No. 5, pp. 262-265 (September-October 1981)(A00305 – A00308).

5. R.C. Kersten, *"Ophthalmic Drugs,"* Primary Care: Clinics in Office Practice, Vol. 9, No. 4, pp. 743-756 (December 1982)(A00350 – A00365).

6. A.G. Togias, R.M. Nacierio, J. Warner, D. Proud, A. Kagey-Sobotka, I. Nimmagadda, P.S. Norman and L.M. Lichenstein, *"Demonstration of Inhibition of Mediator Release From Human Mast Cells by Azatadine Base,"* JAMA, Vol. 255, No. 2, pp. 225-229, (Jan. 10, 1986)(A00455 – A00461).

7. G. Vanden Bussche, *"Levocabastine Hydrochloride,"* Drugs of the Future, Vol. 11, No. 10, pp. 841-843 (1986)(A00469-A00471).

8. H.J. Zechal, N. Brock, D. Lenke and U. Achterrath-Tuckermann, *"Pharmacological and Toxicological Properties of Azelastine, a Novel Antiallergic Agent,"* Arzneim-Forsch., Drug Res. 31 (II), No. 8, pp. 1184-1193 (1981)(A05102 – A05111).

9. Excerpts from *"Aerosols In Medicine Principles, Diagnoses and Therapy,"* (Elsevier Science Publishers B.V. 1985) (Book cover, Title page; Copyright page; pp. xi-xvii; Chapter 1 (pp. 1-20); Chapter 3 (pp. 53-76); Chapter 5 (pp. 123-147); pp. 198-199; pp. 207-209; Chapter 10 (pp. 261-262; 268-272; 283-284); Chapter 11 (pp. 285; 290-293; 307-308)(A06220 – A06319).

10. Excerpts from *"Remington's Pharmaceutical Sciences,"* Fourteenth Ed. (1970) (Title page; Copyright page; Table of Contents (p. xi); Chapter 64 (pp. 1142-1153); Chapter 80 (pp. 1478-1500); Chapter 83 (pp. 1545-1577); Chapter 85 (pp. 1594-1595; 1597-1625); Chapter 90 (pp. 1729-1753)(A06444 – A06570).

11. N. Chand, K. Nolan, W. Diamantis and R.D. Sofia, *"Effect of Aerosolized Azelastine on Acute Lung Anaphylaxis in Guinea Pigs (GP) Sensitized by Two Different Procedures,"* The Pharmacologist, Vol. 27, No. 1 (1985)(Abstract 76)(Defendants' Deposition Exhibit No. 26)(CH0111 – CH0113)(A05995).

12. Vademecum für Pharmazeuten, 12th Edition (Revised), pp. 174-181 (1981)(German original and English translation)(AS-MEDA0000624 – AS-MEDA0000629).

13. S.M. Feinberg, *"Drugs In Allergy,"* Trans. Amer. Acad. Of O&O, Vol. 124 (March-April 1950), pp. 283-286 (A00085 – A00088).

14. K. Tasaka and M. Akagi, *"Anti-allergic Properties of a New Histamine Antagonist, 4-(p-Chlorobenzyl)-2-[N-methyl-perhydroazepinyl-(4)]-1-(2H)-phthalazinone Hydrochloride (Azelastine),"* Arzneimittel Forschung/Drug Research, Vol. 29, No. 3, pp. 488-493 (1979)(A00222 – A00229).

15. Physicians' Desk Reference for Nonprescription Drugs, First Edition, pp. 502-03, 506, 522, 539, 553, 616, 637-38, 646, 654-55 (1980)(A00276 – A00289).

16. J. Kirkegaard, C. Secher, and N. Mygind, *"Effect of the $H_1$ Antihistamine Chlorpheniramine Maleate on Histamine-Induces Symptoms in the Human Conjunctiva,"* Allergy, Vol. 37, pp. 203-208 (1982)(A00366-A00371).

17. U. Pipkorn, M. Bende, J. Hedner, and T. Hedner, *"A Double-Blind Evaluation of Topical Levocabastine, a New Specific $H_1$ Antagonist in Patients with Allergic Conjunctivitis,"* Allergy, Vol. 40, pp. 491-496 (1985)(A00427-A00434).

