IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDPOINTE HEALTHCARE INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 06-164 |
| ) | |
| APOTEX INC. and APOTEX CORP., ) | |
| ) | |
| Defendants. ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification counsel moves the admission *pro hac vice* of Young J. Park of Kirkland & Ellis LLP to represent Plaintiff MedPointe Healthcare Inc. in this matter.

OF COUNSEL:

John M. Desmarais
Peter J. Armenio
Anne S. Toker
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022
(212) 446-4800

*/s/ Kelly E. Farnan*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Kelly E. Farnan (#4395)
farnan@rlf.com
Richards, Layton & Finger P.A.
920 N. King Street
Wilmington, Delaware 19801
(302) 651-7700
*Attorneys for Plaintiff*
*Meda Pharmaceuticals Inc.*

Dated: April 16, 2008

## ORDER GRANTING MOTION

IT IS SO ORDERED this _____ day of April, 2008.

_____
U.S. District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

_____
Young J. Park
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022

DATE: April 15, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 16, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and caused the same to be served on the plaintiff at the address and in the manner indicated below:

**BY HAND DELIVERY**

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

I hereby certify that on April 16, 2008, the foregoing document was sent to the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

A. Sidney Katz
James P. White
Hartwell P. Morse, III
Steven E. Feldman
Welsh & Katz, Ltd.
120 South Riverside Plaza, 22nd Floor
Chicago, IL 60606

Robert B. Breisblatt
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661-3693

Kelly E. Farnan (#4395)

RLF1-3238878-1