IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDPOINTE HEALTHCARE INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-164-SLR |
| | ) |
| APOTEX INC., et al., | ) |
| | ) |
| Defendants. | ) |

ORDER

At Wilmington this 16th day of April, 2008, in anticipation of the pretrial conference;

IT IS ORDERED that:

1. On the first day of trial, the parties shall provide to me in the courtroom completed trial exhibit lists on the form provided on my website ("Forms"). The parties shall work to identify duplicative exhibits and have them marked as "joint" trial exhibits. The parties should not provide copies of the exhibits to me, unless I specifically ask to see an exhibit during trial. The parties shall maintain custody and control of the admitted exhibits until post-trial briefing commences.

2. The trial shall proceed consistent with the following proposed schedule:

| | |
|---|---|
| Friday, April 25 | 9:30 - 1:00 |
| Monday, May 5 | 9:30 - 4:30 |
| Tuesday, May 6 | 9:30 - 4:30 |

| | |
|---|---|
| Wednesday, May 7 | 9:30 - 4:30 |
| Thursday, May 8 | 9:30 - 4:30 |
| Friday, May 9 | 9:30 - 1:00 |

Plaintiff and defendants (collectively) each shall have 15 hours in which to present their opening statements (should they choose to present such) and their evidence.

_____
United States District Judge