IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MEDPOINTE HEALTHCARE INC., | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | Civil Action No. 06-164-SLR |
| APOTEX INC. and APOTEX CORP., | ) ) | |
| Defendants. | ) | |

## STIPULATION REGARDING NAME CHANGE AND CASE CAPTION

WHEREAS, MedPointe Healthcare Inc. has changed its name to Meda Pharmaceuticals Inc. and remains the current owner of U.S. Patent No. 5,164,194, the patent at issue in this action;

WHEREAS, Plaintiff would like to change the name of the Plaintiff in this action to Meda Pharmaceuticals Inc. and Defendants have no objection;

IT IS HEREBY STIPULATED by the parties hereto, subject to the approval of the Court, that the name of the Plaintiff in this action be changed to Meda Pharmaceuticals Inc. and that the caption in this action shall hereinafter be as follows:

| | | |
|---|---|---|
| MEDA PHARMACEUTICALS INC., | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | Civil Action No. 06-164-SLR |
| APOTEX INC. and APOTEX CORP., | ) ) | |
| Defendants. | ) | |

| | |
|---|---|
| /s/Kelly E. Farnan | /s/David E. Moore |
| Frederick L. Cottrell, III (#2555) | Richard L. Horwitz (#2246) |
| cottrell@rlf.com | rhorwitz@potteranderson.com |
| Kelly E. Farnan (#4395) | David E. Moore (#3983) |
| farnan@rlf.com | dmoore@potteranderson.com |
| Richards, Layton & Finger P.A. | Hercules Plaza 6th Floor |
| 920 N. King Street | 1313 N. Market Street, P.O. Box 951 |
| Wilmington, Delaware 19801 | Wilmington, DE 19899 |
| (302) 651-7700 | (302) 984-6000 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| *Meda Pharmaceuticals Inc* | |

**IT IS SO ORDERED** this _____ day of April, 2008

_____
U.S. District Judge

RLF1-3274304-1