18. A. Pécoud, P. Zuber, and M. Kolly, *"Effect of a New Selective $H_1$ Receptor Antagonist (Levocabastine) in a Nasal and Conjunctival Provocation Test,"* Int. Archs Allergy appl. Immun. 82, pp. 541-543 (1987)(A00482-A00486).

19. M. Bende, and U. Pipkorn, *"Topical levocabastine, a selective $H_1$ antagonist, in seasonal allergic rhinoconjunctivitis,"* Allergy, 42, pp. 512-515 (1987)(A00558-A00563).

20. G. Feinberg and T.C. Stokes, *"Application of Histamine-Induced Conjunctivitis to the Assessment of a Topical Antihistamine, Levocabastine,"* Int. Archs. Allergy appl. Immun. 82, pp.537-538 (1987)(A00579 – A00580).

21. H. Breuninger, *"Nasentropfen, Ohrentropfen,"* [*"Nasal Drops, ear drops"*], HNO, Vol. 19, Issue 3, pp. 65-68 (March 1971)(A06107-A06110)(with German original and English translation).

22. P.E. Grumbach, I. Kapétanidis, A. Mirimanoff, A. Paley and M. Savary, *"Erfahrungen mit Präparaten,"* Schweizerische Medizinische Wochenschrift Nr. 11, Bd. 96, pp. 358-360 (1966)(A06111-A06113)(with English translation).

23. *"Allergische Rhinitis – eine Crux medicorum – Neue Wege in der Therapie,"* Z. Allg. Med. 57, pp. 1939-1940 (1981)(A06323-A06324)(with English translation).

24. P.H. Sauer, *"Rhinomanometrische Kontrollen des Nasenwiderstandes – nach einmaliger Applikation von Vobrocil-Dosierspray,"* medwelt Bd. 34, Heft 46/83, pp. 68/1319–72/1321 (A06320-A06322)(with English translation).

25. L.H. Hamilton, *"Effect of Topical Decongestants on Nasal Airway Resistance,"* Current Therapeutic Research, Vol. 24, No. 3, pp. 261-268 (August 1978)(A00213 – A00221).

26. J. Kirkegaard, C. Secher, P. Borum, and N. Mygind, *"Inhibition of Histamine-Induced Nasal Symptoms by the $H_1$ Antihistamine Chlorpheniramine Maleate: Demonstration of topical effect,"* Br. J. Dis. Chest 77, pp. 113-122 (1983)(A00386-A00395).

27. W. Diamantis, J.E. Harrison, J. Melton, J.L. Perhach, Jr., and R.D. Sofia, *"In Vivo and In Vitro $H_1$ Antagonist Properties of Azelastine,"* Vol. 23, No. 3, The Pharmacologist (1981), p. 149 (A00290-A00293).

28. N. Kubo, O. Shirkawa, T. Kuno, and C. Tanaka, *"Antimuscarinic Effects of Antihistimines: Quantitative Evaluation by Receptor-Binding Assay,"* Japan J. Pharmacol, 43, pp. 277-282 (1987)(A00487-A00492).

29. R. Lancaster, *"Topical or Systemic Therapy,"* Prescribers' Journal, pp. 47-52 (1983)(MPAT0000282-MPAT0000285).

30. H.J.M. van de Donk, A.L.M. van Egmond, A.G.M. van den Heuvel, J. Zuidema and F.W.H.M. Merkus, *"The effects of drugs on ciliary motility III. Local anaesthetics and anti-allergic drugs,"* Int'l J. of Pharmaceutics, 12, pp. 77-85 (1982)(MPAT0000523-MPAT0000531)(AS-MEDA0001837-AS-MEDA000184)(A00372-A00380).

31. W.A.J.J. Hermens and F.W.H.M. Merkus, *"The Influence of Drugs on Nasal Ciliary Movement,"* Pharmaceutical Research, Vol. 4, No. 6, pp. 445-449 (1987)(MPAT0000348-MPAT0000352)(A00574-A00578)(AS-MEDA0000619-AS-MEDA0000623).

32. V.J. Cirillo and K.F. Tempero, *"Pharmacology and Therapeutic Use of Antihistimines,"* Am. J. Hosp. Pharm. 33, pp. 1200-1207 (Nov 1976) (MPAT0000286-MPAT0000293).

33. Y.M. Chien, *"Transnasal Systemic Medications Fundamentals, Developmental Concepts and Biomedical Assessments,"* Title page, pp. 80-81 and 98 (1985)(AS-MEDA0010157-AS-MEDA0010160).

34. E.T. Kimura, *"Effects of Chemical Agents on Ciliated Tracheal Epithelium,"* A.M.A. Archives of Otolaryngology, Vol. 69, pp. 674-686 (June 1959)(AS-MEDA0000430-AS-MEDA0000442).

35. T. Fukuda, T. Saito, M. Yoshidomi, and K. Ito, *"Influence of 1-(2-Ethoxyethyl)-2-(4-methyl-1-homopiperazinyl)benzimidazole Difumarate (KB-2413), a New Antiallergic, on Ciliary Movement,"* Arzneim-Fobch, Drug Res. 34, pp. 816-818 (1984)(AS-MEDA0010111-AS-MEDA0010113).

36. S.M. Feinberg, *"Antihistamine Therapy. Experimental And Clinical Correlation,"* Annals New York Academy of Sciences, Vol. 50, No. 9, Title page, Copyright page, pp. 1186-1201 (1950) (A08321 – A08338).

37. E.L. Keeney, *"Medical Progress: Histamine and the Antihistaminic Drugs,"* California Medicine, Vol. 72, No. 5, pp. 377-389 (May 1950)(A00089–A00104).

38. A.J. Bentley and R.T. Jackson, *"Changes in the Patency of the Upper Nasal Passage Induced by Histamine and Antihistamines,"* The Laryngoscope, Vol. 80, No. 12, pp. 1859-1870 (1970)(A00121–A00132).

39. J.A. Blue, *"Current Concepts of Allergy of the Eye,"* Annals of Allergy, Vol. 33, pp. 267-273 (November 1974)(A00139–A00146).

40. D.S. Pearlman, *"Antihistamines: Pharmacology and Clinical Use,"* Drugs, Vol. 12, No. 1, pp. 258 – 273 (1976)(A00157–A00174).

41. Physicians Desk Reference, 33rd Edition, pp. 873, 892, 1512 and 1851 (1979)(A00230 – A00235).

42. R.R. File and T.F. Patton, *"Topically Applied Pilocarpine,"* Archives of Ophthalmology, Vol. 98, No. 1, pp. 112-115 (January 1980)(A00236-A00241).

43. K. Tatsumi, T. Ou, H. Yamada and H. Yoshimura, *"Studies on Metabolic Fate of a New Antiallergic Agent, Azelastine (4-(p-Chlorobenzyl)-2-[N-Methylperhydroazepinyl-(4)]-1-(2H)-Phthalazinone Hydrochloride),"* Japan J. Pharmacol. Vol. 30, pp. 37-48 (1980)(A00242–A00253).

44. M. Okuda, et al., Oto-Rhino-Laryngology Tokyo, Vol 23, Suppl. 6, pp. 441-461 (1980)(A00254–A00275)(with English summary provided by Carter-Wallace to the FDA at 08 35301 – 08 35313) See ASN00074575-ASN00074587.

45. H.J.M. van de Donk, J. Zuidema and F.W.H.M. Merkus, *"The effects of nasal drops on the ciliary beat frequency of chicken embryo tracheas,"* Rhinology, Vol. 19, pp. 215-230 (1981)(A00309–A00324).

46. W. Diamantis, N. Chand, J.E. Harrison, J. Pillar, J.L. Perhach, Jr. and R.D. Sofia, *"Inhibition of Release of SRS-A and Its Antagonism by Azelastine (A), An $H_1$ Antagonist-Antiallergic Agent,"* The Pharmacologist, 24, No. 82, p. 200 (1982)(A00325–A00328).

47. C. Secher, J. Kirkegaard, P. Borum, A. Maansson, P. Osterhammel and N. Mygind, *"Significance of $H_1$ and $H_2$ receptors in the human nose: rationale for topical use of combined antihistamine preparations,"* The Journal of Allergy and Clinical Immunology, Vol. 70, No. 3, pp. 211-218 (September 1982)(A00340–A00349).

48. E. Duzman, J. Anderson, J. Vita, J.C. Lue, C. Chen and I. Leopold, *"Topically Applied Oxymetazoline – Ocular Vasoconstrictive Activity, Pharmacokinetics, and Metabolism,"* Archives of Ophthalmology, Vol. 101, pp. 1122-1126 (July 1983)(A00381–A00385).

49. R.M. Nacierio, H.L. Meier, A. Kagey-Sobotka, P.S. Norman and L.M. Lichtenstein, *"In Vivo Model for the Evaluation of Topical Antiallergic Medications,"* Archives of Otolaryngology, Vol. 110, No. 1, pp. 25-27 (January 1984)(A00396–A00400).

50. M.J. Reader, *"Influence of Isotonic Agents on the Stability of Thimerosal in Ophthalmic Formulations,"* Journal of Pharmaceutical Sciences, Vol. 73, No. 6, pp. 840-841 (June 1984)(A00414–A00415).

51. K. Tatsumi, H. Yamada, H. Yoshimura, Y. Nishizawa, M. Sakai, H. Mizuo and C. Yamato, *"Metabolism of an Antiallergic Agent, Azelastine (4-(p-Chlorobenzyl)-2-[N-Methylperhydroazepinyl-(4)]-1-(2H)-Phthalazinone Hydrochloride) in Rats and Guinea Pigs,"* Hiroshima Journal of Medical Sciences, Vol. 33, No. 4, pp. 669-678 (December 1984)(A00416–A00426).

52. N. Chand, J. Pillar, W. Diamantis and R.D. Sofia, *"Inhibition of Allergic Histamine Release by Azelastine and Selected Antiallergic Drugs from Rabbit Leukocytes,"* International Archives of Allergy and Applied Immunology, Vol. 77, No. 4, pp. 451-455 (1985)(A00435–A00441).

53. N.L. Burstein, *"The Effects of Topical Drugs and Preservatives on the Tears and Corneal Epithelium in Dry Eye,"* Trans. Ophthalmol. Soc. U.K., Vol. 104, pp. 402-409 (1985)(A00442–A00449).

54. J. Fräki, K. Kalimo, P. Tuohimaa and E. Aantaa, *"Contact Allergy to Various Components of Topical Preparation for Treatment of External Otitis,"* Acta Otolaryngol (Stockh), 100, pp. 414-418 (1985)(A00450–A00454).

55. H.A. Orgel, E. Meltzer, J. Kemp and M.J. Welch, *"Clinical, rhinomanometric, and cytologic evaluation of seasonal allergic rhinitis treated with beclomethasone dipropionate as aqueous nasal spray or pressurized aerosol,"* J. Allergy Clin. Immunol., Vol. 77, No. 6, pp. 858-864 (June 1986)(A00462–A00468).

56. T.E. Havas, P. Cole, L. Parker, D. Oprysk and A. Ayiomamitis, *"The effects of combined $H_1$ and $H_2$ histamine antagonists on alterations in nasal airflow resistance induced by topical histamine provocation,"* J. Allergy Clin. Immunol., vol. 78, No. 5, Part 1, pp. 856-860 (November 1986)(A00472–A00476).

57. Y. Saito, *"Recent Trends in Aerosol Therapy for Allergic Rhinitis,"* Z. Erkrank. Atm.org. 166, No. 1, pp. 25-29 (1986)(A00477-A00481).

58. J.M. Lancer, A.S. Jones, J.C. Stevens and E. Beckingham, *"A comparison by rhinomanometry of beclomethasone and terfenadine in the treatment of seasonal rhinitis,"* The Journal of Laryngology and Otology, Vol. 101, pp. 350-354 (April 1987)(A00493–A00497).

59. E. O. Meltzer and M. Schatz, *"Pharmacotheraphy of Rhinitis – 1987 and Beyond,"* Immunology and Allergy Clinics of North America, Vol. 7, No. 1, pp. 57 – 91 (April 1987)(A00498–A00534).

60. N. Chand, K. Nolan, W. Diamantis and R.D. Sofia, *"Inhibition of acute lung anaphylaxis by aerosolized azelastine in guinea pigs sensitized by three different procedures,"* Annals of Allergy, Vol. 58, pp. 344-349 (May 1987)(A00535–A00540).

61. J. Dolovich, L. Kennedy, F. Vickerson and F. Kazim, *"Control of the hypersecretion of vasomotor rhinitis by topical ipratropium bromide,"* The Journal of Allergy and Clinical Immunology, Vol. 80, No. 3, Part 1, pp. 274-278 (September 1987)(A00541–A00547).

62. O.J. Corrado, S. Ollier, M.J. Phillips, J.M. Thomas and R.J. Davies, *"Histamine and allergen induced changes in nasal airways resistance measured by anterior rhinomanometry: reproducibility of the technique and the effect of topically administered antihistaminic and anti-allergi drugs,"* Br. J. clin. Pharmac., Vol 24, No. 3, pp. 283-292 (1987)(A00548–A00557).

63. Y.W. Chien and S. Chang, *"Intranasal Drug Delivery For Systemic Medications,"* CRC Critical Reviews in Therapeutic Drug Carrier Systems, Vol. 4, Issue 2, pp. 67-104 (1987)(A00581–A00712).

64. E.R. Weeke, *"Epidemiology of Hay Fever and Perennial Allergic Rhinitis,"* Monogr. Allergy, Vol. 21, pp. 1-20 (1987)(A00713–A00734).

65. Asta-Werke June 30, 1983 report regarding *"Solubility of Azelastine and Azelastine salts,"* (AS0002172 – AS0002181).

66. J. Knothe and E. Aschoff, *"Experimental Examinations of the Effect of some Mucosa Decongesting Nasal Drops,"* Ear-Nose-Throat Diseases, pp. 2384–2388 (1969)(A06114–A06118)(both German language original and English translation).

67. N. Chand, J. Pillar, W. Diamantis and R.D. Sofia, *"Inhibition of IgE-mediated allergic histamine release from rat peritoneal mast cells by azelastine and selected antiallergic drugs,"* Agents and Actions, Vol. 16, No. 5, pp. 318-322 (1985)(A06062-A06066).

68. A. Togias, D. Proud, A. Kagey-Sobotka, P. Norman, L. Lichtenstein and R. Naclerio, *"The effect of a topical tricyclic antihistamine on the response of the nasal mucosa to challenge with cold, dry air and histamine,"* J. Allergy Clin. Immunol., Vol. 79, No. 4, April 1987, pp. 599-604 (A00925–A00930).

69. Excerpts from *The United States* Pharmacopeia – Twenty-First Revision (Official from January 1, 1985), Title page, Copyright page, pp. 1329, 1333-1343, 1635, 1639, 1655 and 1657-1660 (AS-MEDA0002113 – AS-MEDA0002133).

70. Excerpts from *Remington's* Pharmaceutical Sciences, Fourteenth Edition, 1970, Title page, Title Page for Part VIII, pp. 1461-1462, 1492, 1594-1598, 1610 and 1616 (AS-MEDA0002134 – AS-MEDA0002145).

71. D. Hill, D. Connolly and J. Vorath, *"Beclomethasone Dipropionate Aerosol In The Treatment Of Children With Severe Perennial Rhinitis,"* The Medical Journal of Australia, pp. 603-604 (December 16, 1978)(A07769 – A07770).

72. A.E. Gale, E. Solomoni and B.S.K. Tao, *"Intranasal topical flunisolide therapy in children with seasonal allergic rhinitis,"* Clinical Allergy, Vol. 10, pp. 527-533 (1980)(A07761 – A07768).

73. H.A. Orgel, E.O. Meltzer, J.P. Kemp, and M. J. Welch, *"Clinical, rhinomanometric, and cytologic evaluation of seasonal allergic rhinitis treated with beclomethasone dipropionate as aqueous nasal spray or pressurized aerosol,"* J Allergy Clin Immunol, Vol. 77, No. 6, pp. 858-864 (June 1986)(A07771 – A07777).

74. N.H. Andersen, F. Jeppesen, T. Schiøler & O. Østerballe, *Treatment of hay fever with sodium cromoglycate, hyposensitization, or a combination,"* Allergy, 42, pp. 343-351 (1987).

75. Handbook of Nonprescription Drugs, 7th Edition (1982) (Title page; Copyright page, Table of Contents), pp. 166-169 and 428-430 (1982) (A08359 – A08371).

76. N. Schaffer and E.E. Seidmon, *"The Intranasal Use of Prophenpyridamine Maleate and Chlorprophenpyridamine Maleate in Allergic Rhinitis,"* Annals of Allergy, Vo. 10, pp. 195-196 (January through December 1952).

77. N. Chand, W. Diamantis & R.D. Sofia, *Modulation of in vitro anaphylaxis of guinea-pig isolated tracheal segments by azelastine, inhibitors of arachidonic acid metabolism and selected antiallergic drugs,* Br. J. Pharmac., vol 87, pp. 443-448 (1986) (A02322 – A02327).

78. H. Magnussen, *The Inhibitory Effect of Azelastine and Ketotifen on Histamine-induced Bronchoconstriction in Asthmatic Patients,* Chest, Vol. 91, pp. 855-858 (June 1987) (A04947 – A04950).

79. J.P. Kemp, E.O. Meltzer, H.A. Orgel, M.J. Welch, G.A. Bucholtz, E. Middleton, S.L. Spector, J.J. Newton and J.L. Perhach, *"A dose-response study of the bronchodilator action of azelastine in asthma,"* J. Allergy Clin. Immunol., pp. 893-899 (June 1987) (A04951 – A04957).

80. J. Pivonka, F.H. Segelman, C.A. Hartman, W.E. Segl, N. Kucharczyk and R.D. Sofia, *"Determination of Azelastine and Desmethylazelastine in Human Plasma by High-Performance Liquid Chromatography,"* Journal of Chromatography, 420, pp. 89-98 (1987) (A04958 – A04959).

81. N. Chand, J.E. Harrison, S.M. Rooney, R.D. Sofia and W. Diamantis, *"Inhibition of Passive Cutaneous Anaphylaxis (PCA) by Azelastine: Dissociation of its Antiallergic Activities from Antihistaminic and Antiserotonin Properties,"* Int. J. Immunopharmac., Vol 7, No. 6, pp. 833-838 (1985) (A04966 – A04971).

82. C.D. Yu, R.E. Jones and M. Henesian. *"Cascade Impactor Method for the Droplet Size Characterization of a Metered-Dose Nasal Spray,"* J. of Pharmaceutical Sciences, Vol 73, No. 3, pp. 344-348 (March 1984) (A05981 - A05985).

83. A. Mirimunoff and A. Paley, *"Controle physiologique des gouettes nasals sur la muqueuse du cobaye: Effet toxique temporaire et permanent,"* Pharmaceutica Acta Helvetiae, Vol. 41, pp. 25-38 (1965) (A06119 – A06132).

84. J.C. Etter, P.E. Grumbach, A. Mirimanoff, A. Paley and M. Savary, *"Le controle des gouttes nasals: action de differentes solutions sur la muqueuse du cobaye et sur celle de l'homme,"* Schweizerlache Medizinische Wochenschrift Nr. 43, Bd. 94, pp. 1531-1534 (1964) (A06133 - A06136).

85. S. Ollier, C.A.L. Gould and R.J. Davies, *The effect of single and multiple dose therapy with azelastine on the immediate asthmatic response to allergen provocation testing,"* J. Allergy Clin. Immunol., Vol. 78, No. 2, pp. 358-364 (August 1986) (A06422 – A06428).

86. W.M. Morrison, *"Diseases of the Ear, Nose and Throat,"* Title page, Copyright page, pp. 699-707 (1955) (A06575 – A06585).

87. X.Y. Su and L.W. Po, *"The effect of some commercially available antihistamine and decongestant intra-nasal formulations on ciliary beat frequency,"* Journal of Clinical Pharmacy and Therapeutics, 18, pp. 219-222 (1993).

88. A. Wanner, *"Effects of Methylxanthines on Airway Mucociliary Function,"* The American Journal of Medicine, Vol. 79 (suppl 6A), pp. 16-21 (December 20, 1985) (A08343 – A08348).

89. A. Murakami and R. Eckert, *"Cilia: Activation Coupled to Mechanical Stimulation by Calcium Influx,"* Science, Vol. 175, pp. 1375-1377 (March 1972).

90. A. Wanner, *"Effects of Methylxanthines on Airway Mucociliary Function,"* The American Journal of Medicine, Vol. 79 (suppl 6A), pp. 16-21 (December 1985).

91. M. Akagi, M. Mio, K. Tasaka and S. Kiniwa, *"Mechanism of Histamine Release Inhibition Induced by Azelastine,"* Pharmacometrics, Vol. 26, No. 2, Title Page, pp. 2, 191-197 (1983).

92. U. Achterrath-Tuckermann, K. Berthold, J. Roux, B.G. Procter, R. Goburdhun, I. Szelenyi, D. Sofia and M. Herbst, *"Experimental Studies on Acute and Chronic Action by Azelastine on Nasal Mucosa in Guinea Pigs, Rats and Dogs,"* (AS-MEDA0001962-AS-MEDA0001966).

93. S. Katayama, H. Tsunoda, Y. Sakumo, I. Tanaka and K. Katayama, *"Effect of Azelastine on the Release and Action of Leukotriene $C_4$ and $D_4$,"* International Archive of Allergy and Applied Immunology 83, pp. 284-289 (1987) (AS-MEDA0002335-AS-MEDA0002340).

94. N.M. Bonini, M.C. Gustin and D.L. Nelson, *"Regulation of Cilliary Motility by Membrane Potential in* Paramecium: *A Role for Cyclic AMP,"* Cell Motility and the Cytoskeleton 6, pp. 256-272 (1986).

95. T. Hennessey, H. Machemer and D.L. Nelson, *"Injected cyclic AMP increases ciliary beat frequency in conjunction with membrane hyperpolarization,"* European Journal of Cell Biology 36, pp. 153-156 (1985).

96. B. Korves, G. Breuer, J. Spaeth and R. Mösges, *"Bestehen dosisabhängige Wirkungsunterschiede bei der topischen Therapie mit dem $H_1$-Rezeptor-Antagonisten Azelastin?,"* Toppische Therapie der allergischen Rhinitis, pp. 164-175 (OPT-MEDA000063-OPT-MEDA000068).

97. N. Nürnberg and P. Surmann, *"Methoden,"* Title Page, Copyright Page, pp. 639-661 (1991) (OPT-MEDA000600-OPT-MEDA000615).

98. A. Sabbah and M. Marzetto, *"Azelastine Eye Drops in the Treatment of Seasonal Allergic Conjunctivitis or Rhinoconjunctivitis in Young Children,"* Current Medical Research and Opinion, Vol. 14, No. 3, pp. 157-166 (1998)(OPTN0000422-OPTN0000431).

99. X.Y. Su and A. Li Wan Po, *"The effect of some commercially available antihistamine and decongestant intra-nasal formulations on ciliary beat frequency,"* Journal of Clinical Pharmacy and Therapeutics 18, pp. 219-222 (1993).

OF COUNSEL:

Sidney Katz
James P. White
Hartwell P. Morse, III
Steven E. Feldman
Craig M. Kuchii
Stephen P. Benson
Louise T. Walsh
Welsh & Katz, Ltd.
WELSH & KATZ, LTD.
120 S. Riverside Plaza, 22nd Floor
Chicago, IL 60606
Tel: (312) 655-1500

Robert B. Breisblatt
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
Tel: (312) 902-5480

Dated: April 4, 2008
858757 / 30136

POTTER ANDERSON & CORROON LLP

By: /s/ Richard L. Horwitz
    Richard L. Horwitz (#2246)
    Kenneth L. Dorsney (#3726)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19801
    (302) 984-6000
    rhorwitz@potteranderson.com
    kdorsney@potteranderson.com

*Counsel for Defendants
Apotex Inc. and Apotex Corp.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on April 4, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on April 4, 2008, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Frederick L. Cottrell, III<br>Kelly E. Farnan<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>cottrell@rlf.com<br>farnan@rlf.com | John M. Desmarais<br>Peter J. Armenio<br>Anne S. Toker<br>Gerald J. Flattmann, Jr.<br>Jeanne M. Heffernan<br>Kirkland & Ellis LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY 10022<br>jdesmarais@kirkland.com<br>parmenio@kirkland.com<br>atoker@kirkland.com<br>gflattmann@kirkland.com<br>jheffernan@kirkland.com |

/s/ Richard L. Horwitz
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

725538 / 30136